**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Delaware
(State)

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Hudson 1701/1706, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   N/A

3. **Debtor's federal Employer Identification Number (EIN)**

   8 8 - 1 2 9 0 2 8 1

4. **Debtor's address**

   **Principal place of business**

   11440 San Vicente Boulevard
   Number        Street

   Second Floor

   Los Angeles          CA     90045
   City                 State  ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   _____
   Number        Street

   P.O. Box

   _____
   City          State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   353 West 58th Street
   Number        Street

   Tenth Floor

   New York              NY     10036
   City                  State  ZIP Code

5. **Debtor's website (URL)**

   N/A

Debtor  **Hudson 1701/1706, LLC**                     Case number *(if known)*_____
         Name

6. **Type of debtor**
   - [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - [ ] Partnership (excluding LLP)
   - [ ] Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - [ ] Railroad (as defined in 11 U.S.C. § 101(44))
   - [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - [x] None of the above

   B. *Check all that apply:*
   - [ ] Tax-exempt entity (as described in 26 U.S.C. § 501)
   - [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - [ ] Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   **5 3 1 3**

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - [ ] Chapter 7
   - [ ] Chapter 9
   - [x] Chapter 11. *Check all that apply:*
     - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
     - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - [ ] A plan is being filed with this petition.
     - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - [ ] Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.
   - [x] No
   - [ ] Yes.  District _____  When _____  Case number _____
                                    MM / DD / YYYY
            District _____  When _____  Case number _____
                                    MM / DD / YYYY

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page **2**

Debtor   Hudson 1701/1706, LLC                             Case number *(if known)* _____
         Name

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.  Debtor  Hudson 1702, LLC            Relationship  Affiliate
        District  Delaware                   When  10/22/2025
                                                    MM / DD / YYYY
        Case number, if known  _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
                            Number     Street
                            _____
                            City        State    ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49          ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99         ☐ 5,001-10,000       ☐ 50,001-100,000
☐ 100-199       ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

---

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 3

Debtor  **Hudson 1701/1706, LLC**   Case number (if known) _____
         Name

**15. Estimated assets**
- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [x] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**
- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [x] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **10/22/2025**
             MM / DD / YYYY

X _____(signature)_____   **Ted Jung**
Signature of authorized representative of debtor   Printed name

Title **Authorized Signatory**

**18. Signature of attorney**

X  **/s/ William E. Chipman, Jr.**   Date  **10/22/2025**
Signature of attorney for debtor                MM / DD / YYYY

**William E. Chipman, Jr.**
Printed name

**Chipman Brown Cicero & Cole, LLP**
Firm name

**1313 North Market Street, Suite 5400**
Number          Street

**Wilmington**                    **DE**      **19801**
City                              State      ZIP Code

**302-295-0193**                  **chipman@chipmanbrown.com**
Contact phone                     Email address

**3818**                          **DE**
Bar number                        State

Official Form 201                 Voluntary Petition for Non-Individuals Filing for Bankruptcy              page 4

**OMNIBUS WRITTEN CONSENT
OF THE SOLE MEMBER OF
HUDSON 1702, LLC AND HUDSON 1701/1706, LLC**

October 22, 2025

The undersigned, constituting the sole member (the "**Member**") as of the date hereof of each of Hudson 1702, LLC, a Delaware limited liability company and Hudson 1701/1706, LLC (each a "**Company**" and, collectively, the "**Companies**"), hereby consents, under that certain Amended and Restated Limited Liability Company Agreement of Hudson 1701/1706, LLC, effective as of October 21, 2025 (as amended, restated, supplemented or otherwise modified from time to time, the "**Hudson 1701/1706 LLCA**"), that certain Amended and Restated Limited Liability Company Agreement of Hudson 1702, LLC, effective as of October 21, 2025 (as amended, restated, supplemented or otherwise modified from time to time, the "**Hudson 1702 LLCA**" and, together with the Hudson 1701/1706 LLCA, the "**LLC Agreements**") and under Section 18-302(d) of the Delaware Limited Liability Company Act (the "**DLLCA**"), to the adoption of the following resolutions and to the actions authorized thereby, and that such action be taken without a meeting under Section 18-302(d) of the DLLCA.

