# EXHIBIT A

## Proposed Order

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Hudson 1701/1706, LLC, *et al.*,[1]<br><br>       Debtors. | Chapter 11<br><br>Case No. 25-11853 (KBO)<br><br>(Joint Administration Requested)<br><br>Related Docket No.: |

### ORDER AUTHORIZING
### THE DEBTORS TO CONDUCT RULE 2004 EXAMINATIONS

Upon consideration of the Motion (the "**Motion**"),[2] for entry of an order authorizing the Debtors to obtain production of documents, and any response thereto; and this Court having jurisdiction over the Debtors' estates and this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amending Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this being a core proceeding under 28 U.S.C. § 157; and venue of this Emergency Motion being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Emergency Motion being adequate under the circumstances and no other or further notice of the Emergency Motion or hearing thereon being needed; and the Court finding that it may enter a final order consistent with article III of the United States Constitution; and this Court having reviewed the Emergency Motion and the legal and factual bases set forth therein; and after due deliberation and sufficient cause appearing therefor,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' headquarters and the mailing address for the Debtors is 11440 San Vicente Boulevard, 2nd Floor, Los Angeles, CA 90045.

[2] Capitalized terms used but not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED, as set forth in this Order.

2.      The Debtors are deemed to have served the Subpoenas, copies of which are attached to the Motion as **Exhibit C**,

3.      The Pledgor and the Smekes shall produce the documents and other materials requested in the Subpoenas and send such documents and other materials to counsel to the Debtors identified in the Emergency Motion by 4:00 p.m. (ET) five (5) calendar days after the date of entry of this Order (or such other date and time as may be reasonably agreed to by the parties).

4.      This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.