**EXHIBIT A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Hudson 1701/1706, LLC, *et al.*,[1] | Case No. 25-11853 (KBO) |
| Debtors. | (Joint Administration Requested) |

**ORDER SHORTENING NOTICE AND
OBJECTION PERIODS IN CONNECTION WITH
THE EMERGENCY MOTION OF THE DEBTOR FOR ENTRY OF AN
ORDER AUTHORIZING THE DEBTOR TO CONDUCT RULE 2004 EXAMINATIONS**

Upon the motion (the "**Motion to Shorten**"), filed by the above-captioned debtors (the "**Debtors**") for entry of an order (this "**Order**") shortening the notice and objection periods in connection with the 2004 Motion,[2] and this Court having found that (i) this Court has jurisdiction over the Debtors and their estates, and the relief requested under 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, (ii) this Court may enter a final order consistent with article III of the United States Constitution, (iii) this is a core proceeding under 28 U.S.C. § 157(b), (iv) venue of this proceeding and this matter in this District is proper under 28 U.S.C. §§ 1408 and 1409, and (v) the Debtors' notice was adequate and appropriate under the circumstances and no other or further notice need be provided; and this Court having reviewed the Motion to Shorten; and this Court having found and determined that the approval sought is in the best interests of the Debtors' estates, their creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' headquarters and the mailing address for the Debtors is 11440 San Vicente Boulevard, 2nd Floor, Los Angeles, CA 90045.

[2] Capitalized terms used but not defined in this Order shall have the meaning given to them in the Motion to Shorten.

2

**IT IS HEREBY ORDERED THAT**:

1. The Motion to Shorten is GRANTED, as set forth in this Order.

2. The hearing to consider the relief requested in the 2004 Motion shall be held on **November 3, 2025 at 9:00 a.m. (ET)** or as soon thereafter as the Court is available (the "**Hearing**").

3. Any objections or responses to the relief requested by the 2004 Motion must be filed before or made orally at the Hearing.

4. All parties in interest may reply to any objections at the Hearing.

5. This Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.