IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Hudson 1701/1706, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11853 (KBO)<br><br>(Joint Administration Requested)<br><br>**Hearing Date: November 3, 2025 at 9:00 a.m. (ET)**<br>**Objection Deadline: At the Hearing** |

# NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on October 30, 2025, Hudson 1701/1706, LLC and Hudson 1702, LLC (collectively, the "Debtors") filed the *Emergency Motion of the Debtors for Entry of an Order Authorizing the Debtors to Conduct Rule 2004 Examinations* [D.I. 18] (the "2004 Motion") with the United States Bankruptcy for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on October 30, 2025, the Debtors also filed the *Debtors' Motion for an Order Shortening Notice and Objection Periods in Connection with the Emergency Motion of the Debtors for Entry of an Order Authorizing the Debtors to Conduct Rule 2004 Examinations* [D.I. 20] (the "Motion to Shorten") with the Court.

**PLEASE TAKE FURTHER NOTICE** that on October 31, 2025, the Court entered an order [D.I. 23] granting the Motion to Shorten (the "Shortening Order").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Shortening Order, a hearing on the 2004 Motion will be held before the Honorable Karen B. Owens, Chief United States Bankruptcy Judge, at the Court, 824 North Market Street, Sixth Floor, Courtroom 3, Wilmington, Delaware 19801 on **November 3, 2025 at 9:00 a.m. (ET)** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Shortening Order, any objections or responses to the 2004 Motion must be filed before or made orally at the Hearing.

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' headquarters and the mailing address for the Debtors is 11440 San Vicente Boulevard, 2nd Floor, Los Angeles, CA 90045.

**PLEASE TAKE FURTHER NOTICE** that copies of the above referenced pleadings and all filings in the Debtors' cases are and will be available for free on the website of the Debtors' proposed claims and noticing agent in these chapter 11 cases, Verita Global, at https://www.veritaglobal.net/hudson.

| | |
|---|---|
| Dated: October 31, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>**DLA PIPER LLP (US)**<br><br> /s/ Stuart M. Brown<br>Stuart M. Brown (DE 4050)<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2462<br>Email: stuart.brown@us.dlapiper.com<br><br>- and -<br><br>David M. Riley (admitted *pro hac vice*)<br>Neal Kronley (admitted *pro hac vice*)<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501<br>Email: david.riley@us.dlapiper.com<br>          neal.kronley@us.dlapiper.com<br><br>*Proposed Special Counsel to the Debtors* |