**<u>EXHIBIT A</u>**



October 31, 2025

**BY E-MAIL**

**DLA Piper LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, Delaware
Attn: Stuart Brown
Email: stuart.brown@us.dlapiper.com

      Re:   Response to Request for Information

Dear Mr. Brown:

This letter follows up on my email of Thursday, October 30, 2025, at 5:44 p.m. Unless otherwise defined herein, all capitalized terms have the meanings assigned to them in your colleague Neal Kronley's letter to me and David Rownd dated October 23, 2025 (the "DLA Letter").

As previously noted, while we do not concede that Alberto Smeke Saba or Salomon Smeke Saba (collectively, the "Smekes") are obligated to produce the information requested in the DLA Letter, the Smekes are nevertheless providing certain information voluntarily, as a professional courtesy and without prejudice to any of their rights, objections, or privileges. The information is being provided solely as an accommodation, and in the form in which it presently exists in the Smekes' possession, without representation or warranty as to its accuracy, completeness, or sufficiency. Nothing contained herein should be construed as an admission of any kind, a waiver of any right, privilege, or protection, or a modification of any position previously stated or that may hereafter be asserted.

For convenience, we have reproduced below each of the requests from the DLA Letter, followed by the Smekes' corresponding responses and, where applicable, links to relevant documents.

1.      Provide all books and records of Pledgor, including those pertaining to the SRO Tenants

- Please see letter from Bernath and Rosenberg, P.C., attached hereto as Exhibit A.

2.      Provide all financial statements (whether audited or unaudited), income statements, balance sheets, federal and state tax returns, and other financial documents of the Debtors.

- Hudson 1701/1702/1706 Balance Sheet
- Hudson 1701/1702/1706 General Ledger
- Income Statement 1701/1706
- Income Statement 1702

3.      Provide all contracts, agreements, leases, construction contracts, service and maintenance agreements, supply agreements, license agreements, utility agreements, warranties, guaranties, understandings and arrangements entered into between either Debtor and any entity, including any property management contracts, leases, etc., and any amendments or modifications thereto

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, Vedder Price (CA), LLP, which operates in California, Vedder Price Pte. Ltd., which operates in Singapore, and Vedder Price (FL) LLP, which operates in Florida.
VP/#73041638.2

**VedderPrice**

(collectively "Agreements"), and any other material documents and correspondence relating to such Agreements, including any notices of claims, demands or defaults.

- Professional Contracts
- Third Party Reports
- Elysium GMP
- Elysium Org Chart
- Local Law 11
- Property Management Agreement
- Access Agreements
- Condo Market Reports
- Deed
- Slip and Fall Case
- Mold Report
- Leasing Brokers
- Gardiner and Thiebald
- Hotel Management Proposals
- The Malin Proposal

4. Provide all Federal, state and local governmental permits, licenses, approvals and consents in connection with the Debtor's operations and the Property.

- All Construction Filings
- Permits
- Construction Plans
- Club Studio
- FDNY Approved Plans
- FDNY Permits
- Chiller Removal
- Water Test Results
- Sprinkler Plans
- ACP 8
- Boiler Removal
- Certificate of Capital Improvements

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, Vedder Price (CA), LLP, which operates in California, Vedder Price Pte. Ltd., which operates in Singapore, and Vedder Price (FL) LLP, which operates in Florida.
VP/#73041638.2



- Community Board

5.    Provide possession of all servers and passwords to email accounts owned or controlled by the Debtors.

   - N/A – There are no email accounts or servers owned by Debtors.

6.    Provide the Debtors with access to all bank accounts in the Debtors' names and take all steps to cause the Debtors' current management to be signatory on all such bank accounts.

   - N/A – there are no bank accounts, to which the Smekes have access, that are currently open in the name of Debtors.

7.    Identify which account SRO rents are paid into, and account for all rents paid since July 25, 2025.

   - The Smekes do not have access to this information. The Smekes understand that Ms. Denise Cruz, a Parkview employee manages collections for the SRO tenants and has been since July 25, 2025.

8.    Provide the Debtors with copies of all books and accounts of the Debtors and other records for the Property and the improvements thereon.

   - Elysium Financials
   - Change Orders
   - Purchase Orders
   - CM Agreement
   - LAF Work Letter
   - GMP Buyouts

9.    Provide a list of all of the current SRO Tenants, their contact information, and copies of all related leases and other agreements.

   - SRO Rent Roll
   - All SRO Tenant Files

The Smekes expressly reserve all rights, privileges, and protections, whether arising under contract, statute, common law, or otherwise, including without limitation all attorney–client, work-product, joint-defense, and other applicable privileges. By providing the information contained herein, the Smekes do not waive, and expressly preserve, all objections and defenses in this matter, including as to jurisdiction, venue, standing, discovery scope, or any other procedural or substantive issue. Nothing contained in this correspondence shall be deemed or construed as an admission, agreement, or waiver of any kind.

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, Vedder Price (CA), LLP, which operates in California, Vedder Price Pte. Ltd., which operates in Singapore, and Vedder Price (FL) LLP, which operates in Florida.
VP/#73041638.2



Please feel free to reach out to me directly by phone at 212.407.6941 or by email at rsalame@vedderprice.com with any questions or concerns.

Sincerely,

Vedder Price P.C.

By: ____/s/ Robert Salame_____
        Robert Salame

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, Vedder Price (CA), LLP, which operates in California, Vedder Price Pte. Ltd., which operates in Singapore, and Vedder Price (FL) LLP, which operates in Florida.
VP/#73041638.2



EXHIBIT A

(Letter from Bernath and Rosenberg)

[See Attached]

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, Vedder Price (CA), LLP, which operates in California, Vedder Price Pte. Ltd., which operates in Singapore, and Vedder Price (FL) LLP, which operates in Florida.
VP/#73041638.2



October 31, 2025

Re: **Hudson 1701/1706, LLC and Hudson 1702, LLC**
   **CSC Hudson LLC**
   **CSC Holdings LLC**

To Whom it May Concern:

We are the Certified Public Accountants for subject LLC and have been requested to address the portion of the Demand Letter dated October 23, 2025 pertaining to its tax returns.

CSC Holdings LLC is a multi-asset entity that holds numerous investments and assets beyond its prior membership interests in Hudson 1701/1706 LLC and Hudson 1702 LLC. As a partnership, CSC Holdings LLC files an annual U.S. Return of Partnership Income (Form 1065) with the Internal Revenue Service, which consolidates and captures the financial activity, assets, and operations of all its holdings, including Hudson 1701/1706 LLC and Hudson 1702 LLC. Due to confidentiality obligations and professional standards governing the disclosure of client tax information, neither we nor CSC can provide a copy of its tax return or related schedules.

Should you have any questions or if I can be of any assistance, please feel free to call at 212-221-1140.

Sincerely,
BERNATH & ROSENBERG, P.C.

Nathan Wilamowsky
Certified Public Accountant
:sb

Tel 212.221.1140 • Fax 212.221.1944
INFO@BERNATHANDROSENBERG.COM
WWW.BERNATHANDROSENBERG.COM

126 Spruce Street
Cedarhurst, NY 11516

365 Route 59, Suite 203
Airmont, NY 10952

1515 Pine Street, Suite 250
Lakewood, NJ 08701