# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Hudson 1701/1706, LLC, *et al.*,[1] | Case No. 25-11853 (KBO) |
| Debtors. | (*Joint Administration Requested*) |

### *SECOND AMENDED* [2] NOTICE OF (I) FILING OF BANKRUPTCY PETITIONS AND RELATED DOCUMENTS AND (II) AGENDA FOR THE REMOTE HEARING TO CONSIDER FIRST DAY MOTIONS SCHEDULED FOR <u>NOVEMBER 3, 2025, AT 9:00 A.M. (EASTERN TIME)</u>

> **THIS PROCEEDING WILL BE CONDUCTED REMOTELY *VIA* ZOOM. PLEASE REFER TO JUDGE OWENS'S CHAMBERS PROCEDURES (HTTPS://WWW.DEB.USCOURTS.GOV/CONTENT/JUDGE-KAREN-B-OWENS) AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE OWENS'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS. REGISTRATION IS REQUIRED ONE-HOUR PRIOR TO THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURTAPPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

PLEASE TAKE NOTICE that on October 22, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the following voluntary petitions (the "Petitions") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532:

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190).  The Debtors' headquarters and the mailing address for the Debtors is 11440 San Vicente Boulevard, 2nd Floor, Los Angeles, CA 90045.

[2]   **Amended items appear in bold.**

A.  VOLUNTARY PETITIONS:

|  | DEBTOR'S NAME | CASE NO. |
|---|---|---|
| 1. | Hudson 1701/1706, LLC | 25-11853 |
| 2. | Hudson 1702, LLC | 25-11854 |

B.  FIRST DAY MOTIONS.

PLEASE TAKE FURTHER NOTICE that the Debtors will present the following pleadings (collectively, the "First Day Pleadings") at a hearing to be conducted remotely using the eCourtAppearances tool on November 3, 2025, at 9:00 a.m. (*prevailing* Eastern Time) (the "Hearing") before the Honorable Karen B. Owens, Chief Judge, United States Bankruptcy Court:

1.  Motion of the Debtors for Entry of an Order (I) Granting Joint Administration of Their Chapter 11 Cases and (II) Granting Related Relief [Docket No. 13; Filed October 30, 2025].

    A.  **Certification of Counsel Regarding Motion of the Debtors for Entry of an Order (I) Granting Joint Administration of Their Chapter 11 Cases and (II) Granting Related Relief [Docket No. 29; Filed October 31, 2025].**

2.  Debtors' Application for Entry of an Order Appointing Kurtzman Carson Consultants, LLC dba Verita Global as Claims and Noticing Agent Effective as of the Petition Date [Docket No. 14; Filed October 30, 2025].

    A.  **Notice of Filing Revised Proposed Order to Debtors' Application for Entry of an Order Appointing Kurtzman Carson Consultants, LLC dba Verita Global as Claims and Noticing Agent Effective As Of The Petition Date [Docket No. 38; Filed on November 2, 2025].**

3.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Life Safety Critical Vendors and (II) Granting Related Relief [Docket No. 15; Filed October 30, 2025].

    A.  **Notice of Filing Revised Proposed Interim Order for Debtors' Motion for Entry of Interim and Final Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Life Safety Critical Vendors and (II) Granting Related Relief [Docket No. 39; Filed on November 2, 2025].**

C.     FIRST DAY DECLARATION.

    4.     Declaration of of Alan Tantleff in Support of Debtors' Chapter 11 Petitions, Joint Administration Motion, Retention Application, and Life Safety Critical Vendors Motion [Docket No. 16; Filed October 30, 2025].

D.     MOTION GOING FORWARD

    5.     Emergency Motion of the Debtors for Entry of an Order Authorizing the Debtors to Conduct Rule 2004 Examinations [Docket No. 18; Filed October 30, 3025].

         Response Deadline:    On or before hearing on November 3, 2025, at 9:00 a.m. (ET).

         Related Documents:

         A. Debtors' Motion for an Order Shortening Notice and Objection Periods in Connection with the Emergency Motion of the Debtors for Entry of an Order Authorizing the Debtors to Conduct Rule 2004 Examinations [Docket No. 20; Filed October 30, 2025].

         B. Order Shortening Notice and Objection Periods in Connection with the Emergency Motion of the Debtor for Entry of an Order Authorizing the Debtor to Conduct Rule 2004 Examinations [Docket No. 23; Entered on October 31, 2025].

         **C. Notice of Hearing Regarding Emergency Motion of the Debtors for Entry of an Order Authorizing the Debtors to Conduct Rule 2004 Examinations [Docket No. 27; Filed October 27, 2025].**

         **D. Objection by Alberto Smeke Saba and Salomon Smeke Saba to Emergency Motion of the Debtors for Entry of an Order Authorizing the Debtors to Conduct Rule 2004 Examinations [Docket No. 37; Filed November 2, 2025]**

PLEASE TAKE FURTHER NOTICE that copies of all First Day Pleadings will be mailed in accordance with Rule 9013-1(m) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, and are currently available (free of charge) on the website of the Debtors' proposed claims and noticing agent, Verita Global ("Vertia"), dedicated to these Chapter 11 Cases, https://www.veritaglobal.net/hudson , or on the Court's website, https://ecf.deb.uscourts.gov. Further information may be obtained by calling Verita's telephone number: (866) 927-7089 (U.S./Canada), or (310) 751-2656 (International), by

- 4 -

email to Hudsoninfo@veritaglobal.com, or upon request from undersigned proposed counsel to the Debtors.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the First Day Pleadings may be made at the First Day Hearing.

| | |
|---|---|
| Dated: November 2, 2025<br>Wilmington, Delaware | CHIPMAN BROWN CICERO & COLE, LLP<br><br>  /s/ William E. Chipman, Jr.  <br>William E. Chipman, Jr. (No. 3818)<br>Mark D. Olivere (No. 4291)<br>Aaron J. Bach (No. 7364)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:    (302) 295-0191<br>Email:           chipman@chipmanbrown.com<br>                      olivere@chipmanbrown.com<br>                      bach@chipmanbrown.com<br><br>*Proposed Counsel for Debtors and*<br>*Debtors in Possession* |