# EXHIBIT 2

## Initial Budget

**Hudson 1701/1706; Hudson 1702**
Consolidated 13-Week Cash Flow
($ USD)

| Week ending (Fri) | Cash Collateral | Interim Period 11/3/2025 - 12/15/2025 | Final Order 12/16/25 - 01/26/26 | 13-week DIP Budget | Total |
|---|---|---|---|---|---|
| **_Collections_** | | | | | |
| Receipts | $ - | $ 24,000 | $ 12,000 | $ 36,000 | $ 36,000 |
| **Total Collections** | $ - | $ 24,000 | $ 12,000 | $ 36,000 | $ 36,000 |
| **_Operating Disbursements_** | | | | | |
| Insurance | 139,214 | $ 278,429 | $ 139,214 | $ 417,643 | $ 556,858 |
| Property Tax | - | 3,145,415 | 2,895,382 | 6,040,797 | 6,040,797 |
| Utilities | 210,000 | 280,000 | 140,000 | 420,000 | 630,000 |
| Elevators (Monthly Maintenance) | - | 11,600 | 5,800 | 17,400 | 17,400 |
| Security/Fire Watch | - | 102,633 | 34,211 | 136,844 | 136,844 |
| Property Management | - | 100,000 | 50,000 | 150,000 | 150,000 |
| Operating Expenses | 10,000 | 20,000 | 285,000 | 305,000 | 315,000 |
| Legal/HPD | 20,000 | 40,000 | 20,000 | 60,000 | 80,000 |
| Ground Rent | - | 1,458,333 | 729,167 | 2,187,500 | 2,187,500 |
| Fire Alarm Service Contract | - | 6,000 | 3,000 | 9,000 | 9,000 |
| Contractor/Architect | 50,000 | 66,750 | - | 66,750 | 116,750 |
| Misc/Contingency | - | - | - | - | - |
| **_Development_** | | | | | |
| LAF Contractor - Landlord TI | - | 379,781 | - | 379,781 | 379,781 |
| Development Manager | - | 50,000 | 25,000 | 75,000 | 75,000 |
| LAF TI Allowance | - | 1,534,754 | 840,269 | 2,375,023 | 2,375,023 |
| Development Partner | - | 500,000 | 250,000 | 750,000 | 750,000 |
| Preconstruction GC | - | 55,000 | 55,000 | 110,000 | 110,000 |
| Design | 20,000 | 46,000 | 373,000 | 419,000 | 439,000 |
| **_Construction_** | - | $ - | $ - | $ - | $ - |
| **_First Day Motions_** | | | | | |
| Utility Assurance | - | 70,000 | - | 70,000 | 70,000 |
| D&O Insurance | - | 168,300 | - | 168,300 | 168,300 |
| Life Safety | - | 500,000 | 250,000 | 750,000 | 750,000 |
| Critical Vendor | 120,842 | 525,310 | 574,534 | 1,099,844 | 1,220,686 |
| | | | | - | |
| **Total Operating Disbursements** | $ 570,056 | $ 9,338,305 | $ 6,669,576 | $ 16,007,882 | $ 16,577,938 |
| **_Non-Operating Activities_** | | | | | |
| Professional Fees | - | 2,890,769 | 1,504,231 | 4,395,000 | 4,395,000 |
| US Trustee | - | 65,313 | - | 65,313 | 65,313 |
| **Total Non-Operating Activities** | $ - | $ 2,956,082 | $ 1,504,231 | $ 4,460,313 | $ 4,460,313 |
| **Net Cash Flow** | $ (570,056) | $ (12,270,387) | $ (8,161,807) | $ (20,432,194) | $ (21,002,251) |