## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Hudson 1701/1706, LLC, *et al.*,[1] | Case No. 25-11853 (KBO) |
| | (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Lydia Do, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On November 17, 2025, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Amended Notice of Agenda for the Remote Hearing to Consider First Day Motions Scheduled for November 7, 2025, at 11:00 a.m. (Eastern Time)** [Docket No. 72]

- **Interim Order (I) Authorizing the Debtors to (A) Maintain Insurance Coverage Entered Into Prepetition and Pay Related Prepetition Obligations, and (B) Renew, Supplement, Modify, or Purchase Insurance Coverage, (II) Authorizing Banks to Honor Related Checks and Transfers, and (III) Granting Related Relief** [Docket No. 75]

- **Interim Order (I)(A) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (B) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Services; and (II) Granting Related Relief** [Docket No. 76]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190).  The Debtors' headquarters and the mailing address for the Debtors is 11440 San Vincente Boulevard, 2nd Floor, Los Angeles, CA 90045.

- **Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral; (II) Granting Adequate Protection to Prepetition Lender; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief** [Docket No. 82]

- **Order (I) Authorizing Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor; (B) File a Consolidated List of Top Twenty (20) Largest Unsecured Creditors; and (C) Redact Certain Personally Identifiable Information of Natural Persons; and (II) Granting Related Relief** [Docket No. 83]

Furthermore, on November 17, 2025, at my direction and under my supervision, employees of Verita caused to be served the following documents via First Class Mail upon the service list attached hereto as **Exhibit C**:

- **Amended Notice of Agenda for the Remote Hearing to Consider First Day Motions Scheduled for November 7, 2025, at 11:00 a.m. (Eastern Time)** [Docket No. 72]

- **Interim Order (I) Authorizing the Debtors to (A) Maintain Insurance Coverage Entered Into Prepetition and Pay Related Prepetition Obligations, and (B) Renew, Supplement, Modify, or Purchase Insurance Coverage, (II) Authorizing Banks to Honor Related Checks and Transfers, and (III) Granting Related Relief** [Docket No. 75]

Furthermore, on November 17, 2025, at my direction and under my supervision, employees of Verita caused to be served the following documents via First Class Mail upon the service list attached hereto as **Exhibit D**:

- **Amended Notice of Agenda for the Remote Hearing to Consider First Day Motions Scheduled for November 7, 2025, at 11:00 a.m. (Eastern Time)** [Docket No. 72]

- **Interim Order (I)(A) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (B) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Services; and (II) Granting Related Relief** [Docket No. 76]

Furthermore, on November 17, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via First Class Mail upon the service list attached hereto as **Exhibit E**:

- **Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral; (II) Granting Adequate Protection to Prepetition Lender; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief** [Docket No. 82]

Furthermore, on November 18, 2025, at my direction and under my supervision, employees of Verita caused to be served the following documents via First Class Mail upon the service list attached hereto as **Exhibit F**:

- **Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral; (II) Granting Adequate Protection to Prepetition Lender; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief** [Docket No. 82]

Furthermore, on November 18, 2025, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Amended Order (I) Granting Joint Administration of the Debtors Chapter 11 Cases and (II) Granting Related Relief** [Docket No. 86]

- **Notice of Motions and Hearing** [Docket No. 87]

Furthermore, on November 18, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via First Class Mail upon the service lists attached hereto as **Exhibit C**, **Exhibit D**, **Exhibit E** and **Exhibit F**:

- **Notice of Motions and Hearing** [Docket No. 87]

Furthermore, in accordance with Local Rule 5004-4(c)(ii), all eligible CM/ECF participants were served via the Court's CM/ECF system with copies of the foregoing.

