# EXHIBIT C

**Tantleff Declaration**

1625539371

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Hudson 1701/1706, LLC, *et al.*,[1] | Case No. 25-11853 (KBO) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF ALAN TANTLEFF IN SUPPORT OF**
**THE APPLICATION OF THE DEBTORS FOR ENTRY OF**
**AN ORDER (I) AUTHORIZING THE DEBTORS TO RETAIN AND**
**EMPLOY DLA PIPER LLP (US) AS SPECIAL COUNSEL, EFFECTIVE**
**AS OF THE PETITION DATE AND (II) GRANTING RELATED RELIEF**

I, Alan Tantleff, hereby declare under penalty of perjury as follows:

1.  I am a co-Chief Restructuring Officer for the debtors in the above-captioned Chapter 11 Cases (collectively, the "Debtors").[2]

2.  This Declaration is submitted in support of the *Application of the Debtors for Entry of an Order (I) Authorizing the Debtors to Retain and Employ DLA Piper LLP (US) as Special Counsel, Effective as of the Petition Date and (II) Granting Related Relief* (the "Application").[3]

3.  Except as otherwise noted, I have personal knowledge of the matters set forth in this Declaration. If called upon to testify, I could and would testify competently to the facts set forth in this Declaration.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] The Debtors intend to file an application to retain FTI Consulting, Inc. as Restructuring Advisor and Mr. Tantleff and Mr. Hinkelman as the Debtors' co-CRO.

[3] Capitalized terms used but not otherwise defined in this Declaration have the meaning given to them in the Application.

## THE DEBTORS' SELECTION OF SPECIAL COUNSEL

4. The Debtors seek to retain DLA Piper as special counsel, pursuant to section 327(e) of the Bankruptcy Code, for the limited purposes, as further described in the Application, of advising and representing the Debtors in connection with financing and use of cash collateral matters, plan formulation, negotiation, and confirmation, corporate governance, real estate, and transactional matters, and any litigation arising in or related to these Chapter 11 Cases.

5. DLA Piper has experience with and knowledge of the Debtors, their businesses, and other general corporate and legal matters relating to the Debtors. DLA Piper has assisted the Debtors in the prepetition development of strategic alternatives, including assisting the Debtors in drafting a fallback business plan regarding their business operations and negotiating with the former owners, the ground lessor, vendors and mechanics lienholders

6. I have reviewed the Brown Declaration and understand from the Brown Declaration that DLA Piper does not hold or represent an interest adverse to the Debtor's estate with respect to the matters on which DLA Piper is proposed to be employed within the meaning of section 327(e) and 1107(b) of the Bankruptcy Code.

7. For these reasons, I support the Debtors' retention of DLA Piper as special counsel to the Debtors. I believe that DLA Piper is both well qualified and uniquely able to represent the Debtors in these Chapter 11 Cases.

## COST SUPERVISION

8. The Debtors and DLA Piper continue to develop a prospective budget and staffing plan, recognizing that in the course of large Chapter 11 Cases like these Chapter 11 Cases, it is possible that there may be a number of unforeseen fees and expenses that will need to be addressed by the Debtors and DLA Piper. The Debtors further recognize that it is their responsibility to monitor closely the billing practices of their counsel to ensure the fees and expenses paid by the

estates remain consistent with the Debtors' expectations and the exigencies of these Chapter 11 Cases. The Debtors will continue to review the statements that DLA Piper regularly submits, and, together with DLA Piper, amend the budget and staffing plans periodically, as the cases develop.

9. While every chapter 11 case is unique, these budgets will provide guidance on the periods of time involved the level of the attorneys and professionals that will work on various matters, and projections of average hourly rates for the attorneys and professionals for various matters.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: November 21, 2025
      New York, New York

                                        /s/ Alan Tantleff
                                        By: Alan Tantleff
                                        Title: Co-Chief Restructuring Officer for the Debtors