**Exhibit A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Hudson 1701/1706, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11853 (KBO)<br><br>(Joint Administered)<br><br>**Related D.I.:** ___ |

**ORDER AUTHORIZING**
**THE DEBTORS TO CONDUCT RULE 2004 EXAMINATIONS**

Upon consideration of the amended Motion (the "Motion"),[2] for entry of an order authorizing the Debtors to obtain production of documents, and any response thereto; and this Court having jurisdiction over the Debtors' estates and this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amending Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this being a core proceeding under 28 U.S.C. § 157; and venue of this Motion being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion being adequate under the circumstances and no other or further notice of the Motion or hearing thereon being needed; and the Court finding that it may enter a final order consistent with Article III of the United States Constitution; and this Court having reviewed the Motion and the legal and factual bases set forth therein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED, as set forth in this Order.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' headquarters and the mailing address for the Debtors is 11440 San Vicente Boulevard, 2nd Floor, Los Angeles, CA 90045.

[2] Capitalized terms used but not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.

2. The Debtors are directed to serve the Amended Subpoenas in substantially the same form as attached to the Motion as Exhibit C within three days of this Order. The Debtors may serve the Amended Subpoenas by emailing copies to the Rule 2004 Parties' counsel at Vedder Price P.C. representing the Rule 2004 Parties in connection with the Amended Subpoenas at the following addresses: rsalame@vedderprice.com, drownd@vedderprice.com, and mschein@vedderprice.com.

3. The Rule 2004 Parties are directed to produce all Document Requests requested in the Amended Subpoenas.

4. The Debtors are authorized leave to conduct the depositions of the Smekes and Mr. Rosenfeld, as provided for in the Amended Subpoenas, at a time and place to be determined by the parties.

5. Nothing in this Order shall be deemed to limit or restrict the Debtors' rights to seek further discovery or other additional examinations, including, but not limited to, under Bankruptcy Rule 2004 or in the context of contested matters.

6. The Debtors are authorized to take all actions deemed necessary to effectuate the relief granted in this Order.

7. The terms and conditions of this Order will be immediately effective and enforceable upon its entry.

8. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.