# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Hudson 1701/1706 LLC,<br><br>                  Debtors.[1] | Chapter 11<br><br>Case No. 25-11853 (KBO)<br><br>(Jointly Administered)<br><br>Ref. Docket Nos. 99 & 208 |

## JOINDER OF 356W58 GROUND LESSOR LLC IN THE OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE RETENTION APPLICATION OF DLA PIPER LLP (US) AS SPECIAL COUNSEL

356W58 Ground Lessor LLC ("356W58"), by and through its undersigned counsel, hereby joins in the *Objection of the Official Committee of Unsecured Creditors to the Retention Application of DLA Piper LLP (US) As Special Counsel* [Docket No. 208] (the "Objection"). For these reasons set forth in the Objection, the *Application of the Debtors for Entry of an Order (I) Authorizing the Debtors to Retain and Employ DLA Piper LLP (US) as Special Counsel, Effective as of the Petition Date and (II) Granting Related Relief* [Docket No. 99] should be denied.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' headquarters and the mailing address for the Debtors is 11440 San Vicente Boulevard, 2nd Floor, Los Angeles, CA 90045.

| | |
|---|---|
| Dated: January 2, 2026<br>Wilmington, Delaware | Respectfully submitted,<br><br>**LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew B. McGuire*<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>Katherine S. Dute (No. 6788)<br>Soumya P. Venkateswaran (No. 7278)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile:  (302) 467-4450<br>Email: landis@lrclaw.com<br>          mcguire@lrclaw.com<br>          dute@lrclaw.com<br>          venkateswaran@lrclaw.com<br><br>– and –<br><br>**ADLER & STACHENFELD LLP**<br>Kirk L. Brett (admitted *pro hac vice*)<br>Patrick O'Connor (admitted *pro hac vice*)<br>555 Madison Avenue, 6th floor<br>New York, New York 10022<br>Telephone: (212)883-1700<br>Facsimile: (212)883-8883<br>Email: kbrett@adstach.com<br>          poconnor@adstach.com<br><br>*Counsel to 356W58 Ground Lessor LLC* |