## Exhibit A

**Declaration of Charles Foster**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Hudson 1701/1706, LLC, *et al.*,[1] | Case No. 25-11853 (KBO) |
| Debtors. | (Jointly Administered) |

### DECLARATION OF CHARLES FOSTER IN SUPPORT OF DEBTORS' REPLY TO OBJECTION OF ALBERTO SMEKE SABA, SALOMON SMEKE SABA AND CSC HUDSON, LLC TO DEBTORS' AMENDED MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO CONDUCT RULE 2004 EXAMINATIONS

I, Charles Bradley "Brad" Foster, hereby declare under penalty of perjury as follows:

1. I am a Managing Director at FTI Consulting, Inc. ("FTI"). FTI has been retained by Hudson 1702, LLC ("Hudson 1702") and Hudson 1701/1706, LLC ("Hudson 1701/1706" and, together with Hudson 1702, the "Debtors"). The Debtors retained FTI, effective as of October 22, 2025 (the "Petition Date"), for FTI personnel to act as Co-Chief Restructuring Officers for the Debtors and for FTI personnel to otherwise support the Debtors' operations. *See* D.I. 149.

2. I submit this declaration ("Declaration") in support of the *Debtors' Reply to Objection* (the "Objection") *of Alberto Smeke Saba, Salomon Smeke Saba, and CSC Hudson, LLC to the Amended Motion of the Debtors for Entry of an Order Authorizing the Debtors to Conduct Rule 2004 Examinations* (the "Motion").[2]

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] Capitalized terms used but not otherwise defined in this Declaration shall have the meanings ascribed to them in the Motion.

1

3. In their Objection, the Guarantors state that they provided "direct access to the Smeke's accounting applications so the Debtors' representatives can view and access information firsthand without any intermediary." [D.I. 217 at 2.]

4. Guarantors provided access to what they purport to be the Debtors' accounting records for 2025 hosted on a property management software called AppFolio.[3]

5. I have personally reviewed the AppFolio information for the user profile provided to me. The AppFolio account only contains records regarding rent collection from the existing single-room occupancy tenants and certain building maintenance items. The AppFolio account does not contain any other accounting or financial records such as a journal entries, general ledger, balance sheet, trial balance, or other records encompassing all aspects of Debtors' finances.

I declare under penalty of perjury that the foregoing is true and correct:

Executed on January 8, 2025
Sun City West, Arizona

_____
Charles Bradley Foster

---

[3] The link provided for such access is https://recsc.appfolio.com/.

2