# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HUDSON 1701/1706, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11853 (KBO)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 203** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 203

The undersigned counsel hereby certifies as follows:

On December 30, 2025, the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of Hudson 1701/1706, LLC, *et al.*, filed the *Motion of the Official Committee of Unsecured Creditors for an Order Pursuant to Bankruptcy Rule 2004 Authorizing and Directing Production of Documents From the Debtors, Parkview Financial REIT, LP and Alberto Smeke Saba and Solomon Smeke Saba* [Docket No. 203] (the "<u>Motion</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>").

The deadline to object to the Motion was January 6, 2026, at 4:00 p.m. (ET).

The undersigned further certifies that after reviewing the Court's docket in this case, no formal answer, objection, or other responsive pleading to the Motion appears thereon. The Committee respectfully requests that the Court enter the proposed order granting the Motion, a copy of which is attached hereto and to the Motion as **Exhibit A**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

17705522/1

|  |  |
|---|---|
| Dated: January 9, 2026<br>Wilmington, Delaware | **MORRIS JAMES LLP**<br><br>*/s/ Eric J. Monzo*<br>Eric J. Monzo (DE Bar No. 5214)<br>Siena B. Cerra (DE Bar No. 7290)<br>3205 Avenue North Blvd., Suite 100<br>Wilmington, DE 19803<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: emonzo@morrisjames.com<br>         scerra@morrisjames.com<br><br>-and-<br><br>**SEWARD & KISSEL LLP**<br>Robert J. Gayda (admitted *pro hac vice*)<br>Catherine V. LoTempio (admitted *pro hac vice*)<br>Andrew J. Matott (admitted *pro hac vice*)<br>Thomas Ross Hooper (admitted *pro hac vice*)<br>One Battery Park Plaza<br>New York, New York 10004<br>Telephone: (212) 574-1200<br>Email: gayda@sewkis.com<br>        lotempio@sewkis.com<br>        matott@sewkis.com<br>        hooper@sewkis.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |