# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Hudson 1701/1706, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11853 (KBO)<br><br>(Jointly Administered) |
| FIRST AMERICAN TITLE INSURANCE COMPANY, solely as Escrow Agent and not in its individual capacity,<br><br>Plaintiff,<br><br>v.<br><br>HUDSON 1701/1706, LLC, HUDSON 1702, LLC, ALBERTO SMEKE SABA, SALOMON SMEKE SABA, CSC HUDSON LLC and PARKVIEW FINANCIAL REIT, LP,<br><br>Defendants. | Adv. Pro. No. 25-52468 (KBO) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON JANUARY 13, 2026, AT 1:00 P.M. (EASTERN TIME)**

> **THIS PROCEEDING WILL BE CONDUCTED IN PERSON. PLEASE REFER TO JUDGE OWENS'S CHAMBERS PROCEDURES (HTTPS://WWW.DEB.USCOURTS.GOV/CONTENT/JUDGE-KAREN-B-OWENS) AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE OWENS'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS. REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURTAPPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

I. **ADJOURNED MATTERS**

1. 356W58 Ground Lessor LLC's Motion to Convert Debtors' Cases to Chapter 7 or Dismiss Them [Docket No. 193; Filed December 26, 2025].

    Response Deadline: January 20, 2026, at 4:00 p.m. (ET)

    Responses Received:  None

    Related Pleadings:

    A. Certificate of Service [Docket No. 201; Filed December 29, 2025].

    B. Letter to The Honorable Chief Judge Karen B. Owens Regarding Motion to Compel [Docket No. 209; Filed January 2, 2026]

    C. Notice of Service Regarding Debtors' Responses and Objections to 356W58 Ground Lessor LLCs First Set of Requests for Production of Documents [D.I. 211; Filed January 4, 2026].

    D. Letter to the Honorable Karen B. Owens, Chief Judge, in Response to 356W58 Ground Lessor LLC's January 2, 2026, Letter Seeking to Compel Production of Documents and Materials [D.I. 212; Filed January 4, 2026].

    E. Notice of Service Regarding Debtors' Responses and Objections to 356W58 Ground Lessor LLCs First Set of Requests for Production of Documents [Docket No. 211; Filed January 4, 2026].

    F. Amended Notice of Motion of 1. 356W58 Ground Lessor LLC's Motion to Convert Debtors' Cases to Chapter 7 or Dismiss Them [Docket No. 215; Filed January 5, 2026].

    Status: The parties intend to hold a status conference for the Court with respect to the motion and related discovery issues at the hearing on January 13, 2025.  This matter is adjourned to the hearing scheduled for February 12, 2026, at 10:30 a.m. (ET), unless the Court orders otherwise.

II. **RESOLVED MATTERS**

2. Application of the Official Committee of Unsecured Creditors of Hudson 1701/1706, LLC, *et al*., for Entry of an Order Authorizing the Retention and Employment of Seward & Kissel LLP as Counsel Effective as of December 4, 2025 [Docket No. 185; Filed December 23, 2025].

    Response Deadline: January 6, 2026, at 4:00 p.m. (ET)

    Responses Received: None.

4933-5706-0741, v. 2

Related Pleadings:

    A.    Certificate of No Objection Regarding Application of the Official Committee of Unsecured Creditors of Hudson 1701/1706, LLC, *et al*., for Entry of an Order Authorizing the Retention and Employment of Seward & Kissel LLP as Counsel Effective as of December 4, 2025 [Docket No. 227; Filed January 7, 2026].

    B.    Order Authorizing the Retention of Seward & Kissel LLP as Counsel to the Official Committee of Unsecured Creditors of Hudson 1701/1706, LLC, *et al*., Effective as of December 4, 2025 [Docket No. 232; Entered January 9, 2026].

Status: An order has been entered. No hearing is necessary.

3. Application for Entry of an Order Authorizing the Retention and Employment of Morris James LLP as Co-Counsel to the Official Committee of Unsecured Creditors Effective as of December 5, 2025 [Docket No. 186; Filed December 23, 2025].

    Response Deadline: January 6, 2026, at 4:00 p.m. (ET)

    Responses Received: None.

    Related Pleadings:

        A.    Certificate of No Objection Regarding Application for Entry of an Order Authorizing the Retention and Employment of Morris James LLP as Co-Counsel to the Official Committee of Unsecured Creditors Effective as of December 5, 2025 [Docket No. 228; Filed January 7, 2026].

        B.    Order Authorizing the Retention and Employment of Morris James LLP as Co-Counsel to the Official Committee of Unsecured Creditors Effective as of December 5, 2025 [Docket No. 233; Entered January 9, 2026].

    Status: An order has been entered. No hearing is necessary.

4. Application for Entry of an Order Authorizing and Approving the Employment of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of December 8, 2025 [Docket No. 187; Filed December 23, 2025].

    Response Deadline: January 6, 2026, at 4:00 p.m. (ET)

    Responses Received: None.

