# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Hudson 1701/1706, LLC, *et al.*,[1] | Case No. 25-11853 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 99, 123, 208, 210, 213 & 230** |

## UNITED STATES TRUSTEE'S WITNESS AND EXHIBIT LIST RELATING TO MATTERS SCHEDULED FOR HEARING ON JANUARY 13, 2026 AT 1:00 P.M.

Andrew R. Vara, the United States Trustee for Regions Three and Nine (the "U.S. Trustee"), through his undersigned counsel, hereby submits this Witness and Exhibit List for the hearing to be held on January 13, 2026 at 1:00 p.m. (ET) in the above-captioned cases (the "Hearing"):

### WITNESSES

The U.S. Trustee reserves the right to call the following witnesses:

1. Any witness listed or called by any other party;

2. Rebuttal witnesses as necessary; and

3. The U.S. Trustee reserves the right to cross-examine any witness called by any other party.

### EXHIBITS

| **Exhibit** | **Description** |
|---|---|
| 1. | *In re MOM CA Investco LLC*, et al., Case No. 25-10321-BLS, D.I. 391, *Certification of Counsel Regarding Revised Proposed Order Authorizing the Employment and Retention of Buchalter, a Professional Corporation as Special Counsel* Nunc Pro Tunc *to Petition Date* (filed May 12, 2025). |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tentleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

| | |
|---|---|
| 2. | *In re MOM CA Investco LLC*, et al., Case No. 25-10321-BLS, D.I. 392, *Supplemental Declaration of Mark Shinderman in Support of the Application of Debtors Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014 and 2016 for Authorization to Employ and Retain Buchalter, a Professional Corporation as Special Counsel,* Nunc Pro Tunc *to the Petition Date* (filed May 12, 2025). |
| 3. | *In re MOM CA Investco LLC*, et al., Case No. 25-10321-BLS, D.I. 397 *Order Authorizing the Employment and Retention of Buchalter, a Professional Corporation as Special Counsel* Nunc Pro Tunc *to Petition Date* (entered May 13, 2025). |
| | Any document or pleading filed in the above-captioned cases. |
| | Any exhibit necessary for impeachment and/or rebuttal purposes. |
| | Any exhibit identified or offered by any other party. |

**RESERVATION OF RIGHTS**

The U.S. Trustee reserves any and all rights to, among other things: (i) amend and/or supplement this Witness and Exhibit List at any time prior to the Hearing and to add witnesses and/or exhibits, as applicable; (ii) use additional exhibits for purpose of rebuttal or impeachment and to further supplement the foregoing Witness and Exhibit List as appropriate; and (iii) rely upon and use as evidence (a) the exhibits included on the exhibit lists of any other parties in interest, and (b) any pleading, hearing transcript or other document filed with the Court in the above-captioned matter.

[*Remainder of Page Intentionally Left Blank*]

Dated: January 9, 2026            Respectfully submitted,

                                               **ANDREW R. VARA**
                                               **UNITED STATES TRUSTEE**
                                               **REGIONS 3 AND 9**

By: */s/ Malcolm M. Bates*
            Malcolm M. Bates
            Trial Attorney
            United States Department of Justice
            Office of the United States Trustee
            J. Caleb Boggs Federal Building
            844 N. King Street, Room 2207, Lockbox 35
            Wilmington, DE 19801
            Telephone: (302) 573-6491
            Email:   Malcolm.M.Bates@usdoj.gov