# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Hudson 1701/1706, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11853 (KBO)<br><br>(Jointly Administered) |

## WITNESS AND EXHIBIT LIST OF THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR HEARING ON JANUARY 13, 2026 AT 1:00 P.M. (ET)

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 bankruptcy cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (the "Debtors"), by and through its undersigned counsel, hereby files this Witness and Exhibit List for the hearing commencing on January 13, 2026 at 1:00 p.m. (ET) (the "Hearing) in connection with the *Application of the Debtors for Entry of an Order (I) Authorizing the Debtors to Retain DLA Piper LLP (US) as Special Counsel, Effective as of the Petition Date, and (II) Granting Related Relief* [Dkt. No. 99] (the "DLA Retention Application").

## WITNESSES

The Committee identifies the following individuals as potential witnesses for the Hearing whose testimony may be presented live and/or through their declarations:

1. Any witness or declarant called or listed by any other party in interest; and

2. Rebuttal and/or impeachment witnesses, as necessary.

The Committee reserves the right to cross-examine any witness called by any other party.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

**EXHIBITS**

The Committee may offer into evidence any one or more of the following exhibits at the Hearing:

| Exhibit No. | Description |
|---|---|
| 1. | Engagement and Conflict Waiver Letter for Legal Services of DLA Piper LLP (US), dated October 21, 2025 |
| 2. | Engagement and Conflict Waiver Letter for Legal Services of DLA Piper LLP (US), dated January 8, 2026 |
| 3. | Voluntary Petition for Hudson 1701/1706, LLC (Case No. 25-11853) |
| 4. | Voluntary Petition for Hudson 1702, LLC (Case No. 25-11854) |
| 5. | Amended and Restated Declaration of Alan Tantleff in Support of Debtors' Chapter 11 Petitions and First Day Motions |
| 6. | Omnibus Written Consent of the Sole Member of Hudson 1702, LLC and Hudson 1701/1706, LLC dated October 22, 2025 |
| 7. | Written Consent of the Sole Member of Hudson 1701/1706, LLC dated November 7, 2025 |
| 8. | Written Consent of the Sole Member of Hudson 1702, LLC dated November 7, 2025 |
| 9. | Amended and Restated Limited Liability Company Agreement for Hudson 1701/1706, LLC dated November 7, 2025 |
| 10. | Amended and Restated Limited Liability Company Agreement for Hudson 1702, LLC dated November 7, 2025 |
| 11. | Independent Manager Services Agreement dated November 7, 2025 |
| 12. | Written Consent of the Sole Member of Hudson 1701/1706, LLC dated November 20, 2025 |
| 13. | Written Consent of the Sole Member of Hudson 1702, LLC dated November 20, 2025 |
| 14. | Ground Lease, dated as of May 4, 2022, between Hudson 1701/1706, LLC and Hudson 1702, LLC, collectively, as Tenant, and 356W58 Ground Lessor LLC |
| 15. | Third Amendment to Ground Lease, dated as of December 1, 2023 |
| 16. | Fourth Amendment to Ground Lease, dated as of March 29, 2024 |
| 17. | Complaint by Hudson 1701/1706, LLC et al. against 356W58 Ground Lessor LLC filed in Adversary Case No. 25-52471 |
| 18. | Settlement and Release Agreement, dated as of August 7, 2025 entered into by and among Parkview Financial REIT, LP, as administrative agent and lender, Hudson 1702, LLC and Hudson 1701/1706, LLC, collectively, as borrower, CSC Hudson LLC and Alberto Smeke Saba and Solomon Smeke Saba |
| 19. | Escrow Agreement, dated as of August 7, 2025, by and among Parkview Financial REIT, LP, as administrative agent and lender, Hudson 1702, LLC and Hudson 1701/1706, LLC, collectively, as borrower, CSC Hudson LLC, Alberto Smeke Saba and Solomon Smeke Saba, and First American Title Insurance Company, as escrow agent |

| | |
|---|---|
| 20. | Complaint by First American Title Insurance Company et al. against Hudson 1701/1706, LLC et al filed in Adversary Case No. 25-52468 |
| | Any exhibit designated by any other party. |
| | Any pleading or other document filed with the Court on the docket of the above-captioned cases, including any attachments or exhibits thereto. |
| | Any exhibit necessary to rebut the evidence or impeach testimony of any witness offered or designated by any other party. |

## RESERVATION OF RIGHTS

The Committee reserves the right to rely upon or introduce at the Hearing any document subsequently identified as an exhibit by any other party, any document used at the Hearing by any party, or any document necessary or appropriate for impeachment, rebuttal, or any other lawful purpose. The Committee also reserves the right to amend or supplement this Witness and Exhibit List at any time prior to the Hearing.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: January 12, 2026<br>Wilmington, Delaware | Respectfully submitted,<br><br>**MORRIS JAMES LLP**<br><br>*/s/ Eric J. Monzo*<br>Eric J. Monzo (DE Bar No. 5214)<br>Siena B. Cerra (DE Bar No. 7290)<br>3205 Avenue North Blvd., Suite 100<br>Wilmington, DE 19803<br>Telephone: (302) 888-6800<br>Email: emonzo@morrisjames.com<br>         scerra@morrisjames.com<br><br>-and-<br><br>**SEWARD & KISSEL LLP**<br>Robert J. Gayda (admitted *pro hac vice*)<br>Thomas Ross Hooper (admitted *pro hac vice vice*)<br>Catherine V. LoTempio (admitted *pro hac vice*)<br>Andrew J. Matott (admitted *pro hac vice*)<br>One Battery Park Plaza<br>New York, New York 10004<br>Telephone: (212) 574-1200<br>Facsimile:  (212) 450-8421<br>Email:  gayda@sewkis.com<br>          hooper@sewkis.com<br>          lotempio@sewkis.com<br>          matott@sewkis.com<br><br>*Counsel to the Official Committee*<br>*of Unsecured Creditors* |

4