**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Hudson 1701/1706, LLC, *et al.*,[1] | Case No. 25-11853 (KBO) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF ALAN TANTLEFF IN SUPPORT OF**
**DEBTORS' REPLY TO OBJECTION OF ALBERTO SMEKE SABA,**
**SALOMON SMEKE SABA AND CSC HUDSON, LLC TO**
**DEBTORS' AMENDED MOTION FOR ENTRY OF AN ORDER AUTHORIZING**
**THE DEBTORS TO CONDUCT RULE 2004 EXAMINATIONS**

I, Alan Tantleff, hereby declare under penalty of perjury as follows:

1.      I am the co-Chief Restructuring Officer ("CRO") of Hudson 1702, LLC ("Hudson 1702") and Hudson 1701/1706, LLC ("Hudson 1701/1706" and, together with Hudson 1702, the "Debtors").

2.      I am a Senior Managing Director, and a senior leader in the Real Estate Restructuring and practice and the leader of the Hospitality, Gaming, and Leisure industry practice of FTI Consulting, Inc. ("FTI"). The Debtors retained FTI, effective as of October 22, 2025 (the "Petition Date"), for myself and FTI employee Andrew Hinkelman to act as Co-Chief Restructuring Officers for the Debtors and for FTI personnel to otherwise support the Debtors' operations. *See* D.I. 149.

3.      I submit this declaration ("Declaration") in support of the *Debtors' Reply to Objection* (the "Objection") *of Alberto Smeke Saba, Salomon Smeke Saba, and CSC Hudson, LLC to the Amended Motion of the Debtors for Entry of an Order Authorizing the Debtors to Conduct*

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

*Rule 2004 Examinations* (the "Motion"). [2] I submit this declaration in lieu of the Declaration of Charles Foster [D.I. 231-1] because Mr. Foster is unavailable to attend the January 13, 2025 hearing.

4.      In their Objection, the Guarantors state that they provided "direct access to the Smeke's accounting applications so the Debtors' representatives can view and access information firsthand without any intermediary." [D.I. 217 at 2.]

5.      Guarantors provided access to what they purport to be the Debtors' accounting records for 2025 hosted on a property management software called AppFolio.[3]

6.      I have personally reviewed the AppFolio information for the user profile provided to me. The AppFolio account only contains records regarding rent collection from the existing single-room occupancy tenants and certain building maintenance items. The AppFolio account does not contain any other accounting or financial records such as a journal entries, general ledger, balance sheet, trial balance, or other records encompassing all aspects of Debtors' finances.

I declare under penalty of perjury that the foregoing is true and correct:

Executed on January 13, 2025
      New York, New York

/s/ Alan Tantleff

Alan Tantleff

---

[2] Capitalized terms used but not otherwise defined in this Declaration shall have the meanings ascribed to them in the Motion.

[3] The link provided for such access is https://recsc.appfolio.com/.