IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Hudson 1701/1706, LLC, *et al.*,[1] | Case No. 25-11853 (KBO) |
| | (Jointly Administered) |
| Debtors. | |

### *AMENDED*[2] WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR JANUARY 13, 2026, AT 1:00 P.M. (ET)

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), hereby file their Witness and Exhibit List for Hearing scheduled for January 13, 2026, at 1:00 p.m. (Eastern Time) (the "**Hearing**") in the above-captioned chapter 11 bankruptcy cases (the "**Chapter 11 Cases**") as follows:

### WITNESSES

The Debtors hereby designate the following persons as witnesses who may be called at the Hearing:

| | WITNESSES | SCOPE OF TESTIMONY |
|---|---|---|
| *In Re: Hudson 1701/1706, LLC, et al.; Case No. 25-11853 (KBO)* ||| 
| 1. | Alan Tantleff, Co-Chief Restructuring Officer of the Debtors | Mr. Tantleff may testify regarding the (i) Motion of the Debtors for Entry of Interim and Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral; (II) Granting Adequate Protection to Prepetition Lender; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [Docket No. 56; Filed November 12, 2025]; (ii) Amended Motion of the Debtors for Entry of an Order Authorizing the Debtors to Conduct Rule 2004 Examinations [Docket No. 204; Filed December 30, 2025]; and (iii) and Application of |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] **Amended item in bold.**

| | WITNESSES | SCOPE OF TESTIMONY |
|---|---|---|
| | | the Debtors for Entry of an Order (I) Authorizing the Debtors to Retain and Employ DLA Piper LLP (US) as Special Counsel, Effective as of the Petition Date and (II) Granting Related Relief [Docket No. 99; Filed November 21, 2025] |
| 2. | Stuart M. Brown, Esq. | Mr. Brown may testify regarding the Application of the Debtors for Entry of an Order (I) Authorizing the Debtors to Retain and Employ DLA Piper LLP (US) as Special Counsel, Effective as of the Petition Date and (II) Granting Related Relief [Docket No. 99; Filed November 21, 2025] |
| 3. | Any witness necessary to authenticate a document | |
| 4. | Any witness disclosed and/or called by another party | |
| 5. | Any impeachment or rebuttal witness | |

**EXHIBITS**

The Debtors hereby designate the following exhibits below that may be used at the Hearing:

| EXHIBIT NO. | DESCRIPTION | DOCKET NO. (IF AVAILABLE) |
|---|---|---|
| *In Re: Hudson 1701/1706, LLC, et al.; Case No. 25-11853 (KBO)* | | |
| 1. | Motion of the Debtors for Entry of Interim and Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral; (II) Granting Adequate Protection to Prepetition Lender; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [ | Docket No. 56 |
| 2. | Amended and Restated Declaration of Alan Tantleff in Support of Debtors' Chapter 11 Petitions and First Day Motions | Docket No. 60 |
| 3. | Certificate of Service re: First Day Motions Served November 12-13, 2025 | Docket No. 66 |
| 4. | Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral; (II) | Docket No. 82 |

4931-6403-2902, v. 2

| Exhibit No. | Description | Docket No. (if available) |
|---|---|---|
|  | Granting Adequate Protection to Prepetition Lender; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief |  |
| 5. | Certificate of Service re: Documents served on or before November 18, 2025 | Docket No. 88 |
| 6. | Application of the Debtors for Entry of an Order (I) Authorizing the Debtors to Retain and Employ DLA Piper LLP (US) as Special Counsel, Effective as of the Petition Date and (II) Granting Related Relief | Docket No. 99 |
| 7. | Amended Motion of the Debtors for Entry of an Order Authorizing the Debtors to Conduct Rule 2004 Examinations | Docket No. 204 |
| 8. | Objection by Alberto Smeke Saba, Salomon Smeke Saba and CSC Hudson, LLC to Debtors' Amended Motion Authorizing the Debtors to Conduct Rule 2004 Examinations | Docket No. 217 |
| 9. | Debtors' Omnibus Reply to Objections to Application of the Debtors for Entry of an Order (I) Authorizing the Debtors to Retain and Employ DLA Piper LLP (US) as Special Counsel, Effective as of the Petition Date and (II) Granting Related Relief | Docket No. 230 |
| 10. | Notice of Filing of *Revised* Proposed Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral; (II) Granting Adequate Protection to Prepetition Lender; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief | Docket No. 247 |
| 11. | DIP Financing Market Study |  |
| 12. | Written Consent of the Sole Member of Hudson 1701/1706, LLC appointing Independent Manager of the Company, dated November 20, 2025 |  |
| 13. | Written Consent of the Sole Member of Hudson 1702, LLC appointing Independent Manager of the Company, dated November 20, 2025 |  |
| 14. | Written Consent of the Sole Member of Hudson 1701/1706, LLC appointing Co-Chief Restructuring Officers of the Company, dated November 20, 2025 |  |
| 15. | Written Consent of the Sole Member of Hudson 1702, LLC appointing Co-Chief Restructuring Officers of the Company, dated November 20, 2025 |  |
| 16. | Any document or pleading filed in the above-captioned Chapter 11 Cases |  |

4931-6403-2902, v. 2

| Exhibit No. | Description | Docket No. (if available) |
|---|---|---|
| 17. | Any exhibit necessary for impeachment and/or rebuttal purposes | |
| 18. | Any exhibit identified or offered by any other party | |
| 19. | **Declaration of Alan Tantleff in Support of Debtors' Reply to Objection of Alberto Smeke Saba, Salomon Smeke Saba and CSC Hudson, LLC to Debtors' Amended Motion for Entry of an Order Authorizing the Debtors to Conduct Rule 2004 Examinations** | Docket No. 251 |

### RESERVATION OF RIGHTS

The Debtors reserve the right to call or to introduce one or more, or none, of the witnesses listed above, to use any document or other evidence in rebuttal, and further reserve the right to supplement or amend this list prior to the Hearing.

Dated: January 13, 2026  
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Aaron J. Bach (No. 7364)
Alison R. Maser (No. 7430)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Email:    chipman@chipmanbrown.com
olivere@chipmanbrown.com
bach@chipmanbrown.com
maser@chipmanbrown.com

*Counsel for Debtors and Debtors in Possession*