# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Hudson 1701/1706, LLC, *et al.*,[1] | Case No. 25-11853 (KBO) |
| | (Jointly Administered) |
| Debtors. | **Related Docket Nos. 282 and 283** |

**ORDER SHORTENING NOTICE PERIOD FOR
AND SCHEDULING EXPEDITED HEARING ON APPLICATION FOR ORDER
SHORTENING NOTICE PERIOD FOR APPLICATION OF THE DEBTORS FOR
ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF
BOIES, SCHILLER & FLEXNER LLP AS CO-COUNSEL TO THE DEBTORS
EFFECTIVE AS OF JANUARY 23, 2026**

Upon consideration of the *Debtors' Motion Requesting an Order Shortening Notice Period for and Scheduling Expedited Hearing* (the "**Application**") on the *Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Boies, Schiller & Flexner LLP as Co-Counsel to the Debtors Effective as of January 23, 2026* [Docket No. 282] (the "**Application**") and good cause appearing therefor, it is hereby:

**ORDERED**, that the Application is GRANTED; and it is further

**ORDERED,** that a hearing to consider the Application and any relief requested therein shall be held on **February 12, 2026, at 10:30 a.m. (ET)**; and it is further

**ORDERED**, that written objections, if any, to the Application shall be filed on or before **February 5, 2026, at 4:00 p.m. (ET)**; and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

**ORDERED**, that the Court shall retain jurisdiction to hear and determine all disputes arising out of or related to this Order.

Dated: January 27th, 2026  
Wilmington, Delaware

KAREN B. OWENS  
CHIEF JUDGE