**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Hudson 1701/1706, LLC, *et al.*,[1] | Case No. 25-11853 (KBO) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: February 12, 2026, at 10:30 a.m. (ET)**<br>**Obj. Deadline: February 5, 2026, at 4:00 p.m. (ET)** |

**NOTICE OF APPLICATION OF THE DEBTORS FOR ENTRY OF AN ORDER
AUTHORIZING THE RETENTION AND EMPLOYMENT OF
BOIES SCHILLER & FLEXNER LLP AS CO-COUNSEL TO
THE DEBTORS EFFECTIVE AS OF JANUARY 23, 2026**

**PLEASE TAKE NOTICE** that on January 27, 2026, the above-captioned debtors and debtors-in-possession (the "**Debtors**") filed the *Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Boies Schiller & Flexner LLP as Co-Counsel to the Debtors Effective as of January 23, 2026* [D.I. 282] (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that on January 27, 2026, the Debtors also filed the *Motion for Order Shortening Notice Period for Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Boies Schiller & Flexner LLP as Co-Counsel to the Debtors Effective as of January 23, 2026* [D.I. 283] (the "**Motion to Shorten**") with the Court.

**PLEASE TAKE FURTHER NOTICE** that on January 27, 2026, the Court entered an order [D.I. 284] granting the Motion to Shorten (the "**Shortening Order**").

**PLEASE TAKE FURTHER NOTICE** pursuant to the Shortening Order, responses, if any, to the Application, must be filed on or before **February 5, 2026, at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**") with the Court, 824 North Market Street, Third Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must serve a copy of the response on (a) co-counsel to the Debtors, Chipman Brown Cicero & Cole LLP, 1313 N. Market Street, Suite 5400, Wilmington, DE 19801 (Attn: William E. Chipman, Jr. and Mark D. Olivere; [chipman@chipmanbrown.com] and [olivere@chipmanbrown.com]); (b) co-counsel to the Debtors, Boies Schiller Flexner LLP, 55 Hudson Yards, 20th Floor, New York, NY 10001 (Attn: Robert D. Gordon and Michael M. Fay; [rgordon@bsfllp.com] and [mfay@bsfllp.com]); and (c) the Office of the United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' headquarters and the mailing address for the Debtors is 11440 San Vicente Boulevard, 2nd Floor, Los Angeles, CA 90045.

Street, Lockbox 35, Wilmington, Delaware 19801 (Attn: Malcolm M. Bates [malcolm.m.bates@usdoj.gov], so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application will be held on **February 12, 2026, at 10:30 a.m. (Eastern Time)** before the Honorable Karen B. Owens in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Sixth Floor, Court Room 3, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: January 27, 2026
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Mark D. Olivere*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Aaron J. Bach (No. 7364)
Alison R. Maser (No. 7430)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email: chipman@chipmanbrown.com
olivere@chipmanbrown.com
bach@chipmanbrown.com
maser@chipmanbrown.com

-and-

**BOIES SCHILLER & FLEXNER LLP**
Robert D. Gordon, Esq. (admitted *pro hac vice*)
Michael M. Fay. Esq. (admired *pro hac vice*)
55 Hudson Yards, 20th Floor,
New York, New York 10001
Telephone: (212) 446-2300
Email: rgordon@bsfllp.com
mfay@bsfllp.com

*Counsel to the Debtors and Debtors in Possession*