# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Hudson 1701/1706, LLC, *et al.*,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 25-11853 (KBO)<br>(Jointly Administered) |
| FIRST AMERICAN TITLE INSURANCE COMPANY, solely as Escrow Agent and not in its individual capacity,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>HUDSON 1701/1706, LLC, HUDSON 1702, LLC, ALBERTO SMEKE SABA, SALOMON SMEKE SABA, CSC HUDSON LLC and PARKVIEW FINANCIAL REIT, LP, | Adv. Pro. No. 25-52468 (KBO) |
| HUDSON 1701/1706, LLC,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>356W58 Ground Lessor LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 25-52471 (KBO) |

**NOTICE OF *SECOND AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 12, 2026, AT 11:00[3] A.M. (EASTERN TIME)**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] **Amended items appear in bold.**

[3] At the direction of the Court, the time of the hearing has been changed from 10:30 a.m. (ET) to 11:00 a.m. (ET).

> **THIS PROCEEDING WILL BE CONDUCTED IN PERSON. PLEASE REFER TO JUDGE OWENS'S CHAMBERS PROCEDURES (HTTPS://WWW.DEB.USCOURTS.GOV/CONTENT/JUDGE-KAREN-B-OWENS) AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE OWENS'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS. REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURT APPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

## I. CONTINUED MATTER

1. Motion for Entry of an Order Authorizing Debtors to Assume Fitness International, LLC Retail Lease [Docket No. 265; Filed January 16, 2026].

   Response Deadline: February 5, 2026, at 4:00 p.m. (ET)

   Responses Received: None.

   Related Pleadings: None.

   Status: The parties have agreed to continue this matter until the hearing scheduled for March 12, 2026 at 9:30 a.m. (ET)

## II. RESOLVED MATTERS

2. Debtors' Motion Pursuant to Federal Rule of Bankruptcy Procedure 9006(b) for an Order Extending the Time to File Notices of Removal of Related Proceedings [Docket No. 261; Filed January 16, 2026].

   Response Deadline: February 5, 2026, at 4:00 p.m. (ET)

   Responses Received: None.

   Related Pleadings:

   A.  Certificate of No Objection Regarding Debtors' Motion Pursuant to Federal Rule of Bankruptcy Procedure 9006(b) for an Order Extending the Time to File Notices of Removal of Related Proceedings [Docket No. 301; Filed February 6, 2026].

   B.  Order Extending the Time for the Debtors to File Notices of Removal of Related Proceedings [Docket No. 305; Entered February 9, 2026].

   Status: The Court has entered an order on this matter. Accordingly, no hearing is necessary on this matter.

3. Debtors' Motion for Entry of an Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods Within Which the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 262; Filed January 16, 2026].

   Response Deadline: February 5, 2026, at 4:00 p.m. (ET)

   Responses Received: None.

   Related Pleadings:

   A. Certificate of No Objection Regarding Debtors' Motion for Entry of an Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods Within Which the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 302; Filed February 6, 2026].

   B. Order Extending the Exclusive Periods Within Which the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 306; Entered February 9, 2026].

   Status: The Court has entered an order on this matter. Accordingly, no hearing is necessary on this matter.

4. Application of the Debtors for Entry of an Order Authorizing the Retention of Ditchik & Ditchik, PLLC, and Approving the Retainer Agreement Related Thereto [Docket No. 263; Filed January 16, 2026].

   Response Deadline: February 5, 2026, at 4:00 p.m. (ET)

   Responses Received: None.

   Related Pleadings:

   A. Certificate of No Objection Regarding Application of the Debtors for Entry of an Order Authorizing the Retention of Ditchik & Ditchik, PLLC, and Approving the Retainer Agreement Related Thereto [Docket No. 303; Filed February 6, 2026].

   B. Order Authorizing the Retention of Ditchik & Ditchik, PLLC, and Approving the Retainer Agreement Related Thereto [Docket No. 307; Entered February 9, 2026].

   Status: The Court has entered an order on this matter. Accordingly, no hearing is necessary on this matter.

5. Debtors' Motion for Entry of an Order (I) Extending the Time to Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief [Docket No. 281; Filed January 27, 2026]

   Response Deadline: February 5, 2026, at 4:00 p.m. (ET)

   Responses Received: None.

   Related Pleadings:

   A. Certificate of No Objection Regarding Debtors' Motion for Entry of an Order (I) Extending the Time to Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief [Docket No. 304; Filed February 6, 2026].

   B. Order (I) Extending the Deadline to Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief [Docket No. 308; Entered February 9, 2026].

   Status: The Court has entered an order on this matter. Accordingly, no hearing is necessary on this matter.

6. Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Boies Schiller & Flexner LLP as Co-Counsel to the Debtors Effective as of January 23, 2016 [Docket No. 282; Filed January 27, 2026].

   Response Deadline: February 5, 2026, at 4:00 p.m. (ET)

   i. Extended for the Office Committee of Unsecured Creditors until February 9, 2026.

