# **EXHIBIT B**

# Plan/Amendment

| | |
|---|---|
| **Plan ID:** NA930058 | **Submitted:** 05/05/1993 |
| **Name:** 353 W 57TH ST / HENRY HUDSON HOTEL | **Reviewed Date:** 05/24/1993 |
| **Address:** 353 WEST 57TH STREET NEW YORK, NY 10019 | **Effective Date:** |
| | **Review Attorney:** PIESMAN M |
| **Boro/County:** MANHATTAN | **Action:** ACCEPTED |
| **Location Code:** MANHATTAN | **Units:** |
| **Type:** CONDOMINIUM | **Initial Price:** |
| **Construction:** NEW | **Current Price:** |
| **Occupied:** SPLIT/RESIDENTIAL | **Eviction:** |

There are no amendments associated with this plan

Print                                    Close Window