**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Hudson 1701/1706 LLC, | Case No. 25-11853 (KBO) |
| Debtors.[1] | (Jointly Administered) |

**DECLARATION OF MATTHEW B. MCGUIRE IN SUPPORT OF 356W58 GROUND LESSOR LLC'S OBJECTION TO DEBTORS' MOTION FOR AN ORDER DETERMINING THAT PURPORTED GROUND LEASE, IF A TRUE LEASE, IS A LEASE OF RESIDENTIAL REAL PROPERTY UNDER SECTION 365 OF THE BANKRUPTCY CODE**

I, Matthew B. McGuire, hereby declare the following to be true and correct to the best of my knowledge, information and belief:

1.      I am a member in good standing of the Bar of the State of Delaware and have been admitted to practice before this Court.  I am a partner at Landis Rath & Cobb LLP, attorneys for Defendant 356W58 Ground Lessor LLC ("356W58") in the above-captioned action. I am familiar with the facts and circumstances set forth herein.

2.      I submit this declaration in support of 356W58's *Objection to Debtors' Motion for an Order Determining that Purported Ground Lease, if a True Lease, is a Lease of Residential Real Property Under Section 365 of the Bankruptcy Code*, filed concurrently herewith.

3.      Attached hereto as **Exhibit A** is a true and correct copy of the Notice of Property Value for Tax Year 2026-2027 for unit 1701, dated January 16, 2026.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' headquarters and the mailing address for the Debtors is 11440 San Vicente Boulevard, 2nd Floor, Los Angeles, CA 90045.

4.      Attached hereto as **Exhibit B** is a true and correct copy of the Notice of Property Value for Tax Year 2026-2027 for unit 1702, dated January 16, 2026.

5.      Attached hereto as **Exhibit C** is a true and correct copy of the Notice of Property Value for Tax Year 2026-2027 for unit 1705, dated January 16, 2026.

I declare under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746 that the foregoing in true and correct to the best of my knowledge, information, and belief.

Executed on this 5th day of March, 2026.

/s/  Matthew B. McGuire
Matthew B. McGuire (No. 4366)