# EXHIBIT A

# NYC
**Department of Finance**

Notice of Property Value
66 John Street
Room 104 Mailroom
New York, NY 10038

# NOTICE OF PROPERTY VALUE
## Tax Year 2026-27
## (This is not a bill.)

**January 16, 2026**

#4b9222226011b01#
356W58 GROUND LESSOR LLC
353 W. 57TH ST. 1
NEW YORK NY 10019-3100

**Owner**
356W58 GROUND LESSOR LLC

**Property Address**
353 WEST 57 STREET 1

**Borough:** 1   **Block:** 1048   **Lot:** 1701

**Tax Class:** 4   **Building Class:** RH   **Units:** 1 Non-Residential

## YOUR NOTICE OF PROPERTY VALUE (NOPV) AT A GLANCE

**2026-27 Market Value:**          $110,003,922

**2026-27 Assessed Value:**         $49,501,765

**Your property tax exemptions:**   None

**See below for an estimate of your 2026-27 property tax.**

## WHAT IS THIS NOTICE?

This is your annual notice of property value, or NOPV. **It is not a bill, and no payment is required**. This notice will:

- Inform you of the assessed value of your property for tax year 2026-27, and tell you how to challenge it if you believe there is a mistake.
- Explain how property taxes are calculated.
- Provide an estimate of your property tax for tax year 2026-27.

Please keep a copy of this notice with your records. You may also view your NOPV and property tax bills online at www.nyc.gov/nopv.

## ESTIMATED 2026-27 PROPERTY TAX

We cannot calculate your 2026-27 property tax until the new tax rate is established by the city council. Until then, you will pay the 2025-26 rate. The table below estimates the amount you will owe by multiplying the taxable value of your property by the current tax rate of 10.848%. This table is provided for informational purposes only; the actual amount you owe may differ.

Please note that property tax abatements, including the co-op/condo abatement, are not included in this estimate. If you receive any abatements, they will be subtracted from your property taxes. Check your July tax bill for the value of any abatements you receive.

| Year | Taxable Value | | Tax Rate | | Estimated Property Tax |
|---|---|---|---|---|---|
| 2026-27 | $31,520,841 | x | 0.10848 | = | $3,419,380.83 |

## KEY DATES

**March 2, 2026**

Last day to challenge your assessed value.
(*See page 2*.)

**April 1, 2026**

Last day to request review of your market value.
(*See page 2*.)

**July 1, 2026**

Tax year begins.

**To learn more, visit**

**www.nyc.gov/nopv**

1405.01 K
01
79619

## ABOUT YOUR PROPERTY TAXES

Property taxes are determined using a complex formula that takes into account many different amounts and calculations.  Visit www.nyc.gov/nopv for more information about property valuation and taxation.

---

Your property belongs to one of four broad tax classes and a specific building class. Your property's tax class helps determine how the Department of Finance calculates what you must pay in property taxes.

Your property is a condo hotel within a condominium that the Department of Finance estimates has a market value of $110,003,922 as of January 5, 2026.

The Department of Finance estimates your property's market value using the income approach.

We estimate total income for all of the hotel lots in your condominium building or development as  $57,990,286.

We estimate total expenses for all of the hotel lots in your condominium building or development as  $309,967.

We subtract the estimated expenses from the estimated income and divide the result by a capitalization rate of 15.952%.

We estimate that as of January 5, 2026, the market value for all of the hotel lots in your condominium building or development is $110,004,000.

The market value of your lot was derived by attributing a portion of the hotel value.  Additionally, the Department of Finance uses gross square footage of the suffix to determine your value.

This is done by adjusting your percentage interest in the total building to reflect your interest in the hotel portion only.  Your percentage interest in the building is 44.140%.  This percentage is multiplied by 2.266 because the total condominium interests are 100%, but the hotel portion is 44.140% (100% / 44.140%).  The resulting percentage is multiplied by the total hotel value in the building or development to determine the value of your lot.

Visit www.nyc.gov/nopv for more information.

---

If you own income-producing property, you must file a Real Property Income and Expense (RPIE) statement or a claim of exclusion unless you are exempt by law. You must also file information about any ground or second floor commercial units on the premises, even if you are exempt from filing an RPIE statement. The deadline to file is June 1, 2026. Failure to file will result in penalties and interest, which will become a lien on your property if they go unpaid. Visit www.nyc.gov/rpie for more information.

---

RPIE filers with a tentative actual assessed value of $750,000 or greater will be required to file an addendum containing rent roll information for the tax year during which filing of the income and expense statement is required.

---

**How You Will Be Billed:**

Property tax bills are mailed quarterly for properties with an assessed value of $250,000 or less and semiannually for properties assessed at more than $250,000. If you pay your property taxes through a bank, mortgage servicing company, or co-op board, you will not receive a bill from the Department of Finance unless you are responsible for other charges, such as sidewalk or emergency repair charges.

---

### WHAT TO DO IF YOU DISAGREE WITH THESE VALUES

| Challenge Your Market Value<br>with the Department of Finance | Challenge Your Assessed Value<br>with the New York City Tax Commission |
|---|---|
| If you believe the Department of Finance has made an error in determining your market value, you may submit a "Request for Review" form. The form is available at www.nyc.gov/nopv, or by calling 311.<br><br>**Deadline: April 1, 2026** | You have the right to challenge your assessed value by appealing to the New York City Tax Commission, an independent agency that is separate from the Department of Finance. The Tax Commission has the authority to reduce your property's assessed value, change its tax class, and adjust your tax exemptions. The Tax Commission cannot change your market value, property description, or building class.<br><br>Your application must be received by the filing deadline. To access Tax Commission appeal forms, visit www.nyc.gov/taxcommission. You may also visit a Department of Finance business center (locations at www.nyc.gov/nopv). For more information, call 311.<br><br>**Deadline: March 2, 2026** |

## PLEASE REVIEW: YOUR PROPERTY DETAILS

The Department of Finance has the following information on record for your property.  Please review this information and inform us of any errors by filing a "Request to Update" form, available at www.nyc.gov/nopv or by calling 311.

