# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HUDSON 1701/1706, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11853 (KBO)<br><br>(Jointly Administered)<br><br>**Related Docket No. 344** |

**STATEMENT AND RESERVATION OF RIGHTS BY THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS REGARDING DEBTORS' MOTION
FOR AN ORDER DETERMINING THAT PURPORTED GROUND LEASE,
IF A TRUE LEASE, IS A LEASE OF RESIDENTIAL REAL PROPERTY
UNDER SECTION 365 OF THE BANKRUPTCY CODE**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 bankruptcy cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (the "Debtors"), by and through its undersigned counsel, hereby files this statement and reservation of rights (the "Reservation of Rights") in connection with *Debtors' Motion for an Order Determining that Purported Ground Lease, if a True Lease, is as Lease of Residential Real Property Under Section 365 of the Bankruptcy Code* [Dkt. No. 344] (the "Motion").[2] In support of this Reservation of Rights, the Committee respectfully states as follows:

**RESERVATION OF RIGHTS**

1. While the Committee does not take a position on whether the ground lease constitutes a lease of "residential real property," the Committee files this Reservation of Rights to note its concerns regarding the trajectory of the Chapter 11 Cases. The Committee agrees with certain of the assertions in *356W58 Ground Lessor LLC's Objection to Debtors' Motion for an*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

17792265/2

*Order Determining that Purported Ground Lease, if a True Lease, is a Lease of Residential Real Property Under Section 365 of the Bankruptcy Code* [Dkt. No. 354], particularly that the Debtors have put the stated goal of completing the Construction Project on the back burner in favor of a speculative and expensive litigation strategy which hinges solely on the outcome of the adversary proceeding styled *Hudson 1701/1706, LLC et al. v. 356W58 Ground Lessor LLC* (Case No. 25-11853) (the "Adversary Proceeding").

2. The Motion, which contradicts the relief previously requested by the Debtors in the *Debtors' Motion for Extension of Time for Performance of Obligations Under Ground Lease Pursuant to Bankruptcy Code Section 365(d)(3)* [Dkt. No. 94], is an extension of the Debtors' risky litigation strategy (which strategy requires delay). The Debtors, as fiduciaries for all creditors, should be more inclined to facilitate a consensual resolution rather than careening into win-or-go-home litigation. At a minimum, the Debtors should be exploring alternatives in the event that the Adversary Proceeding is unsuccessful.

3. The Committee reserves all of its rights with respect to the ground lease and any prospective assumption or rejection of the ground lease, characterization of the ground lease or treatment under any plan. This includes all rights, claims, defenses, and remedies, including, without limitation, the right to amend, modify, or supplement this Reservation of Rights, to raise additional objections or to seek additional relief on behalf of the estates.

| | |
|---|---|
| Dated: March 5, 2026<br>Wilmington, Delaware | Respectfully submitted,<br><br>**MORRIS JAMES LLP**<br><br>*/s/ Eric J. Monzo*<br>Eric J. Monzo (DE Bar No. 5214)<br>Siena B. Cerra (DE Bar No. 7290)<br>3205 Avenue North Blvd., Suite 100<br>Wilmington, DE 19803<br>Telephone: (302) 888-6800<br>Email: emonzo@morrisjames.com<br>     scerra@morrisjames.com<br><br>-and-<br><br>**SEWARD & KISSEL LLP**<br>Robert J. Gayda (admitted *pro hac vice*)<br>Catherine V. LoTempio (admitted *pro hac vice*)<br>Andrew J. Matott (admitted *pro hac vice*)<br>One Battery Park Plaza<br>New York, New York 10004<br>Telephone: (212) 574-1200<br>Facsimile:  (212) 450-8421<br>Email: gayda@sewkis.com<br>     lotempio@sewkis.com<br>     matott@sewkis.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |