IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Hudson 1701/1706, LLC, *et al.*,[1] | Case No. 25-11853 (KBO) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 12, 2026, AT 9:30 A.M. (EASTERN TIME)**

> **THIS PROCEEDING WILL BE CONDUCTED IN PERSON. PLEASE REFER TO JUDGE OWENS'S CHAMBERS PROCEDURES (HTTPS://WWW.DEB.USCOURTS.GOV/CONTENT/JUDGE-KAREN-B-OWENS) AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE OWENS'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS. REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURT APPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

I.  **RESOLVED MATTERS**

   1. Interim Fee Applications

      Responses Received:  None.

      Related Pleadings:

      A. Certification of Counsel Regarding Interim Fee Applications of Professionals [Docket No. 346; Filed February 27, 2026].

      B. Omnibus Order Granting Interim Fee Applications [Docket No 349; Entered on March 3, 2026].

      Status: An order has been entered.  No hearing is necessary.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190).  The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

2. Debtors' Motion for Entry of an Order Establishing Bar Dates and Related Procedures for Filing Proofs of Claim (Including for Administrative Expense Claims Arising Under Section 503(B)(9) of the Bankruptcy Code) and Approving the Form and Manner of Notice Thereof [Docket No. 330; Filed February 18, 2026]

    Response Deadline:  March 5, 2026, at 4:00 p.m. (ET)

    Responses Received:  Informal comments from the Office of the United States Trustee.

    Related Pleadings:

    A. Certification of Counsel Regarding Debtors' Motion for Entry of an Order Establishing Bar Dates and Related Procedures for Filing Proofs of Claim (Including for Administrative Expense Claims Arising Under Section 503(B)(9) of the Bankruptcy Code) and Approving the Form and Manner of Notice Thereof [Docket No. 358; Filed March 6, 2026].

    B. Order Establishing Bar Dates and Related Procedures for Filing Proofs of Claim (Including for Administrative Expense Claims Arising Under Section 503(b)(9) of the Bankruptcy Code) and Approving the Form and Manner of Notice Thereof [Docket No. 360; Entered on March 9, 2026]

    Status:  An order has been entered.  No hearing is necessary.

II. **ADJOURNED MATTER**

3. Motion for Entry of an Order Authorizing Debtors to Assume Fitness International, LLC Retail Lease [Docket No. 265; Filed January 16, 2026].

    Response Deadline: February 5, 2026, at 4:00 p.m. (ET)

    Responses Received: None.

    Related Pleadings: None.

    Status: This is matter is adjourned until the next omnibus hearing date.

III. **MATTER GOING FORWARD**

4. Debtors' Motion for an Order Determining That Purported Ground Lease, if a True Lease, is a Lease of Residential Real Property Under Section 365 of the Bankruptcy Code [Docket No. 344; Filed February 24, 2026].

    Response Deadline: March 5, 2026, at 4:00 p.m. (ET)

Responses Received:

A. 356W58 Ground Lessor LLC's Objection to Debtors' Motion for an Order Determining that Purported Ground Lease, if a True Lease, is a Lease of Residential Real Property Under Section 365 of the Bankruptcy Code [Docket No. 354; Filed March 5, 2026].

B. Declaration of Matthew B. McGuire in Support of 356W58 Ground Lessor LLC's Objection to Debtors' Motion for an Order Determining that Purported Ground Lease, if a True Lease, is a Lease of Residential Real Property Under Section 365 of the Bankruptcy Code [Docket No. 355; Filed March 5, 2026].

C. Statement and Reservation of Rights By the Official Committee of Unsecured Creditors Regarding Debtors' Motion for an Order Determining that Purported Ground Lease, if a True Lease, is a Lease of Residential Real Property Under Section 365 of the Bankruptcy Code [Docket No. 357; Filed March 5, 2026].

Related Pleadings:

D. Debtors' Reply to 356W58 Ground Lessor LLC's Objection to Debtors' Motion for an Order Determining that Purported Ground Lease, if a True Lease, is a Lease of Residential Real Property Under Section 365 of the Bankruptcy Code [Docket No. 359; Filed March 9, 2026].

Status: This matter is going forward.

(*Signature Page to Follow*)

|  |  |
|---|---|
| Dated: March 10, 2026<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ Mark D. Olivere*<br>William E. Chipman, Jr. (No. 3818)<br>Mark D. Olivere (No. 4291)<br>Aaron J. Bach (No. 7364)<br>Alison R. Maser (No. 7430)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0191<br>Email:  chipman@chipmanbrown.com<br>          olivere@chipmanbrown.com<br>          bach@chipmanbrown.com<br>          maser@chipmanbrown.com<br><br>-and-<br><br>**BOIES SCHILLER & FLEXNER LLP**<br>Robert D. Gordon, Esq. (admitted *pro hac vice*)<br>Michael M. Fay. Esq. (admired *pro hac vice*)<br>Jenny H. Kim, Esq. (admitted *pro hac vice)*<br>Jeffrey Waldron, Esq. (admitted *pro hac vice*)<br>Katherine Zhang, Esq. (admitted *pro hac vice*)<br>55 Hudson Yards, 20th Floor,<br>New York, New York 10001<br>Telephone: (212) 446-2300<br>Email: rgordon@bsfllp.com<br>          mfay@bsfllp.com<br>          jkim@bsfllp.com<br>          jwaldron@bsfllp.com<br>          kzhang@bsfllp.com<br><br>*Counsel to the Debtors and Debtors in Possession* |