## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Hudson 1701/1706, LLC, *et al.*, | Case No. 25-11853 (KBO) |
| Debtors. [1] | (Jointly Administered) |
| | **Response Deadline: April 9, 2026 at 4:00 p.m. (ET)**<br>**Hearing Date: April 21, 2026 at 9:30 a.m. (ET)** |

**NOTICE OF HEARING REGARDING LETTER TO THE HONORABLE KAREN B. OWENS FROM THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING THE DEBTORS' CONFIDENTIALITY DESIGNATIONS**

**PLEASE TAKE NOTICE** that on March 25, 2026, the Official Committee of Unsecured Creditors (the "Committee") of Hudson 1701/1706, LLC, *et al.*, filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Letter to The Honorable Karen B. Owens from the Official Committee of Unsecured Creditors regarding the Debtors' Confidentiality Designations* [Dkt. No. 391] (the "Letter").

**PLEASE TAKE FURTHER NOTICE** that, responses, if any, to the Letter or the relief requested therein must be filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **April 9, 2026 at 4:00 p.m. (ET).** At the same time, you must serve a copy of the response so as to be received on or before the Response Deadline upon the undersigned counsel to the Committee.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE LETTER WILL BE HELD ON **APRIL 21, 2026 AT 9:30 A.M. (ET)** BEFORE THE HONORABLE KAREN B. OWENS, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

Dated: March 30, 2026

**MORRIS JAMES LLP**

*/s/ Siena B. Cerra*
Eric J. Monzo (DE Bar No. 5214)
Siena B. Cerra (DE Bar No. 7290)
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
        scerra@morrisjames.com

-and-

**SEWARD & KISSEL LLP**
Robert J. Gayda (admitted *pro hac vice*)
Catherine V. LoTempio (admitted *pro hac vice*)
Andrew J. Matott (admitted *pro hac vice*)
Thomas Ross Hooper (admitted *pro hac vice*)
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Email: gayda@sewkis.com
        lotempio@sewkis.com
        matott@sewkis.com
        hooper@sewkis.com

*Counsel to the Official Committee of Unsecured Creditors*

2

17821196/1