# EXHIBIT C



