\* \* \*

**WHEREAS**, the Member has surveyed potential restructuring options for the Companies and duly considered presentations by the management and advisors to the Companies regarding the Companies' assets, liabilities, the short- and long-term liquidity situation and prospects of the Companies, among other things, and the impact of the foregoing on the Companies' business, prospects, operations, and value;

**WHEREAS**, the Member has considered presentations by the management and advisors of the Companies regarding the advantages and disadvantages of filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended, the "**Bankruptcy Code**");

**WHEREAS**, the Member has had adequate opportunity to consult with, and ask questions of, management and the Companies' advisors, to obtain additional information, and to fully consider each of the strategic and financial alternatives available to the Companies;

**WHEREAS**, in the business judgment of the Member, it is desirable and in the best interests of the Companies, their creditors, stakeholders, and other parties in interest to authorize the Companies to enter into one or more restructuring transactions (collectively, the "**Restructuring Transactions**"), and to file or enter into related pleadings, petitions, agreements, transactions and other documents;

**WHEREAS**, in furtherance of the Restructuring Transactions, and after being fully informed, and after careful consideration and deliberation, in the business judgment of the Member, after consulting with the management, legal, and financial advisors of, and other consultants to, the Companies, it is desirable and in the best interests of the Companies, its creditors, its equity holders and other parties in interest, that the Companies file or cause to be filed

forthwith voluntary petitions for relief for each of the Companies (each such voluntary petition commencing a "**Chapter 11 Case**" and, collectively, the "**Chapter 11 Cases**") under chapter 11 of the Bankruptcy Code;

**WHEREAS**, in connection with the Chapter 11 Cases, the Member has determined that it is advisable and in the best interest of the Companies and their respective creditors, other stakeholders, and other parties to authorize and direct the Authorized Persons, as defined below, to take any and all actions or refrain from taking action that is in the business judgment of the Companies necessary or advisable to maximize the value of the Companies and administer the Chapter 11 Cases to a successful outcome.

**NOW, THEREFORE, IT IS:**

**RESOLVED**, that the Companies are authorized and empowered to file or cause to be filed forthwith voluntary petitions for relief and related documents and pleadings to commence the Chapter 11 Cases under the provisions of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"); and it is further

**RESOLVED**, that Paul Rahimian, Ted Jung, or any other duly appointed officer or authorized signatory of each Company, or any other authorized person (or their designees and delegates) of the Companies (each, an "**Authorized Person**" and, collectively, the "**Authorized Persons**"), acting alone or with one or more other Authorized Persons, be, and hereby are, authorized, empowered and directed to execute and file on behalf of the Companies all petitions, schedules, lists, motions, certificates, declarations, papers and documents, and to take any and all action necessary to maintain the ordinary course operation of the Companies' businesses or to successfully prosecute these Chapter 11 Cases; and it is further

**RESOLVED**, that each Authorized Person is hereby authorized and empowered, in the name of and on behalf of each Company, to take actions and negotiate or cause to be negotiated and prepared and to execute, deliver, perform and cause the performance and implementation of any agreements, certificates, instruments, petitions, motions, applications, releases, plans or other papers or documents in furtherance of the Restructuring Transactions to which the Companies are or will be a party, including any asset or equity purchase agreement, chapter 11 plan, disclosure statement, and all exhibits and/or ancillary documents related thereto; and it is further

**RESOLVED**, that each Authorized Person is authorized, empowered, and directed to employ the law firm of Chipman Brown Cicero & Cole, LLP ("**Chipman**"), as general bankruptcy counsel to represent and assist the Companies in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Companies' rights and perform the Companies' obligations, including filing any motions, objections, replies, applications or other papers; and in connection therewith, each Authorized Person, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and to cause to be filed an appropriate application for authority to retain the services of Chipman; and it is further

**RESOLVED**, that each Authorized Person is authorized, empowered, and directed to employ the law firm of DLA Piper LLP (US) ("**DLA Piper**"), as special corporate and litigation

counsel to represent and assist the Companies in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Companies' rights and perform the Companies' obligations, including filing any complaints, answers, dispositive motions, cross motions, counterclaims, motions, objections, replies, applications or other papers and any related discovery; and in connection therewith, each Authorized Person, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and to cause to be filed an appropriate application for authority to retain the services of DLA Piper; and it is further