Dated: November 19, 2025

/s/ *Lydia Do*
Lydia Do
Verita
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel. 310.823.9000

Exhibit A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 20 | 356W58 Ground Lessor | Max Nipon | nipon@mspcm.com |
| Counsel to 356W58 Ground Lessor LLC | Adler & Stachenfeld LLP | Kirk L Brett and Patrick O'Connor | kbrett@adstach.com; poconnor@adstach.com |
| Top 20 | Alberto Smeke Saba | Alberto Smeke | Email on File |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Top 20 | Ditchk & Ditchik | Joel Ditchik | joel@ditchik.com |
| Top 20; Mechanic's Lienholder | DMV Mechanical | Derek Vella | dmvmechanical@gmail.com |
| Top 20 | Firecom | | statements@firecominc.com |
| Escrow Agent | First American Title Insurance Company | Attn Andrew Jaeger | ajaeger@firstam.com |
| Top 20 | Fitness International | Diann Alexander | diann.alexander@fitnessintl.com |
| Counsel for Taconic Development Advisors LLC | Herrick, Feinstein LLP | Stephen B. Selbst | sselbst@herrick.com |
| Counsel to Parkview Financial REIT, LP, Counsel to the DIP Lender and Prepetition Lender | Hogan Lovells US LLP | Chris Bryant | chris.bryant@hoganlovells.com |
| Counsel to Parkview Financial REIT, LP, Counsel to the DIP Lender and Prepetition Lender | Hogan Lovells US LLP | Richard Wynne and David P Simonds | richard.wynne@hoganlovells.com; david.simonds@hoganlovells.com |
| Top 20 | HUB | Jason Zheng | Jason.zheng@hubinternational.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Top 20 | Johnson Controls | Linda M. Riccitelli | linda.riccitelli@jci.com |
| Counsel to 356W58 Ground Lessor LLC | Landis Rath & Cobb LLP | Adam G. Landis, Matthew B. McGuire, Katherine S. Dute, and Soumya P. Venkateswaran | landis@lrclaw.com; mcguire@lrclaw.com; dute@lrclaw.com; venkateswaran@lrclaw.com |
| Top 20 | Lighting Workshop | Jules Gim | jgim@ltgworkshop.com |
| Debtors' Landlord | MSP Capital Investments, LLC | Attn Danielle Ash and Morgan Stevens | dash@adstach.com; mstevens@adstach.com |
| Top 20 | Mulligan Security | Kevin Francese | krrancese@mulligansecurity.com |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Department | Louis.Testa@ag.ny.gov; letitia.james@ag.ny.gov |
| New York City Department of Housing Preservation and Development | New York City Department of Housing Preservation and Development | | ServeHPD@hpd.nyc.gov |
| Litigation Plaintiffs | New York Hotel and Gaming Trades Council | c/o Annalise Leonelli | Aleonelli@pittalaw.com |
| New York Secretary of State | New York Secretary of State | Attn Corporate Bankruptcy Dept | info@dos.ny.gov |
| Top 20 | Nonstop Plumbing | Emina Adzovic | emina@nonstopplumbers.com |
| Top 20; Mechanic's Lienholder | Nouveau Elevators Industries LLC | Timothy Kilkenny | tkilkenny@noureauelevator.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Malcolm M Bates | malcolm.m.bates@usdoj.gov |
| Counsel to Parkview Financial REIT, LP | Pachulski Stang Ziehl & Jones LLP LLP | Jeffrey N. Pomerantz and James E. O'Neill | jpomerantz@pszjlaw.com; joneill@pszjlaw.com |
| Litigation Plaintiffs | Raymond Hickey and Tana Hickey | Attn Daniel Joshua Wasserberg | dw@mwinjurylaw.com |
| Escrow Agent | Royal Abastract of New York, LLC | Attn Michael Roberts | mroberts@royalabstract.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Top 20 | Tiger | | info@tigercabinets.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Counsel to Alberto and Salomon Smeke Saba (the former owners of the Debtors) | Vedder Price P.C. | Attn Robert Salame, David Rownd and Michael L. Schein | rsalame@vedderprice.com; drownd@vedderprice.com; mschein@vedderprice.com |
| Counsel to Alberto Smeke Saba and Salomon Smeke Saba | Womble Bond Dickinson (US) LLP | Matthew P. Ward | matthew.ward@wbd-us.com |