    Related Pleadings:

        A.    Certificate of No Objection Regarding Application for Entry of an Order Authorizing and Approving the Employment of Province, LLC as Financial

        Advisor to the Official Committee of Unsecured Creditors Effective as of December 8, 2025 [Docket No. 229; Filed January 7, 2026].

    B.    Order Authorizing and Approving the Employment of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of December 8, 2025 [Docket No. 234; Entered January 9, 2026].

Status: An order has been entered.  No hearing is necessary.

### III.  MATTER UNDER CERTIFICATION

5. Motion of the Official Committee of Unsecured Creditors for an Order Pursuant to Bankruptcy Rule 2004 Authorizing and Directing Production of Documents from the Debtors, Parkview Financial REIT, LP and Alberto Smeke Saba and Solomon Smeke Saba [Docket No. 203; Filed December 30, 2025].

    Response Deadline: January 6, 2026, at 4:00 p.m. (ET)

    Responses Received:  None.

    Related Pleadings:

        A.    Certificate of No Objection Regarding Docket No. 203 [Docket No. 235; Filed January 9, 2026].

    Status: A certificate of no objection has been filed. No hearing is necessary.

### IV.  CONTESTED MATTERS GOING FORWARD

6. Motion of the Debtors for Entry of Interim and Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral; (II) Granting Adequate Protection to Prepetition Lender; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [Docket No. 56; Filed November 12, 2025].

    Response Deadline: December 5, 2025, at 4:00 p.m. (ET)

      i.    Extended for Western Alliance Bank until December 10, 2025, at 11:30 a.m. (ET).

      ii.    Extended for the Official Committee of Unsecured Creditors (the "**Committee**") until December 10, 2025, at 11:00 a.m. (ET).

      iii.    Extended for MSP Capital Investments, LLC until December 10, 2025, at 11:00 a.m. (ET).

    Responses Received:

        A.    Limited Objection of Alberto Smeke Saba and Salomon Smeke Saba to Debtors' Proposed Final DIP Financing Order [Docket No. 122; Filed December 5, 2025].

B.      356W58 Ground Lessor LLC's Objection and Reservation of Rights to the Motion of the Debtors for Entry of Interim and Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral; (II) Granting Adequate Protection to Prepetition Lender; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [Docket No. 139; Filed December 9, 2025].

C.      Objection of the Official Committee of Unsecured Creditors to the Debtors' DIP Financing Motion [Docket No. 144; Filed December 10, 2025].

Related Pleadings:

A.      Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral; (II) Granting Adequate Protection to Prepetition Lender; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [Docket No. 82; Entered November 17, 2025].

B.      Notice of Entry of Interim Order and Final Hearing Regarding Motion of the Debtors for Entry of Interim and Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral; (II) Granting Adequate Protection to Prepetition Lender; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [Docket No. 87; Filed November 18, 2025].

C.      Amended and Restated Declaration of Alan Tantleff in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 60, Filed November 12, 2025].

D.      Certificate of Service re: First Day Motions Served November 12-13, 2025 [Docket No. 66, Filed November 14, 2025].

E.      Certificate of Service re: Documents served on or before November 18, 2025 [Docket No. 88, Filed November 19, 2025].

F.      Notice of Filing of Proposed Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral; (II) Granting Adequate Protection to Prepetition Lender; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief [Docket No. 156, Filed December 11, 2025].

Status: The Debtors are working with the DIP Lender and the Committee on a revised form of Final DIP Order that the Debtors believe will resolve the Committee's objection. This matter is going forward as to the remaining objections.

7. Application of the Debtors for Entry of an Order (I) Authorizing the Debtors to Retain and Employ DLA Piper LLP (US) as Special Counsel, Effective as of the Petition Date and (II) Granting Related Relief [Docket No. 99; Filed November 21, 2025].

   Response Deadline: December 5, 2025, at 4:00 p.m. (ET).

   i. Extended for the Official Committee of Unsecured Creditors until January 2, 2026.
   ii. Extend for the United States Trustee until January 5, 2026, at 12:00 p.m. (ET).

   Responses Received:

   A. Objection by Alberto Smeke Saba and Salomon Smeke Saba to Debtors' Application to Employ DLA Piper LLP (US) as Special Counsel, Effective as of the Petition Date [Docket No. 123; Filed December 5, 2025].

   B. Objection of the Official Committee of Unsecured Creditors to the Retention Application of DLA Piper LLP (US) as Special Counsel [Docket No. 208; Filed January 2, 2026].

   C. Joinder of 356W58 Ground Lessor LLC in the Objection of the Official Committee of Unsecured Creditors to the Retention Application of DLA Piper LLP (US) As Special Counsel [Docket No. 210; Filed January 2, 2026].

   D. United States Trustee's Objection to the Application of the Debtors for Entry of an Order (I) Authorizing the Debtors to Retain and Employ DLA Piper LLP (US) as Special Counsel, Effective as of the Petition Date and (II) Granting Related Relief [Docket No. 213; Filed January 5, 2026].