   Responses Received:

   A. Informal comments received from the Office of the United States Trustee.

   B. Informal comments received from the Official Committee of Unsecured Creditors.

   Related Pleadings:

   C. Motion for Order Shorting Notice Period for Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Boies Schiller & Flexner LLP as Co-Counsel to the Debtors Effective as of January 23, 2016 [Docket No. 283; Filed January 27, 2026].

   D. Order Shortening Notice Period for and Scheduling Expedited Hearing on Application for Order Shortening Notice Period for Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Boies

    Schiller & Flexner LLP as Co-Counsel to the Debtors Effective as of January 23, 2026 [Docket No. 284; Entered January 27, 2026].

E. Notice of Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Boies Schiller & Flexner LLP as Co-Counsel to the Debtors Effective as of January 23, 2016 [Docket No. 285; Filed January 27, 2026].

F. Certification of Counsel Regarding Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Boies Schiller & Flexner LLP as Co-Counsel to the Debtors Effective as of January 23, 2026 [Docket No. 309; Filed February 9, 2026].

G. Order Authorizing the Retention and Employment of Boies Schiller & Flexner, LLP as Co-Counsel to the Debtors Effective as of January 23, 2026 [Docket No. 311; Entered February 10, 2026].

Status: The Court has entered an order on this matter. Accordingly, no hearing is necessary on this matter.

## III. MATTERS GOING FORWARD

### PRETRIAL CONFERENCE

7. *First American Title Insurance Company v. Hudson 1701/1706, LLC, et al.*; Adv. Pro. No. 25-52468 (KBO)

 Responses Received:

  A. Plaintiff's Motion to Authorize Deposit of Interpleader Funds into the Registry of the Court and to Discharge Plaintiff from the Interpleader Action [Adv. Docket No. 12; Filed December 30, 2025] (the "Deposit Motion").

  B. Objection of Alberto Smeke Saba, Salomon Smeke Saba and CSC Hudson LLC to Plaintiff First American Title Insurance Company's Motion to Authorize Deposit of Interpleader Funds into the Registry of the Court and to Discharge Plaintiff from the Interpleader Action [Adv. Docket No. 15; Filed January 6, 2026].

  C. Debtors Joinder to Plaintiff First American Title Insurance Company's Motion to Authorize Deposit of Interpleader Funds into the Registry of the Court and to Discharge Plaintiff from the Interpleader Action [Adv. Docket No. 16; Filed January 7, 2026].

  D. Parkview Financial REIT, LP's Reservation of Rights with Respect to Plaintiff First American Title Insurance Company's Motion to Authorize Deposit of Interpleader Funds into the Registry of the Court and to Discharge Plaintiff from the Interpleader Action [Adv. Docket No. 17; Filed January 8, 2026].

E. Reply to Objections to Plaintiff's Motion to Authorize Deposit of Interpleader Funds and Reservation of Rights [Adv. Docket No. 18; Filed January 9, 2026].

F. Memorandum of Law in Support of Objection of Alberto Smeke Saba, Salomon Smeke Saba and CSC Hudson LLC to Plaintiff First American Title Insurance Company's Motion to Authorize Deposit of Interpleader Funds into the Registry of the Court and to Discharge Plaintiff from the Interpleader Action [Adv. Docket No. 39; Filed February 2, 2026].

G. Alberto Smeke Saba, Salomon Smeke Saba and CSC Hudson LLC's Answer to Complaint for Interpleader with Affirmative Defenses and Counterclaim [Adv. Docket No. 42; Filed February 3, 2026].

H. Defendants Hudson 1701/1706, LLC and Hudson 1702, LLC's Answer to the Interpleader Complaint and Cross-Claims [Adv. Docket No. 43; Filed February 3, 2026].

I. Answer to Complaint for Interpleader, Affirmative Defenses, and Crossclaims of Defendant Parkview Financial REIT, LP [Adv. Docket No. 44; Filed February 3, 2026].

J. Plaintiff's Reply in Support of Its Motion to Authorize Deposit of Interpleader Funds into the Registry of the Court and to Discharge Plaintiff from the Interpleader Action [Adv. Docket No. 45; Filed February 9, 2026].

Related Pleadings:

K. Complaint for Interpleader [Adv. Docket No. 1; Filed December 18, 2025].

L. Summons and Notice of Pretrial Conference Served on Defendant Salomon Smeke Saba [Adv. Docket No. 3; Filed December 18, 2025].

M. Summons and Notice of Pretrial Conference Served on Defendant CSC Hudson LLC [Adv. Docket No. 4; Filed December 18, 2025].

N. Summons and Notice of Pretrial Conference Served on Defendant Alberto Smeke Saba [Adv. Docket No. 5; Filed December 18, 2025].

O. Summons and Notice of Pretrial Conference Served on Defendant Hudson 1702, LLC. [Adv. Docket No. 6; Filed December 18, 2025].

P. Summons and Notice of Pretrial Conference Served on Defendant Hudson 1701/1706, LLC. [Adv. Docket No. 7; Filed December 18, 2025].