**Owner(s):**  356W58 GROUND LESSOR LLC                                **Building Class:**  RH (Condominiums)

| | | |
|---|---|---|
| **Borough:**  1  (Manhattan) | **Suffix Number:**  C1 | **Building Category:**  H001 |
| **Block:**  1048 | **Condo Number:**  208 | **Building Sub-Category:**  CC |
| **Lot:**  1701 | **Unit Number:**  1 | |

| | |
|---|---|
| **Net Square Footage of Lot from Condo Declaration:** | 203,357 |
| **Gross Square Footage of the Suffix:** | 203,585 |
| **Number of Hotel Lots:** | 1 |
| **Number of Rooms:** | 820 |

## WHAT'S CHANGED:  COMPARING TAX YEARS 2025-26 AND 2026-27

| | Current Year (2025-26) | Next Year (2026-27) | Change |
|---|---|---|---|
| **Market Value** | $65,007,000 | $110,003,922 | +$44,996,922 |
| **Assessment Percentage** | 45% | 45% | -- |
| **Actual Assessed Value** | $29,253,150 | $49,501,765 | +$20,248,615 |
| **Transitional Assessed Value** | $27,016,193 | $31,520,841 | +$4,504,648 |
| **Exemption Value** | $0 | $0 | +$0 |
| **Taxable Value** | $27,016,193 | $31,520,841 | +$4,504,648 |

- **Market value** is the Department of Finance's estimated value for your property.
- **Assessment percentage** is a fixed percentage of market value. For class 4 properties, it is 45%.
- **Actual assessed value** is calculated by multiplying your market value by the assessment percentage.
- **Transitional assessed value** represents the changes being phased in for the coming tax year. Changes to your assessed value are phased in over a five-year period.
- **Exemption value** is the amount of the reduction in your assessed value as a result of any property tax exemptions you receive.  The value shown above is your actual exemption value, but a transitional exemption value may be used to calculate your taxable value.
- **Taxable value** is the lower of the actual or transitional assessed value, minus the actual or transitional exemption value.

## HOMEOWNER TAX EXEMPTIONS

New York City offers tax breaks known as exemptions to seniors, veterans, clergy members, people with disabilities, and others. In addition to reducing your taxes, many exemptions can keep you out of the lien sale.  See the enclosed sheet for more information about the lien sale.

The deadline to apply for homeowner exemptions is March 16, 2026. For more information, visit www.nyc.gov/nopv or call 311.

New York State offers a STAR benefit that covers many homeowners and an Enhanced STAR benefit for seniors. If you applied with the state for the STAR or Enhanced STAR credit after March 15, 2015, the credit will not appear on this notice. Visit www.tax.ny.gov/star for more information.

## CO-OP/CONDO TAX ABATEMENT

Owners of cooperative and condominium units can receive an abatement that will help them save money on their property taxes.

The unit(s) must be in an eligible building and must be the owner's primary residence.

More information about the abatement—including the application, the primary residency verification requirement, and the renewal process—is available at www.nyc.gov/nopv.

If you have questions or need additional information, contact the Department of Finance at www.nyc.gov/contactcoopabat, or call 311.

## HOW TO GET HELP

### CONTACT THE DEPARTMENT OF FINANCE

If you have questions about any of the information in this notice, contact the New York City Department of Finance:

**Online**:  www.nyc.gov/nopv

**Phone**:  Dial 311. (Outside NYC or for relay service, call 212-639-9675.)

**Mail**:  NYC Department of Finance
Correspondence Unit
1 Centre St, 22nd Fl
New York, NY 10007

### DEPARTMENT OF FINANCE OUTREACH EVENTS

Receive help with your notice of property value. For more information about the events, including how to register and receive updates, visit www.nyc.gov/nopv or call 311. Bring your NOPV to the event.

| All events begin at 5:00 p.m. and end at 8:00 p.m. | |
| --- | --- |
| **February 3** Bronx | Bronx Business Center 3030 Third Avenue |
| **February 5** Brooklyn | Brooklyn Borough Hall 209 Joralemon Street |
| **February 17** Manhattan | Manhattan Business Center 66 John Street |
| **February 19** Queens | Queens Borough Hall 120-55 Queens Boulevard |
| **February 24** Staten Island | Staten Island JCC 1466 Manor Road |

### OFFICE OF THE TAXPAYER ADVOCATE

If you have made a reasonable effort to resolve a tax issue with the Department of Finance but feel that you have not received a satisfactory response, the Office of the Taxpayer Advocate can help. For assistance, visit www.nyc.gov/taxpayeradvocate and complete form DOF-911, "Request for Help from the Office of the Taxpayer Advocate."

**Phone**:  Dial 311. (Outside NYC or for relay service, call 212-639-9675.)
**Mail**:  NYC Office of the Taxpayer Advocate, 375 Pearl Street, 26th Floor, New York, NY 10038

**If due to a disability you need an accommodation in order to apply for and receive a service or participate in a program offered by the Department of Finance, please contact the Disability Service Facilitator at www.nyc.gov/contactdofeeo or by calling 311.**