**RESOLVED**, that each Authorized Person is authorized, empowered, and directed to employ the firm FTI Consulting, Inc. ("**FTI**") as restructuring advisor to assist the Companies in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Companies' rights and perform the Companies' obligations, including filing any motions, objections, replies, applications, or other papers; and in connection therewith, each Authorized Person, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of FTI; and it is further

**RESOLVED**, that each Authorized Person is authorized, empowered, and directed to employ Verita Global, LLC ("**Verita**") as claims and noticing agent to assist the Companies in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Companies' rights and perform the Companies' obligations, including filing any motions, objections, replies, applications, or other papers; and in connection therewith, each of the Authorized Persons are, with power of delegation, authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Verita; and it is further

**RESOLVED**, that each Authorized Person is authorized, empowered, and directed to employ any other professionals to assist the Companies in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Companies' rights and perform the Companies' obligations, including filing any motions, objections, replies, applications, or other papers; and in connection therewith, each of the Authorized Persons are, with power of delegation, authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and it is further

**RESOLVED**, that the Companies are authorized to pursue and implement a Restructuring Transaction as may be further approved, modified, or amended by one or more of the Authorized Persons in their business judgment and in consultation with the Companies' professionals; and it is further

**RESOLVED**, that the Company and the Authorized Persons are authorized to file or cause to be filed a motion seeking approval of one or more Restructuring Transactions, subject to such modifications thereto as such Authorized Person may deem necessary or advisable in order to give effect to and carry out the general purposes of such Restructuring Transaction and execute all related documents as may be reasonably necessary or desirable in the best interests of the Company and its stakeholders; and it is further

**RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Persons, the Authorized Persons, either individually or with one or more other Authorized Persons be, and each of them hereby is, authorized and empowered, to take or cause to be taken any and all such other and further action, and to execute (under the common seal of the Companies if appropriate), acknowledge, agree, deliver, and file any and all such agreements, certificates, materials, and instruments, powers of attorney, letters, forms, transfer, deeds and other documents on behalf of the Companies relating to the matters address or contemplated by these resolutions; and it is further

**RESOLVED**, that, in addition to the specific authorizations heretofore conferred upon the Authorized Persons, the Authorized Persons, either individually or as otherwise required by the Companies' governing documents and applicable law, be, and each of them hereby is, authorized to take any and all such other and further actions, and to do all such other deeds and other things as the Companies themselves may lawfully do, in accordance with its governing documents and applicable law, including but not limited to, the negotiation, finalization, execution, acknowledgement, delivery, and filing of any and all agreements, certificates, instruments, powers of attorney, letters, forms, transfer, deeds, and other documents on behalf of the Companies, and the payment of all expenses, including but not limited to filing fees, in each case, as such Authorized Persons may, in their discretion approve, deem or determine necessary, appropriate, advisable, or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein including to pursue the successful outcome of the Chapter 11 Cases; such approval, deeming, or determination to be conclusively evidenced by said individual taking such action or the execution thereof; and it is further

**RESOLVED**, that the Member has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the Companies' governing documents, or hereby waives any right to have received such notice; and it is further

**RESOLVED**, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of each Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved, authorized, confirmed, adopted, and ratified in all respects and for all purposes as the true acts and deeds of each Company with the same force and effect as if each such act, transaction, agreement, or certificate had been specifically authorized in advance by resolution of the Member.

[*Signature Page Follows*]

**IN WITNESS WHEREOF**, the undersigned, being the sole Member of the Companies, does hereby consent to the foregoing actions and resolutions effective as of the date first written above and direct that it be filed with the minutes of the proceedings of the Companies.

        PV HUDSON LLC,
        a Delaware limited liability company

        By:    Parkview Financial REIT, LP, a
                  Delaware limited partnership
        Its:    Member

        By:    Parkview Financial Fund GP,
                  Inc., a California corporation
        Its:    General Partner

        By: _____
        Name: Paul Rahimian
        Its: Chief Executive Officer

WRITTEN CONSENT – CHAPTER 11 FILING
SIGNATURE PAGE


...