In re Hudson 1701/1706, LLC, et al.
Case No. 25-11853

Page 1 of 1

Exhibit B

**Exhibit B**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Top 20 | 356W58 Ground Lessor | Max Nipon | 2801 N. Harwood Street Suite 1200 | | | Dallas | TX | 75201 |
| Top 20 | Abadi | Elias Abadi | 151 Industrial Way East Suite A5 | | | Eatontown | NJ | 07724 |
| Counsel to 356W58 Ground Lessor LLC | Adler & Stachenfeld LLP | Kirk L Brett and Patrick O'Connor | 555 Madison Avenue, 6th floor | | | New York | NY | 10022 |
| Top 20 | AJP | | 1357 Seneca Avenue | | | Bronx | NY | 10474 |
| Mechanic's Lienholder | Alba Services Inc | | 240 W 52nd St | | | New York | NY | 10019 |
| Top 20 | Alberto Smeke Saba | Alberto Smeke | Address on File | | | | | |
| Mechanic's Lienholder | Alternate Energy Solutions LLC | Jonathan Squille | 32 S Jefferson Rd | | | Whippany | NJ | 07981 |
| Mechanic's Lienholder | Alternate Energy Solutions LLC | | 163 Madison Ave Ste 320 | Donnelly Minter & Kelly LLC | | Morristown | NJ | 07960 |
| Mechanic's Lienholder | CMBM | | 15036 Melbourne Ave Fl 1 | | | Flushing | NY | 11367 |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 |
| Top 20 | Ditchik & Ditchik | Joel Ditchik | 370 Lexington Avenue | Suite 1611 | | New York | NY | 10017 |
| Top 20; Mechanic's Lienholder | DMV Mechanical | Derek Vella | 20-07 129th Street Unit #2 | | | College Point | NY | 11356 |
| Mechanic's Lienholder | Elysium Construction Inc | Alan Kenny | 315 W 39th St Ste 705 | | | New York | NY | 10018 |
| Top 20 | Firecom | | 39-27 59th Street | | | Woodside | NY | 11377 |
| Escrow Agent | First American Title Insurance Company | Attn Andrew Jaeger | 666 Third Ave | | | New York | NY | 10017 |
| Top 20 | Fitness International | Diann Alexander | 3161 Michelson Drive Suite 600 | | | Irvine | CA | 92612-4406 |
| Top 20 | FS Site | Murat Aplay | 1488 Schenectady Avenue | | | Brooklyn | NY | 11203 |
| Mechanic's Lienholder | Gardiner & Theobald Inc | | 801 Second Ave | Zetlin & De Chiara LLP | | New York | NY | 10017 |
| Mechanic's Lienholder | Gilbar | | 498 7th Ave Floor 14 | | | New York | NY | 10018 |
| Litigation Plaintiffs | Hector Luciano Gonzalez | Liakas Law PC | 40 Wall St Fl 50 | | | New York | NY | 10005-1373 |
| Counsel for Taconic Development Advisors LLC | Herrick, Feinstein LLP | Stephen B. Selbst | Two Park Ave | | | New York | NY | 10016 |
| Counsel to Parkview Financial REIT, LP, Counsel to the DIP Lender and Prepetition Lender | Hogan Lovells US LLP | Chris Bryant | 390 Madison Avenue | | | New York | NY | 10017 |
| Counsel to Parkview Financial REIT, LP, Counsel to the DIP Lender and Prepetition Lender | Hogan Lovells US LLP | Richard Wynne and David P Simonds | 1999 Avenue of the Stars, Suite 1400 | | | Los Angeles | CA | 90067 |
| Top 20 | HUB | Jason Zheng | 401 Broadhollow Road | Suite 200 | | Melville | NY | 11747 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Mechanic's Lienholder | J & N Dolcinium Inc | Mark Nash | 43-34 32nd Pl | | | Long Island City | NY | 11101 |
| Top 20 | Johnson Controls | Linda M. Riccitelli | 5757 N. Green Bay Avenue | Post Office Box 591 | | Milwaukee | WI | 53201 |