   Related Pleadings:

   E. Debtors' Omnibus Reply to Objections to Application of the Debtors for Entry of an Order (I) Authorizing the Debtors to Retain And Employ DLA Piper LLP (US) as Special Counsel, Effective as of the Petition Date and (II) Granting Related Relief [Docket No. 230; Filed January 8, 2026].

   Status: This matter is going forward.

8. Amended Motion of the Debtors for Entry of an Order Authorizing the Debtors to Conduct Rule 2004 Examinations [Docket No. 204; Filed December 30, 2025]

   Response Deadline: January 6, 2026, at 4:00 p.m. (ET).

   Responses Received:

   A. Objection by Alberto Smeke Saba, Salomon Smeke Saba and CSC Hudson, LLC to Debtors' Amended Motion Authorizing the Debtors to Conduct Rule 2004 Examinations [Docket No. 217; Filed January 6, 2025].

Related Pleadings:

    B.    Emergency Motion of the Debtors for Entry of an Order Authorizing the Debtors to Conduct Rule 2004 Examinations [Docket No. 18; Filed October 30, 2025].

    C.    Debtors' Motion for an Order Shortening Notice and Objection Periods in Connection with the Emergency Motion of the Debtors for Entry of an Order Authorizing the Debtors to Conduct Rule 2004 Examinations [Docket No. 20; Filed October 30, 2025].

    D.    Order Shortening Notice and Objection Periods in Connection With the Emergency Motion of the Debtor for Entry of an Order Authorizing the Debtor to Conduct Rule 2004 Examinations [Docket No. 23; Entered October 31, 2025].

    E.    Notice of Hearing on Emergency Motion of the Debtors for Entry of an Order Authorizing the Debtors to Conduct Rule 2004 Examinations [Docket No. 27; Filed October 31, 2025].

    F.    Objection by Alberto Smeke Saba and Salomon Smeke Saba to Emergency Motion of the Debtors for Entry of an Order Authorizing the Debtors to Conduct Rule 2004 Examinations [Docket No. 37; Filed November 2, 2025].

    G.    Debtors' Reply to Objection of Alberto Smeke Saba, Salomon Smeke Saba and SCS Hudson, LLC to Debtors' Amended Motion for Entry of an Order Authorizing the Debtors to Conduct Rule 2004 Examinations [Docket No. 231, Filed January 8, 2026].

Status: This matter is going forward.

## V. ADVERSARY MATTER

*First American Title Insurance Company v. Hudson 1701/1706, LLC, et al.*; Adv. Pro. No. 25-52468 (KBO)

9. Plaintiff's Motion to Authorize Deposit of Interpleader Funds into the Registry of the Court and to Discharge Plaintiff from the Interpleader Action [Adv. Docket No. 12; Filed December 30, 2025].

Responses Received:

    A.    Objection of Alberto Smeke Saba, Salomon Smeke Saba and CSC Hudson LLC to Plaintiff First American Title Insurance Company's Motion to Authorize Deposit of Interpleader Funds into the Registry of the Court and to Discharge Plaintiff from the Interpleader Action [Adv. Docket No. 15; Filed January 6, 2026].

B.     Debtors Joinder to Plaintiff First American Title Insurance Company's Motion to Authorize Deposit of Interpleader Funds into the Registry of the Court and to Discharge Plaintiff from the Interpleader Action [Adv. Docket No. 16; Filed January 7, 2026].

C.     Parkview Financial REIT, LP's Reservation of Rights with Respect to Plaintiff First American Title Insurance Company's Motion to Authorize Deposit of Interpleader Funds into the Registry of the Court and to Discharge Plaintiff from the Interpleader Action [Adv. Docket No. 17; Filed January 8, 2026].

D.     Reply to Objections to Plaintiff's Motion to Authorize Deposit of Interpleader Funds and Reservation of Rights [Adv. Docket No. 18; Filed January 9, 2026].

Related Pleadings:

E.     Memorandum of Law in Support of Plaintiff's Motion to Authorize Deposit of Interpleader Funds into the Registry of the Court and to Discharge Plaintiff from the Interpleader Action [Adv. Docket No. 13; Filed December 30, 2025].

Status:   This matter is going forward.

Dated: January 9, 2026  
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Mark D. Olivere*  
William E. Chipman, Jr. (No. 3818)  
Mark D. Olivere (No. 4291)  
Aaron J. Bach (No. 7364)  
Alison R. Maser (No. 7430)  
Hercules Plaza  
1313 North Market Street, Suite 5400  
Wilmington, Delaware 19801  
Telephone:    (302) 295-0191  
Email:          chipman@chipmanbrown.com  
                   olivere@chipmanbrown.com  
                   bach@chipmanbrown.com  
                   maser@chipmanbrown.com

*Counsel for Debtors and*  
*Debtors in Possession*