Q. Summons and Notice of Pretrial Conference Served on Defendant Parkview Financial REIT, LP. [Adv. Docket No. 8; Filed December 18, 2025].

R.  Memorandum of Law in Support of Plaintiff's Motion to Authorize Deposit of Interpleader Funds into the Registry of the Court and to Discharge Plaintiff from the Interpleader Action [Adv. Docket No. 13; Filed December 30, 2025].

S.  Emergency Motion to Adjourn Hearing on Plaintiff's Motion to Authorize Deposit of Interpleader Funds and Reservation of Rights [Adv. Docket No. 20; Filed January 9, 2026].

T.  First American Title Insurance Company's Motion for Entry of an Order Pursuant to Bankruptcy Rule 9006(c) and Local Rule 9006-1(e) Shortening the Notice Period for Emergency Motion to Adjourn Hearing on Plaintiffs Motion to Authorize Deposit of Interpleader Funds and Reservation of Rights [Adv. Docket No. 21; Filed January 9, 2026].

U.  Order Shortening the Notice Period for Emergency Motion to Adjourn Hearing on Plaintiff's Motion to Authorize Deposit of Interpleader Funds and Reservation of Rights [Adv. Docket No. 24; Filed January 12, 2026].

V.  Objection of Alberto Smeke Saba, Salomon Smeke Saba and CSC Hudson LLC to Plaintiff's Emergency Motion to Adjourn Interpleader Motion [Adv. Docket No. 25; Filed January 12, 2026].

W.  Order Granting First American Title Insurance Company's Emergency Motion to Adjourn Hearing on Plaintiff's Motion to Authorize Deposit of Interpleader Funds and Reservation of Rights [Adv. Docket No. 28; Entered January 14, 2026].

X.  Certification of Counsel for Approval of Proposed Scheduling Order Filed by First American Title Insurance Company [Adv. Docket No. 32; Filed January 21, 2026

Y.  Order Approving Stipulated Scheduling Order [Adv. Docket No. 33; Entered January 23, 2026].

Z.  Certification of Counsel for Approval of Proposed Scheduling Order Filed by First American Title Insurance Company [Adv. Docket No. 46; Filed February 9, 2026].

**AA.  Certification of Counsel Regarding Proposed Scheduling Order of Alberto Smeke Saba, Salomon Smeke Saba and CSC Hudson LLC [Adv. Docket No. 49; Filed February 10, 2026].**

**BB.  Certification of Counsel Regarding Proposed Scheduling Order of Parkview Financial REIT, LP Filed by Parkview Financial REIT, LP. [Adv. Docket No. 50; Filed February 11, 2026].**

<u>Status</u>:  The Deposit Motion is going forward on a contested basis.  Additionally, a pretrial conference will go forward.  **The parties have consulted and intend to submit a revised form of scheduling order prior to or at the pretrial conference.**

IV.  <u>PRETRIAL CONFERENCE</u>

8.  *Hudson 1701/1706, LLC, et al. v.  356W58 Ground Lessor LLC; Adv. Pro. No. 25-52471   (KBO)*

    <u>Related Pleadings</u>:

    A.  Complaint [Adv. Docket No. 1; Filed December 22, 2025].

    B.  Summons and Notice of Pretrial Conference [Adv. Docket No. 3; Filed December 29, 2025].

    C.  356W58 Ground Lessor LLC's Motion to Dismiss the Complaint [Adv. Docket No. 15; Filed February 4, 2026].

    D.  356W58 Ground Lessor LLC's Memorandum of Law in Support of Its Motion to Dismiss the Complaint [Adv. Docket No. 16; Filed February 4, 2026].

    E.  Declaration of Matthew B. McGuire in Support of 356W58 Ground Lessor LLC's Motion to Dismiss the Complaint [Adv. Docket No. 17; Filed February 4, 2026].

    F.  Certification of Counsel for Approval of Proposed Scheduling Order Filed by Hudson 1701/1706, LLC, Hudson 1702, LLC [Adv. Docket No. 19; Filed February 9, 2026].

    G.  **The Debtors' Opposition to Defendant's Motion to Dismiss [Adv. Docket No. 25; Filed February 11, 2026].**

    <u>Status</u>:  The pretrial conference will go forward.

Dated: February 11, 2026
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Mark D. Olivere*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Aaron J. Bach (No. 7364)
Alison R. Maser (No. 7430)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email:  chipman@chipmanbrown.com
 olivere@chipmanbrown.com
 bach@chipmanbrown.com
 maser@chipmanbrown.com

-and-

**BOIES SCHILLER & FLEXNER LLP**
Robert D. Gordon, Esq. (admitted *pro hac vice*)
Michael M. Fay. Esq. (admired *pro hac vice*)
Jenny H. Kim, Esq. (admitted *pro hac vice)*
55 Hudson Yards, 20th Floor,
New York, New York 10001
Telephone: (212) 446-2300
Email: rgordon@bsfllp.com
 mfay@bsfllp.com
 jkim@bsfllp.com

*Counsel to the Debtors and Debtors in Possession*