**Fill in this information to identify the case:**

Debtor Name: Hudson 1701/1706, LLC, et al.

United States Bankruptcy Court for the: District of Delaware

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204
**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | 356W58 Ground Lessor<br>2801 N. Harwood Street<br>Suite 1200<br>Dallas, TX 75201 | NAME: Max Nipon<br>PHONE: 516-660-9066<br>EMAIL: nipon@mspcm.com | Ground Lease | Contingent<br>Unliquidated<br>Disputed | | | |
| 2 | Fitness International<br>3161 Michelson Drive<br>Suite 600<br>Irvine, CA 92612-4406 | NAME: James O'Sullivan<br>PHONE: 516-301-9020<br>EMAIL: josullivan@fitnessintl.com | Retail Tenant | | | | $4,895,829.57 |
| 3 | Alberto Smeke Saba<br>Address on File<br><br>Saloman Smeke Saba<br>Address on File | NAME: Alberto Smeke<br>PHONE: 343-421-3335<br>EMAIL: as@csre.us | Former Sponsor Guarantors | Contingent<br>Unliquidated<br>Disputed | | | $1,738,154.11 |
| 4 | HUB<br>401 Broadhollow Road<br>Suite 200<br>Melville, NY 11747 | NAME: Jason Zheng<br>PHONE: 516-677-4977<br>EMAIL: Jason.zheng@hubinternational.com | Insurance | | | | $981,462.01 |
| 5 | Nouveau Elevators<br>47-55 37th Street<br>Long Island City, NY 11101 | NAME: Timothy Kilkenny<br>PHONE: 718-349-4769<br>EMAIL: tkilkenny@noureauelevator.com | Elevators | | | | $601,877.48 |
| 6 | FS Site<br>1488 Schenectady Avenue<br>Brooklyn, NY 11203 | NAME: Murat Aplay<br>PHONE: 347-985-1033<br>EMAIL: | Plumbing | | | | $565,048.62 |
| 7 | Mulligan Security<br>7 Penn Plaza<br>Suite 200<br>New York, NY 10001 | NAME: Kevin Francese<br>PHONE: 212-563-0500<br>EMAIL: krrancese@mulligansecurity.com | Front Desk / 24-7 Security | | | | $237,380.35 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims**    page 1

Debtor   Hudson 1701/1706, LLC, et al.                                   Case number (if known) _____
              Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | DMV Mechanical<br>20-07 129th Street<br>Unit #2<br>College Point, NY 11356 | NAME: Derek Vella<br>PHONE:<br>EMAIL: dmvmechanical@gmail.com | HVAC | | | | $230,171.56 |
| 9 | NY City Department of Environmental Protection<br>59-17 Junction Boulevard<br>Flushing, NY 11373 | NAME:<br>PHONE:<br>EMAIL: | | Disputed | | | $204,468.14 |
| 10 | Abadi<br>151 Industrial Way East<br>Suite A5<br>Eatontown, NJ 07724 | NAME: Elias Abadi<br>PHONE: 732-447-3373<br>EMAIL: | Finish Fixtures | | | | $91,509.65 |
| 11 | Firecom<br>39-27 59th Street<br>Woodside, NY 11377 | NAME:<br>PHONE: 718-899-6100<br>EMAIL: statements@firecominc.com | | | | | $81,556.15 |
| 12 | Ditchik & Ditchik<br>370 Lexington Avenue<br>Suite 1611<br>New York, NY 10017 | NAME: Joel Ditchik<br>PHONE: 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<br>EMAIL: joel@ditchik.com | Legal | | | | $67,850.55 |
| 13 | Universal Stone<br>38-17 10th Street<br>Long Island City, NY 11101 | NAME:<br>PHONE: 718-937-6444<br>EMAIL: | Flooring / Leveling | | | | $63,063.02 |
| 14 | Lighting Workshop<br>20 Jay Street<br>Suite 504<br>Brooklyn, NY 11201 | NAME: Jules Gim<br>PHONE: 212-796.6510<br>EMAIL: jgim@ltgworkshop.com | Design | | | | $55,631.88 |
| 15 | Johnson Controls<br>5757 N. Green Bay Avenue<br>Post Office Box 591<br>Milwaukee, WI 53201 | NAME: Linda M. Riccitelli<br>PHONE: 347-865-7444<br>EMAIL: linda.riccitelli@jci.com | Fire Control | | | | $40,000.00 |
| 16 | AJP<br>1357 Seneca Avenue<br>Bronx, NY 10474 | NAME:<br>PHONE: 718-779-2207<br>EMAIL: | Masonry | | | | $37,657.47 |
| 17 | Tiger<br>65 Mountainview Boulevard<br>Wayne, NJ 07470 | NAME:<br>PHONE: 973-370-8690<br>EMAIL: info@tigercabinets.com | Millwork | | | | $33,579.94 |