**Exhibit B**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel to 356W58 Ground Lessor LLC | Landis Rath & Cobb LLP | Adam G. Landis, Matthew B. McGuire, Katherine S. Dute, and Soumya P. Venkateswaran | 919 Market Street, Suite 1800 | | | Wilmington | DE | 19801 |
| Top 20 | Lawrence Glass | | 27 Story Street | | | Brooklyn | NY | 11218 |
| Top 20 | Lighting Workshop | Jules Gim | 20 Jay Street Suite 504 | | | Brooklyn | NY | 11201 |
| Debtors' Landlord | MSP Capital Investments, LLC | Attn Danielle Ash and Morgan Stevens | 555 Madison Avenue, 6th Floor | Adler & Stachenfeld LLP | | New York | NY | 10022 |
| Top 20 | Mulligan Security | Kevin Francese | 7 Penn Plaza Suite 200 | | | New York | NY | 10001 |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | | Albany | NY | 12224-0341 |
| New York City Department of Housing Preservation and Development | New York City Department of Housing Preservation and Development | | 100 Gold Street | | | New York | NY | 10038 |
| Litigation Plaintiffs | New York Hotel and Gaming Trades Council | c/o Annalise Leonelli | 120 Broadway 28th Fl | Pitta LLP | | New York | NY | 10271 |
| New York Secretary of State | New York Secretary of State | Attn Corporate Bankruptcy Dept | One Commerce Plaza | 99 Washington Ave | | Albany | NY | 12231-0001 |
| Top 20 | Nonstop Plumbing | Emina Adzovic | 555 Macon ST Suite 1 | | | Brooklyn | NY | 11233 |
| Top 20; Mechanic's Lienholder | Nouveau Elevators Industries LLC | Timothy Kilkenny | 47-55 37th Street | | | Long Island City | NY | 11101 |
| Mechanic's Lienholder | Nouveau Elevators Industries LLC | | 360 Old Country Rd Ste 205 | Romano& Associates | | Garden City | NY | 11530 |
| Lienholder | NW Hudson Lender LLC | c/o Northwind Group | 490 Fifth Ave., 28th Floor | | | New York | NY | 10017 |
| Top 20 | NY City Department of Environmental Protection | | 59-17 Junction Boulevard | | | Flushing | NY | 11373 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Malcolm M Bates | 844 King St Ste 2207 | | | Wilmington | DE | 19801 |
| Counsel to Parkview Financial REIT, LP | Pachulski Stang Ziehl & Jones LLP LLP | Jeffrey N. Pomerantz and James E. O'Neill | 919 North Market Street, 17th Floor | | | Wilmington | DE | 19801 |
| Litigation Plaintiffs | Raymond Hickey and Tana Hickey | Attn Daniel Joshua Wasserberg | 1040 Avenue of the Americas Fl 10 | Meirowitz & Wasserberg, LLP | | New York | NY | 10018-4799 |
| Escrow Agent | Royal Abastract of New York, LLC | Attn Michael Roberts | 125 Park Ave Ste 1610 | | | New York | NY | 10017 |
| Top 20 | Saloman Smeke Saba | | Address on File | | | | | |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| Mechanic's Lienholder | Superior Chutes | | 30 N. 15th Street | | | East Orange | NJ | 07017 |
| Mechanic's Lienholder | The Square NYC Corp | Judith Friedman | 10 E 39th St Ste 1117 | | | New York | NY | 10016 |
| Top 20 | Tiger | | 65 Mountainview Boulevard | | | Wayne | NJ | 07470 |
| Mechanic's Lienholder | Tritech Electrical Data Inc | Mark Nash | 4288 Katonah Ave | | | Bronx | NY | 10470 |
| Top 20 | Universal Stone | | 38-17 10th Street | | | Long Island City | NY | 11101 |