Official Form 204        **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**        page 2

Debtor   Hudson 1701/1706, LLC, et al.                                    Case number (if known) _____
          Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18 | Lawrence Glass<br>27 Story Street<br>Brooklyn, NY 11218 | NAME:<br>PHONE: 718-757-7257<br>EMAIL: | | | | | $30,496.80 |
| 19 | Nonstop Plumbing<br>555 Macon ST Suite 1<br>Brooklyn NY 11233 | NAME: Emina Adzovic<br>PHONE: 646-368-8230<br>EMAIL: emina@nonstopplumbers.com | | | | | $20,141.88 |

<div style="border:1px solid black; padding:8px;">

**Fill in this information to identify the case and this filing:**

Debtor Name  <u>Hudson 1701/1706, LLC, et al.</u>

United States Bankruptcy Court for the: <u>District of Delaware</u>
                                              (State)

Case number (*If known*): _____

</div>

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐    *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐    *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐    *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐    *Schedule H: Codebtors (Official Form 206H)*

☐    *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐    *Amended Schedule* _____

☒    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐    *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>10/22/2025</u>
                 MM / DD / YYYY

<u>/s/ Ted Jung</u>
Signature of individual signing on behalf of debtor

<u>Ted Jung</u>
Printed name

<u>Authorized Signatory</u>
Position or relationship to debtor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HUDSON 1701/1706, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-_____ (___) |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned authorized officer of Hudson 1701/1706, LLC certifies that the following corporate entity directly owns 10% or more of Hudson 1701/1706, LLC's equity interest.

| Equity Holder | Percentage of Total Equity |
|---|---|
| PV Hudson LLC | 100% |

**Fill in this information to identify the case and this filing:**

Debtor Name  Hudson 1701/1706, LLC

United States Bankruptcy Court for the:  District of Delaware
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

- ☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

- ☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

- ☐ *Schedule H: Codebtors (Official Form 206H)*

- ☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

- ☐ *Amended Schedule* _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

- ☒ *Other document that requires a declaration* Statement of Corporate Ownership

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    10/22/2025
MM / DD / YYYY

/s/ Ted Jung
Signature of individual signing on behalf of debtor

Ted Jung
Printed name

Authorized Signatory
Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> HUDSON 1701/1706, LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 25-_____ (___) |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, Hudson 1701/1706, LLC hereby provides the following list of holders of equity interests:

| Name and Address of Interest Holder | Kind of Interest | Percentage of Interests Held |
|---|---|---|
| PV Hudson LLC <br> 11440 San Vicente Boulevard <br> Second Floor <br> Los Angeles, CA 90045 | Membership Interest | 100.00% |

| Fill in this information to identify the case and this filing: |
|---|

Debtor Name _____Hudson 1701/1706, LLC_____

United States Bankruptcy Court for the: _____District of Delaware_____
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

- ☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

- ☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

- ☐ *Schedule H: Codebtors (Official Form 206H)*

- ☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

- ☐ *Amended Schedule* _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

- ☒ *Other document that requires a declaration*  List of Equity Security Holders _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10/22/2025___
MM / DD / YYYY

_/s/ Ted Jung_____
Signature of individual signing on behalf of debtor

Ted Jung
Printed name

Authorized Signatory
Position or relationship to debtor