In re Hudson 1701/1706, LLC, et al.
Case No. 25-11853

Page 2 of 3

**Exhibit B**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 |
| Mechanic's Lienholder | V10 Specialties | | 29-12 38th Ave | | | Long Island City | NY | 11101 |
| Counsel to Alberto and Salomon Smeke Saba (the former owners of the Debtors) | Vedder Price P.C. | Attn Robert Salame, David Rownd and Michael L. Schein | 1633 Broadway, 31st Floor | | | New York | NY | 10019 |
| Lienholder | Western Alliance Bancorp | | 2701 E Camelback Road Ste 110 | | | Phoenix | AZ | 85016 |
| Counsel to Alberto Smeke Saba and Salomon Smeke Saba | Womble Bond Dickinson (US) LLP | Matthew P. Ward | 1313 North Market Street, Suite 1200 | | | Wilmington | DE | 19801 |

In re Hudson 1701/1706, LLC, et al.
Case No. 25-11853

Page 3 of 3

Exhibit C

**Exhibit C**
**Insurance Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Accelerant Specialty Insurance Company | | 400 Northridge Rd.  Suite 800 | | Sandy Springs | GA | 30350 | |
| Amherst Specialty Insurance Company | | 14001 Dallas Parkway Suite 700 | | Dallas | TX | 75240 | |
| Arch Insurance Company | | Harborside 3 | 210 Hudson Street, Suite 300 | Jersey City | NJ | 07311-1107 | |
| Beazley USA Services, Inc. | | 400 Madison Avenue Suite 6C | | New York | NY | 10017-1909 | |
| BMS Group Ltd | | 757 3rd Ave Ste 22 | | New York | NY | 10017 | |
| CAC Specialty | | 115 Office Park Drive | | Birmingham | AL | 35223 | |
| CAC Specialty | | 320 Fillmore Street, Suite 200 | | Denver | CO | 80206 | |
| Elysium Construction Inc. | c/o Alan Kenny | 315 West 39th Street, Suite 705 | | New York | NY | 10018 | |
| Homeland Insurance Company of Delaware | General Counsel, Intact Insurance Specialty Solutions – Legal Dpt. | 605 North Highway 169, Suite 800 | | Plymouth | MN | 55441 | |
| Houston Specialty Insurance Company | Skyward Specialty Insurance, Attn: Compliance Department | 800 Gessner, Suite 600 | | Houston | TX | 77024 | |
| Hub Int'l Northeast Ltd | | 401 Broadhollow Road Suite 200 | | Melville | NY | 11747 | |
| IPFS of New York | | 52 Corporate Circle Suite 208 | | Albany | NY | 12203 | |
| Kevin Muller | | 1 Farm Glen Blvd | | Farmington | CT | 06032 | |
| Landmark American Insurance Company | | 945 East Paces Ferry Road Suite 1800 | | Atlanta | GA | 30326 | |
| Liberty Surplus Insurance Corporation | | 175 Berkeley St. 6th Floor | | Boston | MA | 02116 | |
| Lloyd's of London | | One Lime Street | | London | | EC3M 7HA | United Kingdom |
| Mesa Underwriters Specialty Insurance | | 40 Wantage Avenue | | Branchville | NJ | 07890 | |
| Program Brokerage Corporation | | 401 Broadhollow Road 3rd Floor, Suite 303 | | Melville | NY | 11747 | |
| Quantum Specialty Group | | 2222 Foothill Blvd. | | La Canada Flintridge | CA | 91011 | |
| RSG Specialty, LLC | | 28 Liberty Street | | New York | NY | 10005 | |
| R-T Specialty | | 1345 Avenue of the Americas Suite 4M | | New York | NY | 10105 | |
| Southwest Marine and General Insurance Company | | 412 Mt. Kemble Avenue Suite 300C | | Morristown | NJ | 07960 | |
| StarStone Specialty Insurance Company | | 201 E. Fifth Street Suite 1200 | | Cincinnati | OH | 45202 | |
| Syndicate 2623/623 at Lloyd's | BMS Group Ltd. | One America Square | | London | | EC3N 2LS | United Kingdom |
| Syndicate 33 at Lloyd's, managed by Hiscox Syndicates Limited | | Lloyd's | One Lime Street | London | | EC3M 7HA | United Kingdom |
| Travelers Casualty and Surety Company of America | | P.O. Box 2950 | | Hartford | CT | 06104-2950 | |

In re Hudson 1701/1706, LLC, et al.
Case No. 25-11853

1 of 1

Exhibit D

**Exhibit D**
**Utilities Service List**
**Served via First Class Mail**

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| Astound | Post Office Box 1330 | Wilkes-Barre | PA | 18703 |
| Con Edison | 4 Irving Place | New York | NY | 10003-3502 |
| Con Edison | P.O. Box 1701 | New York | NY | 10116-1701 |
| Flagstar Bank | 102 Duffy Avenue | Hicksville | NY | 11801 |
| Spectrum | 396-398 Avenue of the Americas | New York | NY | 10011 |
| Western Alliance Bancorporation | One E. Washington Street | Phoenix | AZ | 85004 |

Exhibit E

**Exhibit E**
**Contractors Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Astound | | Post Office Box 1330 | | Wilkes-Barre | PA | 18703 |
| Con Edison | | 4 Irving Place | | New York | NY | 10003-3502 |
| Con Edison | | P.O. Box 1701 | | New York | NY | 10116-1701 |
| Dial a Bug | | 548 Cherry Lane | | Floral Park | NY | 11001 |
| Johnson Controls | | 5757 N. Green Bay Avenue | Post Office Box 591 | Milwaukee | WI | 53201 |
| Mulligan Security LLC | | 7 Penn Plaza Suite 200 | | New York | NY | 10001 |
| Nouveau Elevator Industries LLC | c/o Romano & Associates | 360 Old Country Road, Suite 205 | | Garden City | NY | 11530 |
| Nouveau Elevator Industries LLC | | 47-55 37th Street | | Long Island City | NY | 11101 |
| Primo Water | | 1041 Prospect Avenue | | Bronx | NY | 10459 |
| Taconic Development Advisors, LLC | | 730 Third Avenue, Floor 23 | | New York | NY | 10017 |
| Total Fire | | 111 Crossways Park Drive West | | Woodbury | NY | 11797 |
| Tri-Hill Management, LLC | | 22 W 21st Street 10th Floor | | New York | NY | 10010 |

In re Hudson 1701/1706, LLC, et al.
Case No. 25-11853

Exhibit F

**Exhibit F**
**Contractors Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Advantage Wholesale Supply | | 172 Empire Blvd | | Brooklyn | NY | 11225 |
| Charter Communications | | 400 Washington Blvd | | Stamford | CT | 06902 |
| Dair Development | Brian Flanagan | 120 E 56th St | Suite 740 | New York | NY | 10022 |
| DeSimone Builders | | 1441 Broadway | | Manhattan | NY | 10036 |
| GoTo Connect | | 333 Summer St | | Boston | MA | 02210 |
| Settlement Housing Fund, Inc | | 247 W. 37th Street 4th Floor | | New York | NY | 10018 |
| The Metro Group Inc. | | 50-23 23rd St | | Long Island City | NY | 11101 |
| Trein Management | c/o TAYLOR CO. LLC DBA TRUCOM, TREIN MANAGEMENT | 1464 Wesley Rd | | Bon Aqua | TN | 37025 |
| Tri-Hill Building Services LLC | | 22 W 21st St Floor 10 | | New York | NY | 10010 |

In re Hudson 1701/1706, LLC, et al.
Case No. 25-11853

1 of 1