# EXHIBIT D



# THE HUDSON

364 West 58th Street
New York, New York 10019

**APPRAISAL REPORT**
Date of Report: March 22, 2025

Colliers File #: JFK250175



PREPARED FOR
Keaton Dickinson
Underwriting & Asset Management Analyst
Parkview Financial
11440 San Vincente Blvd
2nd floor
Los Angeles, CA 90049

PREPARED BY
**COLLIERS INTERNATIONAL**
**VALUATION & ADVISORY SERVICES**

# LETTER OF TRANSMITTAL

**COLLIERS INTERNATIONAL
VALUATION & ADVISORY SERVICES**

1114 Avenue of the Americas, 11th Floor
New York, NY 10110Â USA
MAIN 212 716 3500
FAX  212 486 2530
WEB  www.colliers.com/valuationadvisory

**Colliers
INTERNATIONAL**

March 22, 2025

Keaton Dickinson
Underwriting & Asset Management Analyst
**Parkview Financial**
11440 San Vincente Blvd
2nd floor
Los Angeles, CA 90049

**RE: The Hudson**
  364 West 58th Street
  New York, New York 10019

Colliers File #: JFK250175

Ms. Dickinson:

Pursuant with our engagement, the above captioned property was appraised utilizing best practice appraisal principles for this property type. This appraisal report satisfies the scope of work and requirements agreed upon by Parkview Financial and Colliers International Valuation & Advisory Services.

At the request of the client, this appraisal is presented in an Appraisal Report format as defined by *USPAP* Standards Rule 2-2(a). Our appraisal format provides a detailed description of the appraisal process, subject and market data and valuation analyses.

The purpose of this appraisal is to develop opinions of the As-Is Market Value, Prospective Value Upon Completion and Prospective Value Upon Stabilization of the subject property's leasehold interest. The following table conveys the final opinions of market value of the subject property that are developed within this appraisal report:

| VALUE TYPE | INTEREST APPRAISED | DATE OF VALUE | VALUE |
|---|---|---|---|
| Market Value As-Is | Leasehold | March 4, 2025 | $76,050,000 |
| Prospective Value Upon Completion | Leasehold | March 1, 2027 | $160,050,000 |
| Prospective Value Upon Stabilization | Leasehold | March 1, 2029 | $190,050,000 |

The subject consists of a proposed Mixed-Use (Apartment and Retail) property with a total of 443 apartments units. The building is currently an SRO and is occupied by 32 units. The property is currently being gut renovated and there will be 443 apartments, comprised of 32 SRO units, 140 affordable units and 271 free market units, including a 4,000 SF penthouse unit.

Colliers International Valuation & Advisory Services, and certain of its subsidiaries, is an independently owned and operated business and a member firm of Colliers International Property Consultants, an affiliation of independent companies with over 520+ offices throughout more than 68 countries worldwide.

The property is located on the north side of West 57th Street and the south side of West 58th Street in the Hells Kitchen submarket of the Midtown West neighborhood of the borough of Manhattan, New York, New York. The subject is identified on NYC tax maps as parcel Manhattan, Block 1048, Lot 1701, 1702 and 1706. The building was originally constructed in 1929 to act as the American Women's Association clubhouse and residence for young women before being converted into the Henry Hudson Hotel in 1941. The property is located one block west of Columbus Circle, near Billionaires' Row.

The subject property has a current occupancy level of 7.2%. It is occupied by Single Room Occupancy (SRO) tenants, who have protected rent status and will remain in place during and after the renovation. The residential unit mix will include SRO units, studio, one-bedroom, two-bedroom, and three bedroom units in addition to the aforementioned penthouse unit.

There will be one four-level commercial unit that will comprise of 54,590 SF that is currently leased to LA Fitness. The space is on the mezzanine, ground level (solely access and lobby) and the basement and sub-basement. The lease commencement was expected by February 28, 2025; however, commencement is likely imminent. Additionally, there is a proposal for a proposal for a management agreement with the Yard. The landlord will receive the first $2 million of EBITDA. The Yard will receive a 25% catch-up after that. The EBITDA split is 75% to the landlord and 25% to The Yard. The space will include lounges, meeting rooms, and private offices on the second floor.

Project amenities include: bike storage, library, media and movie room, and lounge with a common kitchen for rent.

The subject is currently subject to the ground lease through May 31, 2121. The commencement date was May 4, 2022. The amount of fixed net base rent payable under the Ground Lease is $6,000,000 per year, or $500,000 per month, and the amount of fixed net base rent payable under the Sublease for the Tenth Floor Unit is $400,000.00 per year, or $33,333.33 per month. There is a 10% increase in the 11th year and for the 12th year and each subsequent year there is a 2% increase. The current rent is $6,400,000 per year.

The analyses, opinions and conclusions communicated within this appraisal report were developed based upon the requirements and guidelines of the current Uniform Standards of Professional Appraisal Practice (USPAP), the requirements of the Code of Professional Ethics and the Standards of Professional Appraisal Practice of the Appraisal Institute. The report is intended to conform to the Financial Institutions Reform, Recovery and Enforcement Act (FIRREA) standards.

The report, in its entirety, including all assumptions and limiting conditions, is an integral part of, and inseparable from, this letter. *USPAP* defines an Extraordinary Assumption as, "an assignment specific-assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions". *USPAP* defines a Hypothetical Condition as, "that which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis".

The Extraordinary Assumptions and/or Hypothetical Conditions that were made during the appraisal process to arrive at our opinions of value are fully discussed below. We advise the client to consider these issues carefully given the intended use of this appraisal, as their use might have affected the assignment results.

## EXTRAORDINARY ASSUMPTIONS

The following extraordinary assumptions were made for this assignment.

-   We have assumed that, once completed, the apartment building will contain the same unit mix with similar fit, finishes and amenities, as provided by the developer and the provided costs budget is sufficient to complete the development as detailed in the provided plans and specifications.

© 2025 COLLIERS INTERNATIONAL VALUATION & ADVISORY SERVICES

- All work will be completed in a professional workmanlike manner in accordance with all applicable building codes and a Certificate of Occupancy will be issued once the building has been finished.
- The property is completed in a timeframe similar to that concluded to within this report.

If the construction project differs from the assumptions utilized in the report, the values stated within this appraisal may be materially impacted.

## HYPOTHETICAL CONDITIONS

No Hypothetical Conditions were made for this assignment.

## RELIANCE LANGUAGE

The Appraisal is for the sole use of the Client; however, Client may provide only complete, final copies of the Appraisal report in its entirety (but not component parts) to third parties who shall review such reports in connection with loan underwriting or securitization efforts. Colliers International Valuation & Advisory Services is not required to explain or testify as to appraisal results other than to respond to the Client for routine and customary questions. Please note that our consent to allow the Appraisal prepared by Colliers International Valuation & Advisory Services or portions of such Appraisal, to become part of or be referenced in any public offering, the granting of such consent will be at our sole and absolute discretion and, if given, will be on condition that Colliers International Valuation & Advisory Services will be provided with an Indemnification Agreement and/or Non-Reliance letter, in a form and content satisfactory to Colliers International Valuation & Advisory Services, by a party satisfactory to Colliers International Valuation & Advisory Services. Colliers International Valuation & Advisory Services does consent to your submission of the reports to rating agencies, loan participants or your auditors in its entirety (but not component parts) without the need to provide Colliers International Valuation & Advisory Services with an Indemnification Agreement and/or Non-Reliance letter.

Colliers International Valuation & Advisory Services hereby expressly grants to Client the right to copy the Appraisal and distribute it to other parties in the transaction for which the Appraisal has been prepared, including employees of Client, other lenders in the transaction, and the borrower, if any.

Our opinion of value reflects current conditions and the likely actions of market participants as of the date of value. It is based on the available information gathered and provided to us, as presented in this report, and does not predict future performance. Changing market or property conditions can and likely will have an effect on the subject's value.

The signatures below indicate our assurance to the client that the development process and extent of analysis for this assignment adhere to the scope requirements and intended use of the appraisal. If you have any specific questions or concerns regarding the attached appraisal report, or if Colliers International Valuation & Advisory Services can be of additional assistance, please contact the individuals listed below.

Sincerely,

Case 25-11853-KBO   Doc 396-4   Filed 03/31/26   Page 6 of 157

## COLLIERS INTERNATIONAL VALUATION & ADVISORY SERVICES

Tina Yu
Valuation Services Director
Certified General Real Estate Appraiser
State of New York License #46000053935
+1 212 716 3782
tina.yu@colliers.com

Howard Newman, MAI
Senior Valuation Services Director
Certified General Real Estate Appraiser
State of New York License #46000043203
+1 212 716 3771
howard.newman@colliers.com

Tony O'Sullivan, MAI, MRICS
Executive Managing Director | Northeast
Certified General Real Estate Appraiser
State of New York License #46000050129
+1 212 207 8057
tony.osullivan@colliers.com

# TABLE OF CONTENTS

**LETTER OF TRANSMITTAL**

**INTRODUCTION** _____ **1**
  Executive Summary _____ 1
  Aerial Photograph _____ 3
  Subject Property Photographs _____ 4
  Identification of Appraisal Assignment _____ 8
  Scope of Work _____ 11

**DESCRIPTIONS & EXHIBITS** _____ **19**
  Regional Map _____ 19
  Regional Analysis _____ 20
  Local Analysis _____ 32
  Site Description _____ 36
      Plat Map _____ 38
      Zoning Map _____ 39
      Flood Map _____ 40
  Improvement Description _____ 41
  Assessment & Taxation _____ 44
  Zoning Analysis _____ 47
  Market Analysis _____ 48
  Retail Market Analysis _____ 55
  Highest & Best Use _____ 66

**VALUATION** _____ **68**
  Valuation Methods _____ 68
  Income Approach _____ 70
      Rent Comparable Summation Table _____ 71
      Rent Comparable Location Map _____ 73
      Rent Adjustment Grid _____ 81
      Overview of Contract Rents _____ 87
      Commercial Market Rent Analysis _____ 87
      Income & Expense Analysis _____ 93
      Subject Operating Budget _____ 93
      Rental Income Analysis _____ 93
      Vacancy & Credit Loss _____ 93
      Expense Comparable Table _____ 95
      Conclusion of Operating Expenses _____ 96
      Investment Market Analysis _____ 98
      Direct Capitalization _____ 101
  Sales Comparison Approach _____ 105
      Sales Summation Table _____ 107
      Sales Location Map _____ 108
      Sales Comparison Approach Conclusion _____ 116
  Reconciliation of Value Conclusions _____ 117

© 2025 COLLIERS INTERNATIONAL VALUATION & ADVISORY SERVICES

Case 25-11853-KBO    Doc 396-4    Filed 03/31/26    Page 8 of 157

## CERTIFICATION

## ASSUMPTIONS & LIMITING CONDITIONS

## ADDENDA

Engagement Letter

SRO Rent Roll

Proposed Unit Mix and Projected Income

Projected Income and Expenses

Renovation Budget

Valuation Glossary

Qualifications of Appraisers

Qualifications of Colliers International Valuation & Advisory Services

JFK250175

## GENERAL INFORMATION

| | |
|---|---|
| **Property Type** | Mixed-Use - Apartment and Retail |
| **Address** | 364 West 58th Street |
| **Neighborhood** | Midtown West |
| **Borough** | Manhattan |
| **City** | New York |
| **State** | New York |
| **Zip Code** | 10019 |
| **County** | New York |
| **Core Based Statistical Area (CBSA)** | New York-Newark-Jersey City, NY-NJ-PA |
| **Market** | New York Metro |
| **Submarket** | Midtown West |
| **Longitude** | -73.984884 |
| **Latitude** | 40.768284 |
| **Assessor Parcel** | Manhattan, Block 1048, Lot 1701, 1702 and 1706 |
| **Total Taxable Value** | $51,681,141 |
| **Census Tract Number** | 139.00 |

## SITE INFORMATION

| | Acres | Square Feet |
|---|---|---|
| **Land Area (Underlying)** | | |
| Total | 0.668 | 29,100 |
| **Topography** | Level at street grade | |
| **Shape** | L-Shaped | |
| **Access** | Average | |
| **Exposure** | Average | |
| **Appeal** | Average | |
| **Current Zoning** | C1-8 and C6-4 | |
| **Flood Zone** | Zone X (Unshaded) | |
| **Seismic Zone** | Moderate Risk | |

## IMPROVEMENT INFORMATION

| | |
|---|---|
| **Number of Apartments** | 443 |
| **Average Unit Size** | 578 SF |
| **Commercial Area** | 54,590 SF |
| **Net Rentable Area SF (NRA)** | 310,673 SF |
| **Gross Building Area SF (GBA)** | 483,275 SF |
| **Total Number Of Buildings** | 1 |
| **Number Of Stories** | 24 |
| **Year Built** | 1929 |
| **Quality** | Average |
| **Condition** | Average |
| **Marketability** | Average |
| **Type Of Construction** | Brick |
| **Parking Type** | None |
| **Property Amenities** | The subject's common amenities include: lounge with kitchen; library; movie theatre; game room. |

## HIGHEST & BEST USE

| | |
|---|---|
| **As Vacant** | Development of a mixed-use, apartment and retail, property as market |
| **As Improved** | Renovation into a mixed-use, apartment and retail, building |

## EXPOSURE TIME & MARKETING PERIOD

| | |
|---|---|
| **Exposure Time** | 12 Months or Less |
| **Marketing Period** | 12 Months or Less |

## VALUATION SUMMARY

| | |
|---|---|
| **Current Occupancy** | 7.2% |
| **Stabilized Occupancy** | 96.1% |
| **Estimated Lease-Up Period** | 25 Months |
| **Current Average Rent/Unit** | $399/Unit |
| **Concluded Average Market Rent/Unit** | $4,927/Unit |
| **Potential Gross Income** | $28,239,838 |
| **Vacancy, Concessions & Credit Loss** | 3.9% |
| **Effective Gross Income** | $27,147,973 |
| **Total Expenses** | $17,834,719 |
| **Net Operating Income** | $9,313,254 |
| **Capitalization Rate (OAR)** | 4.90% |

## VALUATION SUMMARY

| VALUATION INDICES | MARKET VALUE AS-IS | PROSPECTIVE VALUE UPON COMPLETION | PROSPECTIVE VALUE UPON STABILIZATION |
|---|---|---|---|
| **INTEREST APPRAISED** | LEASEHOLD | LEASEHOLD | LEASEHOLD |
| **DATE OF VALUE** | MARCH 4, 2025 | MARCH 1, 2027 | MARCH 1, 2029 |
| **INCOME CAPITALIZATION APPROACH** | | | |
| **INCOME CONCLUSION** | **$76,050,000** | **$160,050,000** | **$190,050,000** |
| Income Conclusion $/Unit | $171,670/Unit | $361,287/Unit | $429,007/Unit |
| Income Conclusion $/SF (GBA) | $157.36/SF | $515.17/SF | $611.74/SF |
| **SALES COMPARISON APPROACH** | | | |
| **SALES CONCLUSION** | **$81,600,000** | **$165,600,000** | **$195,600,000** |
| Sales Conclusion $/Unit | $184,199/Unit | $373,815/Unit | $441,535/Unit |
| Sales Conclusion $/SF | $168.85/SF | $533.04/SF | $629.60/SF |
| **FINAL VALUE CONCLUSION** | | | |
| **FINAL VALUE** | **$76,050,000** | **$160,050,000** | **$190,050,000** |
| Final $/Unit | $171,670/Unit | $361,287/Unit | $429,007/Unit |
| Final $/SF (GBA) | $157.36/SF | $515.17/SF | $611.74/SF |







**SUBJECT EXTERIOR (WEST 57TH STREET)**

**SUBJECT EXTERIOR (WEST 58TH STREET)**





**WEST OF WEST 58TH STREET FACING WEST**

**WEST OF WEST 58TH STREET FACING EAST**

© 2025 COLLIERS INTERNATIONAL VALUATION & ADVISORY SERVICES



**WEST OF WEST 57TH STREET FACING WEST**



**WEST OF WEST 57TH STREET FACING EAST**



**CURRENT FIRST FLOOR FINISHES**



**CURRENT FIRST FLOOR FINISHES**



**CURRENT FIRST FLOOR FINISHES**



**CURRENT FIRST FLOOR FINISHES**

© 2025 COLLIERS INTERNATIONAL VALUATION & ADVISORY SERVICES

Case 25-11853-KBO     Doc 396-4     Filed 03/31/26     Page 14 of 157

JFK250175



**CURRENT LA FITNESS FINISHES**



**CURRENT LA FITNESS FINISHES**



**CURRENT LA FITNESS FINISHES**



**CURRENT LA FITNESS FINISHES**



**CURRENT 2ND FLOOR FINISHES (AMENITY SPACES)**



**CURRENT 2ND FLOOR FINISHES (AMENITY SPACES)**



**CURRENT 2ND FLOOR FINISHES (AMENITY SPACES)**



**CURRENT TYPICAL APARTMENT FINISHES**



**CURRENT TYPICAL APARTMENT FINISHES**



**MODEL APARTMENT**



**MODEL APARTMENT**



**MODEL APARTMENT**

## PROPERTY IDENTIFICATION

The subject is a Mixed-Use (Apartment and Retail) property totaling 443 units. It is located on a 29,100-SF site at 364 West 58th Street in New York, New York County, New York. The assessor's parcel number is: Manhattan, Block 1048, Lot 1701, 1702 and 1706.

The legal description of the subject property is as follows:

**THE CONDOMINIUM UNITS** (hereinafter referred to as the "Units") in the building (hereinafter referred to as the "Building") known as **353 West 57th Street Condominium** and by the street number **353-361 West 57th Street a/k/a 356 West 58th Street**, County of New York, State of New York, said Units being designated and described as **Units Nos. 1, 2 and 6** in a Declaration **dated 4/11/1985** made by **Irving Schatz**, pursuant to Article 9-B of the Real Property Law of the State of New York (hereinafter referred to as the "Condominium Act") establishing a Plan for condominium ownership of the Building and the Land (hereinafter referred to as the "Land") upon which the Building is situate (which Land is more particularly described in Exhibit A annexed hereto and by this reference made a part hereof), which Declaration was recorded in the Office of the City Register of the City of New York, County of New York, on **4/24/1985 in Reel 902 Page** 1 as amended by **First Amendment to Declaration** dated 1/29/1993 and recorded 5/11/1993 in Reel 1969 Page 2286, as amended by **Amended and Restated Declaration** made by Henry Hudson Holdings LLC, Irving Schatz, Adrienne Wechsler and Cheryl Hirsch dated as of 2/12/1999 and recorded 7/16/1999 in Reel 2913 Page 1753 and **Amendment to Amended and Restated Declaration** dated as of 9/30/1999 and recorded 10/27/1999 in Reel 2979 Page 2159 (which Declaration and Amendments thereto are hereinafter collectively referred to as the "Declaration"). These Units are also designated as **Tax Lots 1701, 1702, and 1706 in Block 1048** of the County of New York on the Tax Map of the Real Property Assessment Department and on the Floor Plans of the Building, certified by **Butler Rogers Baskett Architects**, and filed with the Real Property Assessment Department **as Condominium Plan No. 208** and also filed in the Office of the City Register of the City of New York, County of New York, on **4/24/1985 as Condominium Map No. 4326** and recorded 4/24/1985 as Reel 8500 Page 4326, as amended by **Amended Condominium Plan No. 208-A** filed 5/11/1993 as **Amended Condominium Map No. 5192** and recorded 5/11/1993 as Reel 9300 Page 5192.

**TOGETHER** with an undivided **44.05105 %** interest (as to Unit 1, Lot 1701), **46.94011 %** interest (as to Unit 2, Lot 1702), and **3.89067 %** interest (as to Unit 6, Lot 1706) in the Common Elements (as such term is defined in the Declaration).

**The Land** on which the Building and Units are located is situated in the County of New York and State of New York and is more fully described in the Declaration.

As to Unit 1706, the premises encumbered by the Insured Mortgage is the leasehold interest demised by that <u>Lease dated as of 2/11/1999</u> made by and between Irving Schatz, as landlord and Ian Schrager Hotels LLC, as tenant, Amended and Restated Memorandum of Lease made between Ian Schrager Hotels LLC and Irving Schatz dated as of 2/12/1999 and recorded 3/23/1999 in Reel 2841 Page 1872, Assignment and Assumption of Lease made by and between Ian Schrager Hotels LLC (f/k/a West 57th LLC) to Henry Hudson Holdings LLC dated as of 2/12/1999 and recorded 3/23/1999 in Reel 2841 Page 1882, Unrecorded Amendment to Lease made by and between Irving Schatz, as landlord, and Henry Hudson Holdings LLC, as tenant, dated as of 8/17/2004, as evidenced by Assignment and Assumption of Ground Lease in Lieu of Foreclosure made by Henry Hudson Holdings LLC to EC 58th Street LLC dated as of 11/24/2020 and recorded 12/4/2020 as CRFN 2020000344630, Assignment and Assumption of Ground Lease in Lieu of Foreclosure made by Henry Hudson Holdings LLC to EC 58th Street LLC dated as of 11/24/2020 and recorded 12/4/2020 as CRFN 2020000344630, Assignment and Assumption of Ground Lease made by EC 58th Street LLC to 356W58 Ground Lessor, LLC, dated as of May 4, 2022 and to be recorded

contemporaneously herewith in the Office of the Register of the City of New York, County of New York, and the Sublease Agreement, by and between 356W58 Ground Lessor LLC, as sublandlord, and Hudson 1701/1706, LLC, as subtenant, dated as of May 4, 2022, as evidenced by a Memorandum of Sublease dated as of May 4, 2022 and to be recorded contemporaneously herewith in the Office of the Register of the City of New York, County of New York.

## CLIENT IDENTIFICATION

The client of this specific assignment is Parkview Financial.

## PURPOSE

The purpose of this appraisal is to develop opinions of the As-Is Market Value, Prospective Value Upon Completion and Prospective Value Upon Stabilization of the subject property's leasehold interest.

## INTENDED USE

The intended use of this appraisal is to assist the client with a potential loan that would be collateralized by this asset.

## INTENDED USERS

Parkview Financial is the only intended user of this report. Use of this report by third parties and other unintended users is not permitted. This report must be used in its entirety. Reliance on any portion of the report, independent of others, may lead the reader to erroneous conclusions regarding the property values. Unless approval is provided by the authors no portion of the report stands alone.

## ASSIGNMENT DATES

| | |
|---|---|
| Date of Report | March 22, 2025 |
| Date of Inspection | March 4, 2025 |
| Valuation Date - As-Is | March 4, 2025 |
| Valuation Date - Prospective Upon Completion | March 1, 2027 |
| Valuation Date - Prospective At Stabilization | March 1, 2029 |

## PERSONAL INTANGIBLE PROPERTY

No personal property or intangible items are included in this valuation.

## PROPERTY AND SALES HISTORY

### Current Owner
Hudson 1701/1706, LLC

### Three-Year Sales History
Research of the applicable public records, private data services and an interview of the current owner and/or broker revealed that the subject property has not transferred during the past three years of the effective date of value stated in this report.

### Subject Sale Status
An interview of the current owner revealed that the subject property is not under a current agreement of sale or option and is not currently offered for sale on the open market.

## DEFINITIONS

This section summarizes the definitions of value, property rights appraised, and value scenarios that are applicable for this appraisal assignment. All other applicable definitions for this assignment are located in the Valuation Glossary section of the Addenda.

## DEFINITIONS OF VALUE

Given the scope and intended use of this assignment, the following definition of value is applicable:

### Market Value
The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently, knowledgeably, and assuming that the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1.  Buyer and seller are typically motivated;
2.  Both parties are well informed or well advised, and acting in what they consider their own best interests;
3.  A reasonable time is allowed for exposure in the open market;
4.  Payment is made in terms of cash in United States dollars or in terms of financial arrangements comparable thereto; and
5.  The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.[1]

## PROPERTY RIGHTS APPRAISED

The property rights appraised constitute the leasehold interest.

## VALUE SCENARIOS

The purpose of this appraisal is to develop opinions of the As-Is Market Value, Prospective Value Upon Completion and Prospective Value Upon Stabilization of the subject property's leasehold interest.

---

[1] Office of Comptroller of the Currency (OCC), Title 12 of the Code of Federal Regulation, Part 34, Subpart C - Appraisals, 34.42 (g); Office of Thrift Supervision (OTS), 12 CFR 564.2 (g); This is also compatible with the FDIC, FRS and NCUA definitions of market value.

## INTRODUCTION

The appraisal development and reporting processes requires gathering and analyzing information about those assignment elements necessary to properly identify the appraisal problem to be solved. The scope of work decision must include the research and analyses that are necessary to develop credible assignment results given the intended use of the appraisal. Sufficient information includes disclosure of research and analyses performed and might also include disclosure of research and analyses not performed. The scope of work for this appraisal assignment is outlined below:

› The appraisers analyzed the regional and local area economic profiles including employment, population, household income, and real estate trends. The local area was further studied to assess the general quality and condition, and emerging development trends for the real estate market. The immediate market area was inspected and examined to consider external influences on the subject.

› The appraisers confirmed and analyzed legal and physical features of the subject property including sizes of the site and improvements, flood plain data, seismic zone, zoning, easements and encumbrances, access and exposure of the site, and construction materials and condition of the improvements. This process also included estimating the remaining economic life of the improvements, analysis of the subject's site coverage and parking ratios compared to market standards, a process to identify deferred maintenance and a conclusion of the subject's overall functional utility.

› The appraisers completed an apartment market analysis that included market and sub-market overviews. The New York Metro market and Midtown West sub-market overviews analyzed supply/demand conditions using vacancy, absorption, supply change and rent change statistics. Conclusions were drawn regarding the subject property's competitive position given its physical and locational characteristics, the prevailing economic conditions and external influences.

› The appraisers conducted a Highest and Best Use analysis, determining the highest and best use of the subject property As-Vacant and As-Improved. The analysis considered legal, locational, physical and financial feasibility characteristics of the subject property. Development of the Highest and Best Use As-Improved explored potential alternative treatments of the property including demolition, expansion, renovation, conversion, and continued use "as-is."

› The appraisers confirmed and analyzed financial features of the subject property. This information as well as trends established by confirmed market indicators was used to forecast performance of the subject property.

› Selection of the valuation methods was based on the identifications required in USPAP relating to the intended use, intended users, definition and date of value, relevant property characteristics and assignment conditions. As a result, this appraisal developed the Income (Direct Capitalization) and Sales Comparison approaches to value. The resulting value indicators were reconciled within the Analysis of Value Conclusions section. The appraisal develops opinions of the As-Is Market Value, Prospective Value Upon Completion and Prospective Value Upon Stabilization of the subject property's leasehold interest. The reasoning for including or excluding traditional approaches to value is developed within the Valuation Methodology section.

› Reporting of this appraisal is in an Appraisal Report format as required in USPAP Standard 2. The appraiser's analysis and conclusions are fully described within this document.

› We understand the Competency Rule of USPAP and the authors of this report meet the standards.

› No one provided significant real property appraisal assistance to appraisers signing this certification.

## SOURCES OF INFORMATION

The following sources were contacted to obtain relevant information:

| SOURCES OF INFORMATION | |
| --- | --- |
| ITEM | SOURCE |
| Tax Information | New York City Department of Finance |
| Zoning Information | New York City Planning |
| Site Size Information | New York City Planning |
| Building Size Information | New York City Planning |
| Flood Map | InterFlood |
| Demographics | Esri ArcGIS® |
| Rent Roll | Alberto Smeke, Managing Partner, CSC Real Estate |
| Income/Expense Statements (Budget) | Alberto Smeke, Managing Partner, CSC Real Estate |

## SUBJECT PROPERTY INSPECTION

The following table illustrates the Colliers International professionals involved with this appraisal report and their status related to the property inspection.

| SUBJECT PROPERTY INSPECTION | | | |
| --- | --- | --- | --- |
| APPRAISER | INSPECTED | EXTENT | DATE OF INSPECTION |
| Howard Newman, MAI | Yes | Interior/Exterior | March 4, 2025 |
| Tina Yu | No | - | - |
| Tony O'Sullivan, MAI, MRICS | No | - | - |

**National Economic Conditions**

Employment

The December employment report was strong across the board, aligning with the Federal Reserve's stance that a slower pace of rate cuts is appropriate for 2025. Nonfarm payrolls increased by 256,000, with private-sector services jobs surpassing expectations and driving the upside surprise compared to forecasts. However, construction, manufacturing, and government job growth fell short of expectations.

The unemployment rate dropped to 4.1% in December, a 0.1% decline, coming in lower than anticipated. Encouragingly, some aspects of household data that had previously softened showed improvement, including a reduction in the number of individuals unemployed due to permanent job losses.

Earnings growth met expectations in December and remains consistent with the Federal Reserve's 2% inflation target. While Fed officials have expressed concerns about the pace of progress in reducing inflation, they do not view wage growth as a significant contributor to upward pressure on prices.



**Source**: Oxford Economics, Trading Economics

Federal Reserve Rate

Following a period of robust economic activity and inflation data since initiating its rate-cutting cycle with a 50bp reduction in mid-September, the Fed took a more cautious approach at its recent two-day FOMC meeting, opting for a 25bp cut. This adjustment brought the federal funds target range down to 4.50%–4.75%.

Former President Donald Trump is expected to introduce proposed immigration restrictions and tariffs through executive action in the second quarter of next year, both of which are considered inflationary. Consequently, the Fed is likely to end its easing cycle sooner than previously anticipated. CME Fed Watch places a 64.6% probability on a 25bps cut at the December meeting. Additional 25bps rate cuts are expected at each meeting until next May, with the rate projected to bottom out at 3.50%–3.75%, 50bps higher than pre-election levels.

New Home Construction

U.S. home construction fell 3.1% in October, with housing starts declining to an annual pace of 1.31 million, the lowest since July and 4% below last year. A decrease in single-family home construction drove the drop, while multi-family starts rose nearly 10%.

Building permits, a key indicator of future activity, dipped 0.6% to a 1.42 million rate. Single-family permits edged up 0.5%, but multi-family permits fell 3%. Hurricanes Helene and Milton likely contributed to reduced activity, particularly in the South.

Despite current challenges, builders are optimistic about the future, anticipating lower mortgage rates and regulatory relief. Builder sentiment reached a seven-month high, reflecting confidence in the ability to sell new homes.



**U.S. Housing Starts**

**Source:** MarketWatch, Trading Economics

Payroll

Nonfarm payrolls increased by 254,000 in September, driven by gains in health care, leisure and hospitality, government, and construction. In addition, July and August figures were revised up by 55,000 and 17,000 respectively. However, job growth could soften in October if the Boeing strike extends. On a positive note, the resolution of the port strikes has removed a key downside risk for the upcoming report.

The unemployment rate dropped by 0.2 percentage points to 4.1%, still triggering the Sahm rule, albeit marginally. However, this recessionary indicator has been less reliable recently, as it has not been accompanied by a significant rise in permanent job losses. In fact, permanent layoffs declined in September.

Overall, the employment report was much stronger than anticipated, with robust job gains, a lower unemployment rate, and accelerating wage growth. Given this strong performance, the likelihood of a 50-basis-point rate cut has diminished. According to the CME Fed Watch tracker, there is now a 71.7% probability of a more moderate 25-basis-point cut in both November and December.



**Non-Farm Payroll Growth**

**Source:** Oxford Economics, Trading Economics

Inflation

The December CPI report offered encouraging signs and kept the possibility of rate cuts on the table. Both headline and core CPI rose in line with consensus expectations month over month and year over year.

Core CPI increased by 0.2%—the smallest monthly gain since June—bringing the annual increase down to 3.2% from November's 3.3%. Meanwhile, headline CPI stood at 2.9%.

The report indicates that the recent price increases are primarily driven by temporary factors, including higher gas and airfare prices linked to global oil trends. Vehicle prices also rose, though seasonal trends are expected to lower them in early 2025.

On a positive note, shelter inflation continues to ease, a crucial development given its significant role in keeping inflation above the Fed's 2% target.

Manufacturing

The ISM Non-Manufacturing Index rebounded in December 2024, climbing 2.0 points to 54.1, signaling expansion in the sector. Survey panelists expressed an optimistic outlook for the year ahead, reinforcing positive sentiment. While the index can exhibit monthly volatility, the upward trend in recent months aligns with our expectations for continued growth in consumer spending.

However, this optimism was tempered by a sharp increase in the Prices Paid Index, which surged to its highest level since early 2023. If this trend persists, it could point to a reacceleration of inflation in the first quarter of 2025.

Retail Sales

Retail sales grew solidly in December 2024, capping off a strong holiday shopping season and signaling that the economy entered the new year with positive momentum.  U.S. retail sales increased by a seasonally adjusted 0.4% in December, just shy of Wall Street's expectations.

Case 25-11853-KBO   Doc 396-4   Filed 03/31/26   Page 24 of 157

Retail sales, which account for roughly one-third of all consumer spending, are a key indicator of economic health.    In 2024, retail sales grew nearly 4%, a robust performance even when adjusted for inflation.

Auto dealers led the charge once again in December, with sales rising for the fourth consecutive month after a summer slowdown.   New car and truck sales climbed 0.7%. Meanwhile, online retailers, another crucial segment, posted a modest December gain but benefited from a strong November driven by Black Friday promotions.

One area of concern emerged in the restaurant sector, where sales dipped slightly for the first time in nine months.



**Source:** MarketWatch, Trading Economics

**Regional Economic Conditions**

The following was obtained from the Beige Book, published by the Federal Reserve Bank.  The Beige Book is a Federal Reserve System publication about current economic conditions across the 12 Federal Reserve Districts. It characterizes regional economic conditions and prospects based on a variety of mostly qualitative information, gathered directly from each District's sources. Reports are published eight times per year.

The data below is from the **January 2025** report and is for the Second District, which is illustrated in the adjoining map.



Labor Markets

Labor market conditions continued to cool since the last report but remained solid. Employment growth slowed to a slight pace, though businesses in information services, manufacturing, transportation, and construction reported declines in employment in recent weeks. Though the availability of workers has improved, contacts noted that demand for workers softened as economic uncertainty inhibited hiring plans. Indeed, many mid-sized companies have stopped hiring, while smaller companies have become more selective in who they hire. Contacts across a variety of sectors noted that attrition remains exceptionally low.

Wages grew modestly. As conditions have continued to normalize, contacts reported that labor demand and supply have come into better balance, reducing the need for outsized wage adjustments seen through the pandemic. Still, a major payroll and human resources firm reported that bonuses were up in 2023, with more employees receiving bonuses and solid increases in average bonus percentages. Looking ahead, more firms plan on increasing headcounts in the coming months than in the previous period.

Prices

Inflationary pressures were little changed, with prices rising modestly. On balance, the pace of input price increases continued to moderate. Contacts reported that prices for some goods, such as paper, ink, and construction materials have stabilized, while the cost of freight and insurance continued to rise. The pace of

Case 25-11853-KBO    Doc 396-4    Filed 03/31/26    Page 25 of 157

selling price increases rose slightly in the service sector but continued to moderate slightly for manufactured goods. However, construction firm contacts pointed to declining selling prices. Contacts do not anticipate significant shifts in the pace of selling price increases in the coming months.

Consumer Spending

Led by strong holiday sales, consumer spending was up moderately during the reporting period. Spending on apparel, toys, and sporting goods was particularly strong, while spending at restaurants and bars declined somewhat. Despite the higher cost of credit, auto dealers in upstate New York reported solid sales activity for both new and used cars at the end of 2023. With inventory continuing to improve, more buyers are able to find their vehicles of choice and ongoing declines in used car prices continued to boost sales in that segment of the market.

Manufacturing and Distribution

Manufacturing activity fell sharply, with orders and shipments declining. Transportation and distribution firms also reported declining activity. Supply availability continued to improve, with several contacts reporting that supply chains have returned to pre-pandemic norms. Moreover, an upstate auto industry contact reported that the shortage of microprocessors that stalled auto production for much of the pandemic period has largely been resolved. Still, slow delivery times remained a challenge for some industries. One local business contact reported a four-year lead time for specialty equipment delivery. Inventories increased slightly, while unfilled orders declined. Looking ahead, while manufacturers expect business conditions to improve modestly, optimism remained subdued.

Services

On balance, service sector activity declined slightly in the latest reporting period. While businesses providing education and health services reported a modest increase in activity, business services firms indicated activity declined somewhat, and personal services businesses pointed to a sharp contraction. Service firms generally expect conditions to improve somewhat in the months ahead.

A New York City tourism contact reported that the city was bustling over the holiday season, with visitor levels at normal pre-pandemic levels, busy pedestrian corridors, and long queues for entry at museums. Hotel bookings were significantly higher this year compared to the same time last year, with hotel occupancy rates notably higher than other top U.S. tourism markets. However, some inventory of hotel rooms has been set aside for emergency housing for asylum seekers, reducing the stock of available rooms. Despite economic and geopolitical concerns, contacts are optimistic about a return to normal tourism levels in 2024.

Real Estate and Construction

Housing markets were mostly unchanged since the last report, with low inventory continuing to restrain sales activity in much of the District. Demand remained solid, with buyers who have been waiting on the sidelines for a drop in mortgage rates returning to the market. Inventory remained exceptionally low in the New York City suburbs, while inventory increased slightly in upstate New York. In general, contacts reported that home prices have continued to trend up. New York City was the exception, where prices have leveled off as supply has normalized.

Notably, residential rental markets softened after a sustained period of strength. Rents fell across the District, but particularly in New York City, where new lease activity continued to decline and rents dropped below last year's level. A contact in upstate New York noted that some investors who purchased and converted homes for rental income have started to sell their properties, reducing options for renters but increasing the supply of homes for sale.

Commercial real estate markets were unchanged for most markets. New York City office vacancy rates were steady near historic highs and rents declined slightly. Upstate New York office markets saw continued increases in vacancy rates, but rents were unchanged. In the industrial market, small improvements were seen in downstate New York while conditions in upstate New York deteriorated.

Construction contacts reported that activity declined modestly since the last report. Office construction dropped, but industrial construction grew with high volumes under construction and significant deliveries set for 2024 in downstate New York and northern New Jersey.

### Banking and Finance

Activity in the broad finance sector declined modestly during the latest reporting period. Contacts from a variety of sectors expressed concerns about the high cost and reduced availability of credit. Small to medium-sized banks in the region reported declining loan demand across all loan segments, including refinancing. While banking contacts reported that credit standards were unchanged for consumer loans and residential mortgages, standards continued to tighten for business loans and commercial mortgages. On balance, deposit rates were higher, loan spreads narrowed, and delinquency rates continued to rise.

### Community Perspectives

Households in the District have experienced greater difficulty meeting financial obligations. Though credit has become harder to get, many families have accumulated high debt burdens. To help ease these burdens and protect households, state and city governments have responded with new policies. Notably, New York State has enacted legislation prohibiting medical providers from reporting medical debt to credit bureaus, preventing the cascading effects of adverse credit reporting on household finances. Other policies have distributed funds directly to individuals, including one providing funds to cover back rent to residents of public housing managed by the New York City Housing Authority.

### Summary of Economic Activity

Economic activity in the Second District continued to increase slightly during the reporting period. Employment in the region grew slightly, on balance, and wages continued to grow moderately. Selling prices continued to rise at a modest pace, although manufacturers reported that prices largely held steady. Input price increases remained moderate. Manufacturing activity declined moderately, after strong growth during the previous reporting period. Consumer spending increased moderately since the last report, and New York City tourism was robust. Retail contacts indicated stronger than forecasted holiday sales, with stores in the District slightly outperforming the nation overall. The housing market remained strong at the end of the year, and commercial real estate markets strengthened slightly, marking the first increase after a long stretch of decline. The broad finance sector contracted slightly. Optimism about the outlook continued to improve.

JFK250175



## INTRODUCTION

New York is a hub of international business and is one of three centers for the world economy along with London and Tokyo. The city is a major center for banking and finance, retailing, world trade, transportation, tourism, real estate, insurance, media, theater, fashion, and the arts in the United States.  New York City is at the heart of the New York Metropolitan Area, which consists of 23 counties, 10 of which are located in New York State, 12 in New Jersey, and Pike County in Pennsylvania.

With a labor force at 9.6 million workers, the Greater New York economy is the largest economy in the United States and as a center of international banking and commerce, one of the most important in the world. At its



heart is New York City, a globally attractive metropolis that is home to such banking giants as JPMorgan Chase, Citigroup, Goldman Sachs and Morgan Stanley. Trade, real estate, manufacturing, tourism, biotechnology, and education are among the leading industries in the area.

This area is considered the New York-Newark-Jersey City, NY-NJ-PA Metropolitan Statistical Area.

Principal Cities in the area include:

- Jersey City
- Lakewood
- New Brunswick
- New York
- Newark
- White Plains

## NEW YORK CITY

The five boroughs that comprise New York City make it the most populated city in the U.S., although it covers only 305 square miles or 195,000 acres. Excluding streets and major bodies of water, approximately 154,000 acres of land is useable.  As of 2010, only 8,902 acres or 5.8% of the useable acreage was vacant, an indicator that New York City is densely developed. Roughly 41,500 acres or 27% of the useable acreage is open space used as public parks, playgrounds, nature preserves, cemeteries, amusement areas, beaches, stadiums and golf courses.

New York City is located inside of one of the world's largest natural harbors and consists of five boroughs: The Bronx, Brooklyn, Manhattan, Queens, and Staten Island. Throughout the boroughs, there are hundreds of distinct neighborhoods, many with a definable history and character to call their own. If the boroughs were each independent cities, four of the boroughs (Brooklyn, Queens, Manhattan, and the Bronx) would be among the ten most populous cities in the United States.

## DEMOGRAPHIC ANALYSIS

The following is a demographic study of the region sourced by *Esri ArcGIS®.*

### Population

According to Esri ArcGIS®, a Geographic Information System (GIS) Company, the New York-Newark-Jersey City metropolitan area had a 2024 population of 19,954,881 and experienced an annual growth rate of -0.2%, which

© 2025 COLLIERS INTERNATIONAL VALUATION & ADVISORY SERVICES

was higher than the New York annual growth rate of -0.3%. The metropolitan area accounted for 100.2% of the total New York population (19,924,635). Within the metropolitan area the population density was 3,250.2 people per square mile compared to the lower New York population density of 422.8 people per square mile and the lower United States population density of 95.8 people per square mile.

| POPULATION | | | |
|---|---|---|---|
| YEAR | US | NY | CBSA |
| 2020 Population | 331,839,624 | 20,191,925 | 20,086,740 |
| 2024 Population | 338,440,954 | 19,924,635 | 19,954,881 |
| 2029 Population | 344,873,411 | 19,836,746 | 19,979,477 |
| 2020-2024 CAGR | 0.5% | (0.3%) | (0.2%) |
| 2024-2029 CAGR | 0.4% | (0.1%) | 0.0% |

Source: Esri ArcGIS®

| POPULATION DENSITY | | | |
|---|---|---|---|
| YEAR | US | NY | CBSA |
| 2024 Per Square Mile | 95.8 | 422.8 | 3,250.2 |
| 2029 Per Square Mile | 97.6 | 421.0 | 3,254.2 |

Source: Esri ArcGIS®

**Household Trends**

The 2024 Households number of households in the metropolitan area was 7,414,787. The number of households in the metropolitan area is projected to grow by 0.3% annually, increasing the number of households to 7,527,512 by 2029 Households. The 2024 average household size for the metropolitan area was 2.63, which was 3.95% larger than the United States average household size of 2.53 for 2024. The average household size in the metropolitan area is anticipated to retract by 0.23% annually, reducing the average household size to 2.6 by 2029.

| NUMBER OF HOUSEHOLDS | | | |
|---|---|---|---|
| YEAR | US | NY | CBSA |
| 2024 Households | 130,716,571 | 7,705,781 | 7,414,787 |
| 2029 Households | 134,930,577 | 7,795,409 | 7,527,512 |
| 2024-2029 CAGR | 0.6% | 0.2% | 0.3% |

Source: Esri ArcGIS®

| AVERAGE HOUSEHOLD SIZE | | | |
|---|---|---|---|
| YEAR | US | NY | CBSA |
| 2024 | 2.53 | 2.51 | 2.63 |
| 2029 | 2.50 | 2.47 | 2.60 |
| 2024-2029 CAGR | (0.24%) | (0.32%) | (0.23%) |

Source: Esri ArcGIS®

The New York-Newark-Jersey City metropolitan area had 50.59% renter occupied units, compared to the lower 48.75% in New York and the lower 35.64% in the United States.

| HOUSING UNITS | | | |
|---|---|---|---|
| | US | NY | CBSA |
| Owner Occupied | 64.36% | 51.25% | 49.41% |
| Renter Occupied | 35.64% | 48.75% | 50.59% |

Source: Esri ArcGIS®

The 2024 median household income for the metropolitan area was $96,850, which was 22.49% higher than the United States median household income of $79,068. The median household income for the metropolitan area is projected to grow by 2.45% annually, increasing the median household income to $109,313 by 2029.

| MEDIAN HOUSEHOLD INCOME | | | |
|---|---|---|---|
| YEAR | US | NY | CBSA |
| 2024 | $79,068 | $83,109 | $96,850 |
| 2029 | $91,442 | $95,658 | $109,313 |
| 2024-2029 CAGR | 2.95% | 2.85% | 2.45% |

Source: Esri ArcGIS®



Consumer Spending New York-Newark-Jersey City



Consumer Spending Comparison Average Household

## ECONOMY

The economy of New York City encompasses the largest municipal and regional economy in the United States. In 2022, the New York metropolitan area generated a gross metropolitan product (GMP) of US$2.1 trillion, with a population of 23.6 million people. Anchored by Wall Street in Lower Manhattan, New York City has been characterized as the world's premier financial center. The city is home to the New York Stock Exchange (NYSE) and Nasdaq, the world's two largest stock exchanges by both market capitalization and trading activity.

New York City, anchored by Manhattan, is the world's leading center of banking, finance, and communication. It is home to the NYSE on Wall Street. Many of the world's largest corporations are headquartered in Manhattan. The borough contained almost 600 million square feet of office space, as of the 3rd quarter 2023, making it the largest office market in the United States. Midtown Manhattan, with nearly 350 million square feet, as of the 3rd quarter 2023, is one the largest central business districts in the world.

Case 25-11853-KBO    Doc 396-4    Filed 03/31/26    Page 31 of 157

Finance, health care and life sciences, high technology and biotechnology, real estate, and insurance all form the basis of New York City's economy. The city is also the nation's most important center for mass media, journalism, and publishing. Also, it is the country's preeminent arts center. Creative industries such as digital media, advertising, fashion, design, and architecture account for a growing share of employment. New York City possesses strong competitive advantages in these industries. Despite declining, manufacturing remains consequential. The Port of New York and New Jersey is a major economic engine, handling a maritime cargo volume in the ten months through October 2022 of over 8.2 million twenty-foot equivalent units.

| LARGEST COMPANIES (BY REVENUE) | | |
|---|---|---|
| Rank | Company | Revenue (2021) | Industry |
| 1 | Verizon Communications | 133,613 | Telecomrmnications |
| 2 | JP Morgan Chase & Co | 127,202 | Financial Services |
| 3 | Pfizer | 81,288 | Riarmaceuticals |
| 4 | Citigroup | 79,865 | Financial Services |
| 5 | PepsiCo | 79,474 | Food & Beverage Roducts |
| 6 | MetLife Inc. | 71,080 | Insurance |
| 7 | Prudential Financial Inc. | 70,934 | Insurance |
| 8 | Goldman Sachs | 64.989 | Financial Services |
| 9 | Morgan Stanley | 61,121 | Financial Services |
| 10 | International Business Machines Corp | 57,350 | Technology |

Many Fortune 500 corporations are headquartered in New York City as are a large number of multinational corporations.

New York City's most important economic sector lies in its role as the headquarters for the U.S. financial industry.

Lower Manhattan is home to the New York Stock Exchange, on Wall Street, and the Nasdaq, at 165 Broadway, representing the world's largest and second largest stock exchanges, respectively, when measured both by overall average daily trading volume and by total market capitalization of their listed companies. Some of the largest commercial and investment banks in the world are headquartered in New York City: including JPMorgan Chase & Co., Citigroup Inc., The Goldman Sachs Group Inc., and Morgan Stanley, as depicted above.

New York is a top-tier global high technology hub. New York's tech universe incorporates artificial intelligence, the Internet, new media, telecommunications, digital media, software development, biotechnology, game design, financial technology ("FinTech"), and other fields within information technology that are supported by its entrepreneurship ecosystem and venture capital investments.

Research and medical services drive New York's healthcare industry. The city has the most post-graduate life sciences degrees awarded annually in the United States, 60,000 licensed physicians, and 127 Nobel laureates with roots in local institutions. New York receives the second-highest amount of annual funding from the National Institutes of Health among all U.S. cities, after Boston.

Manufacturing accounts for a significant share of employment. Garments, chemicals, metal products, processed foods, and furniture are some of the principal products. The food-processing industry is the most stable major manufacturing sector in the city. Food making is a $5 billion industry that employs more than 19,000 residents. There are over 233,000 manufacturing jobs in more than 10,000 New York City industrial businesses.

New York is by far the most important center for American mass media, journalism, and publishing. The city is the top media market in the United States, with 7% of the country's television-viewing households. Three of the Big Four music recording companies have their headquarters in the city. More than 200 newspapers and 350 consumer magazines have an office in the city.

Case 25-11853-KBO    Doc 396-4    Filed 03/31/26    Page 32 of 157

JFK250175



Over the past 23 years, the gross domestic product for the NY-NJ-PA, MSA has increased a compound annual rate of 4.1%, which is lower than the national increase of 4.5%.



After a sharp drop from 2020 to 2021, the GDP for both the US and the NY-NJ-PA MSA increased by almost 10%. During the past year, both US and the NY-NJ-PA MSA increased by approximately 6%. Since COVID, growth has been the highest levels since 2002.

**Inflation**
The Consumer Price Index (CPI) is a measure of the average change in prices over time in a fixed market basket of goods and services.

Case 25-11853-KBO    Doc 396-4    Filed 03/31/26    Page 33 of 157





Over the past 23 years, the annual rate of inflation in the NY MSA has ranged from 0.1% to 6.1% with an average of 2.6%. Over the past 23 years, the annual rate of inflation in the nation has ranged from 1.0% to 6.1% with an average of 2.4%

The Consumer Price Index for All Urban Consumers (CPI-U) in the New York-Newark-Jersey City area inched up 0.1 percent for the second consecutive month in November, the U.S. Bureau of Labor Statistics reported.

Over the last 12 months, the New York area all items CPI-U advanced 4.3 percent. The index for all items less food and energy increased 5.2 percent. Food prices rose 1.8 percent, and energy prices declined 1.7 percent.



**Over-the-year percent change in CPI-U, New York-Newark–Jersey City, NY-NJ-PA, November 2021–November 2024**

Source: U.S. Bureau of Labor Statistics.

### Food
Food prices increased 0.4 percent in November after ticking down 0.1 percent one month earlier. Prices for food away from home rose 0.5 percent with higher prices recorded for both full service and limited service meals and snacks. A 0.3-percent increase in prices for food at home was the result of higher prices in three of the six grocery categories, led by meats, poultry, fish, and eggs. Other groceries with higher November prices included soups and processed fish and seafood.

From November 2023 to November 2024, the food index increased 1.8 percent. Away-from-home food prices rose 2.6 percent, and at-home food prices increased 1.4 percent.

### Energy
The energy index was down 1.2 percent in November with declines in the indexes for household energy (-1.2 percent) and gasoline (-1.2 percent). Within household energy, lower prices were recorded for electricity (-4.4 percent) and fuel oil. In contrast, natural gas charges rose 5.5 percent.

For the year ended in November 2024, the New York area energy index declined 1.7 percent. Over the year, a 13.4-percent drop in gasoline prices outweighed a 5.9-percent rise in household energy prices. A decline in fuel oil prices partially offset higher prices for natural gas (13.9 percent) and electricity (7.1 percent).

### All items less food and energy
The index for all items less food and energy inched up 0.1 percent in November. A 0.3-percent increase in shelter prices included a 0.3-percent increase in owners' equivalent rent and a 0.6-percent rise in rent of primary residence. Medical care prices advanced 1.6 percent with higher prices for medical care services and medical care commodities. Higher prices for leased cars and trucks contributed to a 0.7-percent increase in prices for new and used motor vehicles. A 0.2-percent increase in prices for education and communication included a 0.5-percent rise in tuition, other school fees, and childcare. All of these increases were largely offset by a seasonal reduction in apparel prices (-5.4 percent) as well as lower airline fares.

Over the year, the index for all items less food and energy advanced 5.2 percent. A 5.7-percent increase in shelter prices included increases of 6.3 percent for owners' equivalent rent and 5.5 percent for rent of primary

© 2025 COLLIERS INTERNATIONAL VALUATION & ADVISORY SERVICES

Case 25-11853-KBO    Doc 396-4    Filed 03/31/26    Page 35 of 157

residence. Among the other price categories with annual increases were education and communication (3.6 percent) and household furnishings and operations (6.9 percent).

## EMPLOYMENT

Total nonfarm employment for the New York-Newark-Jersey City, NY-NJ-PA, metropolitan area increased by 139,200 over the year in November, the U.S. Bureau of Labor Statistics reported.



New York-Newark-Jersey City, NY-NJ-PA, is made up of four metropolitan divisions—separately identifiable employment centers within the greater metropolitan area. New York-Jersey City-White Plains, NY-NJ, with 73 percent of the metropolitan area's total nonfarm employment, gained 107,300 jobs over the year. Nassau County-Suffolk County, NY (13 percent of the area's employment), Newark, NJ-PA (13 percent of the area's employment), and Dutchess County-Putnam County, NY (1 percent of the area's employment), each had little change in the employment level over the year.

**Industry employment**

In New York-Newark-Jersey City, NY-NJ-PA, education and health services had the only significant gain (+135,600) among local private-industry supersectors. Health care and social assistance (+128,900) led the increase in the metropolitan area. The New York-Jersey City-White Plains, NY-NJ, division added 107,100 jobs, or 83 percent of the metropolitan area's employment gain in the health care and social assistance sector. The 6.0-percent increase in the metropolitan area's education and health services supersector compared to a 3.7-percent increase on the national level.

**Over-the-year net change for private-industry supersector employment in the New York metropolitan area, November 2024 (in thousands)**



Note: An asterisk indicates statistical significance at the 90-percent confidence level.
Source: U.S. Bureau of Labor Statistics.

Private sector jobs in New York City rose by 75,400 over-the-year to 4,210,300 in October 2024. Gains occurred in private education and health services (+85,200), leisure and hospitality (+16,600), and trade, transportation, and utilities (+1,200). Losses occurred in natural resources, mining, and construction (-11,300), information (-8,100), financial activities (-5,700), other services (-1,300), and manufacturing (-1,200). Professional and business services category was unchanged for the month.

The city's seasonally adjusted unemployment rate was 5.4 percent in October, up 0.1 of a percent from September and an increase of 0.1 percent from October 2023. New York State's rate was 4.4 percent in October 2024. The share of the city's working age population (16+) who were either employed or looking for a job stood at 62.7 in October.

Total employment has increased annually over the past decade in the state of New York by 0.5% and increased annually by 0.8% in the area. From 2022 to 2023 unemployment decreased in New York by 0.1% and decreased by 0.0% in the area. In the state of New York unemployment has decreased over the previous month by 0.1% and decreased by 0.1% in the area.

## EMPLOYMENT & UNEMPLOYMENT STATISTICS 2014 - 2023

| | TOTAL EMPLOYMENT | | | | UNEMPLOYMENT RATE | | |
| | New York | | New York-Newark, NY-NJ-CT-PA Combined Statistical Area | | United States* | New York | New York-Newark, NY-NJ-CT-PA Combined Statistical Area |
| Year | Total | % Δ Yr Ago | Total | % Δ Yr Ago | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 2014 | 8,925,328 | 0.5% | 10,968,526 | 1.5% | 6.2% | 6.3% | 6.4% |
| 2015 | 9,035,989 | 1.2% | 11,138,173 | 1.5% | 5.3% | 5.2% | 5.3% |
| 2016 | 9,062,866 | 0.3% | 11,211,169 | 0.7% | 4.9% | 4.9% | 4.8% |
| 2017 | 9,382,750 | 3.5% | 11,628,077 | 3.7% | 4.4% | 4.6% | 4.4% |
| 2018 | 9,424,212 | 0.4% | 11,667,609 | 0.3% | 3.9% | 4.1% | 4.0% |
| 2019 | 9,470,443 | 0.5% | 11,797,755 | 1.1% | 3.7% | 3.9% | 3.7% |
| 2020 | 8,628,006 | (8.9%) | 10,744,061 | (8.9%) | 8.1% | 9.8% | 9.9% |
| 2021 | 8,856,999 | 2.7% | 11,050,513 | 2.9% | 5.3% | 7.1% | 7.3% |
| 2022 | 9,178,585 | 3.6% | 11,575,292 | 4.7% | 3.6% | 4.3% | 4.3% |
| 2023 | 9,306,973 | 1.4% | 11,731,809 | 1.4% | 3.6% | 4.2% | 4.3% |
| **CAGR** | **0.5%** | **-** | **0.8%** | **-** | **-** | **-** | **-** |

Source: U.S. Bureau of Labor Statistics    *Unadjusted Non-Seasonal Rate



| | Jan 2024 | Feb 2024 | Mar 2024 | Apr 2024 | May 2024 | Jun 2024 | Jul 2024 | Aug 2024 | Sep 2024 | Oct 2024 | Nov 2024 | Dec 2024 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| USA | 4.1% | 4.2% | 3.9% | 3.5% | 3.7% | 4.3% | 4.5% | 4.4% | 3.9% | 3.9% | 4.0% | 3.8% |
| New York | 4.3% | 4.5% | 4.2% | 3.9% | 4.2% | 4.3% | 4.9% | 4.9% | 4.0% | 4.1% | 4.2% | 4.1% |
| Area | 4.5% | 4.7% | 4.3% | 3.9% | 4.3% | 4.4% | 5.1% | 5.1% | 4.1% | 4.1% | 4.2% | 4.1% |

As of December 2024, the unemployment rate for the MSA was the same as the state's unemployment rate and 0.3% higher than the nation's. The area's unemployment rate has tracked a similar rate to unemployment rate of the state and nation.

## EDUCATION

There are 248 institutions of higher education in the NY-NJ-PA MSA with a total enrollment of 882,497.

The largest colleges or universities are as follows:

| Rank | Institution | City Name | Total UG Enrollment | Fulltime UG Enrollment | Total Grad Enrollment | Fulltime Grad Enrollment |
|---|---|---|---|---|---|---|
| | **LARGEST COLLEGES / UNIVERSITIES** | | | | | |
| 1 | Rutgers University-New Brunswick | New Brunswick, NJ | 34,544 | 32,411 | 13,834 | 8,559 |
| 2 | CUNY Borough of Manhattan Community College | New York, NY | 26,606 | 17,131 | 0 | 0 |
| 3 | Suffolk County Community College | Selden, NY | 26,600 | 14,318 | 0 | 0 |
| 4 | New York University | New York, NY | 24,985 | 23,715 | 24,289 | 16,183 |
| 5 | Nassau Community College | Garden City, NY | 22,374 | 13,541 | 0 | 0 |
| 6 | CUNY LaGuardia Community College | Long Island City, NY | 20,231 | 10,922 | 0 | 0 |
| 7 | CUNY Kingsborough Community College | Brooklyn, NY | 17,758 | 10,300 | 0 | 0 |
| 8 | CUNY New York City College of Technology | Brooklyn, NY | 17,374 | 10,587 | 0 | 0 |
| 9 | CUNY Hunter College | New York, NY | 16,879 | 12,142 | 6,233 | 1,390 |
| 10 | Stony Brook University | Stony Brook, NY | 16,480 | 15,385 | 8,127 | 5,255 |

Education in New York City is provided by a vast number of public and private institutions. New York City has the largest educational system of any city in the world. The city's educational infrastructure spans primary education, secondary education, higher education, and research. New York City is home to some of the most important libraries, universities, and research centers in the world.

New York City has many nationally important independent universities and colleges, such as Barnard College, Columbia University, Cooper Union, Cornell Tech, Fordham University, Long Island University, Manhattan College, New York Institute of Technology, New York University, Pace University, Pratt Institute, St. John's University, The New School, Vaughn College of Aeronautics and Technology, and Yeshiva University. The city has dozens of other private colleges and universities, including many religious and special-purpose institutions, such as St. Francis College, The Juilliard School and The School of Visual Arts. There are about 413,308 university students in New York City attending around 110 universities and colleges.

New York City's public school system, operated by the New York City Department of Education, is the largest in the world. More than 1.1 million students are taught in more than 1,700 public schools with a budget of nearly $25 billion. It contains several selective specialized schools, such as Stuyvesant High School, The Bronx High School of Science, and Brooklyn Technical High School. There are several charter schools that operate in the city, such as Success Academy Charter Schools and Public Prep.

There are also approximately 900 additional privately run secular and religious schools in the city.

New York is a center of scientific research, particularly in medicine and the life sciences. The city has 15 nationally leading academic medical research institutions and medical centers. These include Rockefeller University, Beth Israel Medical Center, Columbia-Presbyterian Medical Center, Weill Cornell Medical College, Mount Sinai Medical Center and Mount Sinai School of Medicine, Memorial Sloan-Kettering Cancer Center, and the medical schools of New York University. In the Bronx, the Albert Einstein College of Medicine is a major academic center. Brooklyn also hosts one of the country's leading urban medical centers, SUNY Downstate Medical Center, an academic medical research institution and the oldest hospital-based medical school in the United States.

The Goddard Institute for Space Studies (GISS) is a component laboratory of NASA's Goddard Space Flight Center Earth-Sun Exploration Division and a unit of The Earth Institute at Columbia University.

Rockefeller University, located on the Upper East Side of Manhattan, is a world-renowned center for research and graduate education in the biomedical sciences, chemistry, and physics.

## SUMMARY

The overall area provides excellent amenities including public transportation, retail, personal services, schools, hospitals, parks and recreational facilities, and houses of worship. The area has minimal vacancy in commercial and residential properties.

Based on the active mixed-use nature of the subject's area, which is dominated by quality office, residential and retail properties, we anticipate that this location will remain viable going forward.

JFK250175

## LOCAL AREA PROFILE

The subject property is located in the Hell's Kitchen neighborhood, situated on the west side of Midtown Manhattan. It is roughly bounded by West 59th Street to the north, the Eighth Avenue to the east, West 34th Street to the south, and Hudson River to the west.

The neighborhood is home to a number of broadcast and music-recording studios, including the CBS Broadcast Center at 524 West 57th Street, where the CBS television network records many of its news and sports programs such as 60 Minutes and The NFL Today; the former Sony Music Studios at 460 West 54th Street, which closed in 2007; Manhattan Center Studios at 311 West 34th Street; and Right Track Recording's Studio A509 orchestral recording facility at West 38th Street and Tenth Avenue. The syndicated Montel Williams Show is also taped at the Unitel Studios, 433 West 53rd Street, between Ninth and Tenth Avenues. The Baryshnikov Arts Center opened at 37 Arts on 37th Street in 2005, the Orchestra of St. Luke's opened the DiMenna Center for Classical Music in the same building in 2011. The Alvin Ailey American Dance Theater opened at 55th Street and Ninth Avenue in 2006.

In terms of transportation, Hell's Kitchen is bounded on the east by the New York City Subway's IND Eighth Avenue Line (A, C, and E trains). The MTA built the 7 Subway Extension for the Hudson Yards development. The extension to 34th Street–Hudson Yards opened on September 13, 2015, making the IRT Flushing Line the westernmost New York City Subway line within Midtown. Ferry operations in the neighborhood include NY Waterway service, available at the West Midtown Ferry Terminal at 38th Street. The massive Port Authority Bus Terminal is between 40th and 42nd Streets and Eighth and Ninth Avenues. It serves numerous commuter and intercity routes, as well as airport shuttles and tour buses. Located just southeast of Hell's Kitchen is Penn Station. It is the busiest railroad station in North America, with 600,000 Long Island Rail Road, NJ Transit Rail, and Amtrak passengers using the station on an average weekday as of 2013. Lastly, cruise ships frequently dock at the New York Passenger Ship Terminal in the 48th to 52nd Street piers, respectively numbered Piers 88, 90, and 92.

Hell's Kitchen is part of Manhattan Community District 4, which is patrolled by the 10th and Midtown North Precincts of the New York City Police Department.

## DEMOGRAPHIC PROFILE

Below is a demographic study of the area, sourced by *Esri ArcGIS®,* an on-line resource center that provides information used to analyze and compare the past, present, and future trends of properties and geographical areas. Please note that our demographics provider sets forth income projections in constant dollars which, by definition, reflect projections after adjustment for inflation. We are aware of other prominent demographic data providers that project income in current dollars, which do not account for inflation. A simple comparison of projections for a similar market area made under the constant and current dollar methodologies can and likely will produce data points that vary, in some cases, widely. Further, all forecasts, regardless of demographer methodologies, are subjective in the sense that the reliability of the forecast is subject to modeling and definitional assumptions and procedures.

| LOCAL AREA DEMOGRAPHICS | | | |
|---|---|---|---|
| DESCRIPTION | 10019, 10036 | DESCRIPTION | 10019, 10036 |
| **POPULATION** | | **AVERAGE HOUSEHOLD INCOME** | |
| 2010 Population | 64,161 | 2024 | $163,062 |
| 2020 Population | 81,751 | 2029 | $189,147 |
| 2024 Population | 78,483 | Change 2024-2029 | 16.00% |
| 2029 Population | 78,343 | **MEDIAN HOUSEHOLD INCOME** | |
| Change 2010-2020 | 27.42% | 2024 | $105,038 |
| Change 2020-2024 | (4.00%) | 2029 | $126,869 |
| Change 2024-2029 | (0.18%) | Change 2024-2029 | 20.78% |
| **NUMBER OF HOUSEHOLDS** | | **PER CAPITA INCOME** | |
| 2010 Households | 39,139 | 2024 | $98,346 |
| 2020 Households | 47,434 | 2029 | $116,388 |
| 2024 Households | 46,604 | Change 2024-2029 | 18.35% |
| 2029 Households | 47,577 | **HOUSEHOLDS BY INCOME (2022)** | |
| Change 2010-2020 | 21.19% | Less than $15,000 | 10.89% |
| Change 2020-2024 | (1.75%) | $15,000 - $24,999 | 8.04% |
| Change 2024-2029 | 2.09% | $25,000 - $34,999 | 4.94% |
| **HOUSING UNITS** | | $35,000 - $49,999 | 9.47% |
| Owner Occupied | 6,248 | $50,000 - $74,999 | 7.83% |
| Renter Occupied | 40,356 | $75,000 - $99,999 | 6.62% |
| **HOUSING UNITS BY YEAR BUILT** | | $100,000 - $149,999 | 13.85% |
| Built 2020 or Later | 30 | $150,000 - $199,999 | 10.39% |
| Built 2010 to 2019 | 7,062 | $200,000 or More | 27.97% |
| Built 2000 to 2009 | 7,681 | **HOUSING BY UNITS IN STRUCTURE** | |
| Built 1990 to 1999 | 3,670 | 1, Detached | 665 |
| Built 1980 to 1989 | 5,366 | 1, Attached | 130 |
| Built 1970 to 1979 | 4,978 | 2 | 455 |
| Built 1960 to 1969 | 5,099 | 3 or 4 | 503 |
| Built 1950 to 1959 | 1,478 | 5 to 9 | 2,052 |
| Built 1940 to 1949 | 2,358 | 10 to 19 | 5,383 |
| Built 1939 or Earlier | 16,871 | 20 to 49 | 7,409 |
| **HOME VALUES** | | 50 or More | 37,867 |
| Average | $1,207,039 | Mobile Home | 128 |
| Median | $1,002,317 | Boat, RV, Van, etc. | 0 |

Source: Esri ArcGIS®

## Transportation Routes

Hell's Kitchen is bounded on the east by the New York City Subway's IND Eighth Avenue Line (A, C, and E trains). The MTA built the 7 Subway Extension for the Hudson Yards development. The neighborhood is also within one block of the Broadway line with the 1, 2 and 3 trains.

Several New York City Bus routes, namely the M11, M12, M31, M34 SBS, M42 and M50, as well as express bus routes, service the area.

## Community Services

Community services and facilities are readily available in the surrounding area. These include public services such as fire stations, hospitals, police stations, and schools (all ages).

- The New York City Department of Education operates the following public elementary schools in Hell's Kitchen as part of Community School District 2:
- P.S. 35 (grades K, 2-12)
- P.S. 51 Elias Howe (grades PK-5)
- P.S. 111 Adolph S Ochs (grades PK-5, 7-8)

The following high schools are located in Hell's Kitchen, serving grades 9-12 unless otherwise indicated:

- Business of Sports School
- Facing History School
- Food and Finance High School
- High School for Environmental Studies
- High School of Hospitality Management
- Independence High School
- Manhattan Bridges High School
- Professional Performing Arts School (grades 6-12)
- Urban Assembly Gateway School For Technology
- Urban Assembly School of Design and Construction
- The Beacon School

The Success Academy Charter Schools group opened an elementary school, Success Academy Hell's Kitchen, in the High School of Graphic Communication Arts building in 2013.

## IMMEDIATE AREA PROFILE

This section discusses uses and development trends in the immediate area that directly impact the performance and appeal of the subject property.

**Predominant Land Uses**

The subject is situated in Manhattan Community District 4. Land uses within the district are illustrated in the following chart.

| MANHATTAN COMMUNITY DISTRICT 4 LAND USE | | | |
|---|---|---|---|
| CLASSIFICATION | LOTS | SF (000) | PERCENTAGE |
| 1-2 Family Residential | 161 | 278.6 | 0.7% |
| Multi-Family Residential Elevator | 313 | 4,765.3 | 12.5% |
| Multi-Family Residential Walkup | 961 | 2,503.4 | 6.6% |
| Commercial/Office | 430 | 5,177.4 | 13.6% |
| Industrial | 126 | 1,210.6 | 3.2% |
| Mixed Residential/Commercial | 983 | 6,805.7 | 17.8% |
| Open Space/Recreation | 21 | 827.0 | 2.2% |
| Miscellaneous | 6 | 32.8 | 0.1% |
| Parking | 4 | 1,122.0 | 2.9% |
| Institutions | 166 | 3,839.7 | 10.1% |
| Transportation/Utility | 89 | 9,146.0 | 24.0% |
| Vacant | 77 | 2,468.8 | 6.5% |
| TOTAL | 3,337 | 38,177.3 | 100.0% |

As evident, over 18% of the lots within the district comprise multi-family housing. Typical housing in the area consists of four- to six-story masonry old-law tenements and walkup apartment buildings constructed between 1890 and 1920.  Many of these buildings, particularly along the avenues, also contain ground level commercial space used for retail purposes and other business establishments catering to the needs of the local residents.

## SUBJECT PROPERTY ANALYSIS

The following discussion draws context and analysis on how the subject property is influenced by the local and immediate areas.

### Subject Property Analysis

The uses adjacent to the property are noted below:

- › **North -** West 58th Street followed by 353 West 58th Street: A 14-Story Cooperative Building with 586 Apartments and four commercial units
- › **South -** West 57th Street followed by 340 West 57th Street: A 19-Story Cooperative Building with 576 Apartments and 31 commercial units
- › **East -** 351 West 57Th Street: A Walk-Up Building with 8 Apartments and One Store and 347 West 57th Street: A 45-Story Condominium Building with 262 apartments and one commercial unit
- › **West -** 363 West 57th Street: A Walk-Up Building With 11 Apartments and 7 Commercial Units and 892 8th Avenue: A 5-Story Walk-Up Building With 33 Apartments And Four Commercial Units

## SUMMARY

Overall the condition and appeal of the market is generally good. Overall, demand for the subject's use as a mixed-use multifamily/commercial property should be strong for the foreseeable future.

# SITE DESCRIPTION

| | |
|---|---|
| **General Description** | The subject site consists of three tax lots on 1 underlying parcel of land. As noted below, the subject site has 29,100 SF (0.67 AC) of land area. The area is estimated based on the assessor's parcel map, and may change if a professional survey determines more precise measurements. Going forward, our valuation analyses will utilize the usable site area. The following discussion summarizes the subject site size and characteristics. |
| **Assessor Parcel** | Manhattan, Block 1048, Lot 1701, 1702 and 1706 |
| **Number Of Parcels** | 1 |

| Land Area | Acres | Square Feet |
|---|---|---|
| Primary Parcel | 0.668 | 29,100 |
| Unusable Land | 0.000 | 0 |
| Excess Land | 0.000 | 0 |
| Surplus Land | 0.000 | 0 |
| **Total Land Area** | **0.668** | **29,100** |

| | |
|---|---|
| **Shape** | L-Shaped - See Plat Map For Exact Shape |
| **Topography** | Level at street grade |
| **Zoning** | C1-8 and C6-4 |
| **Drainage** | Assumed Adequate |
| **Utilities** | All available to the site |

| Street Improvements | Street | Direction | No. Lanes | Street Type | Curbs | Sidewalks | Streetlights | Center Lane | Gutters |
|---|---|---|---|---|---|---|---|---|---|
| West 58th Street | Primary Street | one-way | one-lane | minor arterial | ✔ | ✔ | ✔ | | ✔ |
| West 57th Street | Primary Street | two-way | four-lane | major arterial | ✔ | ✔ | ✔ | | ✔ |

| | |
|---|---|
| **Frontage** | There is 155 feet of frontage along the north side of West 57th Street and 135 feet along the south side of West 58th Street. |
| **Accessibility** | Average - The accessibility of the subject is rated as average. The subject is accessed from two streets, with the main entrance and primary point of ingress/egress being West 58th Street. Major transportation arterials within proximity to the subject include Broadway and West Side Highway, providing linkage to the surrounding area. |
| **Seismic** | The subject is in a moderate risk zone. |
| **Flood Zone** | The subject site falls within the Zone X (Unshaded) flood zone. This is referenced by Community Number 360497, Panel Number 0088F, dated September 05, 2007. The flood zone is defined as follows:<br><br>Zone X (unshaded) is a moderate and minimal risk area. Areas of moderate or minimal hazard are studied based upon the principal source of flood in the area. However, buildings in these zones could be flooded by severe, concentrated rainfall coupled with inadequate local drainage systems. Local stormwater |

Case 25-11853-KBO    Doc 396-4    Filed 03/31/26    Page 45 of 157

drainage systems are not normally considered in a community's flood insurance study. The failure of a local drainage system can create areas of high flood risk within these zones. Flood insurance is available in participating communities, but is not required by regulation in these zones. Nearly 25-percent of all flood claims filed are for structures located within these zones. Minimal risk areas outside the 1-percent and .2-percent-annual-chance floodplains. No BFEs or base flood depths are shown within these zones. (Zone X (unshaded) is used on new and revised maps in place of Zone C.)

**Easements**

A preliminary title report was not available for review. During the on-site inspection, no adverse easements or encumbrances were noted. This appraisal assumes that there is no negative value impact on the subject improvements. If questions arise regarding easements, encroachments, or other encumbrances, further research is advised.

**Soils**

A detailed soils analysis was not available for review. Based on the development of the subject, it appears the soils are stable and suitable for the existing improvements.

**Hazardous Waste**

We have not conducted an independent investigation to determine the presence or absence of toxins on the subject property. If questions arise, the reader is strongly cautioned to seek qualified professional assistance in this matter. Please see the Assumptions and Limiting Conditions for a full disclaimer.

**Conclusion**

Overall, the subject's location is rated as average. This location rating considers the subject's general market area (New York Metro), its submarket (Midtown West) and the surrounding uses and immediate neighborhood. It also takes into account the subject's exposure and access to employment centers, educational facilities, and shopping centers. All of these characteristics provide supporting uses for the subject site making it desirable for multifamily development. Overall, there are no known factors that would limit the site's development according to its highest and best use.

JFK250175

## PLAT MAP



© 2025 COLLIERS INTERNATIONAL VALUATION & ADVISORY SERVICES     38

## ZONING MAP



## FLOOD MAP



**MAP DATA**

FEMA Special Flood Hazard Area: **No**
Map Number: 3604970088F
Zone: **X**
Map Date: September 05, 2007
FIPS: 36061

**MAP LEGEND**                                                 Powered by CoreLogic®

| | | |
|---|---|---|
| 🟨 Areas inundated by 500-year flooding | ❌ Protected Areas | |
| 🟥 Areas inundated by 100-year flooding | ▧ Floodway | |
| 🟦 Velocity Hazard | ⭕ Subject Area | |

**Introduction**

The information presented below is a basic description of the existing improvements. This information is used in the valuation of the property. Reliance has been placed upon information provided by sources deemed dependable for this analysis. It is assumed that there are no hidden defects, and that all structural components are functional and operational, unless otherwise noted. If questions arise regarding the integrity of the improvements or their operational components, it may be necessary to consult additional professional resources.

| | |
|---|---|
| **Property Type** | Mixed-Use - Apartment and Retail |
| **Number of Units** | 443 |
| **Average Unit Size** | 578 SF |
| **Total Number of Buildings** | 1 |
| **Number of Stories** | 24 |
| **Service Level** | Non-doorman |
| **Net Rentable Area (NRA)** | 310,673 SF |
| **Gross Building Area (GBA)** | 483,275 SF |
| **Parking Total** | 0 |
| Parking Comment | Lack of parking is typical of the urban location of the market and not a negative for marketability |
| **Year Built** | 1929 |
| **Age/Life Analysis** | |
| Actual Age | 96 Years |
| Effective Age | 10 Years |
| Economic Life | 50 Years |
| Remaining Life | 40 Years |
| **Quality** | Average |
| **Condition** | Average |
| **Marketability** | Average |

Case 25-11853-KBO    Doc 396-4    Filed 03/31/26    Page 50 of 157

| UNIT MIX | | | | |
|---|---|---|---|---|
| UNIT TYPES | NO. UNITS | % OF TOTAL | UNIT SIZE (SF) | NRA (SF) |
| SRO RC | 32 | 7.2% | 428 | 13,696 |
| Studio FM | 4 | 0.9% | 375 | 1,500 |
| Studio Affordable | 35 | 7.9% | 253 | 8,855 |
| 1 BR FM | 17 | 3.8% | 500 | 8,500 |
| 1 BR Affordable | 31 | 7.0% | 584 | 18,104 |
| 2 BR FM | 194 | 43.8% | 644 | 124,936 |
| 2 BR Affordable | 74 | 16.7% | 393 | 29,082 |
| 3 BR FM | 55 | 12.4% | 862 | 47,410 |
| PH FM | 1 | 0.2% | 4,000 | 4,000 |
| **TOTAL/AVERAGE** | **443** | **100%** | **578** | **256,083** |
| Commercial | | | | |
| LA Fitness | | | 54,590 | 54,590 |
| **TOTAL NET RENTABLE AREA (NRA)** | | | | **310,673** |
| Common Areas | | | | 172,602 |
| **TOTAL GROSS BUILDING AREA (GBA)** | | | | **483,275** |

The unit sizes were provided by the subject's management.

The subject unit mix includes studio, one, two and three bedroom apartments. There will also be one full floor penthouse unit with 4,000 SF.

| | |
|---|---|
| **Basic Construction** | Brick |
| **Foundation** | Reinforced concrete slab |
| **Framing** | Structural steel with masonry and concrete encasement |
| **Exterior Walls** | Brick |
| **Roof Type** | Flat with parapet walls |
| **Roof Cover** | Sealed membrane |
| **Insulation** | Exact type unknown, assumed adequate (R-type) and to code for both walls and ceilings. |
| **Plumbing** | Each bathroom will include a toilet, sink, and a shower/tub kit with wall-mounted showerhead. Kitchens will include a sink. |
| **Air Conditioning** | Package HVAC units |
| **Heating** | Each unit will have wall mount forced air heating throughout. |
| **Lighting** | Each unit will have adequate lighting (Fluorescent lights in the kitchen, incandescent lighting fixtures elsewhere). |
| **Electrical** | Each unit will be separately metered |
| **Interior Walls** | Drywall |
| **Ceilings** | Drywall |
| **Windows** | Thermal windows in aluminum frames. |
| **Doors** | Exterior doors are typically metal with peepholes. Interior doors are hollow, painted wood. |

Case 25-11853-KBO    Doc 396-4    Filed 03/31/26    Page 51 of 157

| | |
|---|---|
| **Flooring** | Floor coverings for bath and kitchen areas will  be tile. The floor coverings in living areas will be wood. |
| **Project Amenities** | The subject's common amenities include: lounge with kitchen; library; movie theatre; game room. |
| **Appliances** | Each unit will be equipped with an electric oven/range combination, dishwasher, microwave, and refrigerator/freezer. |
| **Laundry** | Each unit is expected to have interior washers and dryers. |
| **Countertops** | The subject's units include granite countertops. |
| **Cabinets** | Typical laminate cabinetry |
| **Security** | Lobby with a doorman |
| **Fire Protection** | The subject has a fire sprinkler system and smoke alarms. |
| **Deferred Maintenance** | Deferred maintenance is measured as the cost of repairing or restoring the item to new or reasonably new condition. Based on our interview with the property manager and the onsite inspection by the field appraiser, no observable deferred maintenance exists. |
| **Hazardous Materials** | This appraisal assumes that the improvements are constructed free of all hazardous waste and toxic materials, including (but not limited to) asbestos. Please refer to the Assumptions and Limiting Conditions section regarding this issue. |
| ***ADA* Compliance** | This analysis assumes that the subject complies with all ADA requirements. Please refer to the Assumptions and Limiting Conditions section regarding this issue. |
| **Conclusion** | The subject improvements will be in average condition for their age and for the surrounding neighborhood.  The interiors will have high quality finishes, superior to most other properties in the immediate area.  The roof is reportedly in good condition with no roof leaks reported.   The property will have an attractive design and good curb appeal. |

## INTRODUCTION

The subject property is located within the New York City municipality. In New York City, each tax classification has a specific tax rate, which is established annually. The system is described as follows:



Properties in New York City are assessed on a yearly basis. The Market Value is assessed annually with a Market Value date of January 15th. The reassessed annual Market Value is in effect as of July 1st, which is the beginning of the city's fiscal year which runs from July 1st through June 30th. Change in ownership does not trigger a reassessment. Construction or renovation of a building will result in a reassessment of the Market Value. Commercial properties are assessed at the lower of the transitional or actual assessed value. Transitional assessments are applied during the five-year phase-in of assessment changes.

In addition to scheduled reassessments, properties in New York City are reassessed upon gut renovation or demolition of the building. Properties are not reassessed upon sale.

The assessed value and property tax for the current year are summarized in the following table.

| BLOCK / LOT | DOF BUILDING CLASS | TAX CLASS | MARKET LAND | MARKET TOTAL | TRANSITIONAL LAND | TRANSITIONAL TOTAL | TAXABLE AV |
|---|---|---|---|---|---|---|---|
| | | | | **2025/2026 ASSESSMENT** | | | |
| 1048/1701 | RH | 4 | $3,524,815 | $29,253,150 | $3,524,815 | $27,016,193 | $27,016,193 |
| 1048/1702 | RH | 4 | $3,127,751 | $27,605,051 | $3,127,751 | $22,685,103 | $22,685,103 |
| 1048/1706 | RH | 4 | $299,927 | $2,416,727 | $299,927 | $1,979,845 | $1,979,845 |
| Total | | | $6,952,493 | $59,274,928 | $6,952,493 | $51,681,141 | $51,681,141 |

The taxable assessment is $51,681,141 and represents the tentative assessment for the tax year 2025/2026. This is considered final unless the assessment is challenged by the owner.

## TAX COMPARABLES

To determine the future assessment and taxes on the subject property, we considered information from similar vintage properties in the market.

| Block | Lot | Bldg Class | Address | Zip Code | Year Built | Year Renovated | Units | Above Grade Area (SF) | Assessment | Assessment PSF |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **TAX COMPARABLES** | | | | |
| Subject | 1701 | 0 | | 10019 | 1929 | 0 | 443 | 483,275 | $59,274,928 | $122.65 |
| 1007 | 1 | D7 | 845-841 7 AVENUE | 10019 | 1923 | 1982 | 59 | 85,309 | $9,231,300 | $108.21 |
| 1007 | 51 | D7 | 142-140 WEST 55 STREET | 10019 | 1912 | 1981 | 36 | 26,496 | $3,184,200 | $120.18 |
| 1008 | 26 | D7 | 113-105 WEST 55 STREET | 10019 | 1917 | 1989 | 55 | 54,838 | $6,326,550 | $115.37 |
| 1010 | 46 | D7 | 138-134 WEST 58 STREET | 10019 | 1930 | 1980 | 121 | 61,791 | $9,870,300 | $159.74 |
| 1011 | 13 | D7 | 145 WEST 58 STREET | 10019 | 1928 | 1977 | 111 | 122,813 | $14,710,050 | $119.78 |
| 1023 | 6 | D7 | 249-245 WEST 51 STREET | 10019 | 1912 | 1980 | 82 | 48,368 | $7,806,600 | $161.40 |
| 1064 | 36 | D7 | 839-831 9 AVENUE | 10019 | 2004 | | 154 | 170,440 | $22,747,950 | $133.47 |
| 1066 | 29 | D7 | 867-863 9 AVENUE | 10019 | 1963 | | 100 | 71,532 | $11,028,150 | $154.17 |
| 1067 | 32 | D7 | 403-401 WEST 57 STREET | 10019 | 1890 | 1986 | 34 | 20,265 | $2,601,450 | $128.37 |
| 1068 | 3 | D7 | 428-400 WEST 59 STREET | 10019 | 1997 | | 736 | 919,877 | $109,760,850 | $119.32 |
| 1104 | 31 | D7 | 827 11 AVENUE | 10019 | 2015 | | 1033 | 1,192,139 | $188,369,100 | $158.01 |
| Source: New York City Department of Finance | | | | | | | | | Min | $108.21 |
| | | | | | | | | | Max | $161.40 |
| | | | | | | | | | Avg | $132.00 |

The comparable properties reflect assessments ranging from $108.21 to $161.40 PSF with an average of $132.00 PSF of above grade building area. The subject's assessment is within this range.

We have selected an assessment PSF of $120 PSF to estimate the assessed value, upon completion, which is at the lower portion of the range and considers the income from the affordable and SRO units.

| | **PROJECTED ASSESSMENT UPON COMPLETION (BASED ON CURRENT DOLLARS)** | | | | |
|---|---|---|---|---|---|
| Assessed Value PSF | | Gross Building Area (SF), Upon Completion | | Taxable Assessment | |
| $120 | × | 483,275 | = | $57,993,000 | |

## TAX RATES

The tax rates for the four classes of properties in New York City over the past 25 years is as follows:

| Year | Class 1 | % change from prior year | Class 2 | % change from prior year | Class 3 | % change from prior year | Class 4 | % change from prior year |
|------|---------|---------|---------|---------|---------|---------|---------|---------|
| 1999/2000 | $11.167 | N/A | $10.851 | N/A | $9.398 | N/A | $9.989 | N/A |
| 2000/2001 | $11.255 | 0.79% | $10.847 | -0.04% | $10.540 | 12.15% | $9.768 | -2.21% |
| 2001/2002 | $11.609 | 3.15% | $10.792 | -0.51% | $10.541 | 0.01% | $9.712 | -0.57% |
| 2002/2003 | $13.048 | 12.40% | $11.541 | 6.94% | $11.586 | 9.91% | $10.678 | 9.95% |
| 2003/2004 | $14.550 | 11.51% | $12.620 | 9.35% | $12.418 | 7.18% | $11.431 | 7.05% |
| 2004/2005 | $15.094 | 3.74% | $12.216 | -3.20% | $12.553 | 1.09% | $11.558 | 1.11% |
| 2005/2006 | $15.746 | 4.32% | $12.396 | 1.47% | $12.309 | -1.94% | $11.306 | -2.18% |
| 2006/2007 | $16.118 | 2.36% | $12.737 | 2.75% | $12.007 | -2.45% | $10.997 | -2.73% |
| 2007/2008 | $15.434 | -4.24% | $11.928 | -6.35% | $11.577 | -3.58% | $10.059 | -8.53% |
| 2008/2009 | $16.196 | 4.94% | $12.596 | 5.60% | $12.137 | 4.84% | $10.241 | 1.81% |
| 2009/2010 | $17.088 | 5.51% | $13.241 | 5.12% | $12.743 | 4.99% | $10.426 | 1.81% |
| 2010/2011 | $17.364 | 1.62% | $13.353 | 0.85% | $12.631 | -0.88% | $10.312 | -1.09% |
| 2011/2012 | $18.205 | 4.84% | $13.433 | 0.60% | $12.473 | -1.25% | $10.152 | -1.55% |
| 2012/2013 | $18.569 | 2.00% | $13.181 | -1.88% | $12.477 | 0.03% | $10.288 | 1.34% |
| 2013/2014 | $19.191 | 3.35% | $13.145 | -0.27% | $11.902 | -4.61% | $10.323 | 0.34% |
| 2014/2015 | $19.157 | -0.18% | $12.855 | -2.21% | $11.125 | -6.53% | $10.684 | 3.50% |
| 2015/2016 | $19.554 | 2.07% | $12.883 | 0.22% | $10.813 | -2.80% | $10.656 | -0.26% |
| 2016/2017 | $19.991 | 2.23% | $12.892 | 0.07% | $10.934 | 1.12% | $10.574 | -0.77% |
| 2017/2018 | $20.385 | 1.97% | $12.719 | -1.34% | $11.891 | 8.75% | $10.514 | -0.57% |
| 2018/2019 | $20.919 | 2.62% | $12.612 | -0.84% | $12.093 | 1.70% | $10.514 | 0.00% |
| 2019/2020 | $21.167 | 1.19% | $12.473 | -1.10% | $12.536 | 3.66% | $10.537 | 0.22% |
| 2020/2021 | $21.045 | -0.58% | $12.267 | -1.65% | $12.826 | 2.31% | $10.694 | 1.49% |
| 2021/2022 | $19.963 | -5.14% | $12.235 | -0.26% | $12.289 | -4.19% | $10.755 | 0.57% |
| 2022/2023 | $20.309 | -3.50% | $12.267 | 0.00% | $12.755 | -0.55% | $10.646 | -0.45% |
| 2023/2024 | $20.085 | -1.10% | $12.502 | 1.92% | $12.094 | -5.18% | $10.592 | -0.51% |
| 2024/2025 | $20.085 | 0.00% | $12.500 | -0.02% | $11.181 | -7.55% | $10.762 | 1.60% |
| Cumulative Change | $8.918 | 79.86% | $1.649 | 15.20% | $1.783 | 18.97% | $0.773 | 7.74% |
| Average Annual Change | | 2.23% | | 0.61% | | 0.65% | | 0.37% |
| Compound Annual Change | | 2.38% | | 0.57% | | 0.70% | | 0.30% |

**NYC TAX RATES**

Source: New York City Department of Finance

The 2024/2025 Class 2 tax rate is $12.500 per $100 of assessed value, representing a 0.02% decrease from the previous year and a compounded 0.57% increase over the past 10 years.

## TAX CONCLUSION

The property is expected to be completed in January 2027, which is in two years so it will be fully taxed in July 2027 for the 2027/2028 tax year. The tax rate is projected to grow at 0.5% per year.

| TAXES UPON COMPLETION | | |
|---|---|---|
| Assessed Value | Tax Rate | Taxes, Upon Completion |
| **Hypotentical Based on Current AV** | | |
| $57,993,000 | $12.500 | $7,249,125 |
| | | |
| **TRENDED TO STABILIZATION (4 years - AV at 2% per year and Tax Rate at 0.5% per year)** | | |
| $59,890,091  × | $12.601  = | $7,546,748 |

## INTRODUCTION

Zoning requirements typically establish permitted and prohibited uses, building height, lot coverage, setbacks, parking and other factors that control the size and location of improvements on a site. The zoning characteristics for the subject property are summarized below:

| ZONING SUMMARY | |
|---|---|
| Municipality Governing Zoning | New York City Department of City Planning |
| Current Zoning | C1-8 and C6-4 |
| Permitted Uses | Permitted uses within this zoning district primarily include Multi-Family Apartments, Retail, Offices and Hotel. |
| Prohibited Uses | |
| Current Use | Multi-Family Apartments and Retail |
| Is Current Use Legally Permitted? | Yes |
| Zoning Change | Not Likely |

| ZONING REQUIREMENTS | | C1-8 (R9 equivalent) Wide street | C6-4 (R10 equivalent) |
|---|---|---|---|
| Subject Site Area (SF) | | 8,000 SF | 21,100 SF |
| Maximum Floor Area Ratio | Residential | 7.52 | 10 |
| | Commercial | 2.00 | 10 |
| Maximum Developable Area | Residential | 60,160 SF | 211,000 SF |
| | Commercial | 16,000 SF | 211,000 SF |
| Combined | | 271,160 SF | |
| Gross Building Area | | 483,275 SF | |
| Overbuilt | | 212,115 SF | |

Source: New York City Department of City Planning

Based on the interpretation of the zoning ordinance, the subject property is not an outright permitted use; however, there are circumstances under which the improvements could be rebuilt if unintentionally destroyed. The subject's use predates the current zoning of the site and is considered a pre-existing non-conforming use. The current use is permitted for ongoing use, but is subject for review upon proposed major renovation and/or full redevelopment of the site. This appraisal is subject to the extraordinary assumption that the property is permitted.

Detailed zoning studies are typically performed by a zoning or land use expert, including attorneys, land use planners, or architects. The depth of our analysis correlates directly with the scope of this assignment, and it considers all pertinent issues that have been discovered through our due diligence. Please note that this appraisal is not intended to be a detailed determination of compliance, as that determination is beyond the scope of this real estate appraisal assignment.

## INTRODUCTION

The market analysis section provides a comprehensive study of supply/demand conditions, examines transaction trends, and interprets ground level information conveyed by market participants. Based on these findings and an analysis of the subject property, conclusions are drawn with regard to the subject's competitive position within the marketplace. Below is a list of the various sections covered in the following apartment market analysis:

›   National Multi-family Market
›   New York City Rent Guidelines
›   New York Metro Apartment Market (REIS)
›   Midtown West Apartment Submarket (REIS)
›   Manhattan Retail Market Analysis (Costar)
›   Transaction Trends
›   Subject Property Analysis

## NATIONAL MULTIFAMILY MARKET

The following was obtained from the Freddie Mac 2025 Multifamily Outlook:

Despite slowing fundamentals due to new supply headwinds at levels not seen in 40 years, the multifamily market continues to keep its head above water, showing modest year-over-year rent growth of 0.3% and stable occupancy of 94.4% as of third quarter 2024, per RealPage. This relative strength is due to the extremely high levels of demand, which on a yearly basis was only eclipsed by the post-pandemic boom in 2021 and into 2022. High-supply markets, which are generally concentrated in the southern third of the country and in the Mountain West, are generally seeing negative rent growth and elevated vacancy rates, but demand is also strongest in these areas. Typically, lower-supply secondary and tertiary markets are performing the best, which are located in the Northeast or Midwest. The continued high interest rates, moderating property performance and elevated cap rates have put downward pressure on asset prices, but some data and market sentiment indicate a bottom may be near or already found.

The economy continues to perform well, with solid gross domestic product (GDP) growth, moderating inflation, and a job market that, although slowing, is still performing well by most historic measures. Risks of an economic downturn through 2025 remain elevated, with the primary concerns being the Federal Reserve held interest rates too high for too long (even though rate cuts have begun) or a resurgence of inflation, which could lead to a higher interest rate environment and a recession. If an economic downturn were to occur while supply levels are still elevated, it could have an outsized impact on the performance of the multifamily market. Although, there are some headwinds in the short-term, the multifamily market looks to be on solid ground, with continued strong demand, a resilient labor market, favorable demographics over the next decade, continued overall housing shortage and an expensive for-sale housing market.

In September, the Federal Reserve pivoted and lowered the federal funds rate by 50 basis points (bps) and in November by another 25 bps, to a 4.50% to 4.75% target, indicating its confidence in achieving its dual mandate of inflation returning to its target while maintaining full employment. However, the 10-year Treasury rate has been volatile, declining 90 bps from July to September, then rebounding back up to 4.5% by November. The risks of recession remain elevated in 2025 at about 33%, according to Moody's Analytics. If a recession is avoided, we will very likely see the coveted soft landing, with inflation abated and a continued robust economy. As of October, Moody's Analytics believes that by the end of 2025 the federal funds rate will be about 4% indicating two to three more 25 bps rate cuts in 2025. The Fred forecasts the 10-year rate to be around 4% in late 2025.

The low interest rates and strong multifamily property performance spurred new development during 2021 and 2022, which is now leading to new-unit delivery levels not seen since the mid-1980s. Multifamily permits and starts have been falling over the past two years. Data from the U.S. Census Bureau (Census) indicates that multifamily permits and starts through the first nine months of 2024 are down -20% and -28%, respectively, compared with 2023. Due to the lack of financing options multifamily starts are especially impacted, and through the first three quarters of 2024, are at their lowest level in a decade. However, deliveries are very high through the first three quarters of 2024. Census reports deliveries have totaled about 591,000 units annualized, which is higher than any year in the data set going back to 1980.

Across the country, RealPage reports nearly 560,000 new units were delivered in the year ending in September 2024, which differs from Census data in that it covers different geographies and is over a slightly different time frame. RealPage predicts peak multifamily deliveries to occur in 2024 and 2025 with between 500,000 to 600,000 total units delivered each year, which is roughly double the average annual rate of about 300,000 from 2015 through 2019.

Nationally, the supply ratio4 has increased dramatically over the past year, according to data from RealPage, up from 1.8% in the first quarter of 2023 to 2.8% during the third quarter of 2024, as shown in Exhibit 5. For comparison, the 2015 through 2019 average is 1.7%. Among the 10 markets with the highest supply ratios, the weighted average inventory ratio is much higher at 6.2% in the third quarter of 2024, compared with the 2015 though 2019 average of 3.1%. The markets with the highest supply ratios include Colorado Springs, Colorado; Austin, Texas; Raleigh, North Carolina; Nashville, Tennessee; and Charlotte, North Carolina, among others. Conversely, the 10 markets with the lowest supply ratio during the third quarter of 2024 have a supply ratio of 0.7%, which is actually below the 2015 through 2019 average of 0.8%. These low-supply ratio markets include New Orleans; Rochester, New York; Syracuse, New York; Los Angeles; and Pittsburgh. Each group of markets, except for the bottom 10 markets, are expected to see their peak supply ratio during the first quarter of 2025, before receding throughout the remainder of 2025 and into 2026, when supply ratios are expected to drop below their pre-pandemic rates. However, among the bottom 10 markets, the supply ratio is predicted to peak during late 2025, at 1.5%, showing the comparatively delayed timing of the new supply wave in these lower-supply markets.

Based on the assumption of an economic soft landing, we expect the multifamily market to continue to see subdued but positive growth in 2025 as the high levels of new units are absorbed. While we expect a gradual cooling of the overall economy in comparison with 2023, solid economic fundamentals and continued demographic trends suggest demand for multifamily units will continue to remain strong.

For 2025, our baseline forecast is for rent growth of 2.2% for the year, which is 60 bps lower than the 2000-to-2023 average of 2.8%, according to RealPage. Although demand is expected to remain well above average in 2025, vacancy is expected to increase to 6.2%, which is 70 bps higher than RealPage's long-term average of 5.5%. Given below-average rent growth and rising vacancy rates, we forecast gross rental income growth of 2% for 2025. Our forecast is partially based on higher vacancy rates in lieu of more rent growth. However, multifamily operators have typically chosen the inverse, maintaining occupancy levels with less rent growth. If that trend continues, we expect occupancy to remain relatively stable with rent growth less than the 2.2% projected. These forecasts are based on the assumptions that the economy and labor market continue to grow — although at a slower pace than seen in 2024, inflation returns to the Fed's stated goal of 2%, full employment is maintained, and household income growth continues.

While it is unlikely that we see a recession in 2025, if economic conditions deteriorate quickly, the multifamily market will likely see significantly weaker performance given the high level of new supply entering the market. If that scenario plays out with high supply and materially lower demand, the multifamily market will likely see significant upward pressure on vacancy rates and downward pressure on rents.

Multifamily originations have been stalled for much of 2023 and into 2024 as high and volatile interest rates, rising cap rates, lower asset values, and moderating property performance all conspired to slow the transactions market. The Mortgage Bankers Association (MBA) reported that volume in 2023 totaled just S246 billion, which is just over half of the 2022 total of $480 billion. Although interest rate volatility has slowed in 2024 supporting increased transaction volume, interest rates continued to experience large swings even after the Fed started lowering rates in September 2024. As rates remain higher for longer and the associated volatility make transactions difficult to close, deals that made financial sense at yesterday's interest rate may not today.

Despite the elevated rates and rate volatility, cap rates have been relatively stable for the first nine months of 2024, operating within a 10-bps range of 5.6% to 5.7%, according to data from Real Capital Analytics (RCA). Over the past year cap rates have increased about 30 bps to 5.6% as of third quarter 2024. However, cap rate data generally lags the actual market, as transactions are relatively limited.

As of the third quarter 2024, the 10-year Treasury rate averaged about 3.95%, indicating a cap rate spread of about 170 bps, which is up meaningfully compared with late 2023 when it was just above 100 bps but well below the historic average of about 300 bps going back to 2000. As of mid-November, 10-year rates indicate that the cap rate spread has compressed again, at roughly 120 bps if we assume cap rates are unchanged. Many market participants indicate multifamily values may have found a bottom, although hard data on the matter is difficult to gather.

Property prices have been declining for nine consecutive quarters since their peak in mid-2022 and are down nearly 20% over that period, per RCA, due to higher cap rates and moderating property performance. However, the rate of property price declines has been flattening, and during the second and third quarters of 2024 they fell by just -1.4% and -1%, respectively. Since the onset of the pandemic, property prices nationally are still up nearly 10%.

On a market level, many of the Sun Belt markets saw property prices skyrocket during the pandemic, with several markets seeing property price appreciation of 50% or more in just nine quarters from first quarter 2020 to second quarter 2022. These markets include Las Vegas; Jacksonville; Tampa, Florida; Raleigh/Durham; Atlanta; and Dallas. Phoenix by far saw the most property price appreciation over that time frame, with prices nearly doubling, up 90%. Conversely the large gateway markets saw much less price appreciation during the pandemic: San Francisco (3%), New York City (9%), Chicago (12%) and Los Angeles (15%) all significantly underperformed national price growth of 37%.

Since the property value peak seen during mid-2022, many of those same Sun Belt markets that saw prices increase dramatically have seen prices come back down. Raleigh/Durham, Atlanta and Dallas have all seen property prices fall 40% or more since the middle of 2022, while Phoenix has seen prices contract just over 60%. However, all of these markets are still seeing prices meaningfully higher than they were before the pandemic, on average up about 18%. Over the past year, many of those same markets have had the largest price declines, with Phoenix, Tampa, Dallas, Atlanta and Denver seeing prices fall between about -14% and -17%. As of third quarter 2024 five markets have prices below their pre-pandemic levels: New York City, San Francisco, Minneapolis, Seattle and Denver, which have property prices ranging from -2.4% to nearly -16% since early 2020.

Quarterly multifamily transactions were subdued during the first quarter of 2024, however, as interest rates fell during the second and third quarters, volume picked up. Combining the second and third quarters, RCA shows multifamily transaction volume was up 63% and the MBA originations index was up 94% compared with the first quarter of 2024. However, given the current higher interest rates, and indications from market participants, volume during the fourth quarter may be more subdued than the previous two quarters.

For 2025, we expect volume to total from about $370 billion to $380 billion, while MBA is forecasting volume to hit $390 billion for the year. The expected increase is due to a multitude of factors, including a backlog of multifamily transactions that have been sidelined while rates were elevated, loans that can no longer reasonably extend and need to refinance, as well as property price and cap rate stabilization.

## NEW YORK CITY RENT GUIDELINES

New York City is the largest housing market in the United States. The majority of rental housing (approximately 52 percent) is governed by a complex set of rent stabilization and rent control regulations governed and enforced by the state and city. Tax abatement and incentive plans continue to play a large role in shaping New York City's residential housing development, as do zoning laws and designations of historic preservation districts.

In June 2019, The New York State Legislature passed the Housing Stability And Tenant Protections Act of 2019, commonly referred to as "HSTPA". A significant number of reforms from prior legislation were enacted. Chief among them were:

› Made the rent regulation system permanent.

› Repealed the provisions that allow removal of units from rent stabilization when rent crosses a statutory high-rent threshold and the unit becomes vacant or the tenant's income is $200,000 or higher in the preceding two years.

› Limited the use of the "owner use" provision to a single unit.

› Limited the temporary non-profit exception to rent stabilization by requiring units to remain rent-stabilized if they are provided to individuals who are or were homeless or are at risk of homelessness. Provided individuals permanently or temporarily housed by nonprofits status as tenants while ensuring that units used for these purposes remain rent stabilized.

› Repealed the "vacancy bonus" provision that allows a property owner to raise rents as much as 20% each time a unit becomes vacant. Repealed the "longevity bonus" provision that allows rents to be raised by additional amounts based on the duration of the previous tenancy. Prohibited local Rent Guidelines Boards from reinstating vacancy bonus on their own.

› Prohibited Rent Guidelines Boards from setting additional increases based on the current rental cost of a unit or the amount of time since the owner was authorized to take additional rent increases, such as a vacancy bonus.

› Prohibited owners who have offered tenants a "preferential rent" below the legal regulated rent from raising the rent to the full legal rent upon renewal. Once the tenant vacates, the owner can charge any rent up to the full legal regulated rent, so long as the tenant did not vacate due to the owner's failure to maintain the unit in habitable condition. Owners with rent-setting regulatory agreements with federal or state agencies will still be permitted to use preferential rents based on their agreements.

› Set Maximum Collectible Rent increases for rent controlled tenants at the average of the five most recent Rent Guidelines Board annual rent increases for one-year renewals. This bill also prohibited fuel pass-along charges.

› Extended the four-year look-back period to six or more years as reasonably necessary to determine a reliable base rent and extends the period for which an owner can be liable for rent overcharge claims from two to six years.

› Lowered the rent increase cap for Major Capital Improvements (MCIs) from 6% to 2% in New York City. Provided the same protections of the 2% cap going forward on MCI rent increases attributable to MCIs that became effective within the prior seven years.

› Lengthened the MCI amortization period. Eliminated MCI increases after 30 years instead of allowing them to remain in effect permanently. Significantly tightened the rules governing what spending may

qualify for MCI increases and tightened enforcement of those rules by requiring that 25% of MCIs be inspected and audited.

› Capped the amount of Individual Apartment Improvement (IAI) spending at $15,000 over a 15-year period and allows owners to make up to three IAIs during that time. Makes IAI increases temporary for 30 years rather than permanent and requires owners to clear any hazardous violations in the apartment before collecting an increase.

› Strengthened and made permanent the system that protects tenants in buildings that owners seek to convert into co-ops or condos. Eliminated the option of "eviction plans" and instituted reforms for non-eviction plans. Requires 51% of tenants in residence to agree to purchase apartments before the conversion can be effective. (Currently 15% of apartments must be sold, and the purchasers may be outside investors.) For market-rate senior citizens and disabled tenants during conversion, evictions are permitted only for good cause, where an unconscionable rent increase does not constitute good cause.

The following table illustrates historical, as well as the current and future allowable increases for rent stabilized apartments. In 2018/2019 the vacancy allowance has been separated between 1-Year and 2-Year lease contracts, at 19% and 20%, respectively. The vacancy allowance has now been repealed with the passing of the 2019 HSTP Act.

| HISTORICAL RENT STABILIZATION INCREASES | | | | |
|---|---|---|---|---|
| | 1-YEAR LEASE RENEWAL | 2-YEAR LEASE RENEWAL | 1-YEAR LEASE VACANCY | 2-YEAR LEASE VACANCY |
| 10/1/2009 to 9/30/2010 | 3.00% | 6.00% | 17.00% | 17.00% |
| 10/1/2010 to 9/30/2011 | 2.25% | 4.50% | 17.00% | 17.00% |
| 10/1/2011 to 9/30/2012 | 3.75% | 7.25% | 17.00% | 17.00% |
| 10/1/2012 to 9/30/2013 | 2.00% | 4.00% | 17.00% | 17.00% |
| 10/1/2013 to 9/30/2014 | 4.00% | 7.75% | 16.25% | 20.00% |
| 10/1/2014 to 9/30/2015 | 1.00% | 2.75% | 18.25% | 20.00% |
| 10/1/2015 to 9/30/2016 | 0.00% | 2.00% | 18.00% | 20.00% |
| 10/1/2016 to 9/30/2017 | 0.00% | 2.00% | 18.00% | 20.00% |
| 10/1/2017 to 9/30/2018 | 1.25% | 2.00% | 19.25% | 20.00% |
| 10/1/2018 to 9/30/2019 | 1.50% | 2.50% | 19.00% | 20.00% |
| 10/1/2019 to 9/30/2020 | 1.50% | 2.50% | - | - |
| 10/1/2020 to 9/30/2021 | 0.00% | 1.00% | - | - |
| 10/1/2021 to 9/30/2022 | 0.75% | 2.50% | - | - |
| 10/1/2022 to 9/30/2023 | 3.25% | 5.00% | - | - |
| 10/1/2023 to 9/30/2024 | 3.00% | 6.04% | - | - |
| 10/1/2024 to 9/30/2025 | 2.75% | 5.25% | - | - |

For one-year leases commencing on or after October 1, 2024, and on or before September 30, 2025, the Board approved 2.75% increases. For a two-year lease commencing on or after October 1, 2024, and on or before September 30, 2025, the Board approved a 5.25% increase.

**Conclusion**

The impact from the HSTP Act has had widespread impacts on the multifamily market in New York City, which is reflected in a slowdown in multi-family transactions after June 2019.

## NEW YORK METRO APARTMENT MARKET

The following is an analysis of supply/demand trends in the New York Metro Apartment Market using information provided by REIS, widely recognized as a credible source for tracking market statistics. ***We note that this market data includes Manhattan, Queens, Brooklyn, and the Bronx.*** The table below presents historical data for key market indicators.

| NEW YORK METRO HISTORICAL STATISTICS  (LAST TEN YEARS) | | | | | | |
|---|---|---|---|---|---|---|
| PERIOD | SUPPLY | ADDED SUPPLY | NET ABSORPTION | VACANCY | ASKING RENT | ACTUAL RENT | Δ HSLDS |
| 2015 | 422,944 Units | 4,094 Units | 5,337 Units | 2.9% | $3,107/Unit | $3,057/Unit | 1.4% |
| 2016 | 432,176 Units | 9,232 Units | 8,698 Units | 3.0% | $3,113/Unit | $3,031/Unit | 1.0% |
| 2017 | 445,690 Units | 13,514 Units | 6,844 Units | 4.4% | $3,212/Unit | $3,067/Unit | 0.6% |
| 2018 | 457,875 Units | 12,185 Units | 14,582 Units | 3.7% | $3,328/Unit | $3,170/Unit | 0.5% |
| 2019 | 465,327 Units | 7,452 Units | 7,994 Units | 3.6% | $3,427/Unit | $3,275/Unit | (1.0%) |
| 2020 | 471,192 Units | 5,865 Units | 1,781 Units | 4.4% | $3,085/Unit | $2,936/Unit | (3.6%) |
| 2021 | 475,565 Units | 4,373 Units | 8,202 Units | 3.5% | $3,618/Unit | $3,449/Unit | (2.0%) |
| 2022 | 483,545 Units | 7,980 Units | 8,510 Units | 3.4% | $4,089/Unit | $3,909/Unit | 1.4% |
| 2023 | 494,346 Units | 10,801 Units | 10,669 Units | 3.3% | $4,150/Unit | $3,946/Unit | (0.1%) |
| 2024 | 504,091 Units | 9,745 Units | 8,927 Units | 3.4% | $4,133/Unit | $3,950/Unit | 0.2% |
| CAGR | 1.77% | - | - | - | 2.89% | 2.59% | (0.31%) |

Source: REIS®

The following table summarizes the trailing four quarter performance of the New York Metro market.

| NEW YORK METRO TRAILING FOUR QUARTER PERFORMANCE | | | | | | |
|---|---|---|---|---|---|---|
| PERIOD | SUPPLY | ADDED SUPPLY | NET ABSORPTION | VACANCY | ASKING RENT | ACTUAL RENT | Δ HSLDS |
| 2024 Q1 | 496,201 Units | 1,855 Units | 1,955 Units | 3.3% | $4,158/Unit | $3,960/Unit | 0.0% |
| 2024 Q2 | 497,509 Units | 1,308 Units | 1,735 Units | 3.2% | $4,185/Unit | $3,993/Unit | 0.0% |
| 2024 Q3 | 501,394 Units | 3,885 Units | 2,946 Units | 3.4% | $4,165/Unit | $3,976/Unit | 0.1% |
| 2024 Q4 | 504,091 Units | 2,697 Units | 2,291 Units | 3.4% | $4,133/Unit | $3,950/Unit | 0.1% |

Source: REIS®

As of Q4 2024 the New York Metro market has a total apartment inventory of 504,091 units with 17,139 units vacant indicating a current vacancy rate of 3.4%. There was 2,697 units completed last quarter, whereas there were 9,745 units added in the last year.

Key supply/demand statistics for the most recent quarter, last year and historical averages are summarized below.

| NEW YORK METRO MARKET TREND ANALYSIS | | | |
|---|---|---|---|
| | Q4 2024 | 2024 | AVG LAST 10 |
| Total Units | 504,091 | 504,091 | 465,275 |
| Vacant Units | 17,139 | 17,139 | 16,564 |
| Market Vacancy | 3.4% | 3.4% | 3.6% |
| Construction Growth Rate | 0.5% | 1.9% | 1.8% |
| Absorption Rate | 0.5% | 1.8% | 1.6% |
| Average Asking Rent/Unit | $4,133 | $4,133 | $3,526 |
| Average Actual Rent/Unit | $3,950 | $3,950 | $3,379 |
| Asking vs Attained | 95.6% | 95.6% | 95.8% |
| Effective Concessions | 4.4% | 4.4% | 4.2% |

Source: REIS®

**Vacancy**

The Q4 2024 vacancy rate (3.4%) is consistent with last year (3.4%) and consistent with the average vacancy over the past ten years (3.6%). The historic vacancy trend indicates stable long-term demand for apartment units

in the New York Metro market. The most recent vacancy trends demonstrate similar market conditions in comparison to the historic trend and suggest continued stability moving forward.

### New York Metro Market Conclusion

Based on the preceding analysis, the New York Metro apartment market demonstrates sound fundamentals. Analysis of supply and demand trends indicate the market is currently stable with no evidence to prove this will change any time soon. There are no observed weaknesses of the market that stand out.

## MIDTOWN WEST APARTMENT SUBMARKET OVERVIEW

The following is an analysis of supply/demand trends in the Midtown West Apartment Submarket using information provided by CoStar. The table below presents historical data for key market indicators.

| MIDTOWN WEST HISTORICAL STATISTICS  (LAST TEN YEARS) | | | | |
|---|---|---|---|---|
| PERIOD | SUPPLY | ADDED SUPPLY | NET ABSORPTION | VACANCY | ASKING RENT |
| 2015 | 44,660 Units | 1,021 Units | 1,156 Units | 3.8% | $4,590/Unit |
| 2016 | 45,922 Units | 1,262 Units | 1,540 Units | 3.1% | $4,609/Unit |
| 2017 | 48,517 Units | 2,595 Units | 1,093 Units | 6.0% | $4,820/Unit |
| 2018 | 50,143 Units | 1,626 Units | 2,131 Units | 4.8% | $4,951/Unit |
| 2019 | 50,679 Units | 536 Units | 612 Units | 4.6% | $5,067/Unit |
| 2020 | 50,926 Units | 247 Units | (220) Units | 5.5% | $4,407/Unit |
| 2021 | 51,432 Units | 506 Units | 568 Units | 5.3% | $4,966/Unit |
| 2022 | 52,773 Units | 1,341 Units | 1,400 Units | 5.1% | $5,594/Unit |
| 2023 | 53,108 Units | 335 Units | 626 Units | 4.5% | $5,325/Unit |
| 2024 | 53,753 Units | 645 Units | 744 Units | 4.3% | $5,308/Unit |
| CAGR | 1.9% | - | - | - | 1.5% |

Source: REIS®

Over the past ten years the Midtown West apartment submarket was stable where there was balance in prevailing apartment supply/demand conditions. Over this time period the market inventory significantly increased by 22.6%. Further there was significant positive absorption (21.6% change), moderate increase in the vacancy rate (0.5% change) and considerable increase of the asking average rent (15.6% change).

The following table summarizes the trailing four quarter performance of the Midtown West submarket.

| MIDTOWN WEST TRAILING FOUR QUARTER PERFORMANCE | | | | |
|---|---|---|---|---|
| PERIOD | SUPPLY | ADDED SUPPLY | NET ABSORPTION | VACANCY | ASKING RENT |
| 2024 Q1 | 53,505 Units | 397 Units | 342 Units | 4.6% | $5,406/Unit |
| 2024 Q2 | 53,505 Units | 0 Units | 112 Units | 4.4% | $5,418/Unit |
| 2024 Q3 | 53,753 Units | 248 Units | 284 Units | 4.3% | $5,360/Unit |
| 2024 Q4 | 53,753 Units | 0 Units | 6 Units | 4.3% | $5,308/Unit |

Source: REIS®

As of Q4 2024 the Midtown West submarket has a total apartment inventory of 53,753 units with 2,311 units vacant indicating a current vacancy rate of 4.3%. There was no additional inventory delivered last quarter, whereas there were 645 units added in the last year.

Over the past four quarters the Midtown West apartment submarket has experienced an increase of supply. There was also positive net absorption, decrease in vacancy rates and decrease of asking rent in the marketplace.

Case 25-11853-KBO    Doc 396-4    Filed 03/31/26    Page 63 of 157



Key supply/demand statistics for the most recent quarter, last year and historical averages are summarized below.

| MIDTOWN WEST MARKET TREND ANALYSIS | | | |
|---|---|---|---|
| | Q4 2024 | 2024 | AVG LAST 10 |
| Total Units | 53,753 | 53,753 | 50,191 |
| Vacant Units | 2,311 | 2,311 | 2,359 |
| Market Vacancy | 4.3% | 4.3% | 4.7% |
| Construction Growth Rate | 0.0% | 1.2% | 1.9% |
| Absorption Rate | 0.0% | 1.4% | 1.8% |
| Average Asking Rent/Unit | $5,308 | $5,308 | $4,964 |

Source: REIS®

## Vacancy

The Q4 2024 vacancy rate (4.3%) is consistent with last year (4.3%) and consistent with the average vacancy over the past ten years (4.7%). The historic vacancy trend indicates stable long-term demand for apartment units in the Midtown West submarket. The most recent vacancy trends demonstrate similar market conditions in comparison to the historic trend and suggest continued stability moving forward.

## Midtown West Submarket Conclusion

Based on the preceding analysis, the Midtown West apartment submarket demonstrates sound fundamentals. Analysis of supply and demand trends indicate the submarket is currently stable with no evidence to prove this will change any time soon. There are no observed weaknesses of the submarket that stand out.

## CORE MANHATTAN RETAIL SUBMARKET OVERVIEW

The following was obtained from the 3Q 2024, Manhattan Retail Market Report published by CBRE.

Leasing slowed in Manhattan amid a depleted inventory of prime retail locations. The rolling four-quarter aggregate leasing velocity, which measures total leasing (renewals and new leases) for the four prior quarters, totaled nearly 2.5 million sq. ft.—a 7% quarterly and 25% annual decrease. In Q3 2024, fine arts operators leased the most square footage, while apparel and food and beverage (F&B) tenants were the greatest drivers of activity based on deal count.

A bright spot for the market has been the steady flow of new-to-market retailers leasing their first brick and mortar locations in Manhattan. These new entrants committed to over 190,000 sq. ft. across 17 transactions in 03—roughly 21% of the quarterly leasing volume. Demand for top-tier retail space remains strong, but dwindling options and a lack of new inventory in prime markets has slowed the pace of transactions and kept leasing 43% below the peak of 4.3 million sq. ft recorded in 02 2019.

In terms of transaction count, the Plaza District tallied the most deals in Q3 with eight transactions totaling more than 104,000 sq. ft. Luxury and upscale apparel brands continued to be active in the Plaza District and closed several deals in Q3. The largest deal within the neighborhood was signed by the English fine art auctioneers Bonhams, which leased a new 42,000-sq.-ft headquarters at the historic Steinway Hall at 111 West 57th Street. Additionally, the Italian luxury fashion house Monder announced plans to sublease the 13,000-sq.-ft. space formerly occupied by Under Armour at Boston Properties' 767 Fifth Avenue, and the Canadian bridge contemporary clothing retailer Club Monaco renewed its 12,000-sq.-ft. lease at Thor Equities' 597 Fifth Avenue.

Rockefeller Center recorded the highest leasing velocity total of any neighborhood in the third quarter with over 230,000 sq. ft. It is uncommon that this neighborhood leads in leasing volume; however, the English luxury fine arts and antique auction house Christie's Inc. signed the largest deal of the quarter to renew its 228,000-sq.-ft auction premises at Tishman Speyer's 20 Rockefeller Plaza.

Times Square also recorded significant leasing velocity in the third quarter with over 74,000 sq. ft. across four transactions. The London based Path Entertainment Group leased nearly 50,000 sq. ft. at SJP Properties' 11 Times Square for a new Monopoly experiential space. Additionally, Broadway 4D, a new experiential theatre venture, signed a 20,000-sq.-ft lease at the Liberty Theatre at 234 West 42nd Street.

On a volume basis, fine arts was the most active sector in the third quarter, recording over 324,000 sq. ft. across four transactions. The largest deals were the aforementioned Christie's Inc. renewal at 20 Rockefeller Plaza and the new lease signed by Bonhams at 111 West 57th Street. Additionally,

Arte Museum, a globally popular immersive art exhibition, leased its first New York City location along the Hudson River waterfront for 51,000 sq. ft. at Chelsea Piers.

| Period | 12 Month Aggregate (Sq. Ft.) | Period | 12 Month Aggregate (Sq. Ft.) |
|---|---|---|---|
| Q2 2019 | 4,327,469 | Q1 2022 | 2,994,276 |
| Q3 2019 | 4,284,960 | Q2 2022 | 3,555,620 |
| Q4 2019 | 4,264,153 | Q3 2022 | 3,709,937 |
| Q1 2020 | 4,223,957 | Q4 2022 | 3,454,792 |
| Q2 2020 | 3,747,659 | Q1 2023 | 3,592,768 |
| Q3 2020 | 3,221,537 | Q2 2023 | 3,320,621 |
| Q4 2020 | 2,522,634 | Q3 2023 | 3,291,505 |
| Q1 2021 | 2,045,393 | Q4 2023 | 3,106,840 |
| Q2 2021 | 1,940,108 | Q1 2024 | 2,929,236 |
| Q3 2021 | 2,227,102 | Q2 2024 | 2,659,011 |
| Q4 2021 | 2,824,718 | Q3 2024 | 2,482,860 |

In Q3 2024, the apparel industry was the most active sector based on the total number of deals with 25 transactions. The deals completed by apparel tenants tallied 172,000 sq. ft. The largest apparel transaction of the quarter was signed by the Chinese fast fashion brand Urban Revivo to open its first US location with 30,000 sq. ft. at 515 Broadway. Additionally, the outdoor clothing brand North Face committed to more than 27,000 sq. ft. for a new location at 511 Fifth Avenue, and the luxury men's fashion company Brooks Brothers announced plans to open a new 9,800-sq.-ft. location at 195 Broadway.

Food and Beverage (F&B) was the third most active sector in 03, recording more than 103,000 sq. ft. The largest F&B deal of the quarter was the 13,000-sq.-ft. lease signed by Nespresso to take over the space formerly occupied by Piano Software at 85 Fifth Avenue. Additionally, the Mexican eatery Rosa Mexicano leased the former 11,000-sq.-ft. Ed's Chowder space at 1893 Broadway, and the Italian restaurant Dante NYC announced a new 11,000-sq.-ft. location at 210 Elizabeth Street.

## Availability

The number of direct ground floor availabilities tracked across Manhattan's 16 premier shopping corridors fell to 179 spaces in Q3—down 1% from the prior quarter and 12% year-over- year. The count of available spaces is now 38% below the peak of 290 spaces recorded in 02 2021—a significant improvement from the market trough.

Much of the decline in availabilities was attributable to a flurry of leases signed on the SoHo Broadway corridor, which saw a 38% quarter-over-quarter and 55% year-over-year drop to five available spaces. Among the notable deals that led to the supply reduction was the aforementioned Urban Revivo lease at 515 Broadway. Additionally, the athletic footwear brand New Balance leased over 7,200 sq. ft. at 542 Broadway, the Australian online fashion boutique Princess Polly leased its first NYC location at 514 Broadway, and the collectibles store Pop Mart leased its first 6,900-sq.-ft. brick and mortar outpost in Manhattan at 535 Broadway.

Strong demand from luxury and upscale apparel brands has curtailed the supply of quality space in the Upper Madison Avenue corridor over the past 12 months. Two spaces were leased in Q3 2024 leaving the corridor with 15 available spaces. This decline of 48% was the second largest annual drop in availability across all corridors. Most notable was the 8.900-sq.-ft. lease signed by the jewelry brand Kwiat to take over the entire building at 713 Madison Avenue.

Third Avenue in the Upper East Side was one of the few markets to record both a quarterly and annual increase in availability. Increased pricing and a lack of prime locations in this affluent residential neighborhood have slowed activity along this corridor. Five new availabilities were added to the market in the third quarter including the spaces formerly occupied by Arche and Mochidoki at 1035 Third Avenue, a smoke shop at 1126 Third Avenue and the former T-Mobile at 1231 Third Avenue.

In Q3 2024, the frontage availability rate, which measures the aggregate amount of direct available retail frontage on the city's main retail corridors, decreased 29 bps from the prior quarter to 16.3%. The frontage availability was 816 bps below the pandemic peak of 24.4% and 181 bps below the 18.1% recorded in Q4 2019. The frontage within the corridors displayed divergent trends. While strong leasing activity in SoHo and Grand Central drove the available frontage rates on these most active corridors between 6% and 11%, less active areas such Downtown Broadway and Meatpacking 14th Street have seen new availabilities added, driving frontage availability rates between 22% and 34%.

## Average Asking Rent

| Neighborhood | Corridor Parameters | Total direct ground floor availabilities Q3 2024 | Q3 2024 | Q2 2024 | Quarter-over-quarter change | Q3 2023 | Year-over-year change |
|---|---|---|---|---|---|---|---|
| Upper West Side | Broadway \| 72nd to 86th Streets | 16 | $232 | $254 | (8.5%) | $257 | (9.7%) |
| Upper East Side | Third Avenue \| 60th to 72nd Streets | 15 | $264 | $246 | 7.0% | $236 | 11.5% |
| Upper Madison Ave | Madison Avenue \| 57th to 72nd Streets | 15 | $906 | $884 | 2.5% | $817 | 10.9% |
| Plaza District | Fifth Avenue \| 49th to 59th Streets** | 8 | $2,661 | $2,609 | 2.0% | $2,526 | 5.4% |
| Grand Central | Fifth Avenue \| 42nd to 49th Streets** | 5 | $583 | $611 | (4.5%) | $665 | (12.3%) |
| Times Square | Broadway & Seventh Avenue \| 42nd to 47th Streets | 7 | $1,872 | $1,955 | (4.2%) | $1,359 | 37.8% |
| Herald Square | 34th Street \| Fifth to Seventh Avenues** | 20 | $492 | $490 | 0.4% | $485 | 1.4% |
| Flatiron/Union Square | Broadway \| 14th to 23rd Streets | 11 | $326 | $338 | (3.5%) | $420 | (22.3%) |
| Flatiron/Union Square | Fifth Avenue \| 14th to 23rd Streets | 9 | $358 | $376 | (4.8%) | $365 | (1.9%) |
| SoHo | Broadway \| Houston to Broome Streets | 5 | $679 | $605 | 12.2% | $502 | 35.4% |
| SoHo | Prince Street \| Broadway to West Broadway | 4 | $1,057 | $1,060 | (0.3%) | $1,068 | (1.0%) |
| SoHo | Spring Street \| Broadway to West Broadway | 6 | $828 | $818 | 1.3% | $578 | 43.3% |
| Meatpacking | 14th Street \| Eighth to Tenth Avenues | 15 | $295 | $313 | (6.0%) | $353 | (16.6%) |
| Meatpacking | Gansevoort \| Little West 12th Street \| 13th Street \| Ninth to Tenth Avenues | 16 | $275 | $283 | (3.1%) | $290 | (5.2%) |
| Meatpacking | Washington Street \| 14th to Gansevoort Streets | 6 | $383 | $364 | 5.4% | $367 | 4.3% |
| Downtown | Broadway \| Battery Park to Chambers Street | 21 | $242 | $256 | (5.4%) | $319 | (24.1%) |
| All | Average of corridors | - | $716 | $716 | 0.0% | $663 | 8.0% |

| | Total direct ground floor availabilities Q3 2024 | Q3 2024 | Q2 2024 | Quarter-over-quarter change | Q3 2023 | Year-over-year change |
|---|---|---|---|---|---|---|
| Aggregate Average Asking Rent** | 179 | $578 | $579 | 0.0% | $575 | 0.6% |

Average asking rent in Manhattan's prime 16 retail corridors remained mostly unchanged in the third quarter. In Q3 2024, average pricing on the corridors was $716 per-sq.-ft., up 8% year-over-year. Although strong demand for top-tier locations pushed up asking rents in some markets, overall pricing remained 36% below the peak levels recorded in 2014.

The SoHo Broadway corridor recorded the highest quarterly increase in pricing at $679 per-sq.ft., up 12% quarter-over-quarter and 35% year-over-year. Average pricing on the corridor has risen above $600 per-sq.-ft to a level not seen since 2017. With demand remaining strong for the SoHo submarket and multiple offers being negotiated for the corridor's remaining availabilities, three spaces with below average pricing were leased in the third quarter.

Average pricing on Spring Street in SoHo saw the largest annual increase among the 16 corridors to $828 per-sq.-ft., up 1% quarter-over-quarter and 43% year-over-year. Strong leasing has depleted availabilities on Spring Street and the scarcity of spaces has elevated pricing above $800 per-sq.-ft to a level reminiscent of 2017. The addition of two new spaces with premium prices drove up rents, reflecting the landlord-favorable conditions in the neighborhood.

Downtown Broadway was one of the only corridors to record a significant decline in average asking rent on both a quarterly and annual basis, falling 5% quarter-over-quarter and 24% year-over-year to $242 per-sq.-ft. While the market has seen some challenges over the past few quarters such as stagnant co-tenancy along with a reduced office population slowing demand, Downtown Broadway experienced a few positive signs in Q3 as Brooks Brothers and Ess-a-Bagel leased two of the above-average priced spaces on the corridor, causing a modest decline in pricing.

The following is an analysis of supply/demand trends in the Core Manhattan Retail Submarket using information provided by CoStar. The table below presents historical data for key market indicators.

| CORE MANHATTAN HISTORICAL STATISTICS  (LAST TEN YEARS) | | | | | |
|---|---|---|---|---|---|
| PERIOD | SUPPLY | NEW CONSTRUCTION | NET ABSORPTION | VACANCY | ASKING RENT |
| 2015 | 44,287,683 SF | 370,138 SF | (12,792) SF | 3.0% | $109.02/SF |
| 2016 | 44,561,752 SF | 573,798 SF | 206,051 SF | 3.1% | $109.43/SF |
| 2017 | 44,562,304 SF | 76,973 SF | (44,769) SF | 3.0% | $106.23/SF |
| 2018 | 44,787,929 SF | 508,598 SF | 80,619 SF | 3.2% | $105.41/SF |
| 2019 | 45,751,081 SF | 1,778,773 SF | 1,034,420 SF | 3.7% | $119.82/SF |
| 2020 | 45,886,570 SF | 278,706 SF | (740,397) SF | 4.1% | $114.93/SF |
| 2021 | 45,748,541 SF | 9,841 SF | (113,070) SF | 5.3% | $103.95/SF |
| 2022 | 45,673,481 SF | 77,533 SF | 57,853 SF | 4.9% | $100.21/SF |
| 2023 | 45,647,068 SF | 62,069 SF | (262,242) SF | 5.3% | $96.92/SF |
| 2024 | 45,636,126 SF | 22,165 SF | 215,289 SF | 5.1% | $91.80/SF |
| CAGR | 0.3% | - | - | - | (1.7%) |

*Supply numbers based on information which is amended/updated on an on-going basis by Costar.
Source: Costar®

Over the past ten years the Core Manhattan Retail submarket was somewhat soft where there was slight imbalance in prevailing Retail supply/demand conditions. Over this time period the submarket inventory increased by 8.5%. Further there was slight positive absorption (1.0% change), moderate increase in the vacancy rate (2.1% change) and considerable decrease of the asking average rent (-15.8% change).

Over the past ten years the submarket had a compound annual growth rate (CAGR) of 0.3% per year. Vacancy has ranged from 3.0% to 5.3% with an average of 4.1%. Vacancy increased from 3.0% in 2015 to 3.1% in 2016, decreased from 3.0% in 2017 to 3.0% in 2017 and increased from 3.2% in 2018 to 5.1% in 2024.



Over the past ten years asking rent has experienced a CAGR of -1.7%. Asking rent hit a low of $91.80/SF in 2024 and a high in 2019 at $119.82/SF.



In the past ten years a total of 3,758,594 SF were added to the supply with 420,962 SF of net absorption achieved during the same period.



The following table summarizes the trailing four quarter performance of the Core Manhattan submarket.

| CORE MANHATTAN TRAILING FOUR QUARTER PERFORMANCE | | | | | |
|---|---|---|---|---|---|
| PERIOD | SUPPLY | NEW CONSTRUCTION | NET ABSORPTION | VACANCY | ASKING RENT |
| 2024 Q2 | 45,636,126 SF | 11,000 SF | 171,754 SF | 5.0% | $90.10/SF |
| 2024 Q3 | 45,636,126 SF | 0 SF | (3,942) SF | 5.0% | $93.14/SF |
| 2024 Q4 | 45,636,126 SF | 0 SF | 54,809 SF | 4.9% | $93.81/SF |
| 2025 Q1 | 45,636,126 SF | 0 SF | (52,836) SF | 5.0% | $39.82/SF |

Source: Costar®

As of Q1 2025 the Core Manhattan submarket has a total Retail inventory of 45,636,126 SF with 2,274,735 SF vacant indicating a current vacancy rate of 5.0%. There was no additional inventory delivered last quarter, whereas there was 11,000 SF added in the last year.

Over the past four quarters the Core Manhattan retail submarket has experienced a moderate increase of supply. There was also positive net absorption, stability in vacancy rates and decrease of asking rent in the marketplace.

Case 25-11853-KBO    Doc 396-4    Filed 03/31/26    Page 68 of 157



Key supply/demand statistics for the most recent quarter, last year and historical averages are summarized below.

| CORE MANHATTAN MARKET TREND ANALYSIS | | | |
|---|---|---|---|
| | Q1 2025 | 2024 | Last 10 |
| Total SF | 45,636,126 | 45,636,126 | 45,254,254 |
| Vacant SF | 2,274,735 | 2,318,315 | 1,844,563 |
| Market Vacancy | 5.0% | 5.1% | 4.1% |
| Construction Grow th Rate | 0.0% | 0.0% | 0.3% |
| Absorption Rate | (0.1%) | 0.5% | 0.1% |
| Average Asking Rent/SF | $39.82 | $91.80 | $105.77 |

Source: Costar®

## Vacancy

The Q1 2025 vacancy rate (5.0%) is consistent with last year (5.1%) and slightly higher than the average vacancy over the past ten years (4.1%). The historic vacancy trend indicates stable long-term demand for retail space in the Core Manhattan submarket. The most recent vacancy trends demonstrate superior market conditions in comparison to the historic trend and suggest continued stability moving forward.

## Core Manhattan Submarket Conclusion

Based on the preceding analysis, the Core Manhattan Retail submarket demonstrates sound fundamentals. Analysis of supply and demand factors indicate the market is currently stable with no evidence to prove this will change any time soon. There are no observed weaknesses of the submarket that stand out.

## TRANSACTION TRENDS

### Sales Volume

There has been a low inventory of multi-family sales on a national basis as the commercial real estate market has been impacted by rising interest rates. Buyers are cautious, while sellers of turnkey properties are holding onto their inventory. The highest transaction activity is seen in smaller properties that are excluded from rent regulations, as well as properties that are viewed as having a value upside. In addition, it has been noted by many market participants that affordable housing is in high demand as investors view this asset type as having a lower risk profile.

The volume of sale transactions for similar assets has been Low over the past six months within the immediate area. This assertion is supported by the comparable sales that were selected for the Sales Comparison Approach. These sales are somewhat recent transactions, which provides support for the reported market sales activity. Sales volume is directly impacted by the activity levels of sellers and buyers of this property type.

The following was obtained from the Manhattan 2024 Year-End Commercial Real Estate Trends, published by Ariel Property Advisors:

The Manhattan commercial real estate market experienced a robust rebound in 2024, reflecting renewed investor and developer confidence. With $15.75 billion in spending, 378 transactions, and 512 properties traded, Manhattan reaffirmed its dominance across NYC boroughs. Moreover, 2H'24 was the best performing half since 1H'22.

Multifamily assets remained strong, contributing 22% to total spending with an 11% year-over-year growth, driven by demand for high-quality residential properties, including renewed interest in rent-stabilized assets.

Development assets surged with a 121% jump in dollar volume ($3.22 billion). Optimism was fueled by the new tax incentive programs and the legislation to aid office conversions to residential.

The office sector showed recovery signs, with a 74% spending increase over 2023, capturing 32% of total investment dollars. While owner-users were active buyers, developers targeted office-to-residential conversion opportunities.

These trends collectively signaled a revitalized market and set the stage for continued momentum in 2025.



**Dollar Volume Comparison**

| Product Type | 2024 | 2024 VS 2023 | 2023 | 2024 VS 2022 | 2022 |
|---|---|---|---|---|---|
| Multifamily | $3,443.20M | 11% | $3,108.01M | -54% | $7,530.32M |
| MF-MU 10+ resi units | $2,865.36M | 8% | $2,642.34M | -58% | $6,844.82M |
| MF-MU 6-9 resi units | $189.06M | 6% | $178.32M | -36% | $296.74M |
| MF-MU Small | $388.78M | 35% | $287.35M | 0% | $388.76M |
| Retail | $2,228.50M | 46% | $1,525.16M | 64% | $1,357.38M |
| Ind / WH / Sto* | $4.70M | -88% | $38.38M | -98% | $203.60M |
| Development | $3,215.69M | 121% | $1,456.96M | 25% | $2,566.92M |
| Office | $5,111.54M | 74% | $2,934.38M | -25% | $6,807.13M |
| Hotel | $1,465.49M | -18% | $1,786.42M | 33% | $1,100.32M |
| Special Purpose | $279.26M | -48% | $536.97M | -38% | $449.69M |
| **GRAND TOTAL** | **$15,748.39M** | **38%** | **$11,386.26M** | **-21%** | **$20,015.35M** |

*Ind / Wh / Sto: Industrial / Warehouse / Self Storage

Of the total $3.4 billion spent on multifamily assets within Manhattan, 83% represented multifamily buildings with more than 10 units, reflecting a consistent investor appetite seen over the past two years. A deeper analysis shows that predominantly free-market assets accounted for 76% of the dollar volume and 73% of the transaction volume, a decline from 79% and 84%, respectively, in 2023. Pricing also increased slightly for properties with less than 25% rent-stabilized units. Interest in rent-stabilized assets also increased supported by 24% of transaction volume in 2024, up from just 12% in 2023 - further indicating a market characterized by more distressed sales.

The most notable transaction of the year was 20 Exchange Place, a 57-story luxury Art Deco skyscraper in the Financial District, which sold for $370 million. The property, comprising 767 units, was purchased by Dermot Company from DTH Capital. Initially converted to apartments over 20 years ago, the deal priced at $480,000 per unit, making it the second-highest per-unit transaction of the year. The highest per-unit sale occurred earlier in the year at 200 West 67th Street in Lincoln Square, where the 310-unit tower traded for $850,000 per unit.

Pricing per square foot mid-year 2024 showed a downward trend, dropping 15%, but the year-end average reflected a more modest 6% decline compared to 2023. Cap rates continued to rise, averaging 6.23% versus 5.24% in 2023, contributing to reduced property values as interest rates remained steady for most of the year.



**Property Value Metrics – Multifamily***

| Year | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|------|------|------|------|------|------|------|------|
| $/SF | $891 | $940 | $647 | $660 | $712 | $722 | $679 |
| $/Unit | $693,251 | $758,217 | $490,607 | $452,380 | $525,856 | $510,046 | $441,514 |
| Cap Rate | 3.72% | 3.98% | 4.58% | 4.56% | 4.36% | 5.24% | 6.23% |
| GRM | 18.35 | 16.01 | 14.25 | 13.53 | 13.83 | 12.31 | 9.67 |

*reflects multifamily transactions of 10+ residential units

### Seller Activity

Based on research completed on various listing sources including CoStar and Loopnet, properties similar to the subject in terms of pricing and overall investment appeal have general availability, with numerous listings offered within the marketplace. This trend represents the general sentiment of market participants interviewed for this and other assignments.

### Most Probable Buyer Profile/Activity

In the open market, the subject property type would command most interest from national and regional buyers that are actively pursuing similar quality investment properties. Refining the buyer profile a bit further, specific buyers known to be active for this property type primarily include family trusts, pension funds and REITs. There is currently steady buyer demand for substitute properties of the subject based on the volume of sale transactions and reports by buyers, sellers and other market participants during confirmation of market transactions. The most probable buyer is a national and regional investor.

### Transaction Trends Conclusion

Based on the preceding analysis, there is an established sales market for the subject property. As previously discussed, the velocity of sale transactions has been low over the past six months. Currently there is steady buyer demand, while there is general availability for this property type on the supply side. Based on these factors, conditions are in equilibrium in regard to negotiating sale terms.

## SUBJECT PROPERTY ANALYSIS

This market analysis has examined historical and current supply/demand trends for the subject property type on market and submarket levels. Further, the subject's competitive dataset was profiled and analyzed to gain perspective of supply/demand conditions for properties in direct competition with the subject. Market participant interviews were conducted to provide ground level support of what is really occurring in the marketplace. Next, transaction trends were researched and analyzed. The final step will be to draw conclusions from the market data and analyses based on their perceived influence on the subject property.

The subject will be a Multifamily (Apartment and Retail) asset with a total of 443 apartments and one multilevel commercial retail space. The subject unit mix includes studio, one, two and three bedroom apartments and a penthouse apartment with 4,000 SF. There will be 32 SRO units as well as 140 affordable units and 271 free market units.

Considering these factors, the subject is expected to perform well within the market.

## General Vacancy Conclusion

As summarized in the table below this market analysis relied on various published data sources and field research for assessing how supply/demand conditions influence the long-term vacancy estimate of the subject property.

| GENERAL VACANCY CONCLUSION | | | | |
|---|---|---|---|---|
| **Residential** | **Source** | **Q4 2024** | **LAST YR** | **AVG LAST 10** |
| New York Metro | REIS | 3.4% | 3.4% | 3.6% |
| Midtown West | REIS | 4.3% | 4.3% | 4.7% |
| **Retail** | | **Q1 2025** | **LAST YR** | **AVG LAST 10** |
| Core Manhattan | CoStar | 5.0% | 5.1% | 4.1% |
| **Residential** | | | | **4.5%** |
| **Retail** | | | | **4.0%** |

The residential market analysis indicated a vacancy rate of 3.4% and an average vacancy rate of 3.6% over the past 10 years. The submarket level analysis indicated a CoStar vacancy rate of 4.3% and an average vacancy rate of 4.7% over the past 10 years. Based on our analysis of the local market, a general vacancy rate of 4.5% is concluded for the residential income.

The retail market analysis indicated a vacancy rate of 5.0% and an average vacancy rate of 4.1% over the past 10 years.  Based on our analysis of the local market, a general vacancy rate of 4.0% is concluded for the retail income.

Taking the above factors into consideration, as well as the subject's expected good condition and location with competitive amenities, our conclusions are summarized below.

| INCOME LOSS | | |
|---|---|---|
| | **Residential and Other** | **Retail** |
| Vacancy Rate | 4.5% | 4.0% |
| Credit Loss | 0.5% | 0.5% |
| **TOTAL** | **5.0%** | **4.5%** |

## EXPOSURE TIME & MARKETING PERIOD

Exposure time is defined as "The estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal; a retrospective opinion based on an analysis of past events assuming a competitive and open market" (The Dictionary of Real Estate Appraisal, Appraisal Institute, 2015). Reasonable exposure time is impacted by the aggressiveness and effectiveness of a property's exposure to market participants, availability and cost of financing, and demand for similar investments. Exposure time is best established based the recent history of marketing periods for comparable sales, discussions with market participants and information from published surveys.

The following information was taken into consideration to develop estimates of exposure time and marketing period for the subject property:

| EXPOSURE TIME & MARKETING PERIOD | | | | | |
|---|---|---|---|---|---|
| **SOURCE** | **QUARTER** | **RANGE** | | | **AVG** |
| **PriceWaterhouse Coopers** | | | | | |
| National Apartment Market | 4Q 24 | 3.0 | to | 15.0 | 7.5 |

The availability of acquisition financing factors into exposure time. In recent quarters, financing has been available for well-positioned commercial real estate, particularly for stabilized assets. For second tier or marginal properties, financing has been available but subject to more stringent requirements. Based on review of the local capital market, we conclude that adequate financing options would have been available to consummate a sale of the property on the date of value.

**Exposure Time Conclusion**

The preceding information generally supports an exposure time range from 3 to 15 months for multifamily properties. The subject property is of average quality and is in average condition. Based on its overall physical and locational characteristics, the subject has above average overall appeal to investors. Considering these factors, a reasonable estimate of exposure time for the subject property is 12 months or less.

**Marketing Period Conclusion**

Marketing period is very similar to exposure time, but reflects a projected time period to sell the property, rather than a retrospective estimate. We have reviewed open listings and discussed the market with local participants, and given the nature of the subject property, we feel that a time period of 12 months or less is supported for the subject's marketing period.

## INTRODUCTION

The highest and best use of an improved property is defined as that reasonable and most probable use that will support its highest present value. The highest and best use, or most probable use, must be legally permissible, physically possible, financially feasible, and maximally productive. This section develops the highest and best use of the subject property As-Vacant and As-Improved.

## AS-VACANT ANALYSIS

### Legal Factors

The legal factors that possibly influence the highest and best use of the subject site are discussed in this section. Private restrictions, zoning, building codes, historic district controls, and environmental regulations are considered, if applicable to the subject site. Permitted uses of the subject's  (C1-8 and C6-4) zoning were listed in the Zoning Analysis section and include Multi-Family Apartments, Retail, Offices and Hotel.  The potential use that meets the requirements of the legal permissibility test is mixed-use development.

### Physical & Locational Factors

Regarding physical characteristics, the subject site is I-shaped in shape and has level topography with average access and average exposure. The subject is surrounded by a wide range of developments.  Of the outright permitted uses, physical and locational features best support development of a mixed-use, apartment and retail, property as market conditions warrant for the site's highest and best use as-vacant.

### Feasibility Factors

The financial feasibility of those uses that meet the legal and physical tests discussed is analyzed further in this section. Supply and demand conditions affect the financial feasibility of possible uses. Indicators of feasibility, which typically indicate favorable or non-favorable supply and demand conditions, include construction financing and proposed projects. In recent quarters there has been new multifamily development throughout the subject's market area. This is evidence that new multifamily construction is feasible at this time.  Financial feasibility factors generally support immediate development of subject site.

### As-Vacant Conclusion

Based on the previous discussion, the subject's highest and best use as-vacant is concluded to be development of a mixed-use, apartment and retail, property as market conditions warrant.

## AS-IMPROVED ANALYSIS

### Legal Factors

The subject property, as-improved, is a mixed-use apartment and retail project that is zoned C1-8 and C6-4.  The legal factors influencing the highest and best use of the property support the subject's use as-improved.

### Physical & Locational Factors

The physical and location characteristics of the subject improvements have been previously discussed in this report. In summary, the subject's improvements were constructed in 1929 and have a remaining economic life of 40 years based on our estimate. The project is of average quality construction and in average condition, with adequate service amenities.  The subject improvements as-improved are sufficiently supported by site features including its I-shaped, level topography, average access and average exposure. Further, the subject's location supports the subject improvements as-improved with similar and homogeneous developments present in the subject's immediate market area. Physical and location factors influencing the highest and best use of the property support the subject's use as-improved.

**Alternative Uses & Feasibility Factors**

In addition to legal and physical considerations, analysis of the subject property as-improved requires the treatment of two important issues: 1) consideration of alternative uses for the property; and 2) the marketability of the most probable use. The five possible alternative treatments of the property are demolition, expansion, renovation, conversion, and the subject's use as-improved.

› **Demolition** The subject property has rent stabilized tenants with guaranteed renewal rights. Therefore, demolition is not applicable in this case.

› **Renovation** The subject property is approximately 96 years old and is in average condition.   Based on our market surveys, a number of projects throughout the market have been renovated. Many owners and developers are seeking 'value-add' projects, such as the subject. We have tested the feasibility of renovation at the subject and the difference in value resulting from renovation is significantly greater than the associated costs.

› **Continued Use "As-Is"** The final option is the continued use of the property "As-Is."

Among the five alternative uses, the subject's use as-improved is supported to be its Highest and Best Use.

**Marketability Factors**

As previously indicated in the Market Analysis, the subject property has average marketability. The condition of the property reflects average maintenance and appeal. In general apartment supply/demand conditions and immediate market area trends support viable short and long-term operations of the subject's use as-improved. Based on our analysis of the subject property and investigation of comparable properties in the marketplace, the subject will have above average overall tenant appeal with a typical competitive position for attracting and retaining tenants, upon completion. Based on our analysis of the subject property and investigation of substitute properties in the marketplace, the subject will have above average overall buyer appeal with an above average competitive position if the asset was exposed to the open market, upon completion.

**As-Improved Conclusion**

Legal, physical, and market considerations have been analyzed to evaluate the highest and best use of the property. This analysis is presented to evaluate the type of use that will generate the greatest level of future benefits possible from the property. Based on the previous discussion, the highest and best use of the subject property as-improved is concluded to be renovation into a mixed-use, apartment and retail, building.

Case 25-11853-KBO    Doc 396-4    Filed 03/31/26    Page 76 of 157

JFK250175

## INTRODUCTION

The following presentation of the appraisal process deals directly with the valuation of the subject property. The following paragraphs describe the standard approaches to value that were considered for this analysis.

## INCOME APPROACH

The Income Approach is based on the premise that properties are purchased for their income producing potential. It considers both the annual return on the invested principal and the return of the invested principal. This valuation technique entails careful consideration of contract rents currently in place, projected market rents, other income sources, vacancy allowances, and projected expenses associated with the efficient operation and management of the property. The relationship of these income estimates to property value, either as a single stream or a series of projected streams, is the essence of the income approach. The two fundamental methods of this valuation technique include Direct Capitalization and Discounted Cash Flow.

› **Direct Capitalization**
 This method analyzes the relationship of one year's stabilized net operating income to total property value. The stabilized net operating income is capitalized at a rate that implicitly considers expected growth in cash flow and growth in property value over a buyer's investment horizon. The implied value may be adjusted to account for non-stabilized conditions or required capital expenditures to reflect an as is value.

› **Discounted Cash Flow (DCF)**
 The DCF analysis models a property's performance over a buyer's investment horizon from the date of acquisition through the projected sale of the property at the end of the holding period. Net cash flows from property operations and the reversion are discounted at a rate reflective of the property's economic and physical risk profile.

Development of the Income Approach is a specific scope requirement of this assignment. Characteristics specific to the subject property warrant that this valuation technique is developed. The subject is an investment property; therefore, the Income Approach represents the decision making process of knowledgeable buyers and sellers of this property type. The Direct Capitalization method is used in this analysis. Discounted Cash Flow analysis does not contribute substantially to estimating value beyond the direct capitalization method and is not used in this analysis.

## SALES COMPARISON APPROACH

The Sales Comparison Approach is based on the principle of substitution, which asserts that no one would pay more for a property than the value of similar properties in the market. This approach analyzes comparable sales by applying transactional and property adjustments in order to bracket the subject property on an appropriate unit value comparison. The sales comparison approach is applicable when sufficient data on recent market transactions is available. Alternatively, this approach may offer limited reliability because many properties have unique characteristics that cannot be accounted for in the adjustment process.

Development of the Sales Comparison Approach is a specific scope requirement of this assignment. Characteristics specific to the subject property warrant that this valuation technique to be developed. Sufficient sales data is available to provide a credible value estimate by the Sales Comparison Approach. Based on this reasoning, the Sales Comparison Approach is presented within this appraisal.

## LAND VALUATION

Development land in the subject marketplace is most often valued utilizing the Sales Comparison Approach. Development of the subject site value is not a specific scope requirement of this assignment. Characteristics specific to the subject property do not warrant that a site value is developed. Therefore, this appraisal does not provide valuation of the subject site.

## COST APPROACH

The Cost Approach is a set of procedures through which a value indication is derived for the fee simple estate by estimating the current cost to construct a reproduction of (or replacement for) the existing structure, including an entrepreneurial incentive or profit; deducting depreciation from the total cost; and adding the estimated land value. Adjustments may then be made to the indicated value of the fee simple estate in the subject property to reflect the value of the property interest being appraised. For investment properties, this valuation technique is most often relied upon as a test of financial feasibility for proposed construction.

Development of the Cost Approach is not a specific scope requirement of this assignment. Characteristics specific to the subject property do not warrant that this valuation technique is developed. The Cost Approach has limited applicability due to the age of the improvements and lack of market based data to support an estimate of accrued depreciation. Knowledgeable buyers and sellers typically do not rely on this valuation technique for income-producing properties similar to the subject. Based on the preceding information, the Cost Approach will not be presented.

## RECONCILIATION OF VALUE CONCLUSIONS

The Income (Direct Capitalization) and Sales Comparison approaches are used to value the subject property, which will be reconciled into the final opinions of market value in the Analysis of Value Conclusions section.

## INTRODUCTION

The Income Approach is based on the premise that properties are purchased for their income producing potential. It considers both the annual return on the invested principal and the return of the invested principal. This valuation technique entails careful consideration of contract rents currently in place, projected market rents, other income sources, vacancy allowances, and projected expenses associated with the efficient operation and management of the property. The relationship of these income estimates to property value, either as a single stream or a series of projected streams, is the essence of the income approach. The three fundamental methods of this valuation technique include Direct Capitalization and Discounted Cash Flow.

As previously discussed within the Valuation Methods section, the Direct Capitalization method is used in this analysis, and Discounted Cash Flow analysis is not developed.

### Income Approach Framework
The following identifies the primary sections and order in which the Income Approach is developed.

- › Subject Information
- › Apartment Rent Analysis
- › Commercial Rent Analysis
- › Income & Expense Analysis
- › Investment Market Analysis
- › Direct Capitalization
- › Adjustments to Value
- › Income Approach Reconciliation

## SUBJECT INFORMATION

**Rent Roll Data** - The following table displays the unit statistics of each floor plan based on our analysis of the data presented to us.

### SUBJECT LEASING INFORMATION

| UNIT TYPE | UNIT SUMMARY OCC | VAC | TOT | UNITS PERCENT OF TOTAL | AVG UNIT SF | NRA SF | UNIT % OCC-UPIED | ASKING RENT PER UNIT | TOTAL $/MO | AVG $/SF | ACTUAL RENT PER UNIT AVERAGE | TOTAL $/MO | AVG $/SF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SRO RC | 32 | 0 | 32 | 7.2% | 428 | 13,696 | 100% | | | | $399 | $12,772 | $0.93 |
| Studio FM | 0 | 4 | 4 | 0.9% | 375 | 1,500 | 0% | $3,400 | | $9.07 | | | |
| Studio Affordable | 0 | 35 | 35 | 7.9% | 253 | 8,855 | 0% | $2,174 | | $8.59 | | | |
| 1 BR FM | 0 | 17 | 17 | 3.8% | 500 | 8,500 | 0% | $4,100 | | $8.20 | | | |
| 1 BR Affordable | 0 | 31 | 31 | 7.0% | 584 | 18,104 | 0% | $2,330 | | $3.99 | | | |
| 2 BR FM | 0 | 194 | 194 | 43.8% | 644 | 124,936 | 0% | $6,100 | | $9.47 | | | |
| 2 BR Affordable | 0 | 74 | 74 | 16.7% | 393 | 29,082 | 0% | $2,796 | | $7.11 | | | |
| 3 BR FM | 0 | 55 | 55 | 12.4% | 862 | 47,410 | 0% | $7,500 | | $8.70 | | | |
| PH FM | 0 | 1 | 1 | 0.2% | 4,000 | 4,000 | 0% | $50,000 | | $12.50 | | | |
| TOTAL/AVG | 32 | 411 | 443 | 100% | 578 | 256,083 | 7.2% | $0 | $0 | $0.00 | $399 | $12,772 | $0.93 |

The building is currently an SRO and is occupied by 32 units. The SRO tenants will remain in place during and after the renovation. The property is planned to be gut renovated and there will be 32 SRO units and 411 apartments comprised of 140 affordable units and 271 free market units, including a 4,000 SF penthouse unit.

The affordable rents are available to tenants at 80% of Area Median Income.

| Unit Size | 80% AMI |
|---|---|
| Studio | $2,174 |
| One-bedroom | $2,330 |
| Two-bedroom | $2,796 |
| Three-bedroom | $3,230 |

## ANALYSIS OF RENT COMPARABLES

**Unit of Comparison**

The analysis is conducted on a rent per month basis, reflecting market behavior. This unit of comparison is predominantly used in this market.

**Selection of Comparables**

A complete search of the area was conducted in order to find the most comparable complexes in terms of age, appeal, condition, number of units, and amenities. The rent comparables are located in the subject's local area and range from 0.1 to 0.8 miles from the subject site, with an average distance of 0.3 miles. The subject is in average condition with average appeal for the market area considering its vintage. The comparables selected in this analysis are similar properties to the subject property.

**Concessions**

None of the comparables were offering concessions at the time of survey. Please see the data sheets for full details.

**Presentation**

The following presentation summarizes the comparables most similar to the subject property. A Rent Comparable Summation Table, Rent Comparable Location Map, Data Sheets, and analysis of the rent comparables is presented on the following pages.

Case 25-11853-KBO    Doc 396-4    Filed 03/31/26    Page 80 of 157

## RENT SUMMATION TABLE

| COMPARABLE | SUBJECT | COMPARABLE 1 | COMPARABLE 2 | COMPARABLE 3 | COMPARABLE 4 | COMPARABLE 5 | COMPARABLE 6 |
|---|---|---|---|---|---|---|---|
| Name | The Hudson | The Nicole | Riverbank West | The Regent | Archstone West 54th | 525W52 | 200W60 |
| Address | 364 West 58th Street | 400 W 55th St | 560 West 43rd Street | 45 West 60th Street | 505 W 54th St | 525-533 West 52nd Street | 200 West 60th Street |
| City | New York | New York | New York | New York | New York | New York | New York |
| State | NY | NY | NY | NY | NY | NY | NY |
| Zip | 10019 | 10019 | 10036 | 10023 | 10019 | 10019 | 10023 |
| **PHYSICAL INFORMATION** | | | | | | | |
| Number of Units | 443 | 149 | 418 | 324 | 222 | 390 | 248 |
| NRA | 310,673 | 105,348 | 257,740 | 262,543 | 156,521 | 347,878 | 249,825 |
| Year Built | 1929 | 2004 | 1987 | 1981 | 1920 | 2017 | 1991 |
| Average SF/Unit | 578 | 707 | 617 | 810 | 705 | 892 | 895 |
| **RENT INFORMATION** | | | | | | | |
| Occupancy | | 100.0% | 100.0% | 90.0% | 95.0% | 100.0% | 97.5% |
| Rent Type | | Market Rent | Market Rent | Market Rent | Market Rent | Market Rent | Market Rent |
| $/Unit Average | | $5,212 | $4,792 | $5,949 | $5,531 | $5,507 | $6,475 |
| $/SF Average | | $7.37 | $7.77 | $7.34 | $7.84 | $6.17 | $7.23 |
| Studio $/Unit Avg | | $3,848 | $3,801 | - | $3,986 | $4,190 | $3,500 |
| 1 BD $/Unit Avg | | $4,410 | $4,403 | $4,443 | $5,959 | $4,650 | $5,300 |
| 2 BD $/Unit Avg | | $7,573 | $5,152 | $7,395 | $6,050 | $7,198 | $8,000 |
| 3 BD $/Unit Avg | | - | $7,495 | $8,795 | - | - | $12,250 |

## RENT COMPARABLE LOCATION MAP



| COMP | DISTANCE | NAME | ADDRESS |
|------|----------|------|---------|
| SUBJECT | - | The Hudson | 364 West 58th Street, New York, NY |
| No. 1 | 0.2 Miles | The Nicole | 400 W 55th St, New York, NY |
| No. 2 | 0.8 Miles | Riverbank West | 560 West 43rd Street, New York, NY |
| No. 3 | 0.1 Miles | The Regent | 45 West 60th Street, New York, NY |
| No. 4 | 0.3 Miles | Archstone West 54th | 505 W 54th St, New York, NY |
| No. 5 | 0.4 Miles | 525W52 | 525-533 West 52nd Street, New York, NY |
| No. 6 | 0.2 Miles | 200W60 | 200 West 60th Street, New York, NY |

# INCOME APPROACH

CONTINUED

JFK250175

## COMPARABLE 1

### LOCATION INFORMATION

| | |
|---|---|
| Name | The Nicole |
| Address | 400 W 55th St |
| City, State, Zip Code | New York, NY, 10019 |
| MSA | New York-Northern New Jersey-Long Island, |

### PHYSICAL INFORMATION

| | |
|---|---|
| Project Design | Mid-Rise |
| Number of Units | 149 |
| Year Built | 2004 |
| Net Rentable Area (NRA) | 105,348 |
| Average Unit Size (SF) | 707 |
| Rent Type | Market Rent |
| Location | Average |
| Quality | Average |
| Condition | Average |
| Project Amenities | Clubhouse, Common Laundry, Elevators, Exterior Lighting, Fitness Center |
| Unit Amenities | Air Conditioning |



## THE NICOLE

### OCCUPANCY / ABSORPTION

| | |
|---|---|
| Vacant Units | 0 |
| Occupancy Rate | 100% |
| Fees & Deposits | N/Av |
| Concessions | N/Av |

### CONFIRMATION

| | |
|---|---|
| Name | Confidential |
| Source | Confidential |
| Date | Confidential |

| UTILITIES | INCL. IN RENT | NOT INCL. IN RENT |
|---|---|---|
| Electricity | | ✔ |
| Water | ✔ | |
| Hot Water | ✔ | |
| Sewer | ✔ | |
| Garbage | ✔ | |
| Telephone | | ✔ |
| Gas | | ✔ |
| Cable/Satellite | | ✔ |
| High-Speed Internet | | ✔ |

### UNIT MIX

| DESCRIPTION | UNITS | SIZE | AVG RENT |
|---|---|---|---|
| STUDIO / 1 BA | 35 | 486 | $3,848 |
| 1 BD / 1 BA | 70 | 695 | $4,410 |
| 2 BD / 2 BA | 44 | 902 | $7,573 |

### REMARKS

The Nicole is a 20-story boutique luxury rental building which offers resident only concierge and exclusive amenities. The spacious studio to 2 bedroom homes are appointed with: GE stainless steel appliances, oversized windows offering stunning city & river views, solar shades, double hung walk-in closets, oak wood floors, as well as private terraces and high-ceilings in select homes.

Amenities include: 24-hour doorman; Personal concierge services; Pet-friendly (no fee); Sun terrace; Resident lounge; Fitness Club; Laundry Facility; Live-In Resident Manager; Wifi throughout common spaces
Apartment Features: Full-size stainless steel appliances; Oversized countertops; Floor-to-ceiling windows; Terraces; Separate dining alcoves; Ample closets; New wood floors and New solar shades

© 2025 COLLIERS INTERNATIONAL VALUATION & ADVISORY SERVICES

Case 25-11853-KBO    Doc 396-4    Filed 03/31/26    Page 83 of 157

JFK250175

## COMPARABLE 2

### LOCATION INFORMATION

| | |
|---|---|
| Name | Riverbank West |
| Address | 560 West 43rd Street |
| City, State, Zip Code | New York, NY, 10036 |

### PHYSICAL INFORMATION

| | |
|---|---|
| Number of Units | 418 |
| Year Built | 1987 |
| Net Rentable Area (NRA) | 257,740 |
| Average Unit Size (SF) | 617 |
| Rent Type | Market Rent |
| Location | Average |
| Quality | Average |
| Condition | Average |
| Appeal | Average |
| Project Amenities | Common Laundry, Concierge/Doorman, Fitness Center, Swimming Pool |
| Unit Amenities | Air Conditioning, Dishwasher, Washer/Dryer In-Unit |



### RIVERBANK WEST

#### OCCUPANCY / ABSORPTION

| | |
|---|---|
| Vacant Units | 0 |
| Occupancy Rate | 100% |
| Fees & Deposits | N/Av |
| Concessions | N/Av |

#### CONFIRMATION

| | |
|---|---|
| Name | Confidential |
| Source | Confidential |

| UTILITIES | INCL. IN RENT | NOT INCL. IN RENT |
|---|:---:|:---:|
| Electricity | | ✓ |
| Water | ✓ | |
| Hot Water | ✓ | |
| Sewer | ✓ | |
| Garbage | ✓ | |
| Telephone | | ✓ |
| Gas | | ✓ |
| Cable/Satellite | | ✓ |
| High-Speed Internet | | ✓ |

### UNIT MIX

| DESCRIPTION | UNITS | SIZE | AVG RENT |
|---|---|---|---|
| STUDIO / 1 BA | 38 | 398 | $3,801 |
| 1 BD / 1 BA | 273 | 578 | $4,403 |
| 2 BD / 1 BA | 62 | 667 | $5,152 |
| 3 BD / 2 BA | 45 | 969 | $7,495 |

### REMARKS

Residents have access to a wide array of exclusive amenities. Amenities include, but are not limited to the following:

··Fitness Center; On-Demand Yoga Studio; ··Indoor Olympic-Sized Pool; ··Sauna and Steam Room; ··Lounge; ··Private Dining / Meeting Room; ··Gaming Area;··Media Lounge; ··Outdoor Dining Terrace; ··Complimentary Breakfast; Dog Wash Station; ··Valet Service and ··Package Concierge

## COMPARABLE 3

### LOCATION INFORMATION

| | |
|---|---|
| Name | The Regent |
| Address | 45 West 60th Street |
| City, State, Zip Code | New York, NY, 10023 |

### PHYSICAL INFORMATION

| | |
|---|---|
| Number of Units | 324 |
| Year Built | 1981 |
| Net Rentable Area (NRA) | 262,543 |
| Average Unit Size (SF) | 810 |
| Rent Type | Market Rent |
| Location | Average |
| Quality | Average |
| Condition | Average |
| Appeal | Average |
| Project Amenities | Common Laundry, Concierge/Doorman, Fitness Center, Rooftop Area |
| Unit Amenities | None |

## THE REGENT

### OCCUPANCY / ABSORPTION

| | |
|---|---|
| Vacant Units | 32 |
| Occupancy Rate | 90% |
| Fees & Deposits | N/Av |
| Concessions | N/Av |

### CONFIRMATION

| | |
|---|---|
| Name | Confidential |
| Source | Confidential |

### UTILITIES

| UTILITIES | INCL. IN RENT | NOT INCL. IN RENT |
|---|---|---|
| Electricity | | ✔ |
| Water | ✔ | |
| Hot Water | ✔ | |
| Sewer | ✔ | |
| Garbage | ✔ | |
| Telephone | | ✔ |
| Gas | | ✔ |
| Cable/Satellite | | ✔ |
| High-Speed Internet | | ✔ |

### UNIT MIX

| DESCRIPTION | UNITS | SIZE | AVG RENT |
|---|---|---|---|
| 1 BD / 1 BA | 163 | 775 | $4,443 |
| 2 BD / 1 BA | 152 | 834 | $7,395 |
| 3 BD / 2 BA | 9 | 1,050 | $8,795 |

### REMARKS

45 West 60th Street was built in 1980 and has a total of 355 rental apartments. Located in the Upper West Side, The Regent is very close to the 1, B, D, A and C subway lines.

Amenities at this pet friendly post war building include doorman, pool, fitness center and children's playroom.

Case 25-11853-KBO    Doc 396-4    Filed 03/31/26    Page 85 of 157

## COMPARABLE 4

### LOCATION INFORMATION

| | |
|---|---|
| Name | Archstone West 54th |
| Address | 505 W 54th St |
| City, State, Zip Code | New York, NY, 10019 |
| MSA | New York-Northern New Jersey-Long Island, |

### PHYSICAL INFORMATION

| | |
|---|---|
| Project Design | High-Rise |
| Number of Units | 222 |
| Year Built | 1920 |
| Net Rentable Area (NRA) | 156,521 |
| Average Unit Size (SF) | 705 |
| Rent Type | Market Rent |
| Location | Average |
| Quality | Average |
| Condition | Average |
| Project Amenities | Business Center, Common Laundry, Fitness Center |
| Unit Amenities | None |



### ARCHSTONE WEST 54TH

### OCCUPANCY / ABSORPTION

| | |
|---|---|
| Vacant Units | 11 |
| Occupancy Rate | 95% |
| Fees & Deposits | N/Av |
| Concessions | N/Av |

### CONFIRMATION

| | |
|---|---|
| Name | Confidential |
| Source | Confidential |

### UTILITIES

| UTILITIES | INCL. IN RENT | NOT INCL. IN RENT |
|---|---|---|
| Electricity | | ✔ |
| Water | ✔ | |
| Hot Water | ✔ | |
| Sewer | ✔ | |
| Garbage | ✔ | |
| Telephone | | ✔ |
| Gas | | ✔ |
| Cable/Satellite | | ✔ |
| High-Speed Internet | | ✔ |

### UNIT MIX

| DESCRIPTION | UNITS | SIZE | AVG RENT |
|---|---|---|---|
| STUDIO / 1 BA | 51 | 504 | $3,986 |
| 1 BD / 1 BA | 110 | 653 | $5,959 |
| 2 BD / 1 BA | 61 | 967 | $6,050 |

### REMARKS

 Located in Midtown West, West 54th is a short walk to the 1, B, D, A, C and E subway lines.
Amenities at this building include doorman, fitness center, rooftop terrace and full service garage.

## COMPARABLE 5

### LOCATION INFORMATION

| | |
|---|---|
| Name | 525W52 |
| Address | 525-533 West 52nd Street |
| City, State, Zip Code | New York, NY, 10019 |

### PHYSICAL INFORMATION

| | |
|---|---|
| Project Design | High-Rise |
| Number of Units | 390 |
| Year Built | 2017 |
| Net Rentable Area (NRA) | 347,878 |
| Average Unit Size (SF) | 892 |
| Rent Type | Market Rent |
| Location | Average |
| Quality | Average |
| Condition | Average |
| Appeal | Average |
| Project Amenities | Business Center, Clubhouse, Concierge/Doorman, Fitness Center, Rooftop Area |
| Unit Amenities | None |

### 525W52

#### OCCUPANCY / ABSORPTION

| | |
|---|---|
| Vacant Units | 0 |
| Occupancy Rate | 100% |
| Fees & Deposits | N/Av |
| Concessions | N/Av |

#### CONFIRMATION

| | |
|---|---|
| Name | Confidential |
| Source | Confidential |

### UTILITIES

| UTILITIES | INCL. IN RENT | NOT INCL. IN RENT |
|---|---|---|
| Electricity | | ✔ |
| Water | ✔ | |
| Hot Water | ✔ | |
| Sewer | ✔ | |
| Garbage | ✔ | |
| Telephone | | ✔ |
| Gas | | ✔ |
| Cable/Satellite | | ✔ |
| High-Speed Internet | | ✔ |

### UNIT MIX

| DESCRIPTION | UNITS | SIZE | AVG RENT |
|---|---|---|---|
| STUDIO / 1 BA | 43 | 514 | $4,190 |
| 1 BD / 1 BA | 208 | 775 | $4,650 |
| 2 BD / 1 BA | 139 | 1,184 | $7,198 |

### REMARKS

525 West 52nd Street was built in 2017 and has a total of 390 rental apartments. Located in Midtown West, 525W52 is a short walk to the C and E subway lines.

Amenities at this pet friendly post war building include fitness center, rooftop terrace, library and bike room.

## COMPARABLE 6

### LOCATION INFORMATION

| | |
|---|---|
| Name | 200W60 |
| Address | 200 West 60th Street |
| City, State, Zip Code | New York, NY, 10023 |

### PHYSICAL INFORMATION

| | |
|---|---|
| Number of Units | 248 |
| Year Built | 1991 |
| Net Rentable Area (NRA) | 249,825 |
| Average Unit Size (SF) | 895 |
| Rent Type | Market Rent |
| Location | Average |
| Quality | Average |
| Condition | Average |
| Appeal | Average |
| Project Amenities | Common Laundry, Concierge/Doorman, Courtyard, Elevators, Fitness Center, Playground, Rooftop Area |
| Unit Amenities | Balcony/Patio, Parking Garage, Washer/Dryer In-Unit |

### 200W60

### OCCUPANCY / ABSORPTION

| | |
|---|---|
| Vacant Units | 6 |
| Occupancy Rate | 98% |
| Fees & Deposits | N/Av |
| Concessions | N/Av |

### CONFIRMATION

| | |
|---|---|
| Name | Confidential |
| Source | Confidential |

### UTILITIES

| UTILITIES | INCL. IN RENT | NOT INCL. IN RENT |
|---|---|---|
| Electricity | | ✔ |
| Water | ✔ | |
| Hot Water | ✔ | |
| Sewer | ✔ | |
| Garbage | ✔ | |
| Telephone | | ✔ |
| Gas | | ✔ |
| Cable/Satellite | | ✔ |
| High-Speed Internet | | ✔ |

### UNIT MIX

| DESCRIPTION | UNITS | SIZE | AVG RENT |
|---|---|---|---|
| STUDIO / 1 BA | 23 | 475 | $3,500 |
| 1 BD / 1 BA | 108 | 750 | $5,300 |
| 2 BD / 2 BA | 113 | 1,100 | $8,000 |
| 3 BD / 2 BA | 4 | 1,459 | $12,250 |

### REMARKS

This represents a 248-unit multifamily high-rise with studio, one, two, and three-bedroom units in Upper West Side. The building was renovated in 2022. Larger/newly renovated units are equipped with in-unit washer/dryer. The building has various lounge rooms, a fitness room, children's playroom, outdoor space and grilling station.

Case 25-11853-KBO   Doc 396-4   Filed 03/31/26   Page 88 of 157

## DISCUSSION OF RENTAL ADJUSTMENTS

Adjustments for differences between the subject property and the comparables can be made quantitatively or qualitatively. Adjustments for some differences can be derived from the market and are addressed below. Other items for which dollar adjustments are more difficult to derive are addressed in the Qualitative Adjustments paragraph.

### Adjustments

The subject property and the comparables vary to some degree in terms of physical characteristics, project amenities, unit amenities, parking, laundry, and utilities. The following grid illustrates the quantitative adjustments applied to the comparables (when necessary) in order to make the comparables similar to the subject in terms of these features.

| RENT COMPARABLE ADJUSTMENT TABLE | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ ADJ. | SUBJECT | COMP 1 | | COMP 2 | | COMP 3 | | COMP 4 | | COMP 5 | | COMP 6 | |
| PROJECT AMENITIES | | | | | | | | | | | | | | |
| Swimming Pool | 5% | No | No | 0% | Yes | -5% | No | 0% | No | 0% | No | 0% | No | 0% |
| Fitness Center | 5% | No | Yes | -5% | Yes | -5% | Yes | -5% | Yes | -5% | Yes | -5% | Yes | -5% |
| **Project Amenities Subtotal Adjustment** | | | | -5% | | -10% | | -5% | | -5% | | -5% | | -5% |
| LAUNDRY | | | | | | | | | | | | | | |
| Washer/Dryer In-Unit | 5% | No | No | 0% | Yes | -5% | No | 0% | No | 0% | No | 0% | Yes | -5% |
| **Laundry Subtotal Adjustment** | | | | 0% | | -5% | | 0% | | 0% | | 0% | | -5% |
| **TOTAL ADJUSTMENTS** | | | | -5% | | -15% | | -5% | | -5% | | -5% | | -10% |

## RENT COMPARABLE ADJUSTMENT GRID

The following tables adjust the comparables to the subject property quantitatively.

### RENT COMPARABLE ADJUSTMENT SUMMARY

| COMPARABLE 1 | NO. UNITS | AVG SIZE | EFF. RENT $/UNIT | PROJECT | LAUNDRY | TOTAL ADJ | ADJUSTED $/UNIT | $/SF |
|---|---|---|---|---|---|---|---|---|
| STUDIO / 1 BA | 35 | 486 | $3,848 | -5% | 0% | -5% | $3,656 | $7.52 |
| 1 BD / 1 BA | 70 | 695 | $4,410 | -5% | 0% | -5% | $4,190 | $6.03 |
| 2 BD / 2 BA | 44 | 902 | $7,573 | -5% | 0% | -5% | $7,194 | $7.98 |
| **COMPARABLE 2** | | | | | | | | |
| STUDIO / 1 BA | 38 | 398 | $3,801 | -10% | -5% | -15% | $3,231 | $8.12 |
| 1 BD / 1 BA | 273 | 578 | $4,403 | -10% | -5% | -15% | $3,743 | $6.48 |
| 2 BD / 1 BA | 62 | 667 | $5,152 | -10% | -5% | -15% | $4,379 | $6.57 |
| 3 BD / 2 BA | 45 | 969 | $7,495 | -10% | -5% | -15% | $6,371 | $6.57 |
| **COMPARABLE 3** | | | | | | | | |
| 1 BD / 1 BA | 163 | 775 | $4,443 | -5% | 0% | -5% | $4,221 | $5.45 |
| 2 BD / 1 BA | 152 | 834 | $7,395 | -5% | 0% | -5% | $7,025 | $8.42 |
| 3 BD / 2 BA | 9 | 1,050 | $8,795 | -5% | 0% | -5% | $8,355 | $7.96 |
| **COMPARABLE 4** | | | | | | | | |
| STUDIO / 1 BA | 51 | 504 | $3,986 | -5% | 0% | -5% | $3,787 | $7.51 |
| 1 BD / 1 BA | 110 | 653 | $5,959 | -5% | 0% | -5% | $5,661 | $8.67 |
| 2 BD / 1 BA | 61 | 967 | $6,050 | -5% | 0% | -5% | $5,748 | $5.94 |
| **COMPARABLE 5** | | | | | | | | |
| STUDIO / 1 BA | 43 | 514 | $4,190 | -5% | 0% | -5% | $3,981 | $7.74 |
| 1 BD / 1 BA | 208 | 775 | $4,650 | -5% | 0% | -5% | $4,418 | $5.70 |
| 2 BD / 1 BA | 139 | 1,184 | $7,198 | -5% | 0% | -5% | $6,838 | $5.78 |
| **COMPARABLE 6** | | | | | | | | |
| STUDIO / 1 BA | 23 | 475 | $3,500 | -5% | -5% | -10% | $3,150 | $6.63 |
| 1 BD / 1 BA | 108 | 750 | $5,300 | -5% | -5% | -10% | $4,770 | $6.36 |
| 2 BD / 2 BA | 113 | 1,100 | $8,000 | -5% | -5% | -10% | $7,200 | $6.55 |
| 3 BD / 2 BA | 4 | 1,459 | $12,250 | -5% | -5% | -10% | $11,025 | $7.56 |

# INCOME APPROACH

## MARKET RENT ANALYSIS

The following tables summarize the various indicators of market rent, and provide the market rent analysis and conclusions for the subject property.

| | | | | STUDIO UNIT CONCLUSION | | | | |
|---|---|---|---|---|---|---|---|---|
| COMP | UNIT TYPE | UNIT SIZE | RENT $/UNIT | RENT $/SF | ADJUSTED RENT $/UNIT | ADJUSTED RENT $/SF | NET ADJ % | |
| 1 | STUDIO / 1 BA | 486 | $3,848 | $95.01 | $3,656 | $90.26 | -5.0% | |
| 2 | STUDIO / 1 BA | 398 | $3,801 | $114.60 | $3,231 | $97.41 | -15.0% | |
| 4 | STUDIO / 1 BA | 504 | $3,986 | $94.90 | $3,787 | $90.16 | -5.0% | |
| 5 | STUDIO / 1 BA | 514 | $4,190 | $97.82 | $3,981 | $92.93 | -5.0% | |
| 6 | STUDIO / 1 BA | 475 | $3,500 | $88.42 | $3,150 | $79.58 | -10.0% | |
| LOW | | 398 | $3,500 | $88.42 | $3,150 | $79.58 | -15.0% | |
| HIGH | | 514 | $4,190 | $114.60 | $3,981 | $97.41 | -5.0% | |
| AVERAGE | | 475 | $3,865 | $98.15 | $3,561 | $90.07 | -8.0% | |
| MEDIAN | | 486 | $3,848 | $95.01 | $3,656 | $90.26 | -5.0% | |

| SUBJECT ANALYSIS & CONCLUSIONS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| UNITS | VAC | UNIT TYPE | SIZE | PROJECTED RENT $/UNIT | PROJECTED RENT $/SF | ACTUAL RENT $/UNIT | ACTUAL RENT $/SF | CONCLUDED RENT $/UNIT | CONCLUDED RENT $/SF |
| 32 | 0 | SRO RC | 428 | | | $399 | $11.19 | $399 | $11.19 |
| 4 | 4 | Studio FM | 375 | $3,400 | $108.80 | | | $2,969 | $95.00 |
| 35 | 35 | Studio Affordable | 253 | $2,174 | $103.11 | | | $2,174 | $103.11 |

*Analysis and Conclusions*

The rent comparables range in size from 398 SF to 514 SF, with an average unit size of 475 SF. The rent comparables' unadjusted rent ranges from $88.42 to $114.60 PSF, with an average rent of $98.15 PSF. After applying adjustments to the comparables for differences in amenities, laundry, parking and utilities, the rent comparables' rent ranges from $79.58 to $97.41 PSF, with an average rent of $90.07 PSF.

- There are (32) SRO RC subject units of 428 SF. This unit type has no vacant units and is 100.0% occupied. There have been no recently leased units of this unit type. Given the restrictions for the SRO units, most weight is placed on the actual rents. Primary emphasis is placed on the subject's actual rent. Therefore, a concluded rent of $11.19 PSF is estimated for this unit type.

- There are (4) Studio FM subject units of 375 SF. This unit type has 4 vacant units and is 0.0% occupied. These units currently have a projected rent of $3,400. The subject's units are smaller than the comparables and smaller units generally rent for a greater amount on a per square foot basis. Primary emphasis is placed on the adjusted rent comparable range. Therefore, a concluded rent of $95.00 PSF is estimated for this unit type.

- There are (35) Studio Affordable subject units of 253 SF. This unit type has 35 vacant units and is 0.0% occupied. These units currently have a projected rent of $2,174. Primary emphasis is placed on the subject's projected rent. Therefore, a concluded rent of $103.11 PSF is estimated for this unit type.

## 1 BEDROOM UNIT CONCLUSION

| COMP | UNIT TYPE | UNIT SIZE | RENT $/UNIT | RENT $/SF | ADJUSTED RENT $/UNIT | ADJUSTED RENT $/SF | NET ADJ % |
|---|---|---|---|---|---|---|---|
| 1 | 1 BD / 1 BA | 695 | $4,410 | $76.14 | $4,190 | $72.34 | -5.0% |
| 2 | 1 BD / 1 BA | 578 | $4,403 | $91.49 | $3,743 | $77.77 | -15.0% |
| 3 | 1 BD / 1 BA | 775 | $4,443 | $68.79 | $4,221 | $65.36 | -5.0% |
| 4 | 1 BD / 1 BA | 653 | $5,959 | $109.51 | $5,661 | $104.03 | -5.0% |
| 5 | 1 BD / 1 BA | 775 | $4,650 | $72.00 | $4,418 | $68.40 | -5.0% |
| 6 | 1 BD / 1 BA | 750 | $5,300 | $84.80 | $4,770 | $76.32 | -10.0% |
| LOW | | 578 | $4,403 | $68.79 | $3,743 | $65.36 | -15.0% |
| HIGH | | 775 | $5,959 | $109.51 | $5,661 | $104.03 | -5.0% |
| AVERAGE | | 704 | $4,861 | $83.79 | $4,500 | $77.37 | -7.5% |
| MEDIAN | | 723 | $4,547 | $80.47 | $4,319 | $74.33 | -5.0% |

### SUBJECT ANALYSIS & CONCLUSIONS

| UNITS | VAC | UNIT TYPE | SIZE | PROJECTED RENT $/UNIT | PROJECTED RENT $/SF | | | CONCLUDED RENT $/UNIT | CONCLUDED RENT $/SF |
|---|---|---|---|---|---|---|---|---|---|
| 17 | 17 | 1 BR FM | 500 | $4,100 | $98.40 | | | $3,958 | $95.00 |
| 31 | 31 | 1 BR Affordable | 584 | $2,330 | $47.88 | | | $2,330 | $47.88 |

*Analysis and Conclusions*

The rent comparables range in size from 578 SF to 775 SF, with an average unit size of 704 SF. The rent comparables' unadjusted rent ranges from $68.79 to $109.51 PSF, with an average rent of $83.79 PSF. After applying adjustments to the comparables for differences in amenities, laundry, parking and utilities, the rent comparables' rent ranges from $65.36 to $104.03 PSF, with an average rent of $77.37 PSF.

- There are (17) 1 BR FM subject units of 500 SF. This unit type has 17 vacant units and is 0.0% occupied. These units currently have a projected rent of $4,100. The subject's units are smaller than the comparables and smaller units generally rent for a greater amount on a per square foot basis. Primary emphasis is placed on the adjusted rent comparable range. Therefore, a concluded rent of $95.00 PSF is estimated for this unit type.

- There are (31) 1 BR Affordable subject units of 584 SF. This unit type has 31 vacant units and is 0.0% occupied. These units currently have a projected rent of $2,330. Primary emphasis is placed on the subject's projected rent. Therefore, a concluded rent of $47.88 PSF is estimated for this unit type.

## 2 BEDROOM UNIT CONCLUSION

| COMP | UNIT TYPE | UNIT SIZE | RENT $/UNIT | RENT $/SF | ADJUSTED RENT $/UNIT | ADJUSTED RENT $/SF | NET ADJ % |
|---|---|---|---|---|---|---|---|
| 1 | 2 BD / 2 BA | 902 | $7,573 | $100.75 | $7,194 | $95.71 | -5.0% |
| 2 | 2 BD / 1 BA | 667 | $5,152 | $92.69 | $4,379 | $78.79 | -15.0% |
| 3 | 2 BD / 1 BA | 834 | $7,395 | $106.40 | $7,025 | $101.08 | -5.0% |
| 4 | 2 BD / 1 BA | 967 | $6,050 | $75.08 | $5,748 | $71.32 | -5.0% |
| 5 | 2 BD / 1 BA | 1,184 | $7,198 | $72.95 | $6,838 | $69.31 | -5.0% |
| 6 | 2 BD / 2 BA | 1,100 | $8,000 | $87.27 | $7,200 | $78.55 | -10.0% |
| LOW | | 667 | $5,152 | $72.95 | $4,379 | $69.31 | -15.0% |
| HIGH | | 1,184 | $8,000 | $106.40 | $7,200 | $101.08 | -5.0% |
| AVERAGE | | 942 | $6,895 | $89.19 | $6,397 | $82.46 | -7.5% |
| MEDIAN | | 935 | $7,297 | $89.98 | $6,932 | $78.67 | -5.0% |

### SUBJECT ANALYSIS & CONCLUSIONS

| UNITS | VAC | UNIT TYPE | SIZE | PROJECTED RENT $/UNIT | PROJECTED RENT $/SF | | | CONCLUDED RENT $/UNIT | CONCLUDED RENT $/SF |
|---|---|---|---|---|---|---|---|---|---|
| 194 | 194 | 2 BR FM | 644 | $6,100 | $113.66 | | | $5,098 | $95.00 |
| 74 | 74 | 2 BR Affordable | 393 | $2,796 | $85.37 | | | $2,796 | $85.37 |

*Analysis and Conclusions*

The rent comparables range in size from 667 SF to 1,184 SF, with an average unit size of 942 SF. The rent comparables' unadjusted rent ranges from $72.95 to $106.40 PSF, with an average rent of $89.19 PSF. After applying adjustments to the comparables for differences in amenities, laundry, parking and utilities, the rent comparables' rent ranges from $69.31 to $101.08 PSF, with an average rent of $82.46 PSF.

- There are (194) 2 BR FM subject units of 644 SF. This unit type has 194 vacant units and is 0.0% occupied. These units currently have a projected rent of $6,100. The subject's units are smaller than the comparables and smaller units generally rent for a greater amount on a per square foot basis. Primary emphasis is placed on the adjusted rent comparable range. Therefore, a concluded rent of $95.00 PSF is estimated for this unit type.
- There are (74) 2 BR Affordable subject units of 393 SF. This unit type has 74 vacant units and is 0.0% occupied. These units currently have a projected rent of $2,796. Primary emphasis is placed on the subject's projected rent. Therefore, a concluded rent of $85.37 PSF is estimated for this unit type.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **3 BEDROOM UNIT CONCLUSION** | | | | | | | |
| | | UNIT | RENT | | ADJUSTED RENT | | NET |
| COMP | UNIT TYPE | SIZE | $/UNIT | $/SF | $/UNIT | $/SF | ADJ % |
| 2 | 3 BD / 2 BA | 969 | $7,495 | $92.82 | $6,371 | $78.89 | -15.0% |
| 3 | 3 BD / 2 BA | 1,050 | $8,795 | $100.51 | $8,355 | $95.49 | -5.0% |
| 6 | 3 BD / 2 BA | 1,459 | $12,250 | $100.75 | $11,025 | $90.68 | -10.0% |
| LOW | | 969 | $7,495 | $92.82 | $6,371 | $78.89 | -15.0% |
| HIGH | | 1,459 | $12,250 | $100.75 | $11,025 | $95.49 | -5.0% |
| AVERAGE | | 1,159 | $9,513 | $98.03 | $8,584 | $88.35 | -10.0% |
| MEDIAN | | 1,050 | $8,795 | $100.51 | $8,355 | $90.68 | -10.0% |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **SUBJECT ANALYSIS & CONCLUSIONS** | | | | | | | | | |
| | | | | PROJECTED RENT | | | | CONCLUDED RENT | |
| UNITS | VAC | UNIT TYPE | SIZE | $/UNIT | $/SF | | | $/UNIT | $/SF |
| 55 | 55 | 3 BR FM | 862 | $7,500 | $8.70 | | | $6,824 | $95.00 |

*Analysis and Conclusions*

The rent comparables range in size from 969 SF to 1,459 SF, with an average unit size of 1,159 SF. The rent comparables' unadjusted rent ranges from $92.82 to $100.75 PSF, with an average rent of $98.03 PSF. After applying adjustments to the comparables for differences in amenities, laundry, parking and utilities, the rent comparables' rent ranges from $78.89 to $95.49 PSF, with an average rent of $88.35 PSF.

- There are (55) 3 BR FM subject units of 862 SF. This unit type has 55 vacant units and is 0.0% occupied. These units currently have a projected rent of $7,500. The subject's units are smaller than the comparables and smaller units generally rent for a greater amount on a per square foot basis. Primary emphasis is placed on the adjusted rent comparable range. Therefore, a concluded rent of $95.00 PSF is estimated for this unit type.

**Penthouse Unit**

The following presentation summarizes the comparables most similar to the subject property. In this analysis, we have compiled a recent survey of comparable apartments.

The following tables summarize the various indicators of market rent, and provide the market rent analysis and conclusions for the subject property.

| PENTHOUSE APARTMENT LEASES | | | | | | | |
|---|---|---|---|---|---|---|---|
| COMP | ADDRESS | CITY | ST | UNIT | SF | $/MO. | $/SF ANNUAL |
| 1 | 235 West 75th Street | New York | NY | 701 | 4,786 | $40,000 | $100.29 |
| 2 | 522 West 29th Street | New York | NY | 7D | 3,586 | $32,000 | $107.08 |
| 3 | 188 East 78th Street | New York | NY | 28B | 2,845 | $34,000 | $143.41 |
| 4 | 1228 Madison Avenue | New York | NY | 4 | 3,136 | $35,500 | $135.84 |
| 5 | 428 Columbus Avenue | New York | NY | PH | 5,285 | $38,000 | $86.28 |
| | | | | | LOW | $32,000 | $86.28 |
| | | | | | HIGH | $40,000 | $143.41 |
| | | | | | AVERAGE | $35,900 | $118.15 |
| | | | | | CONCLUSION | $40,000 | $120.00 |

The rent comparables' unadjusted rent per month ranges from $32,000 to $40,000, with an average rent of $35,900. We have applied a market rent of $40,000 for the Penthouse units.

## POTENTIAL GROSS RESIDENTIAL INCOME

The following table presents the subject's potential gross income trended to the date of stabilization.

JFK250175

## APARTMENT POTENTIAL GROSS INCOME

| UNIT TYPE | UNITS | VAC | SF | PROJECTED RENT $/UNIT (MO.) | MONTHLY | ANNUALLY | MARKET RENT $/UNIT (MO.) | MONTHLY | ANNUALLY | CONCLUDED RENT $/UNIT (MO.) | MONTHLY | ANNUALLY | GROWTH RATE | ADJUSTED TO STABILIZATION | PROJECTED V. MARKET |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SRO RC | 32 | 0 | 428 | $399 | $12,772 | $153,270 | $2,969 | $95,000 | $1,140,000 | $399 | $12,772 | $153,270 | 0.0% | $172,507 | 13.4% |
| Studio FM | 4 | 4 | 375 | $3,400 | $13,600 | $163,200 | $2,969 | $11,875 | $142,500 | $2,969 | $11,875 | $142,500 | 3.0% | $160,385 | 114.5% |
| Studio Affordable | 35 | 35 | 253 | $2,174 | $76,090 | $913,080 | $2,969 | $103,906 | $1,246,875 | $2,174 | $76,090 | $913,080 | 3.0% | $1,027,680 | 73.2% |
| 1 BR FM | 17 | 17 | 500 | $4,100 | $69,700 | $836,400 | $3,958 | $67,292 | $807,500 | $3,958 | $67,292 | $807,500 | 3.0% | $908,848 | 103.6% |
| 1 BR Affordable | 31 | 31 | 584 | $2,330 | $72,230 | $866,760 | $3,958 | $122,708 | $1,472,500 | $2,330 | $72,230 | $866,760 | 3.0% | $975,546 | 58.9% |
| 2 BR FM | 194 | 194 | 644 | $6,100 | $1,183,400 | $14,200,800 | $5,098 | $989,077 | $11,868,920 | $5,098 | $989,077 | $11,868,920 | 3.0% | $13,358,574 | 119.6% |
| 2 BR Affordable | 74 | 74 | 393 | $2,796 | $206,904 | $2,482,848 | $5,098 | $377,277 | $4,527,320 | $2,796 | $206,904 | $2,482,848 | 3.0% | $2,794,467 | 54.8% |
| 3 BR FM | 55 | 55 | 862 | $7,500 | $412,500 | $4,950,000 | $6,824 | $375,329 | $4,503,950 | $6,824 | $375,329 | $4,503,950 | 3.0% | $5,069,235 | 109.9% |
| PH FM | 1 | 1 | 4,000 | $50,000 | $50,000 | $600,000 | $40,000 | $40,000 | $480,000 | $40,000 | $40,000 | $480,000 | 3.0% | $540,244 | 125.0% |
| **TOTAL** | **443** | | | **$4,734** | **$2,097,196** | **$25,166,358** | **$4,927** | **$2,182,464** | **$26,189,565** | **$50,155** | **$1,851,569** | **$22,218,828** | | **$25,007,487** | **96.1%** |

© 2025 COLLIERS INTERNATIONAL VALUATION & ADVISORY SERVICES

## OVERVIEW OF CONTRACT RENTS

This section provides an overview of the subject's existing leases, current leasing activity and asking rents for any vacant space as applicable. Analysis of in-place lease terms is an integral step for developing the rental income conclusion for investment properties that operate with a blend of short, intermediate and long-term leases, all of which influence net operating income potential.

### Rent Roll

The following Rent Roll Summary reflects a breakdown of the individual tenant spaces and a snapshot of in-place contract rents including lease term, expense structure and base rent.

| RENT ROLL SUMMARY | | | | | | | | AS OF MARCH 2025 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TENANT | TOTAL NRA (SF) | % OF GBA | LEASE COMMENCEMENT | START | END | YEARS | EXPENSE STRUCTURE | ANNUAL | PSF (YR.) | PSF (MO.) |
| LA Fitness | 54,590 | 11.3% | 3/25 | 11/25 | 10/35 | 10.0 | Modified Gross | $2,000,000 | $36.64 | $3.05 |

Additionally, there is a proposal for a management agreement with the Yard. The landlord will receive the first $2 million of EBITDA. The Yard will receive a 25% catch-up after that. The EBITDA split is 75% to the landlord and 25% to The Yard. The space will include lounges, meeting rooms, and private offices on the second floor. This is an atypical space in the market so we have not given it consideration in this analysis. However, we have considered the potential for additional income that is not included in the selection of the overall capitalization rate.

## COMMERCIAL MARKET RENT ANALYSIS

Having discussed the subject's current income producing capability in detail through an analysis of the subject rent roll, it is appropriate to examine competitive comparable properties within the market. This allows for a comparison of the subject property's contracts to what is attainable in the current market.

### Adjustment Process

Quantitative adjustments are made to the comparable leases. The following adjustments or general market trends were considered for the basis of market rent analysis.

Transactional Adjustments — If warranted, the comparable leases were adjusted for varying lease structures, atypical concessions and market conditions. The adjustment for rent concession equivalency quantifies the differences between market standard free rent and tenant improvement allowances compared to those of the lease transaction, which were divided by the comparable's lease term, and applied to the beginning "face" rent of the comparable lease.

Market Conditions — Transactional market conditions adjustment was based on a review of historical sale data, market participant interviews and review of current versus historical pricing. Based on our research, the following table summarizes the market conditions adjustment applied in this analysis.

| MARKET CONDITIONS ADJUSTMENT | | | |
|---|---|---|---|
| Per Year As Of | March 2025 | (As-Is) | 0% |

The market has exhibited value stability during the time from the oldest lease date up through the effective valuation date; therefore a market conditions adjustment is not warranted.

| Property Adjustments | Quantitative percentage adjustments were made for location and physical characteristics such as size, age, condition, exposure and parking ratio. Where possible the adjustments applied are based on paired data or other statistical analysis. It should be stressed that the adjustments are subjective in nature and are meant to illustrate our logic in deriving a value opinion for the subject site. |
|---|---|
| Tenant Space Adjustments | The lease comparables were further adjusted to the subject to account for tenant space specific characteristics such as size and space functionality. |

## ANALYSIS OF COMPARABLE RETAIL LEASES

The Retail lease analysis is used to derive an opinion of market rent and correlating leasing assumptions for the Retail MLA category. The following table includes a summary of the comparables selected for this analysis, including relevant listings and actual leases at competing properties. Following the table is an adjustment grid, analysis and our conclusion.

| RETAIL LEASE SUMMATION TABLE | | | | | | |
|---|---|---|---|---|---|---|
| COMPARABLE | SUBJECT | LEASE 1 | LEASE 2 | LEASE 3 | LEASE 4 | LEASE 5 |
| Address | 364 West 58th Street | 408 West 56th Street | 439 West 50th Street | 695 10th Avenue | 787 8th Avenue | 731 Ninth Avenue |
| City | New York | New York | New York | New York | New York | New York |
| State | NY | NY | NY | NY | NY | NY |
| Zip | 10019 | 10019 | 10019 | 10036 | 10036 | 10019 |
| LEASE INFORMATION | | | | | | |
| Tenant Name | | Confidential | Dry Clean Depot | Confidential | Gift Garden New York | Amish Market |
| Lease Sign Date | | 10/12/2024 | 8/26/2024 | 1/7/2024 | 9/26/2023 | 9/23/2023 |
| Lease Type | | New | New | New | New | Renewal |
| Lease Status | | Signed | Signed | Signed | Signed | Signed |
| Rate Type | | MG | MG | MG | MG | MG |
| Size (SF) | | 790 | 1,000 | 600 | 3,800 | 7,500 |
| Term (Yrs) | | 10.0 | 10.0 | 3.0 | 10.0 | 5.0 |
| Rent ($/SF/Yr.) | | $75.95 | $95.94 | $138.00 | $101.05 | $88.00 |
| Avg. Escalation/Yr | | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% |

## COMPARABLE RETAIL LEASE MAP



| COMP | DISTANCE | NAME | ADDRESS |
|------|----------|------|---------|
| SUBJECT | - | The Hudson | 364 West 58th Street, New York, NY |
| No. 1 | 0.1 Miles | | 408 West 56th Street, New York, NY |
| No. 2 | 0.4 Miles | | 439 West 50th Street, New York, NY |
| No. 3 | 0.6 Miles | | 695 10th Avenue, New York, NY |
| No. 4 | 0.5 Miles | | 787 8th Avenue, New York, NY |
| No. 5 | 0.4 Miles | | 731 Ninth Avenue, New York, NY |

## COMPARABLE RENT PHOTOGRAPHS



**COMPARABLE 1**



**COMPARABLE 2**



**COMPARABLE 3**



**COMPARABLE 4**



**COMPARABLE 5**

© 2025 COLLIERS INTERNATIONAL VALUATION & ADVISORY SERVICES

## RETAIL LEASE ADJUSTMENT TABLE

| COMPARABLE | SUBJECT | LEASE 1 | LEASE 2 | LEASE 3 | LEASE 4 | LEASE 5 |
|---|---|---|---|---|---|---|
| Address | 364 West 58th Street | 408 West 56th Street | 439 West 50th Street | 695 10th Avenue | 787 8th Avenue | 731 Ninth Avenue |
| City | New York | New York | New York | New York | New York | New York |
| **LEASE INFORMATION** | | | | | | |
| Tenant Name | | Confidential | Dry Clean Depot | Confidential | Gift Garden New York | Amish Market |
| Lease Sign Date | | 10/12/2024 | 8/26/2024 | 1/7/2024 | 9/26/2023 | 9/23/2023 |
| Lease Type | | New | New | New | New | Renewal |
| Lease Status | | Signed | Signed | Signed | Signed | Signed |
| Rate Type | | MG | MG | MG | MG | MG |
| Size (SF) | | 790 | 1,000 | 600 | 3,800 | 7,500 |
| Term (Yrs) | | 10.0 | 10.0 | 3.0 | 10.0 | 5.0 |
| Rent ($/SF/Yr.) | | $75.95 | $95.94 | $138.00 | $101.05 | $88.00 |
| Avg. Escalation/Yr | | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% |
| **TRANSACTIONAL ADJUSTMENTS** | | | | | | |
| Lease Type | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Concessions | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Market Conditions[1] | | 0% | 0% | 0% | 0% | 0% |
| Subtotal Eff Rent | | $75.95 | $95.94 | $138.00 | $101.05 | $88.00 |
| **PROPERTY ADJUSTMENTS** | | | | | | |
| Location | | 0% | 0% | -20% | -20% | -20% |
| Leased Size | | -25% | -25% | -25% | -25% | -25% |
| Condition | | 10% | 10% | 10% | 10% | 10% |
| Exposure | | 10% | 10% | -10% | -10% | -10% |
| Utiliti | | -25% | -25% | -25% | -25% | -25% |
| Subtotal Property Adj | | -30% | -30% | -70% | -70% | -70% |
| TOTAL ADJUSTED RENT | | **$53.17** | **$67.16** | **$41.40** | **$30.32** | **$26.40** |

| STATISTICS | UNADJUSTED | ADJUSTED | MARKET CONCESSIONS[1] | |
|---|---|---|---|---|
| LOW | $75.95 | $26.40 | Lease Type | Modified Gross |
| HIGH | $138.00 | $67.16 | | |
| MEDIAN | $95.94 | $41.40 | | |
| AVERAGE | $99.79 | $43.69 | | |

[1] Market Conditions Adjustment - Compound annual change in market conditions: 0%

Date of Value (for adjustment calculations): 3/4/25

### Discussion of Adjustments

Comparable 1 ($53.17 psf, as adjusted) required a total adjustment of 70%. This rental is smaller than the subject; thus a downward Size adjustment is required. This rental is in inferior condition so an upward Condition adjustment is required. This rental has inferior exposure so an upward Exposure adjustment is required. This rental is street level only space so a downward Utility adjustment is required.

Comparable 2 ($67.16 psf, as adjusted) required a total adjustment of 70%. This rental is smaller than the subject; thus a downward Size adjustment is required. This rental is in inferior condition so an upward Condition adjustment is required. This rental has inferior exposure so an upward Exposure adjustment is required. This rental is street level only space so a downward Utility adjustment is required.

Comparable 3 ($41.40 psf, as adjusted) required a total adjustment of 90%. This rental is on an avenue so it is able to generate higher rent levels than the subject property; thus a downward Location adjustment is required. This rental is smaller than the subject; thus a downward Size adjustment is required. This rental is in inferior condition so an upward Condition adjustment is required. This rental has superior exposure so a downward Exposure adjustment is required. This rental is street level only space so a downward Utility adjustment is required.

Comparable 4 ($30.32 psf, as adjusted) required a total adjustment of 90%. This rental is on an avenue so it is able to generate higher rent levels than the subject property; thus a downward Location adjustment is required. This rental is smaller than the subject; thus a downward Size adjustment is required. This rental is in inferior condition so an upward Condition adjustment is required. This rental has superior exposure so a downward Exposure adjustment is required. This rental is street level only space so a downward Utility adjustment is required.

Comparable 5 ($26.40 psf, as adjusted) required a total adjustment of 90%. This rental is on an avenue so it is able to generate higher rent levels than the subject property; thus a downward Location adjustment is required. This rental is smaller than the subject; thus a downward Size adjustment is required. This rental is in inferior condition so an upward Condition adjustment is required. This rental has superior exposure so a downward Exposure adjustment is required. This rental is street level only space so a downward Utility adjustment is required.

### RETAIL SPACE MARKET RENT CONCLUSION

The comparables indicate an adjusted lease rate range from $26.40 to $67.16 psf, with a median of $41.40 psf and an average of $43.69 psf. Equal weight is placed on all of the rentals.

The following table summarizes the analysis of the comparables leases and the Retail market rent conclusion.

| | | RETAIL LEASE CONCLUSION TABLE | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | LEASE | ADJUSTMENT | | | | NET | GROSS | OVERALL |
| LEASE | RATE | TRANSACTIONAL¹ | ADJUSTED | PROPERTY² | FINAL | ADJ % | ADJ % | COMPARISON |
| 1 | $75.95 | $0.00 | $75.95 | -30% | $53.17 | -30% | 70% | PRIMARY |
| 2 | $95.94 | $0.00 | $95.94 | -30% | $67.16 | -30% | 70% | PRIMARY |
| 3 | $138.00 | $0.00 | $138.00 | -70% | $41.40 | -70% | 90% | PRIMARY |
| 4 | $101.05 | $0.00 | $101.05 | -70% | $30.32 | -70% | 90% | PRIMARY |
| 5 | $88.00 | $0.00 | $88.00 | -70% | $26.40 | -70% | 90% | PRIMARY |
| LOW | $26.40 | | | | | AVERAGE | | $43.69 |
| HIGH | $67.16 | | | | | MEDIAN | | $41.40 |
| | | PROJECTED RENT | | | | | | CONCLUSION |
| Retail | | $36.64 | | | | | | $42.00 |

¹Cumulative ²Additive (Includes Tenant Adjustments)

### COMMERCIAL POTENTIAL GROSS RENT

Our analysis and conclusions of the subject's commercial potential gross rent are detailed as follows:

## POTENTIAL GROSS RENT SUMMARY

| TENANT | TOTAL NRA (SF) | TENANT CATEGORY | PROJECTED RENT | MARKET RENT | BASIS FOR PROFORMA | RENT FORECAST ANNUAL | RENT FORECAST PSF (YR.) | RENT FORECAST (ADJUSTED TO STABILIZATION) (1) ANNUAL |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| LA Fitness | 54,590 | Retail | $36.64 | $42.00 | Contract | $2,000,000 | $36.64 | $2,000,000 |

(1) No growth for the 1st 5 years

| | COMMERCIAL LEASE-UP ASSUMPTIONS | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Market Rent | | Rent Loss | | Leasing Commission | | | Free Rent | | | |
| SF | $/Mo | $/YR | Month | Cost | Term | Fee | Cost | Mos. | Costs | Total Cost | |
| 54,590 | $3.05 | $36.64 | 9 | $1,500,000 | 5 | 3.75% | $375,000 | 3 | $500,000 | $2,375,000 | |
| | | | | | | | | | Profit at 20% | $475,000 | |
| **Total Commercial Lease-Up** | | | | | | | | | | **$2,850,000** | |

Case 25-11853-KBO    Doc 396-4    Filed 03/31/26    Page 101 of 157

| MARKET LEASING ASSUMPTIONS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Mkt Rent ($/SF/Yr.) | Expense Structure | Lease (Years) | Contract Rent Increases | Rnwl Prob | Downtime Btwn Leases | Free Rent (Initial) | | Leasing Comm | |
| | | | | | | | New | Rnwls | New | Rnwls |
| Retail | $42.00 | Modified Gross | 5.0 | 3.0% Increases | 75% | 6 | 1 months | 1 months | 3.75% | 1.50% |

Leasing commissions are based on the following schedule for new deals: Year 1: 6.0%, Year 2: 5.0%, Years 3-4: 4.0%, Years 5: 3.0%.

For renewals the following schedules applies: Year 1: 3.0%, Year 2: 2.5%, Years 3-4: 2.0%. Years 5: 1.5%

## INCOME & EXPENSE ANALYSIS

The preceding section addressed potential risks associated with the cash flow of the subject property. Having addressed potential risks, it is appropriate to analyze revenues and operating expenses.

| SUBJECT OPERATING BUDGET | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | COLLIERS FORECAST | | | | | | | |
| YEAR | BUDGET | | | | STATIC, AT FULL OCCUPANCY - CURRENT DOLLARS | | | | PROFORMA, UPON STABILIZATION | | | |
| INCOME ITEMS | TOTAL | $/UNIT | $/SF | %EGI | TOTAL | $/UNIT | $/SF | %EGI | TOTAL | $/UNIT | $/SF | %EGI |
| Potential Rental Income | $25,164,768 | $56,805 | $52.07 | 83.5% | $22,218,828 | $50,155 | $45.98 | 90.3% | $25,007,487 | $56,450 | $51.75 | 92.1% |
| Commercial Income | $4,000,000 | $9,029 | $8.28 | 13.3% | $2,000,000 | $4,515 | $4.14 | 8.1% | $2,000,000 | $4,515 | $4.14 | 7.4% |
| TOTAL RENTAL INCOME | $29,164,768 | $65,835 | $60.35 | 96.8% | $24,218,828 | $54,670 | $50.11 | 98.5% | $27,007,487 | $60,965 | $55.88 | 99.5% |
| OTHER INCOME | | | | | | | | | | | | |
| Utility Reimbursements | $970,000 | $2,190 | $2.01 | 3.2% | $1,232,351 | $2,782 | $2.55 | 5.0% | $1,232,351 | $2,782 | $2.55 | 4.5% |
| TOTAL OTHER INCOME | $970,000 | $2,190 | $2.01 | 3.2% | $1,232,351 | $2,782 | $2.55 | 5.0% | $1,232,351 | $2,782 | $2.55 | 4.5% |
| POTENTIAL GROSS INCOME (PGI) | $30,134,768 | $68,024 | $62.36 | 100.0% | $25,451,179 | $57,452 | $52.66 | 103.5% | $28,239,838 | $63,747 | $58.43 | 104.0% |
| Residential Vacancy & Credit Loss | $0 | - | - | 0.0% | ($788,257) | ($1,779) | ($1.63) | (3.2%) | ($1,001,864) | ($2,262) | ($2.07) | (3.7%) |
| Retail Vacancy & Credit Loss | $0 | - | - | 0.0% | ($70,954) | ($160) | ($0.15) | (0.3%) | ($90,000) | ($203) | ($0.19) | (0.3%) |
| EFFECTIVE GROSS INCOME (EGI) | $30,134,768 | $68,024 | $62.36 | 100.0% | $24,591,968 | $55,512 | $50.89 | 100.0% | $27,147,973 | $61,282 | $56.18 | 100.0% |
| EXPENSE ITEMS | | | | | | | | | | | | |
| Real Estate Taxes | ($6,027,983) | ($13,607) | ($12.47) | (20.0%) | ($7,249,125) | ($16,364) | ($15.00) | (29.5%) | ($7,546,748) | ($17,036) | ($15.62) | (27.8%) |
| Property Insurance | ($266,731) | ($602) | ($0.55) | (0.9%) | ($434,948) | ($982) | ($0.90) | (1.8%) | ($489,537) | ($1,105) | ($1.01) | (1.8%) |
| Utilities | ($574,094) | ($1,296) | ($1.19) | (1.9%) | ($1,232,351) | ($2,782) | ($2.55) | (5.0%) | ($1,387,022) | ($3,131) | ($2.87) | (5.1%) |
| Repairs & Maintenance | ($382,729) | ($864) | ($0.79) | (1.3%) | ($386,620) | ($873) | ($0.80) | (1.6%) | ($435,144) | ($982) | ($0.90) | (1.6%) |
| Off-Site Management | ($511,538) | ($1,155) | ($1.06) | (1.7%) | ($614,799) | ($1,388) | ($1.27) | (2.5%) | ($678,699) | ($1,532) | ($1.40) | (2.5%) |
| Payroll | ($382,729) | ($864) | ($0.79) | (1.3%) | ($405,000) | ($914) | ($0.84) | (1.6%) | ($455,831) | ($1,029) | ($0.94) | (1.7%) |
| General & Administrative | ($287,047) | ($648) | ($0.59) | (1.0%) | ($285,132) | ($644) | ($0.59) | (1.2%) | ($320,919) | ($724) | ($0.66) | (1.2%) |
| Ground Rent | ($8,750,000) | ($19,752) | ($18.11) | (29.0%) | ($6,400,000) | ($14,447) | ($13.24) | (26.0%) | ($6,400,000) | ($14,447) | ($13.24) | (23.6%) |
| Reserves | ($133,955) | ($302) | ($0.28) | (0.4%) | ($120,819) | ($273) | ($0.25) | (0.5%) | ($120,819) | ($273) | ($0.25) | (0.4%) |
| TOTAL EXPENSES | ($17,316,806) | ($39,090) | ($35.83) | (57.5%) | ($17,128,794) | ($38,665) | ($0.12) | (69.7%) | ($17,834,719) | ($40,259) | ($36.90) | (65.7%) |
| NET OPERATING INCOME (NOI) | $12,817,962 | $28,934 | $26.52 | 42.5% | $7,463,174 | $16,847 | $0.05 | 30.3% | $9,313,254 | $21,023 | $19.27 | 34.3% |

## OTHER INCOME

In the following section, we analyzed and made conclusions for the other income items of the subject property.

## OTHER INCOME ANALYSIS & CONCLUSIONS

| UTILITY REIMBURSEMENTS | | | | | ANALYSIS |
|---|---|---|---|---|---|
| | SUBJECT | | | | We have applied utility reimbursements based on the costs of the gas, electricity and water and sewer costs for the property. |
| YEAR | TOTAL | $/UNIT | %EGI | | |
| BUDGET | $970,000 | $2,190 | 3.2% | | |
| PROFORMA, UPON STABILIZATION | $1,232,351 | $2,782 | 4.5% | | |

**Vacancy and Credit Loss**

This category was discussed in depth in the market analysis section of this report. Please reference that discussion for a full analysis. Our conclusions are summarized below.

| INCOME LOSS | | |
| --- | --- | --- |
| | Residential and Other | Retail |
| Vacancy Rate | 4.5% | 4.0% |
| Credit Loss | 0.5% | 0.5% |
| **TOTAL** | **5.0%** | **4.5%** |

© 2025 COLLIERS INTERNATIONAL VALUATION & ADVISORY SERVICES

## Analysis of Operating Expenses

Expenses are estimated based on one or more of the following sources: (1) historical or projected operation of the subject; (2) comparable expense properties; (3) published operating sources; or (4) individual suppliers. The expense comparables reflect varying accounting methods with respect to individual line items and reserves for replacement expenses. On a line-item basis, due to the variances in accounting and classification, their applicability is diminished. The following section provides supporting information and discusses the individual expense conclusions for the subject property. The operating expenses for the subject property were presented previously. The following chart summarizes comparable expenses.

| EXPENSE COMPARABLES | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COMPARABLE | COMP 1 | | | COMP 2 | | | COMP 3 | | | COMP 4 | | | COMP 5 | | | COMP 6 | | | LOW | HIGH | AVG |
| City | New York | | | New York | | | New York | | | New York | | | New York | | | New York | | | | | |
| State | NY | | | NY | | | NY | | | NY | | | NY | | | NY | | | | | |
| Expense Year | 2023 | | | 2023 | | | 2023 | | | 2023 | | | 2024 | | | 2023 | | | | | |
| Actual/Budget | Actual | | | Actual | | | Actual | | | Actual | | | Actual | | | Actual | | | | | |
| Units | 266 | | | 269 | | | 252 | | | 125 | | | 393 | | | 850 | | | 125 | 850 | 359 |
| Gross Building Area | 281,955 | | | 288,420 | | | 136,262 | | | 132,748 | | | 284,281 | | | 134,118 | | | 132,748 | 288,420 | 209,631 |
| Year Built | 1975 | | | 1975 | | | 1921 | | | 1960 | | | 2003 | | | 1950 | | | | | |
| EXPENSE ITEMS | $/UNIT | $/SF | %EGI | $/UNIT | $/SF | %EGI | $/UNIT | $/SF | %EGI | $/UNIT | $/SF | %EGI | $/UNIT | $/SF | %EGI | $/UNIT | $/SF | %EGI | LOW | HIGH | AVG |
| Rental Income | $52,290 | | | $51,707 | | | $60,366 | | | $26,515 | | | $36,423 | | | $29,972 | | | | | |
| Other Income | $5,336 | | | $5,276 | | | $624 | | | $4,060 | | | $11,666 | | | $4,273 | | | | | |
| Other Income % EGI | 12.2% | | | 12.2% | | | 1.0% | | | 13.3% | | | 24.2% | | | 12.5% | | | | | |
| EGI | $43,908 | $41.42 | | $43,418 | $40.49 | | $60,989 | $112.79 | | $30,576 | $28.79 | | $48,266 | $66.72 | | $34,220 | $216.87 | | $28.79 | $112.79 | $58.05 |
| EXPENSE ITEMS | $/UNIT | $/SF | %EGI | $/UNIT | $/SF | %EGI | $/UNIT | $/SF | %EGI | $/UNIT | $/SF | %EGI | $/UNIT | $/SF | %EGI | $/UNIT | $/SF | %EGI | LOW | HIGH | AVG |
| Real Estate Taxes | $14,532 | $13.71 | 33.1% | $14,370 | $13.40 | 33.1% | $17,640 | $32.62 | 28.9% | $12,619 | $11.88 | 41.3% | $13,559 | $18.74 | 28.1% | $6,543 | $41.46 | 19.1% | $11.88 | $32.62 | $18.07 |
| Property Insurance | $1,804 | $1.70 | 4.1% | $1,784 | $1.66 | 4.1% | $1,123 | $2.08 | 1.8% | $879 | $0.83 | 2.9% | $1,234 | $1.71 | 2.6% | $368 | $2.33 | 1.1% | $0.83 | $2.08 | $1.60 |
| Utilities | $3,973 | $3.75 | 9.0% | $3,929 | $3.66 | 9.0% | $2,226 | $4.12 | 3.7% | $2,813 | $2.65 | 9.2% | $3,095 | $4.28 | 6.4% | $1,458 | $9.24 | 4.3% | $2.65 | $4.28 | $3.69 |
| Repairs & Maintenance | $1,011 | $0.95 | 2.3% | $999 | $0.93 | 2.3% | $1,826 | $3.38 | 3.0% | $1,894 | $1.78 | 6.2% | $546 | $0.75 | 1.1% | $446 | $2.83 | 1.3% | $0.75 | $3.38 | $1.56 |
| Off-Site Management | $2,162 | $2.04 | 4.9% | $2,138 | $1.99 | 4.9% | $1,830 | $3.38 | 3.0% | $917 | $0.86 | 3.0% | $879 | $1.22 | 1.8% | $607 | $3.85 | 1.8% | $0.86 | $3.38 | $1.90 |
| Payroll | $4,750 | $4.48 | 10.8% | $4,698 | $4.38 | 10.8% | $4,671 | $8.64 | 7.7% | $6,324 | $5.95 | 20.7% | $4,258 | $5.89 | 8.8% | $2,070 | $13.12 | 6.1% | $4.38 | $8.64 | $5.87 |
| General & Administrative | $3,434 | $3.24 | 7.8% | $2,203 | $2.05 | 5.1% | $1,502 | $2.78 | 2.5% | $1,501 | $1.41 | 4.9% | $265 | $0.37 | 0.5% | $859 | $5.44 | 2.5% | $0.37 | $3.24 | $1.97 |
| Ground Rent | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $0 | $0 | - |
| Reserves | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $0.00 | $0.00 | - |
| TOTAL EXPENSES ($/UNIT) | $31,667 | $29.87 | 72.1% | $30,121 | $28.09 | 69.4% | $30,817 | $56.99 | 50.5% | $26,947 | $25.37 | 88.1% | $23,836 | $32.95 | 49.4% | $12,351 | $78.28 | 36.1% | $25.37 | $56.99 | $34.66 |
| TOTAL EXPENSES NET TAXES ($/UNIT) | $17,134 | $16.16 | 39.0% | $15,750 | $14.69 | 36.3% | $13,178 | $24.37 | 21.6% | $14,328 | $13.49 | 46.9% | $10,277 | $14.21 | 21.3% | $5,808 | $36.81 | 17.0% | $13.49 | $24.37 | $16.58 |

## Conclusion of Operating Expenses

In the following section we discuss the individual expense conclusions for the subject property. Each expense is trended by 3.0% per annum to derive the 2029 expense conclusion

## EXPENSE ANALYSIS & CONCLUSIONS

### REAL ESTATE TAXES

| YEAR | SUBJECT | | | EXPENSE COMPS | | |
|---|---|---|---|---|---|---|
| | TOTAL | $/SF | %EGI | COMP | $/SF | %EGI |
| BUDGET | $6,027,983 | $12.47 | 20.0% | 1 | $13.71 | 33.1% |
| | | | | 2 | $13.40 | 33.1% |
| | | | | 3 | $32.62 | 28.9% |
| | | | | 4 | $11.88 | 41.3% |
| | | | | 5 | $18.74 | 28.1% |
| | | | | 6 | $41.46 | 19.1% |
| CONCLUSION | $7,546,748 | $15.62 | 27.8% | AVG | $21.97 | 30.6% |

**ANALYSIS**

The concluded expense is all inclusive of costs associated with real estate taxes. The concluded taxes are based on the projected taxes of the subject. Please refer to the Assessments and Taxes section for additional details.

### PROPERTY INSURANCE

| YEAR | SUBJECT | | | EXPENSE COMPS | | |
|---|---|---|---|---|---|---|
| | TOTAL | $/SF | %EGI | COMP | $/SF | %EGI |
| BUDGET | $266,731 | $0.55 | 0.9% | 1 | $1.70 | 4.1% |
| | | | | 2 | $1.66 | 4.1% |
| | | | | 3 | $2.08 | 1.8% |
| | | | | 4 | $0.83 | 2.9% |
| | | | | 5 | $1.71 | 2.6% |
| | | | | 6 | $2.33 | 1.1% |
| CONCLUSION (CURRENT $) | $434,948 | $0.90 | 1.6% | AVG | $1.72 | 2.8% |
| TRENDED TO STABILIZATION | $489,537 | | | | | |

**ANALYSIS**

This expense includes all premiums and costs incurred for insurance covering structures, public liability, rental value, and equipment. The conclusion is based on the budgeted expense as well as the expense comparable information.

### UTILITIES

| YEAR | SUBJECT | | | EXPENSE COMPS | | |
|---|---|---|---|---|---|---|
| | TOTAL | $/SF | %EGI | COMP | $/SF | %EGI |
| BUDGET | $574,094 | $1.19 | 1.9% | 1 | $3.75 | 9.0% |
| | | | | 2 | $3.66 | 9.0% |
| | | | | 3 | $4.12 | 3.7% |
| | | | | 4 | $2.65 | 9.2% |
| | | | | 5 | $4.28 | 6.4% |
| | | | | 6 | $9.24 | 4.3% |
| CONCLUSION (CURRENT $) | $1,232,351 | $2.55 | 4.5% | AVG | $4.62 | 6.9% |
| TRENDED TO STABILIZATION | $1,387,022 | | | | | |

**ANALYSIS**

Utilities include gas, electricity and water & sewer. Excluding the outliers, the majority of the comparables provided for this category report a reasonable range of operating expenses. The conclusion is based on the expense comparable information.

### REPAIRS & MAINTENANCE

| YEAR | SUBJECT | | | EXPENSE COMPS | | |
|---|---|---|---|---|---|---|
| | TOTAL | $/SF | %EGI | COMP | $/SF | %EGI |
| BUDGET | $382,729 | $0.79 | 1.3% | 1 | $0.95 | 2.3% |
| | | | | 2 | $0.93 | 2.3% |
| | | | | 3 | $3.38 | 3.0% |
| | | | | 4 | $1.78 | 6.2% |
| | | | | 5 | $0.75 | 1.1% |
| | | | | 6 | $2.83 | 1.3% |
| CONCLUSION (CURRENT $) | $386,620 | $0.80 | 1.4% | AVG | $1.77 | 2.7% |
| TRENDED TO STABILIZATION | $435,144 | | | | | |

**ANALYSIS**

This expense covers the cost of all routine maintenance and repairs. The conclusion is based on the budget expense.

### OFF-SITE MANAGEMENT

| YEAR | SUBJECT | | | EXPENSE COMPS | | |
|---|---|---|---|---|---|---|
| | TOTAL | $/SF | %EGI | COMP | $/SF | %EGI |
| BUDGET | $511,538 | $1.06 | 1.7% | 1 | $2.04 | 4.9% |
| | | | | 2 | $1.99 | 4.9% |
| | | | | 3 | $3.38 | 3.0% |
| | | | | 4 | $0.86 | 3.0% |
| | | | | 5 | $1.22 | 1.8% |
| | | | | 6 | $3.85 | 1.8% |
| CONCLUSION (CURRENT $) | $678,699 | $1.40 | 2.5% | AVG | $2.22 | 3.2% |

**ANALYSIS**

This expense reflects the professional management service for the subject. This expense is based on a percentage of the gross income. As the income has been trended, no additional trending is required. The conclusion is based on the expense comparable information.

# INCOME APPROACH

## PAYROLL

| YEAR | SUBJECT TOTAL | $/SF | %EGI | EXPENSE COMPS COMP | $/SF | %EGI |
|------|------|------|------|------|------|------|
| BUDGET | $382,729 | $0.79 | 1.3% | 1 | $4.48 | 10.8% |
| | | | | 2 | $4.38 | 10.8% |
| | | | | 3 | $8.64 | 7.7% |
| | | | | 4 | $5.95 | 20.7% |
| | | | | 5 | $5.89 | 8.8% |
| | | | | 6 | $13.12 | 6.1% |
| **CONCLUSION (CURRENT $)** | **$405,000** | **$0.84** | **1.5%** | **AVG** | **$7.08** | **10.8%** |
| **TRENDED TO STABILIZATION** | **$455,831** | | | | | |

### ANALYSIS
This expense consists of all payroll and associated employee benefits related to the subject's personnel directly involved in the management and maintenance of the subject. An appropriate level of staffing for the subject property is as follows:
Superintendent - $100,000
Doormen - 4 at $50,000 each
Porters/Handymen - 3 and $35,000 each
   The conclusion is based on the expense comparable information.

## GENERAL & ADMINISTRATIVE

| YEAR | SUBJECT TOTAL | $/SF | %EGI | EXPENSE COMPS COMP | $/SF | %EGI |
|------|------|------|------|------|------|------|
| BUDGET | $287,047 | $0.59 | 1.0% | 1 | $3.24 | 7.8% |
| | | | | 2 | $2.05 | 5.1% |
| | | | | 3 | $2.78 | 2.5% |
| | | | | 4 | $1.41 | 4.9% |
| | | | | 5 | $0.37 | 0.5% |
| | | | | 6 | $5.44 | 2.5% |
| **CONCLUSION (CURRENT $)** | **$285,132** | **$0.59** | **1.1%** | **AVG** | **$2.55** | **3.9%** |
| **TRENDED TO STABILIZATION** | **$320,919** | | | | | |

### ANALYSIS
This expense includes office supplies, accounting, legal fees, other professional fees, and all other administrative costs. The conclusion is based on the budgeted expense as well as the expense comparable information.

## GROUND RENT

| YEAR | SUBJECT TOTAL | $/SF | %EGI |
|------|------|------|------|
| BUDGET | $8,750,000 | $18.11 | 29.0% |
| **CONCLUSION** | **$6,400,000** | **$13.24** | **23.6%** |

### ANALYSIS
The subject is currently subject to the ground lease through May 31, 2121. The commencement date was May 4, 2022. The amount of fixed net base rent payable under the Ground Lease is $6,000,000 per year, or $500,000 per month, and the amount of fixed net base rent payable under the Sublease for the Tenth Floor Unit is $400,000.00 per year, or $33,333.33 per month. There is a 10% increase in the 11th year and for the 12th year and each subsequent year there is a 2% increase. The current rent is $6,400,000 per year.  The rent is scheduled to increase by 10% on May 4, 2032 so the rent on the date of stabilization is the same.

## RESERVES

| YEAR | SUBJECT TOTAL | $/SF | %EGI |
|------|------|------|------|
| BUDGET | $133,955 | $0.28 | 0.4% |
| **CONCLUSION** | **$120,819** | **$0.25** | **0.4%** |

### ANALYSIS
Reserves for replacements are not typical cash expenditures, but rather the annualized cost of major expense in the future. The expense conclusion considers the subject's age and condition and typical standards. Lenders and developers of multifamily projects generally budget $0.25 psf for reserves. The conclusion is based on the discussions with the market participants.

## TOTAL EXPENSES

| TOTAL EXPENSES | | HIGH | |
|------|------|------|------|
| EXCLUSIVE OF REAL ESTATE TAXES, GROUND RENT AND RESERVES | | | |
| SUBJECT BUDGETED $/SF | | $4.98 | |
| EXPENSE COMPARABLES $/SF | $13.49 | $24.37 | |
| TOTAL EXPENSES $/SF | | $7.80 | |

### CONCLUSION
In aggregate, the expenses are below the low end of the range but individually, the expenses are well supported. The projections are considered appropriate.

© 2025 COLLIERS INTERNATIONAL VALUATION & ADVISORY SERVICES

## INVESTMENT MARKET ANALYSIS

### Development of Capitalization Rate

The going-in capitalization rate, also known as overall rate (OAR), can be determined using several sources and methods. In developing our opinion of OAR, the following techniques were used:

› Comparable Sales (Sales Comparison Approach)
› Investor Surveys
› Band of Investment Technique

### Comparable Sales

The following table presents a summary of the comparable sales used ahead in the Sales Comparison Approach, and the capitalization rates from each of those sales.

| | NAME | ADDRESS | CITY | ST | SALE DATE | YR BLT | GBA | $/SF | UNITS | $/UNIT | SALE PRICE | NOI | NOI/SF | CAP RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CAPITALIZATION RATE COMPARABLES (OAR)** | | | | | | | | | | | | | |
| 1 | Rivers Bend | 501 East 87th Street | New York | NY | Mar-25 | 1963 | 202,322 | $576 | 180 | $647,222 | $116,500,000 | $4,214,023 | $20.83 | 3.62% |
| 2 | Renoir House | 225 East 63rd Street | New York | NY | Dec-24 | 1968 | 105,282 | $427 | 151 | $298,013 | $45,000,000 | $2,887,828 | $27.43 | 6.08% |
| 3 | The Hanley | 165 E 66th Street | New York | NY | Nov-24 | 1957 | 255,597 | $501 | 151 | $847,682 | $128,000,000 | $5,696,000 | $22.29 | 4.45% |
| 4 | 501 E 74th St | 501 E 74th St | New York | NY | Jun-24 | 2014 | 71,750 | $878 | 81 | $777,778 | $63,000,000 | - | - | - |
| 5 | The Knox | 47 West 34th Street | New York | NY | May-24 | 2007 | 106,153 | $641 | 110 | $618,182 | $68,000,000 | $3,400,000 | $32.03 | 5.00% |
| 6 | Aire | 200 W 67th St | New York | NY | Feb-24 | 2007 | 390,682 | $678 | 310 | $854,839 | $265,000,000 | $12,455,000 | $31.88 | 4.70% |
| **LOW** | | | | | | | | | | | | | | **3.62%** |
| **HIGH** | | | | | | | | | | | | | | **6.08%** |
| **AVERAGE** | | | | | | | | | | | | | | **4.77%** |
| **MEDIAN** | | | | | | | | | | | | | | **4.70%** |

For this analysis, we have provided six primary sales comparables, which are later presented in the Sales Comparison Approach. These six primary sales have capitalization rates ranging from 3.62% to 6.08%, with an average of 4.77% and a median of 4.70%.

### Investor Surveys

The potential investor pool for the subject asset includes national, regional and local investors. While all of these groups place emphasis on local cap rates, regional and national investors would also strongly consider national cap rate trends from investor surveys due to the potential to invest in other regions that are offering competitive rates of return.

The following graph provides a historical illustration of capitalization rate statistics as surveyed by investors that we considered to be relevant to the subject property.



The following table provides the most recent survey results from investors.

| CAPITALIZATION RATE SURVEYS (OAR) | | | |
|---|---|---|---|
| SOURCE | QUARTER | RANGE | AVG |
| **PriceWaterhouse Coopers** | | | |
| National Apartment Market | 4Q 24 | 4.00% to 6.25% | 5.16% |

## Band of Investment Technique

Because most properties are purchased with debt and equity capital, the overall capitalization rate must satisfy the market return requirements of both investment positions. Lenders must anticipate receiving a competitive interest rate commensurate with the perceived risk of the investment or they will not make funds available. Lenders also require that the principal amount of the loan be repaid through amortization payments. Similarly, equity investors must anticipate receiving a competitive equity cash return commensurate with the perceived risk or they will invest their funds elsewhere.

To analyze the capitalization rate from a financial position, the Band of Investment Technique is used. Available financing information indicates the following terms:

| BAND OF INVESTMENT ASSUMPTIONS | |
|---|---|
| Loan Amortization Period | 30 Years |
| Interest Rate | 6.50% |
| Loan-to-Value (LTV) Ratio | 65% |
| Mortgage Constant | 7.58% |

Equity dividend rates vary depending upon motivations of buyers and financing terms. The previous terms and an appropriate equity dividend rate are used in the Band of Investments calculations, which are presented on the following chart.

| BAND OF INVESTMENT CALCULATION | | | | | |
|---|---|---|---|---|---|
| Mortgage Component | 65% | x | 7.58% | = | 4.930% |
| Equity Component | 35% | x | 5.50% | = | 1.925% |
| Indicated Capitalization Rate | | | | | 6.855% |
| **INDICATED CAPITALIZATION RATE** | | | | | **6.86%** |

## Debt Coverage Ratio Technique

An alternate method to calculating capitalization rates based on financing metrics is the Debt Coverage Ratio method, which uses the relationship between the DCR, LTV, and mortgage constant to conclude to a rate value. Based on the assumptions previously discussed, we have concluded to a DCR of 1.25, an LTV of 65% and a mortgage constant of 7.58%. The following calculation indicates the cap rate conclusion by this method:

| DEBT COVERAGE RATIO CALCULATION | |
|---|---|
| Debt Coverage Ratio | 1.25 |
| Loan-to-Value (LTV) Ratio | 65% |
| Mortgage Constant | 7.58% |
| **INDICATED CAPITALIZATION RATE** | **6.16%** |

## Capitalization Rate Conclusion

Sales are a primary indicator of overall capitalization rates for similar properties. This received primary reliance for the subject's cap rate conclusion.

Case 25-11853-KBO    Doc 396-4    Filed 03/31/26    Page 108 of 157

National multi-family investors reported an average capitalization rate of 5.16% as of Q4 2024. The PwC survey reflects institutional-grade investments. The subject is a Class A property and would likely be considered an alternate investment for the investors surveyed. As such, primary weight is placed on this survey.

Lenders are typically placing greater reliance on the Band of Investment Technique as they navigate these uncertain times. However, we note that while the Band of Investment and Debt Coverage Ratio methods consider current financing indicators, they fail to include any indication of locational differences and operational differences. Thus, minimal weight is considered on these methods.

Additionally, there is a proposal for a management agreement with the Yard. The landlord will receive the first $2 million of EBITDA. The Yard will receive a 25% catch-up after that. The EBITDA split is 75% to the landlord and 25% to The Yard. The space will include lounges, meeting rooms, and private offices on the second floor. This is an atypical space in the market so we have not given it consideration in this analysis. However, we have considered the potential for additional income and have adjusted the cap rate by 25 basis points.

Taking all factors into consideration, the following table summarizes the various capitalization rate indicators and provides the final capitalization rate conclusion.

| CAPITALIZATION RATE CONCLUSION (OAR) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SOURCE | QUARTER | RANGE | | | AVG | SUGGESTED | WEIGHT | FACTOR |
| Comparable Sales | | 3.62% | to | 6.08% | 4.77% | 4.75% | 45.0% | 2.1% |
| National Investor Surveys (PwC) | 4Q 24 | 4.00% | to | 6.25% | 5.16% | 5.15% | 45.0% | 2.3% |
| Band of Investment Technique | | | | | 6.86% | 6.85% | 5.0% | 0.3% |
| Debt Coverage Technique | | | | | 6.16% | 6.40% | 5.0% | 0.3% |
| **AVERAGE** | | 3.81% | to | 6.17% | 5.74% | | | 5.12% |
| **CAPITALIZATION CONCLUSION** | | | | | | | | **5.15%** |
| | | | | | | | | |
| **CAPITALIZATION CONCLUSION (SUBJECT PROPERTY)** | | | | | | | | **4.90%** |

## DIRECT CAPITALIZATION

This method analyzes the relationship of one year's stabilized net operating income to total property value. The stabilized net operating income is capitalized at a rate that implicitly considers expected growth in cash flow and growth in property value over a buyer's investment horizon. The implied value may be adjusted to account for non-stabilized conditions or required capital expenditures to reflect an as is value.

The following table summarizes our opinion of market value via direct capitalization.

### DIRECT CAPITALIZATION SUMMATION TABLE

| INCOME ITEMS | %PGI | %EGI | $/SF | $/UNIT | TOTAL |
|---|---|---|---|---|---|
| Potential Rental Income | | | $51.75 | $56,450 | $25,007,487 |
| Commercial Income | | | $4.14 | $4,515 | $2,000,000 |
| **TOTAL RENTAL INCOME** | | | **$55.88** | **$60,965** | **$27,007,487** |
| **OTHER INCOME** | | | | | |
| Utility Reimbursements | | | $2.55 | $2,782 | $1,232,351 |
| **TOTAL OTHER INCOME** | | | **$2.55** | **$2,782** | **$1,232,351** |
| **POTENTIAL GROSS INCOME (PGI)** | | | **$58.43** | **$63,747** | **$28,239,838** |
| INCOME LOSS | %PGI | | $/SF | $/UNIT | TOTAL |
| SRO and Affordable Vacancy & Credit Loss | 0.0% | | | | $0 |
| Market Rate Vacancy & Credit Loss | (5.0%) | | | | ($1,001,864) |
| Residential Vacancy & Credit Loss | (3.5%) | | ($2.07) | ($2,262) | ($1,001,864) |
| Retail Vacancy & Credit Loss | (4.5%) | | ($0.19) | ($203) | ($90,000) |
| **TOTAL INCOME LOSS** | **(3.9%)** | | **($2.26)** | **($2,465)** | **($1,091,864)** |
| **EFFECTIVE GROSS INCOME (EGI)** | **96.1%** | | **$56.18** | **$61,282** | **$27,147,973** |
| EXPENSE ITEMS | %PGI | %EGI | $/SF | $/UNIT | TOTAL |
| Real Estate Taxes | (26.7%) | (27.8%) | ($15.62) | ($17,036) | ($7,546,748) |
| Property Insurance | (1.7%) | (1.8%) | ($1.01) | ($1,105) | ($489,537) |
| Utilities | (4.9%) | (5.1%) | ($2.87) | ($3,131) | ($1,387,022) |
| Repairs & Maintenance | (1.5%) | (1.6%) | ($0.90) | ($982) | ($435,144) |
| Off-Site Management | (2.4%) | (2.5%) | ($1.40) | ($1,532) | ($678,699) |
| Payroll | (1.6%) | (1.7%) | ($0.94) | ($1,029) | ($455,831) |
| General & Administrative | (1.1%) | (1.2%) | ($0.66) | ($724) | ($320,919) |
| Ground Rent | (22.7%) | (23.6%) | ($13.24) | ($14,447) | ($6,400,000) |
| Reserves | (0.4%) | (0.4%) | ($0.25) | ($273) | ($120,819) |
| **TOTAL EXPENSES** | **(63.2%)** | **(65.7%)** | **($36.90)** | **($40,259)** | **($17,834,719)** |
| **NET OPERATING INCOME (NOI)** | **33.0%** | **34.3%** | **$19.27** | **$21,023** | **$9,313,254** |
| Capitalization Rate | | | | | 4.90% |
| Capitalized Value | | | | | $190,066,407 |
| **PROSPECTIVE VALUE UPON STABILIZATION** | | | **$393.25** | **$429,007** | **$190,050,000** |
| **Lease- Up Costs** | | | | | |
| Residential Lease Up Costs | | | | | ($27,150,000) |
| Retail Lease-Up Costs | | | | | ($2,850,000) |
| Total Lease-Up Costs | | | | | ($30,000,000) |
| **PROSPECTIVE VALUE UPON COMPLETION** | | | **$515** | **$361,287** | **$160,050,000** |
| Less Remaining Renovation Costs | | | | | ($84,000,000) |
| **AS-IS MARKET VALUE** | | | **$245** | **$171,670** | **$76,050,000** |

Rounded to nearest $50,000

## ADJUSTMENTS TO VALUE

Each of the future values will be discounted to the respective date of value. The date of stabilization is two years after the date of completion so this value will be deducted to the date of completion. Similarly, the date of completion is two years after the as is date so this value will be deducted to the as is value.

To reflect conditions in effect at the subject property as the date of value, adjustments to the capitalized value were necessary for lease up costs. The following discussion summarizes our support of the value adjustments. These adjustments carry forward to the other valuation sections as applicable to each approach to value.

**Lease-Up Analysis**

Lease-up costs associated with the subject achieving stabilization are warranted in arriving at the As Complete Market Value.

A fee of 5% is represented in the "Marketing" expense and includes advertising along with any discounts to the first month's rent or brokerage fees.

| LEASE-UP ANALYSIS | | | | |
|---|---|---|---|---|
| **TOTAL UNITS** | | 443 | **UNITS OCCUPIED** | 32 |
| **ABSORPTION RATE UNITS/MONTH** | | 17 | **PGI/UNIT/MONTH** | $5,035 |
| | | | **DISCOUNT RATE** | 4.00% |
| **MONTH** | **UNITS ABSORBED** | **UNITS REMAINING** | **UNITS OCCUPIED** | **RENT LOSS (PER MONTH)** | **PRESENT VALUE OF RENT LOSS** |
| 1 | 17 | 394 | 49 | $1,983,979 | $1,977,387 |
| 2 | 17 | 377 | 66 | $1,898,375 | $1,885,783 |
| 3 | 17 | 360 | 83 | $1,812,772 | $1,794,765 |
| 4 | 17 | 343 | 100 | $1,727,169 | $1,704,331 |
| 5 | 17 | 326 | 117 | $1,641,566 | $1,614,478 |
| 6 | 17 | 309 | 134 | $1,555,963 | $1,525,203 |
| 7 | 17 | 292 | 151 | $1,470,360 | $1,436,504 |
| 8 | 17 | 275 | 168 | $1,384,757 | $1,348,378 |
| 9 | 17 | 258 | 185 | $1,299,153 | $1,260,821 |
| 10 | 17 | 241 | 202 | $1,213,550 | $1,173,830 |
| 11 | 17 | 224 | 219 | $1,127,947 | $1,087,404 |
| 12 | 17 | 207 | 236 | $1,042,344 | $1,001,540 |
| 13 | 17 | 190 | 253 | $956,741 | $916,234 |
| 14 | 17 | 173 | 270 | $871,138 | $831,483 |
| 15 | 17 | 156 | 287 | $785,535 | $747,286 |
| 16 | 17 | 139 | 304 | $699,932 | $663,639 |
| 17 | 17 | 122 | 321 | $614,328 | $580,539 |
| 18 | 17 | 105 | 338 | $528,725 | $497,984 |
| 19 | 17 | 88 | 355 | $443,122 | $415,972 |
| 20 | 17 | 71 | 372 | $357,519 | $334,499 |
| 21 | 17 | 54 | 389 | $271,916 | $253,562 |
| 22 | 17 | 37 | 406 | $186,313 | $173,160 |
| 23 | 17 | 20 | 423 | $100,710 | $93,289 |
| 24 | 17 | 3 | 440 | $15,106 | $13,947 |
| 25 | 3 | 0 | 443 | $0 | $0 |
| **TOTAL LOST RENTAL INCOME** | | | | | **$23,332,017** |
| **MARKETING @ 5.0% OF BASE RENT** | | | | | **$1,350,374** |
| **PROFIT @ 10.0% of $24,682,391** | | | | | **$2,468,239** |
| **TOTAL LOST INCOME** | | | | | **$27,150,000** |

Rounded to nearest $10,000

## RETAIL LEASE-UP COSTS

In order to lease up the retail space, leasing commissions, and rent loss for marketing as well as a rent abatement are required.

Case 25-11853-KBO    Doc 396-4    Filed 03/31/26    Page 111 of 157

| | Market Rent | | Rent Loss | | Leasing Commission | | | Free Rent | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **SF** | **$/Mo** | **$/YR** | **Month** | **Cost** | **Term** | **Fee** | **Cost** | **Mos.** | **Costs** | **Total** | **Cost** |
| 54,590 | $3.05 | $36.64 | 9 | $1,500,000 | 5 | 3.75% | $375,000 | 3 | $500,000 | | $2,375,000 |
| | | | | | | | | | Profit at 20% | | $475,000 |
| **Total Commercial Lease-Up** | | | | | | | | | | | **$2,850,000** |

*COMMERCIAL LEASE-UP ASSUMPTIONS*

## RENOVATION COSTS

We have also deducted the remaining renovation costs from the value upon completion to estimate the as is value.

## INTRODUCTION

The Sales Comparison Approach is based on the principle of substitution, which asserts that a buyer would not pay more for a property than the value of similar properties in the market. This approach analyzes comparable sales by applying transactional and property adjustments to bracket the subject property within an appropriate unit value comparison.

## UNIT OF COMPARISON

The most relevant unit of comparison is the price per SF of GBA. This indicator best reflects the analysis used by buyers and sellers in this market for improved properties with similar design and utility.

## COMPARABLE SELECTION

We completed a thorough search for similar improved sales in terms of property type, location, physical characteristics, and date of sale. In selecting comparables, emphasis was placed on confirming recent improved sales of properties that match the highest and best use, and buyer/seller profile of the subject property.

The sale comparables are located in the subject's region and range from 0.5 to 2.1 miles from the subject site, with an average distance of 1.3 miles. Overall, the sales selected represent the best comparables available for this analysis.

## ADJUSTMENT PROCESS

Quantitative adjustments are made to the comparable sales. The following adjustments or general market trends were considered for the basis of valuation.

### Transactional Adjustments

Dollar adjustments to the comparable sales were considered and made when warranted for transactional adjustments in the sequence shown below:

| | |
|---|---|
| Property Rights Transferred | The valuation of the subject site was completed on a leasehold basis. If warranted, leased fee, leasehold and/or partial interest sales were adjusted accordingly. |
| Financing Terms | The subject property was valued on a cash equivalent basis. Adjustments were made to the comparables involving financing terms atypical of the marketplace. |
| Conditions of Sale | This adjustment accounts for extraordinary motivation on the part of the buyer or seller often associated with distressed sales. |
| Expenditures After Purchase | Adjustments were applied if physical conditions warranted expenditures on the part of the buyer to bring the comparable up to functional standards. Most often this adjustment accounts for costs associated with deferred maintenance. |
| Market Conditions | Market conditions adjustments were based on a review of historical sale data, market participant interviews and review of current versus historical pricing. on our research, the following table summarizes the market conditions adjustment applied in this analysis. |

| MARKET CONDITIONS ADJUSTMENT | | |
|---|---|---|
| Per Year As Of | March 2029   (Prospective) | 3% |

The analysis applies an upward market conditions adjustment of 3% annually reflecting the conditions between the oldest comparable sale date up through the effective valuation date.

## Property Adjustments

Quantitative percentage adjustments are also made for location and physical characteristics such as size, age, site and parking ratios, access, exposure, quality and condition, as well as other applicable elements of comparison. Where possible the adjustments applied are based on paired data or other statistical analysis. It should be stressed that the adjustments are subjective in nature and are meant to illustrate our logic in deriving a value opinion for the subject property.

Location
: Properties that have superior locational characteristics generally obtain higher rent levels and higher corresponding sales prices than properties with inferior locational characteristics.

Size
: Generally speaking, larger properties sell for a lower amount than smaller properties, due to the larger pool of potential investors of smaller properties. However, larger parcels often have the ability to incorporate superior amenities which generate higher rents and sales prices than similarly sized units. As such, larger properties require downward adjustments as compared to smaller properties.

Exposure
: Corner properties generally sell for a greater amount than mid-block properties due to their added exposure from the wrap around frontage.

Condition
: Properties in better condition generally sell for a greater amount than properties in inferior condition. These properties generally have lower maintenance costs as well as the need for less capital expenditures.

Retail
: Mixed-use properties generally have price differences based on the amount of retail.

## PRESENTATION

The following Sales Summation Table, Location Map and datasheets summarize the improved sales data. Following these items, the comparable sales are adjusted for applicable elements of comparison and the opinion of value by the Sales Comparison Approach is concluded.

| IMPROVED SALES SUMMATION TABLE | | | | | | | |
|---|---|---|---|---|---|---|---|
| COMPARABLE | SUBJECT | COMPARABLE 1 | COMPARABLE 2 | COMPARABLE 3 | COMPARABLE 4 | COMPARABLE 5 | COMPARABLE 6 |
| Name | The Hudson | Rivers Bend | Renoir House | The Hanley | 501 E 74th St | The Knox | Aire |
| Address | 364 West 58th Street | 501 East 87th Street | 225 East 63rd Street | 165 E 66th Street | 501 E 74th St | 47 West 34th Street | 200 W 67th St |
| City | New York | New York | New York | New York | New York | New York | New York |
| State | NY | NY | NY | NY | NY | NY | NY |
| Zip | 10019 | 10128 | 10065 | 10065 | 10021 | 10001 | 10023 |
| County | New York | New York | New York | New York | New York | New York | New York |
| **PHYSICAL INFORMATION** | | | | | | | |
| Project Design | Apartment and Retail | High-Rise | High-Rise | High-Rise | High-Rise | High-Rise | High-Rise |
| GBA (SF) | 483,275 | 202,322 | 105,282 | 255,597 | 71,750 | 106,153 | 390,682 |
| Units | 443 | 180 | 151 | 151 | 81 | 110 | 310 |
| Retail | Yes | No | No | Yes | No | No | Yes |
| Average Unit SF | 1,091 | 1,124 | 697 | 1,693 | 886 | 965 | 1,260 |
| Land Area (SF) | 29,100 | 16,363 | 12,552 | 40,206 | 6,094 | 4,938 | 50,000 |
| Year Built | 1929 | 1963 | 1968 | 1957 | 2014 | 2007 | 2007 |
| Stories | 24 | 21 | 14 | 20 | 20 | 36 | 42 |
| **SALE INFORMATION** | | | | | | | |
| Date | | 3/12/2025 | 12/22/2024 | 11/1/2024 | 6/28/2024 | 5/21/2024 | 2/4/2024 |
| Status | | Recorded | Recorded | Recorded | Recorded | Recorded | Recorded |
| Sale Conditions | | Arms-Length | Arms-Length | Arms-Length | Arms-Length | Arms-Length | Arms-Length |
| Rights Transferred | | Leased Fee | Leasehold | Leased Fee | Leased Fee | Leased Fee | Leased Fee |
| Transaction Price | | $116,500,000 | $45,000,000 | $128,000,000 | $63,000,000 | $68,000,000 | $265,000,000 |
| Transaction $/Unit | | $647,222 | $298,013 | $847,682 | $777,778 | $618,182 | $854,839 |
| Transaction $/SF GBA | | $576 | $427 | $501 | $878 | $641 | $678 |
| Analysis Price | | $116,500,000 | $47,475,000 | $128,000,000 | $63,000,000 | $68,000,000 | $265,000,000 |
| Analysis $/Unit | | $647,222 | $314,404 | $847,682 | $777,778 | $618,182 | $854,839 |
| Analysis $/SF GBA | | $576 | $451 | $501 | $878 | $641 | $678 |
| NOI/Unit | $21,023 | $23,411 | $19,125 | $37,722 | - | $30,909 | $40,177 |
| NOI/SF GBA | $19.27 | $20.83 | $27.43 | $22.29 | $0.00 | $32.03 | $31.88 |
| Capitalization Rate | | 3.62% | 6.08% | 4.45% | - | 5.00% | 4.70% |

## SALES LOCATION MAP



### COMPARABLE KEY

| COMP | DISTANCE | NAME | ADDRESS |
|---|---|---|---|
| SUBJECT | - | The Hudson | 364 West 58th Street, New York, NY |
| No. 1 | 2.1 Miles | Rivers Bend | 501 East 87th Street, New York, NY |
| No. 2 | 1.2 Miles | Renoir House | 225 East 63rd Street, New York, NY |
| No. 3 | 1.1 Miles | The Hanley | 165 E 66th Street, New York, NY |
| No. 4 | 1.7 Miles | 501 E 74th St | 501 E 74th St, New York, NY |
| No. 5 | 1.3 Miles | The Knox | 47 West 34th Street, New York, NY |
| No. 6 | 0.5 Miles | Aire | 200 W 67th St, New York, NY |

## COMPARABLE 1

### LOCATION INFORMATION

| | |
|---|---|
| Name | Rivers Bend |
| Address | 501 East 87th Street |
| City, State, Zip Code | New York, NY, 10128 |
| County | New York |
| MSA | New York-Northern New Jersey-Long Island, N |
| APN | M / 1587 / 1 |

### SALE INFORMATION

| | |
|---|---|
| Buyer | A&E Real Estate Holdings |
| Seller | Soloviev Group |
| Transaction Date | 03/12/2025 |
| Transaction Status | Recorded |
| Transaction Price | $116,500,000 |
| Analysis Price | $116,500,000 |
| Rights Transferred | Leased Fee |
| Conditions of Sale | Arms-Length |

### PHYSICAL INFORMATION

| | |
|---|---|
| Project Type | High-Rise |
| Project Size GBA | 202,322 SF |
| Units | 180 |
| No. of Buildings/Floors | 1 Buildings / 21 Floors |
| Year Built | 1963 |
| Quality / Condition | Average / Average |
| Appeal | Average |
| Site Size | 16,363 SF |
| Zoning | R10 |



### RIVERS BEND



### ANALYSIS INFORMATION

| | | | |
|---|---|---|---|
| Price/SF | | | $575.81 |
| Adjusted Price/SF | | | $612.66 |
| Capitalization Rate | | | 3.62% |
| Equity Div. / PGIM / EGIM | - | 11.27 | 11.27 |

### CONFIRMATION

| | |
|---|---|
| Source | Knowledgeable Third Party |

### REMARKS

The elevator building with 179 residential units in Yorkville has 202,322 square feet of built space. The parcel has frontage of 151 feet and is 125 feet deep with a total lot size of 16,363 square feet. The lot is irregular. The zoning is R10 which allows for up to 10 times floor area ratio (FAR) for residential with inclusionary housing. The city-designated market value for the property in 2022 is $40.9 million. The most recent loan totaled $60.5 million and was provided by Walker & Dunlop on August 31, 2020. A&E Real Estate Holdings, among the top three largest private residential owners in the city, according to a PincusCo accounting, paid $116.5 million to Stefan Soloviev's Soloviev Group, for the 179-unit Rivers Bend apartment building at 501 East 87th Street in Yorkville, Manhattan, according to sources familiar with the deal. The sale closed March 12, 2025, and has not yet been recorded. The purchase equates to approximately $547,000 per unit.

The purchase also resolves a lawsuit Soloviev filed in December 2024 over a previous effort to sell a majority stake of the building to A&E Real Estate Holdings, in which Soloviev would retain a minority position. However, in the final deal, A&E Real Estate Holdings acquired a 100 percent interest from Soloviev.

## COMPARABLE 2

### LOCATION INFORMATION

| | |
|---|---|
| Name | Renoir House |
| Address | 225 East 63rd Street |
| City, State, Zip Code | New York, NY, 10065 |
| County | New York |
| APN | M / 1418 / 11 |

### SALE INFORMATION

| | |
|---|---|
| Buyer | AYA |
| Seller | Carmel Partners |
| Transaction Date | 12/22/2024 |
| Transaction Status | Recorded |
| Transaction Price | $45,000,000 |
| Analysis Price | $47,475,000 |
| Recording Number | 2024000329811 |
| Rights Transferred | Leasehold |
| Financing | Conventional |
| Conditions of Sale | Arms-Length |

### PHYSICAL INFORMATION

| | |
|---|---|
| Project Type | High-Rise |
| Project Size GBA | 105,282 SF |
| Units | 151 |
| No. of Buildings/Floors | 1 Buildings / 14 Floors |
| Year Built | 1968 - Renovated 2014 |
| Quality / Condition | Average / Average |
| Appeal | Average |
| Site Size | 12,552 SF |
| Zoning | R8B |
| Average Unit Size | 0 SF |
| Density | 524.3 |



**RENOIR HOUSE**



### ANALYSIS INFORMATION

| | | |
|---|---|---|
| Price/SF | | $450.93 |
| Adjusted Price/SF | | $585.98 |
| Capitalization Rate | | 6.08% |
| Equity Div. / PGIM / EGIM | - | 6.56 | 6.77 |

### CONFIRMATION

### REMARKS

The residential unit mix includes studio, one-bedroom, and two-bedroom units. The subject has 20 rent stabilized units and 131 fair market (deregulated) units. The subject's common amenities include: fitness center, roof deck, common laundry, and 24/7 doorman. The subject also has a leased motorcycle parking garage. The property is subject to an underlying ground lease that commenced in April 1968 and inclusive of remaining options expires in April 2189. The lease is currently in its 1st renewal option with annual rent of $142,200. There are no rent increases during the renewal options. The ground lease was valued at $2,475,000, which has been included in the Analysis Price.

## COMPARABLE 3

### LOCATION INFORMATION

| | |
|---|---|
| Name | The Hanley |
| Address | 165 E 66th Street |
| City, State, Zip Code | New York, NY, 10065 |
| County | New York |
| APN | 1401-1002, 1401-1003 |

### SALE INFORMATION

| | |
|---|---|
| Buyer | Stonehenge NYC |
| Seller | CIM Group, LP |
| Transaction Date | 11/1/2024 |
| Transaction Status | Recorded |
| Transaction Price | $128,000,000 |
| Analysis Price | $128,000,000 |
| Recording Number | 2024000294520 |
| Rights Transferred | Leased Fee |
| Financing | Conventional |
| Conditions of Sale | Arms-Length |

### PHYSICAL INFORMATION

| | |
|---|---|
| Project Type | High-Rise |
| Project Size GBA | 255,597 SF |
| Units | 151 |
| No. of Buildings/Floors | Buildings / 20 Floors |
| Year Built | 1957 - Renovated 2015 |
| Quality / Condition | Average / Average |
| Appeal | Average |
| Building Structure | Masonry |
| Site Size | 20,083 SF |
| Zoning | C1-9 |
| Average Unit Size | 1,444 SF |
| Density | 164.1 |

| | |
|---|---|
| Project Amenities | Common Laundry, Concierge/Doorman, Fitness Center |



### THE HANLEY



### ANALYSIS INFORMATION

| | | | |
|---|---|---|---|
| Price/SF | | | $500.79 |
| Adjusted Price/SF | | | $685.08 |
| Capitalization Rate | | | 4.45% |
| Equity Div. / PGIM / EGIM | - | 8.35 | 8.79 |

### CONFIRMATION

| | |
|---|---|
| Source | Knowledgeable Third Party |

### REMARKS

This site is a generally rectangular, corner parcel containing a gross site area of 40,206 SF and is zoned C1-9 by the City of New York. The site is improved with a twenty-story, masonry constructed apartment building that was built in 1957 and renovated in 2015 that contains a GBA of 272,535 SF, of which 233,578 SF represents the NRA and containing 151 (7 Studio, 48 1BR/1BA, 42 2BR/2BA, 36 3BR/3BA, 18 4BR/4BA) apartment units. The sale included the parking garage; however, Miami-based Crescent Heights retained ownership of the retail portion, 16,938 SF, of the property.

## COMPARABLE 4

### LOCATION INFORMATION

| | |
|---|---|
| Name | 501 E 74th St |
| Address | 501 E 74th St |
| City, State, Zip Code | New York, NY, 10021 |
| County | New York |
| MSA | New York-Northern New Jersey-Long Island, N |
| APN | M / 1486 / 1, 103 |

### SALE INFORMATION

| | |
|---|---|
| Buyer | 501 East 74th Street Owner, LLC |
| Seller | Golden Asset LLC |
| Transaction Date | 06/28/2024 |
| Transaction Status | Recorded |
| Transaction Price | $63,000,000 |
| Analysis Price | $63,000,000 |
| Recording Number | 2024000177043 |
| Rights Transferred | Leased Fee |
| Conditions of Sale | Arms-Length |

### PHYSICAL INFORMATION

| | |
|---|---|
| Project Type | High-Rise |
| Project Size GBA | 71,750 SF |
| Units | 81 |
| No. of Buildings/Floors | 1 Buildings / 20 Floors |
| Year Built | 2014 |
| Parking Spaces / Ratio | 8 (0.1/Unit) |
| Quality / Condition | Average / Average |
| Appeal | Average |
| Building Structure | Concrete |
| Site Size | 6,094 SF |
| Zoning | R10 |
| Average Unit Size | 886 SF |
| Density | 578.0 |

| | |
|---|---|
| Project Amenities | Elevators, Fitness Center, Pet Policy |





**501 E 74TH ST**

### ANALYSIS INFORMATION

| | | | |
|---|---|---|---|
| Price/SF | | | $878.05 |
| Adjusted Price/SF | | | $807.81 |
| Capitalization Rate | | | - |
| Equity Div. / PGIM / EGIM | - | - | - |

### CONFIRMATION

| | |
|---|---|
| Source | Knowledgeable Third Party |

### UNIT MIX

| NO. UNITS | AVG SIZE | DESCRIPTION |
|---|---|---|
| 34 | 520 | STUDIO / 1 BA |
| 16 | 794 | 1 BD / 1 BA |
| 29 | 1,222 | 2 BD / 2 BA |
| 2 | 2,000 | 3 BD / 2 BA |

### REMARKS

The multifamily property located at 501 East 74th Street in the Upper East Side was recently sold for $63,000,000. The transaction involved Fetner Properties as the buyer and the Ohebshalom Family as the seller. New York Life served as the lender for the deal. The sales brokers for this transaction were Daniel Kaplan and Doug Middleton, while the mortgage brokers were Tom Traynor, Tom Rugg, and Adam Spengler from CBRE.

In this transaction, the key individuals involved were the sales brokers Daniel Kaplan and Doug Middleton. The mortgage brokers who facilitated the loan were Tom Traynor, Tom Rugg, and Adam Spengler from CBRE. Fetner Properties acted as the buyer, while the Ohebshalom Family served as the seller. New York Life provided the financing for the deal.

## COMPARABLE 5

### LOCATION INFORMATION

| | |
|---|---|
| Name | The Knox |
| Address | 47 West 34th Street |
| City, State, Zip Code | New York, NY, 10001 |
| County | New York |
| APN | M / 864 / 28 |

### SALE INFORMATION

| | |
|---|---|
| Buyer | Four Winds Real Estate |
| Seller | H.I.G. Capital |
| Transaction Date | 05/21/2024 |
| Transaction Status | Recorded |
| Transaction Price | $68,000,000 |
| Analysis Price | $68,000,000 |
| Recording Number | 2024000133053 |
| Rights Transferred | Leased Fee |
| Financing | Conventional |
| Conditions of Sale | Arms-Length |

### PHYSICAL INFORMATION

| | |
|---|---|
| Project Type | High-Rise |
| Project Size GBA | 106,153 SF |
| Units | 110 |
| No. of Buildings/Floors | 1 Buildings / 36 Floors |
| Year Built | 2007 |
| Quality / Condition | Average / Average |
| Appeal | Average |
| Site Size | 4,938 SF |
| Zoning | C5-2 |
| Average Unit Size | 965 SF |
| Density | 973.0 |

| | |
|---|---|
| Project Amenities | Common Laundry, Concierge/Doorman, Elevators, Fitness Center, Rooftop Area |



### THE KNOX

### ANALYSIS INFORMATION

| | |
|---|---|
| Price/SF | $640.58 |
| Adjusted Price/SF | $736.67 |
| Capitalization Rate | 5.00% |
| Equity Div. / PGIM / EGIM | -  -  - |

### CONFIRMATION

| | |
|---|---|
| Source | Knowledgeable Third Party |

### REMARKS

The 110-unit rental building between Madison and Park avenues was built by Esplanade Capital as an extended-stay hotel and was bought by CIM Group for $54 million in a 2011 foreclosure auction after Esplanade defaulted on $76 million in loans. The property had a 421a tax exemption at the time and, after taking control of it, CIM leased it for two years to temporary housing provider BridgeStreet to keep the 421a break, as CO previously reported. However, CIM sued BridgeStreet for running the building as an "extended-stay hotel" and terminated the lease in 2014.

CIM put the building on the market in 2017, after converting it to residential, and Morgenstern and HIG picked it up for $80 million that year, according to TRD and property records.

Morgenstern rebranded the property as The Knox. Available units in the property range from $4,650 per month for a one-bedroom apartment to $6,900 for a three-bedroom, according to StreetEasy and The Knox's website.

The buyer was Four Winds Real Estate. They purchased the asset at 96% occupancy.

## COMPARABLE 6

### LOCATION INFORMATION

| | |
|---|---|
| Name | Aire |
| Address | 200 W 67th St |
| City, State, Zip Code | New York, NY, 10023 |
| County | New York |
| MSA | New York-Northern New Jersey-Long Island, N |
| APN | 1158-1701, 1158-1702, 1158-1703 |

### SALE INFORMATION

| | |
|---|---|
| Buyer | Gotham Organization and Carlyle Group |
| Seller | A&R Kalimian Realty |
| Transaction Date | 02/4/2024 |
| Transaction Status | Recorded |
| Transaction Price | $265,000,000 |
| Analysis Price | $265,000,000 |
| Recording Number | 2024000035885 |
| Rights Transferred | Leased Fee |
| Conditions of Sale | Arms-Length |

### PHYSICAL INFORMATION

| | |
|---|---|
| Project Type | High-Rise |
| Project Size GBA | 390,682 SF |
| Units | 310 |
| No. of Buildings/Floors | 1 Buildings / 42 Floors |
| Year Built | 2007 |
| Quality / Condition | Good / Good |
| Appeal | Good/Excellent |
| Building Structure | Steel |
| Site Size | 1.1 Acres (50,000 SF) |
| Zoning | C8 / C2-5 |
| Average Unit Size | 1,260 SF |
| Density | 270.0 |

| | |
|---|---|
| Project Amenities | Business Center, Clubhouse, Common Laundry, Elevators, Fitness Center, |



### AIRE



### ANALYSIS INFORMATION

| | |
|---|---|
| Price/SF | $678.30 |
| Adjusted Price/SF | $747.49 |
| Capitalization Rate | 4.70% |
| Equity Div. / PGIM / EGIM | -    -    - |

### CONFIRMATION

| | |
|---|---|
| Source | Knowledgeable Third Party |

### UNIT MIX

| NO. UNITS | AVG SIZE | DESCRIPTION |
|---|---|---|
| 63 | 600 | 1 BD / 1 BA |
| 123 | 1,149 | 2 BD / 2 BA |
| 10 | 1,545 | 3 BD / 3 BA |
| 50 | 485 | STUDIO / 1 BA |

### REMARKS

This 42-story, 310-unit, high-rise multi-family property on the Upper West Side of Manhattan traded in February 2024 for a total of $265 million.

The seller was A&R Kalimian Realty LP. They were represented by a capital markets brokerage team in the transaction. According to CoStar data, a $225 million senior mortgage taken out by the seller matured in November 2023, before the building reportedly went up for sale.

The buyer was a joint venture between New York, NY-based Gotham Organization and Washington, DC-based The Carlyle Group. They purchased the asset in an all-cash transaction. The property also includes a full retail section alongside Amsterdam Avenue. The seller, A&R Kalimian Realty, faced expiration of roughly $200 million in mortgage loans and decided not to seek new financing. However, Aire did not go into actual default as was erroneously reported. Gotham's purchase includes a fully leased retail portion along Amsterdam Avenue.

The gleaming, glass-clad building boasts a tenants' wellness center and a private, half-acre park. Its plight was closely watched ever since a $195.8 million loan from J. P. Morgan went to special servicing in 2023.

## IMPROVED SALES ADJUSTMENT TABLE

| COMPARABLE | SUBJECT | COMPARABLE 1 | COMPARABLE 2 | COMPARABLE 3 | COMPARABLE 4 | COMPARABLE 5 | COMPARABLE 6 |
|---|---|---|---|---|---|---|---|
| Name | The Hudson | Rivers Bend | Renoir House | The Hanley | 501 E 74th St | The Knox | Aire |
| Address | 364 West 58th Street | 501 East 87th Street | 225 East 63rd Street | 165 E 66th Street | 501 E 74th St | 47 West 34th Street | 200 W 67th St |
| City, State | New York, NY | New York, NY | New York, NY | New York, NY | New York, NY | New York, NY | New York, NY |
| GBA | 483,275 | 202,322 | 105,282 | 255,597 | 71,750 | 106,153 | 390,682 |
| Units | 443 | 180 | 151 | 151 | 81 | 110 | 310 |
| Average Unit SF | 1,091 | 1,124 | 697 | 1,693 | 886 | 965 | 1,260 |
| Land Area (SF) | 29,100 | 16,363 | 12,552 | 40,206 | 6,094 | 4,938 | 50,000 |
| Year Built | 1929 | 1963 | 1968 | 1957 | 2014 | 2007 | 2007 |
| **SALE INFORMATION** | | | | | | | |
| Date | | 3/12/2025 | 12/22/2024 | 11/1/2024 | 6/28/2024 | 5/21/2024 | 2/4/2024 |
| $/Unit | | $647,222 | $314,404 | $847,682 | $777,778 | $618,182 | $854,839 |
| $/SF GBA | | $575.81 | $450.93 | $500.79 | $878.05 | $640.58 | $678.30 |
| Analysis Price | | $116,500,000 | $47,475,000 | $128,000,000 | $63,000,000 | $68,000,000 | $265,000,000 |
| **TRANSACTIONAL ADJUSTMENTS** | | | | | | | |
| Property Rights | | 0% | 0% | 0% | 0% | 0% | 0% |
| Financing | | 0% | 0% | 0% | 0% | 0% | 0% |
| Conditions of Sale | | 0% | 0% | 0% | 0% | 0% | 0% |
| Expenditures After the Sale | | 0% | 0% | 0% | 0% | 0% | 0% |
| Market Conditions[1] | | 12% | 13% | 14% | 15% | 15% | 16% |
| Subtotal Transactional Adj Price | | $644.91 | $509.55 | $570.90 | $1,010 | $736.67 | $786.83 |
| **PROPERTY ADJUSTMENTS** | | | | | | | |
| Location | | 0% | 0% | 0% | 0% | 0% | 0% |
| Condition | | 0% | 15% | 10% | -20% | -10% | -10% |
| Unit Mix/Unit Size | | 0% | -10% | 20% | 0% | 0% | 10% |
| Size | | -10% | -10% | -10% | -20% | -10% | -5% |
| Project Amenities | | 0% | 0% | 0% | 0% | 0% | 0% |
| Retail | | 5% | 20% | 0% | 20% | 20% | 0% |
| Subtotal Property Adjustment | | -5% | 15% | 20% | -20% | 0% | -5% |
| **TOTAL ADJUSTED PRICE** | | **$613** | **$586** | **$685** | **$808** | **$737** | **$747** |

| STATISTICS | UNADJUSTED | ADJUSTED |
|---|---|---|
| LOW | $451 | $586 |
| HIGH | $878 | $808 |
| MEDIAN | $608 | $711 |
| AVERAGE | $621 | $696 |

[1] Market Conditions Adjustment - Compound annual change in market conditions: 3%

Date of Value (for adjustment calculations): 03/01/29

## SALES COMPARABLE ANALYSIS

### Discussion of Adjustments

Comparable 1 ($613PSF, as adjusted) required a total adjustment of 27%. This sale is smaller than the subject; thus a downward Size adjustment is required. This sale does not have a retail component so an upward Retail adjustment is required.

Comparable 2 ($586PSF, as adjusted) required a total adjustment of 68%. This sale is in inferior condition so an upward Condition adjustment is required. This sale is smaller than the subject; thus a downward Size adjustment is required. This sale has a larger average unit size so a downward adjustment is required. This sale does not have a retail component so an upward Retail adjustment is required.

Comparable 3 ($685PSF, as adjusted) required a total adjustment of 54%. This sale is in inferior condition so an upward Condition adjustment is required. This sale is smaller than the subject; thus a downward Size adjustment is required. This sale has a smaller average unit size so an upward adjustment is required.

Comparable 4 ($808PSF, as adjusted) required a total adjustment of 75%.  This sale is in superior condition so a downward Condition adjustment is required.  This sale is smaller than the subject; thus a downward Size adjustment is required.  This sale does not have a retail component so an upward Retail adjustment is required.

Comparable 5 ($737PSF, as adjusted) required a total adjustment of 55%.  This sale is in superior condition so a downward Condition adjustment is required.  This sale is smaller than the subject; thus a downward Size adjustment is required.  This sale does not have a retail component so an upward Retail adjustment is required.

Comparable 6 ($747PSF, as adjusted) required a total adjustment of 41%.  This sale is in superior condition so a downward Condition adjustment is required.  This sale is smaller than the subject; thus a downward Size adjustment is required.  This sale has a smaller average unit size so an upward adjustment is required.

## SALES COMPARISON APPROACH CONCLUSION

The comparable sales indicate an adjusted value range from $586 to $808PSF, with a median of $711PSF and an average of $696PSF. Equal weight is placed on all of the sales.

The contributory value of the ground lease is calculated in the following table.

### CONTRIBUTORY VALUE OF THE GROUND LEASE

| Annual Rent | | Cap Rate | | Value of the Ground Lease |
|---|---|---|---|---|
| $6,400,000 | ÷ | 5% | = | $130,612,245 |

The following table summarizes the analysis of the comparables, reports the reconciled price per gross building area (GBA) value conclusion, and presents the concluded value of the subject property.

### SALES COMPARISON APPROACH CONCLUSION (SF)

| COMP | TRANSACTION PRICE | ADJUSTMENT TRANSACTIONAL[1] | ADJUSTMENT ADJUSTED | ADJUSTMENT PROPERTY[2] | ADJUSTMENT FINAL | NET ADJ % | GROSS ADJ % | WEIGHT GIVEN |
|---|---|---|---|---|---|---|---|---|
| 1 | $576 | 12% | $645 | -5% | $613 | 6% | 27% | PRIMARY |
| 2 | $451 | 13% | $510 | 15% | $586 | 30% | 68% | PRIMARY |
| 3 | $501 | 14% | $571 | 20% | $685 | 37% | 54% | PRIMARY |
| 4 | $878 | 15% | $1,010 | -20% | $808 | -8% | 75% | PRIMARY |
| 5 | $641 | 15% | $737 | 0% | $737 | 15% | 55% | PRIMARY |
| 6 | $678 | 16% | $787 | -5% | $747 | 10% | 41% | PRIMARY |
| LOW | $586 | | | | | AVERAGE | | $695.95 |
| HIGH | $807.81 | | | | | MEDIAN | | $710.88 |
| | | | SUBJECT SF | | $/SF | | | VALUE |
| | | | 483,275 | x | $675 | = | | $326,210,625 |
| Less the Value of the Ground Lease | | | | | | | | ($130,612,245) |
| PROSPECTIVE VALUE UPON STABILIZATION | | | | | | | | $195,600,000 |
| Lease- Up Costs | | | | | | | | From Lease-Up Analysis |
| Residential Lease Up Costs | | | | | | | | ($27,150,000) |
| Retail Lease-Up Costs | | | | | | | | ($2,850,000) |
| Total Lease-Up Costs | | | | | | | | ($30,000,000) |
| PROSPECTIVE VALUE UPON COMPLETION | | | | | $343 | | | $165,600,000 |
| Less Remaining Renovation Costs | | | | | | | | ($84,000,000) |
| AS-IS MARKET VALUE | | | | | $169 | | | $81,600,000 |

[1]Cumulative [2]Additive

Rounded to nearest $50,000

## INTRODUCTION

The Reconciliation of Value Conclusions is the final step in the appraisal process and involves the weighing of the individual valuation techniques in relationship to their substantiation by market data, and the reliability and applicability of each valuation technique to the subject property. Understanding the profiles of potential buyers and their typical reliance on each approach to value strongly influences the weighting process.

In the open market, the subject property type would command most interest from national and regional buyers that are actively pursuing similar quality investment properties. Refining the buyer profile a bit further, specific buyers known to be active for this property type primarily include family trusts, pension funds and REITs. There is currently steady buyer demand for substitute properties of the subject based on the volume of sale transactions and reports by buyers, sellers and other market participants during confirmation of market transactions. The most probable buyer is a national and regional investor.

Based on the overall quality of the data and analyses, and the decision-making process of the typical buyer profile of the subject asset, the Income approach warranted primary emphasis and the Sales Comparison approach warranted secondary emphasis in developing our final opinions of market.

As previously discussed, the **Cost Approach** was not used in this analysis because depreciation is difficult to estimate. Additionally, there are few land sales since development is not currently financially feasible. Investors do not typically use the Cost Approach for similar purchasing decisions.

The price per square foot method has been presented in the **Sales Comparison Approach**. There have been very few recent sales of properties similar to the subject in the immediate market area in the current market conditions, which decreases the validity of this approach. Recognizing the shifting market conditions, investors would typically give secondary weight to the Sales Comparison Approach in determining value. Therefore, supporting weight is given to the Sales Comparison Approach in this analysis. Strengths and weaknesses of this approach to value included the following:

> Strength: The price per square foot method presents a reasonably narrow range of indicators of value.

> Strength: Buyers of this property type frequently rely on this method for general guidance and support of the Income Approach value.

> Weakness: A wide variety of adjustments were needed for some of the comparables.

The **Income Approach** to value is generally considered to be the best and most accurate measure of the value of income-producing properties. In this analysis, the Direct Capitalization method was developed. The value estimate by this approach best reflects the analysis that knowledgeable buyers and sellers carry out in their decision-making processes regarding this type of property. Sufficient market data was available to reliably estimate gross income, vacancy, expenses and capitalization and discount rates for the subject property. The Income Approach is given primary emphasis in the analysis. Strengths and weaknesses of this approach to value included the following:

> Strength: Sufficient market data was available to reliably estimate gross income, vacancy, expenses and capitalization and discount rates for the subject property.

> Strength: Cap rate data from multiple sources was available, leading to a reliable conclusion.

Case 25-11853-KBO    Doc 396-4    Filed 03/31/26    Page 126 of 157

## PRESENTATION OF VALUE CONCLUSIONS

The following table summarizes our final opinions of the As-Is Market Value, Prospective Value Upon Completion and Prospective Value Upon Stabilization of the subject property's leasehold interest.

| ANALYSIS OF VALUE CONCLUSIONS | | | |
|---|---|---|---|
| **VALUATION INDICES** | **MARKET VALUE AS-IS** | **PROSPECTIVE VALUE UPON COMPLETION** | **PROSPECTIVE VALUE UPON STABILIZATION** |
| **INTEREST APPRAISED** | LEASEHOLD | LEASEHOLD | LEASEHOLD |
| **DATE OF VALUE** | MARCH 4, 2025 | MARCH 1, 2027 | MARCH 1, 2029 |
| Income Approach | $76,050,000 | $160,050,000 | $190,050,000 |
| Sales Comparison Approach | $81,600,000 | $165,600,000 | $195,600,000 |
| **FINAL VALUE CONCLUSION** | **$76,050,000** | **$160,050,000** | **$190,050,000** |
| $/Unit | $171,670/Unit | $361,287/Unit | $429,007/Unit |
| $/SF (GBA) | $157.36/SF | $515.17/SF | $611.74/SF |
| Exposure Time | 12 Months or Less | | |
| Marketing Period | 12 Months or Less | | |

We certify that, to the best of our knowledge and belief:

› The statements of fact contained in this report are true and correct.

› The reported analyses, opinions, and conclusions of the signers are limited only by the reported assumptions and limiting conditions, and are our personal, impartial, and unbiased professional analyses, opinions, and conclusions.

› The signers of this report have no present or prospective interest in the property that is the subject of this report, and no personal interest with respect to the parties involved.

› Tina Yu has performed no services, as an appraiser or in any other capacity regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Howard Newman, MAI has performed no services, as an appraiser or in any other capacity regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Tony O'Sullivan, MAI, MRICS has provided real property valuation services as an appraiser for the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

› The signers are not biased with respect to the property that is the subject of this report or to the parties involved with this assignment.

› The engagement in this assignment was not contingent upon developing or reporting predetermined results.

› The compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

› The reported analysis, opinions, and conclusions were developed, and this report has been prepared, in conformity with the *Uniform Standards of Professional Appraisal Practice* and the *Code of Professional Ethics and Standards of Professional Appraisal* Practice of the Appraisal Institute.

› Howard Newman, MAI inspected the property that is the subject of this report. Tina Yu did not inspect the property that is the subject of this report. Tony O'Sullivan, MAI, MRICS did not inspect the property that is the subject of this report.

› No one provided significant real property appraisal assistance to appraisers signing this certification.

The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

As of the date of this report Howard Newman, MAI and Tony O'Sullivan, MAI, MRICS completed the continuing education program for Designated Members of the Appraisal Institute. As of the date of this report Tina Yu has completed the Standards and Ethics Education Requirement for (Candidates or Practicing Affiliates) of the Appraisal Institute.

| | |
|---|---|
| Tina Yu | March 22, 2025 |
| | Date |

Tina Yu
Valuation Services Director
Certified General Real Estate Appraiser
State of New York License #46000053935
+1 212 716 3782
tina.yu@colliers.com

| | |
|---|---|
| Howard Newman, MAI | March 22, 2025 |
| | Date |

Howard Newman, MAI
Senior Valuation Services Director
Certified General Real Estate Appraiser
State of New York License #46000043203
+1 212 716 3771
howard.newman@colliers.com

| | |
|---|---|
| Tony O'Sullivan, MAI, MRICS | March 22, 2025 |
| | Date |

Tony O'Sullivan, MAI, MRICS
Executive Managing Director | Northeast
Certified General Real Estate Appraiser
State of New York License #46000050129
+1 212 207 8057
tony.osullivan@colliers.com

# ASSUMPTIONS & LIMITING CONDITIONS

This appraisal is subject to the following assumptions and limiting conditions:

› The appraisers may or may not have been provided with a survey of the subject property. If further verification is required, a survey by a registered surveyor is advised.

› We assume no responsibility for matters legal in character, nor do we render any opinion as to title, which is assumed to be marketable. All existing liens, encumbrances, and assessments have been disregarded, unless otherwise noted, and the property is appraised as though free and clear, under responsible ownership, and competent management.

› The exhibits in this report are included to assist the reader in visualizing the property. We have made no survey of the property and assume no responsibility in connection with such matters.

› Unless otherwise noted herein, it is assumed that there are no encroachments, zoning, or restrictive violations existing in the subject property.

› The appraisers assume no responsibility for determining if the property requires environmental approval by the appropriate governing agencies, nor if it is in violation thereof, unless otherwise noted herein.

› Information presented in this report has been obtained from reliable sources, and it is assumed that the information is accurate.

› This report shall be used for its intended purpose only, and by the party to whom it is addressed. Possession of this report does not include the right of publication.

› The appraisers may not be required to give testimony or to appear in court by reason of this appraisal, with reference to the property in question, unless prior arrangements have been made therefore.

› The statements of value and all conclusions shall apply as of the dates shown herein.

› There is no present or contemplated future interest in the property by the appraisers which is not specifically disclosed in this report.

› Without the written consent or approval of the authors neither all, nor any part of, the contents of this report shall be conveyed to the public through advertising, public relations, news, sales, or other media. This applies particularly to value conclusions and to the identity of the appraisers and the firm with which the appraisers are connected.

› This report must be used in its entirety. Reliance on any portion of the report independent of others, may lead the reader to erroneous conclusions regarding the property values. Unless approval is provided by the authors no portion of the report stands alone.

› The valuation stated herein assumes professional management and operation of the buildings throughout the lifetime of the improvements, with an adequate maintenance and repair program.

› The liability of Colliers International Valuation & Advisory Services, its principals, agents, and employees is limited to the client. Further, there is no accountability, obligation, or liability to any third party. If this report is placed in the hands of anyone other than the client, the client shall make such party aware of all limiting conditions and assumptions of the assignment and related discussions. The appraisers are in no way responsible for any costs incurred to discover or correct any deficiency in the property.

› The appraisers are not qualified to detect the presence of toxic or hazardous substances or materials which may influence or be associated with the property or any adjacent properties, has made no investigation or analysis as to the presence of such materials, and expressly disclaims any duty to note the degree of fault. Colliers International Valuation & Advisory Services and its principals, agents, employees, shall not be liable for any costs, expenses, assessments, or penalties, or diminution in value, property damage, or personal

Case 25-11853-KBO    Doc 396-4    Filed 03/31/26    Page 130 of 157

injury (including death) resulting from or otherwise attributable to toxic or hazardous substances or materials, including without limitation hazardous waste, asbestos material, formaldehyde, or any smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids, solids or gasses, waste materials or other irritants, contaminants or pollutants.

› The appraisers assume no responsibility for determining if the subject property complies with the *Americans with Disabilities Act* (*ADA*). Colliers International Valuation & Advisory Services, its principals, agents, and employees, shall not be liable for any costs, expenses, assessments, penalties or diminution in value resulting from non-compliance. This appraisal assumes that the subject meets an acceptable level of compliance with *ADA* standards; if the subject is not in compliance, the eventual renovation costs and/or penalties would negatively impact the present value of the subject. If the magnitude and time of the cost were known today, they would be reduced from the reported value conclusion.

› An on-site inspection of the subject property was conducted. No evidence of asbestos materials on-site was noted. A Phase 1 Environmental Assessment was not provided for this analysis. This analysis assumes that no asbestos or other hazardous materials are stored or found in or on the subject property. If evidence of hazardous materials of any kind occurs, the reader should seek qualified professional assistance. If hazardous materials are discovered and if future market conditions indicate an impact on value and increased perceived risk, a revision of the concluded values may be necessary.

› A detailed soils study was not provided for this analysis. The subject's soils and sub-soil conditions are assumed to be suitable based upon a visual inspection, which did not indicate evidence of excessive settling or unstable soils. No certification is made regarding the stability or suitability of the soil or sub-soil conditions.

› This analysis assumes that the financial information provided for this appraisal, including rent rolls and historical income and expense statements; accurately reflect the current and historical operations of the subject property.

Engagement Letter

SRO Rent Roll

Proposed Unit Mix and Projected Income

Projected Income and Expenses

Renovation Budget

Valuation Glossary

Qualifications of Appraisers

Qualifications of Colliers International Valuation & Advisory Services

Colliers Valuation & Advisory Services

# Professional Service Agreement



1114 Avenue of the Americas, 11th Floor
New York, NY, 10036
MAIN +1 212 716 3500
www.colliers.com/valuationadvisory

February 5, 2025

Tina Yu
Senior Valuation Specialist | New York | Multifamily Lead
tina.yu@colliers.com
Direct: +1 212 716 3782

Keaton Dickinson
Jr. Underwriting Asset Management Analyst
**Parkview Financial**
11440 San Vicente Blvd. 2nd Fl
Los Angeles, CA 90049
310-996-8999 x231
keaton@parkviewfinancial.com

**RE: Appraisal of Proposed 353 West 58th Street New York, NY 10019**

Dear Keaton:

Thank you for considering Colliers International Valuation & Advisory Services, LLC for the assignment identified in the below-stated Professional Service Agreement. Please sign one copy of the agreement and return it to me, thereby indicating your authorization for us to proceed with this assignment and your acceptance of the attached Terms and Conditions.

| PROFESSIONAL SERVICE AGREEMENT ("Agreement") | |
|---|---|
| Project | 353 West 58th Street New York, NY 10019 ("Property") |
| Project Description | The property is a proposed mixed use (multifamily, SRO, retail, and office) building. The building is currently undergoing hotel to multifamily conversion with 32 SRO tenants living onsite during the conversion process. (Block 1049 Lot 1) |
| Parties | Colliers International Valuation & Advisory Services, LLC ("CIVAS") and Parkview Financial (herein at times referred to as "Client") |
| Intended User | The appraisal will be prepared for Parkview Financial.  Intended users include the Client.  No other users are intended. |
| Intended Use | The report to be performed under this Agreement ("Appraisal") is intended only for use in Mortgage Underwriting. The report is not intended for any other use. |
| Signatories | The anticipated primary signatory appraiser will be Tina Yu. |
| Purpose | Market Value |
| Type of Appraisal | CIVAS will produce an Appraisal Report in which the appraiser's analysis and conclusions will be fully described within this document. |
| Rights Appraised | Leasehold Interest |
| Date of Value | Date of inspection, or date agreed upon amongst appraiser and client. |

Accelerating success.

# Professional Service Agreement
Continued

| | |
|---|---|
| Scope of Work | CIVAS and/or its designated affiliate will provide the Appraisal in accordance with USPAP, FIRREA, and the Code of Ethics and Certifications Standards of the Appraisal Institute and State Licensing Laws. CIVAS will research relevant market data and perform analysis to the extent necessary to produce credible appraisal results. |
| | Based on our discussions with the Client, the Client has requested the following valuation scenarios: |
| | › As Is<br>› Prospective Upon Completion<br>› Prospective Upon Stabilization |
| | CIVAS anticipates developing the following valuation approaches: |
| | › Sales Comparison Approach<br>› Income Capitalization Approach |
| | An interior/exterior observation of the subject property will be performed. |
| | **Please note if it's a requirement per the client's underwriting guidelines to analyze and report all approaches to value, this will be performed although some approaches may be limited in application.** |
| | The scope of work will be included in the Appraisal.  A copy of the Assumptions and Limiting Conditions, which appear in the Appraisal, is available upon request. |
| Delivery | Draft Appraisal: 2/27/2025 |
| | Final Appraisal: Delivered three (3) days after completion of client review and authorization to deliver final report(s). |
| Professional Fee | $10,000 |
| Expenses | Fees include all associated expenses |
| No. of Reports | One (1) Electronic Draft Appraisal and One (1) Electronic Final Appraisal. |
| | No printed copies will be delivered to the client. |
| Retainer | No retainer is required. |
| Payment Terms | CIVAS will invoice Client for the Appraisal in its entirety at the delivery of the draft report. When a full retainer has been paid, invoice and amount due are $0. |
| | Final payment is due and payable within five (5) business days upon delivery of the electronic copy of the final report or within thirty (30) days of your receipt of the draft report, whichever is sooner. If a draft report is requested, the fee is considered earned upon delivery of the draft report. If for any reason the client cancels the work before work was completed or for reasons beyond Colliers' control, then the client would pay for an agreed amount for work completed. |
| Acceptance Date | These specifications are subject to modification if this Agreement is not accepted within three (3) business days from the date of this letter. |

# Professional Service Agreement
Continued

## Terms and Conditions

The attached Terms and Conditions and Specific Property Data Request are deemed a part of this Agreement as though set forth in full herein.  The following is a list of information needed to begin and complete our analysis. The Client signing this Agreement or the party sending the specific property data certifies that all the information provided is accurate and complete as of the date of this request, and that any updates, revisions or additional relevant information that comes into control or possession of the Client prior to the date on which the Appraisal is delivered shall be provided to CIVAS immediately. Please forward with the Agreement or as soon as possible.

› Survey with Legal Description & Site Size
› Title Report
› Wetland Delineation Map (if applicable)
› Engineering studies, soil tests or environmental assessments
› Ground lease (if applicable)
› Existing Building or Improvement Plans
› Individual Floor or Unit Plans
› Current County Property Tax Bill
› Details on any Sale, Contract, or listing of the property in the past 3 years
› Construction Cost/Budget (within past 3 years)
› Detailed list of personal property items
› Property Condition Report
› Details regarding the historical and future replacement schedule (i.e., carpets, appliances, cabinetry, laundry facilities, HVAC, etc.)
› Capital improvements history (2 years) & budget

› Three year & YTD Income & Expenses, Current Budget
› Detailed occupancy report for the past 3 years and YTD
› Detailed current certified rent roll indicating any vacant units and in-place rents
› Details regarding any pending changes to the rent roll including any concessions
› Aged Accounts/Delinquency Report
› Details regarding any concessions currently being offered
› Marketing plan and/or local competitive study, if available
› Copy of recent Appraisals or Market Studies, if appropriate
› Name and telephone number of property contact for physical inspection and additional information needed during the appraisal process
› Property Contact Leonidas Milas
(212) 970 8955

In addition to the items requested above, please forward any additional materials you would consider relevant in the analysis of the subject property.

## Reliance Language

The Appraisal is for the sole use of the Client; however, Client may provide only complete, final copies of the Appraisal report in its entirety (but not component parts) to third parties who shall review such reports in connection with the stated Intended Use. CIVAS is not required to explain or testify as to appraisal results other than to respond to the Client for routine and customary questions. Please note that our consent to allow the Appraisal prepared by CIVAS or portions of such Appraisal, to become part of or be referenced in any public offering, the granting of such consent will be at our sole and absolute discretion and, if given, will be on condition that CIVAS will be provided with an Indemnification Agreement and/or Non-Reliance letter, in a form and content satisfactory to CIVAS, by a party satisfactory to CIVAS.

CIVAS does consent to your submission of the reports to rating agencies, loan participants or your accountants/auditors in its entirety (but not component parts) without the need to provide CIVAS with an Indemnification Agreement and/or Non-Reliance letter. CIVAS hereby expressly grants to Client the right to copy the Appraisal and distribute it to employees of Client.

If you have questions regarding the enclosed, please feel free to contact me.  CIVAS appreciates this opportunity to be of service to you on this assignment and looks forward to serving you.  If you have additional questions, please contact us.

I, **Keaton Dickinson/Parkview Financial** agree to the above stated terms and authorize Colliers International Valuation & Advisory Services, LLC to prepare the above referenced appraisal.

_____ Date: ___2/5/2025_____

**Keaton Dickinson**
**Parkview Financial**

Respectfully,

**Colliers International Valuation & Advisory Services, LLC**

Tina Yu
Senior Valuation Specialist | New York Multifamily Lead
tina.yu@colliers.com
Direct: +1 212 716 3782

# Professional Service Agreement
Continued

## Terms and Conditions

### "T&C"

1) The Appraisal will be subject to Colliers International Valuation & Advisory Services, LLC's ("CIVAS") Assumptions and Limiting Conditions that are incorporated into each appraisal, and any Extraordinary Assumptions and Hypothetical Conditions that may be incorporated into each appraisal.

2) Any capitalized, non-defined words shall have the same meaning as defined in the Agreement to which these T&Cs are attached.

3) Client is defined as the party signing the Agreement and shall be responsible for payment of the fees stipulated in the Agreement. Payment of the fee for the Appraisal is not contingent on the appraised value(s) or the outcome of the report(s). Additional fees will be charged on an hourly basis for any work that may exceed the scope of this proposal, including performing additional valuation scenarios, additional research, and conference calls, meetings, deposition preparation, deposition, trial testimony or travel that may exceed the time allotted by CIVAS for an assignment of this nature. If CIVAS is requested to cease working on the Appraisal for any reason prior to the completion of the appraisal(s), CIVAS will be entitled to bill the Client for the time spent to date at CIVAS' hourly rates for the personnel involved. The Client will be billed a minimum $500 or at a rate of $250 per hour for associate time, $350 per hour for valuation services director, $400 per hour for managing director, and $450 per hour for executive managing director. If the Client delays completion of the assignment beyond ninety (90) days, the fee may be renegotiated. This may result in the total fee exceeding the original agreed fee agreed upon cost.

4) Client agrees to pay all fees and expenses, including attorney's fees, incurred by CIVAS in connection with the collection or attempted collection of the fees and expenses. In the event Client fails to make payments when due and payable, the amount due shall bear interest at 1.5% per month or the maximum rate permitted in the state in which the CIVAS office executing the Agreement is located, whichever is lesser.

5) The fee is due upon delivery of the final report or within thirty (30) days of your receipt of the draft report, whichever is sooner. If a draft is requested, the fee is considered earned upon delivery of our draft report.

6) In the event that either party commences any legal action relating to the provisions of the Agreement, including collection, the prevailing party shall be entitled to its actual attorneys' fees and costs. The Agreement shall be governed by and construed in accordance with the laws of the state where the CIVAS office executing the Agreement is located. The venue of any action arising out of the Agreement shall be the county where the CIVAS office executing the Agreement is located. Client will have up to thirty (30) days from receipt of the Draft Appraisal to review and communicate its review to CIVAS. CIVAS reserves the right to bill Client for additional appraisal efforts that may arise from the Client not responding within with this time period.

7) CIVAS does not make any representation or warranty, express or implied, as to the accuracy or completeness of the information or the state of affairs of the Property furnished to CIVAS by Client. In the event that any such information is inaccurate, misleading or incomplete, CIVAS shall have no responsibility or liability for any matters relating thereto (whether to the Client or to any third party).

8) CIVAS shall have no responsibility for legal matters, questions of survey or title, soil or subsoil conditions, engineering, or other similar technical matters. The Appraisal will not constitute a survey of the Property analyzed.

9) Client shall provide CIVAS with such materials with respect to the Appraisal as requested by CIVAS and which are in the possession or under the control of Client. Client shall provide CIVAS with sufficient access to the Property to be analyzed and hereby grants permission for entry, unless discussed in advance to the contrary.

10) The data gathered in the course of the Appraisal (except data furnished by Client) and the Appraisal prepared pursuant to the Agreement are, and will remain, the property of CIVAS. With respect to data provided by Client, such data shall be confidential, and CIVAS shall not disclose any information identified as confidential furnished to CIVAS. Notwithstanding the foregoing, CIVAS is authorized by Client to disclose all or any portion of the Appraisal and the related data to appropriate representatives of the Appraisal Institute if such disclosure is required to enable CIVAS to comply with the Bylaws and Regulations of such Institute as now or hereafter in effect.

11) Unless specifically noted, CIVAS does not assume any duty to analyze or examine the Property or adjacent property for the possible presence of toxic and/or hazardous substances or materials (including but not exclusive to asbestos, PCB transformers, or other toxic, hazardous, or contaminated substances and/or underground storage tanks (hazardous material), or the cost of encapsulation or removal thereof) and accepts no liability regarding the issue. If such materials exist, CIVAS defers to the expertise of professionals specifically trained in analyzing the cost to remediate, which will not be a part of the appraisal fee proposal. The Appraisal will contain a comprehensive disclaimer to this effect.

12) CIVAS understands that there is no major or significant deferred maintenance in the Property which would require the expertise of a professional cost estimator or contractor. If such repairs are needed, the estimates are to be prepared by others, and are not a part of the fee contemplated in the Agreement.

13) Client acknowledges that CIVAS is being retained hereunder as an independent contractor to perform the services described herein and nothing in the Agreement shall be deemed to create any other relationship between Client and CIVAS. The Agreement shall be deemed concluded and the services hereunder completed upon delivery to Client of the Appraisal discussed herein.

14) Client agrees that its only remedy for losses or damages relating to the Agreement shall be limited to the amount of the appraisal fee paid by the Client and in no circumstances shall CIVAS be liable for any losses or damages in excess of this amount. Should the Client, or any other entitled party, make a claim against CIVAS, its directors, officers, employees and other affiliates and shareholders, relating to this engagement or the appraisal(s), the maximum damages recoverable from CIVAS, its directors, officers, employees and other affiliates and shareholders, shall be the amount of funds actually collected by CIVAS under the Agreement, and no claim shall be made for any consequential or punitive damages.

15) If CIVAS or any of its employees receives a subpoena or other judicial notification to produce documents or provide testimony involving the Appraisal in connection with a lawsuit or related proceeding, CIVAS will notify the Client of receipt of the subpoena or notification. However, if CIVAS is not part of the lawsuit or proceedings, Client agrees to compensate CIVAS for the professional time required and to reimburse CIVAS for the expenses incurred in responding to any such subpoena or judicial notification, including any attorneys' fees, as they are incurred. CIVAS is to be compensated at the prevailing hourly rates of the personnel responding to the subpoena or command for testimony.

16) If expert witness testimony is required in connection with the Appraisal, the following hourly rates will apply.  The Client will be billed at the rate of $250 per hour for associate time, $350 per hour for valuation services director, $400 per hour for managing director, and $450 per hour for executive managing director.  The hourly billings pertain to court preparation, waiting and travel time, document review and preparation (excludes appraisal report) and all meetings related to court testimony.

17) Client shall indemnify and hold CIVAS, its parent, subsidiaries, affiliates, its officers, directors, employees and agents ("CIVAS Indemnities"), fully harmless against all losses, damages, claims, and expenses of any kind whatsoever (including costs and reasonable attorneys' fees), sustained or incurred by a third party as a result of the negligence or intentional acts or omissions of Client (including any failure to perform any duty imposed by law), any misrepresentation, distortion or if Client fails to provide complete and accurate information to CIVAS, for which recovery is sought against the CIVAS Indemnities; however, such obligation to defend and indemnify shall not apply to the extent caused by the negligent act or willful misconduct of CIVAS.  Client shall indemnify and hold CIVAS Indemnities harmless from any claims, expenses, judgments or other items or costs arising as a result of the Client's failure or the failure of any of the Client's agents to provide a complete copy of the Appraisal to any third party. LIMITATION OF LIABILITY.  EXCEPT FOR THE INDEMNIFICATION PROVISION ABOVE, ANYTHING IN THE AGREEMENT TO THE CONTRARY NOTWITHSTANDING, UNDER NO CIRCUMSTANCES WHATSOEVER SHALL EITHER PARTY BE LIABLE TO THE OTHER FOR ANY SPECIAL, CONSEQUENTIAL, PUNITIVE, OR INCIDENTAL DAMAGES OF ANY KIND WHATSOEVER.

18) CIVAS agrees to maintain Professional Liability Insurance in the amount of $1,000,000 and General Liability insurance in the amount of $2,000,000, as well as Workers Compensation per local regulatory requirements.  CIVAS will endeavor to provide Client with written notice regarding any cancellation of any such insurance. CIVAS will provide Client with certificates of insurance naming Client as an additional insured on the General Liability policy upon request.

19) The Appraisal and the name Colliers International Valuation & Advisory Services may not be used in any marketing or investment material or offering memoranda without CIVAS' prior written consent. CIVAS, its employees and appraisers have no liability to any recipients of any prepared material and disclaim all liability to any party other than the Client.

20) Unless CIVAS consents in writing, the Appraisal cannot be used by any party or for any purpose other than the Client for the purposes specified in the Agreement. Should the Client provide a copy of this Appraisal to any person or entity not authorized by CIVAS in writing, Client hereby agrees to hold CIVAS, its directors, officers, employees and other affiliates and shareholders, harmless from all damages, expenses, claims and costs, including any attorney's fees. The Client acknowledges that any opinions and conclusions expressed by the professionals of CIVAS pursuant to the Agreement are made as employees and not as individuals. CIVAS' responsibility is limited to the Client, and the use of the Appraisal or related product by third parties shall be solely at the risk of the Client and/or third parties.

21) The use of this appraisal shall be used only for the purpose as set forth in the Intended Use section of the Agreement. In the event that the client wishes to use this report or portions of this report for any other purpose such as, to become part of or be referenced in, any offering or other material intended for the review of others, or to be submitted to others, will be at the Client's sole and absolute discretion and, if given, will be on condition that CIVAS will be provided with an Indemnification Agreement and/or Non-Reliance letter, in a form and content satisfactory to CIVAS and the Client, by a party satisfactory to CIVAS and the Client.  CIVAS does consent to Client submission of the complete Appraisal to rating agencies, loan participants or your accountants/auditors without the need to provide us with an Indemnification Agreement and/or Non-Reliance letter.

| Room # | Tenant Name | Monthly /Wkly Rent | | Balance as of 10.13.23 | Comments | Bal as of 4/16/2024 | Bal as of 5.7.24 | Bal as of 6.6.2024 | Bal as of 7.30.24 | Bal as of 8.6.2024 | Bal as of 11.14.24 | Bal as of 12.5.24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S1169 | A.Simmons | $501.11 | $501.11 | $501.11 | | $501.11 | $0.00 | $0.00 | $0.00 | $501.11 | $0.00 | $0.00 |
| S1546 | M.Radunovich | $418.79 | $418.79 | $4,592.88 | | $7,105.62 | $7,524.41 | $7,943.20 | $8,361.99 | $8,780.78 | $10,037.15 | $10,455.94 |
| S1722 | F.Gilbert | $277.36 | $277.36 | $2,986.56 | Awaiting for guardship by court | $5,204.44 | $5,479.80 | 5757.16 | $6,034.52 | $6,311.88 | $6,869.60 | $277.36 |
| S1846 | E.Levi | $86.81 | $347.24 | $839.19 | Rent checks send to Hudson FD | ($285.23) | $0.00 | ($24.80) | ($24.80) | $235.63 | $8.18 | $260.43 |
| S1856 | K.Leach | $501.11 | $501.11 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| S1916 | O.Lamb | $396.69 | $396.69 | ($1,190.07) | | ($793.38) | ($396.69) | $0.00 | ($793.98) | ($396.69) | ($793.38) | ($396.69) |
| S2017 | Z.Magno | | $387.24 | $1,548.96 | Tenant passed on Mgmnt was informed 10.11.23 | | | | | | | |
| S2031 | T.Carter | $422.47 | $422.47 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $422.47 | $0.00 | $0.00 |
| S2039 | F.Palma | $402.57 | $402.57 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| S2045 | Susana Orturbia | $502.26 | $502.26 | $0.00 | | $0.00 | $0.00 | 502.26 | $499.02 | $1,001.28 | $502.26 | $496.04 |
| S2106 | K.Khan | $419.95 | $419.95 | $0.00 | | $419.95 | $419.95 | $419.95 | $0.00 | $419.95 | $419.95 | $419.95 |
| s2107 | Leo.Jenkins | $130.62 | $130.62 | $0.00 | | $130.62 | $130.62 | $0.00 | $0.00 | $0.00 | $261.24 | $0.00 |
| S2114 | Yolanda Rodriguez | $543.12 | $543.12 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| S2129 | G.Maroulis | $429.60 | $429.60 | ($4.40) | | ($6.80) | ($7.20) | ($7.60) | ($8.00) | ($8.00) | ($9.20) | ($9.60) |
| s2135 | Jay.Vanderbilt | | $183.90 | $0.00 | tenant in rehab awaiting guardianship | $1,464.00 | $1,655.10 | $1,839.00 | $2,332.90 | $2,516.80 | moved out | |
| S2138 | Y.Quioque | $484.88 | $484.88 | $0.00 | | $484.88 | $0.00 | 484.88 | $0.00 | $0.00 | $484.88 | $969.76 |
| S2139 | M.Rodriquez | $340.37 | $340.37 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $340.37 |
| S2140 | P.Brockenbrough | $393.02 | $393.02 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| S2145 | N.Sanchez | $255.34 | $255.34 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $255.34 |
| s2155 | J.Hirsch | $83.47 | $333.88 | $84.00 | | $1,169.93 | $336.05 | $669.93 | $437.69 | $437.69 | $771.27 | $1,021.68 |
| S2157 | C.Schwantes | $419.47 | $419.47 | ($17.49) | | ($20.67) | ($21.20) | ($21.73) | ($22.26) | ($22.79) | ($4.38) | ($4.91) |
| S2204 | Nick.Natos | $419.51 | $419.51 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| S2206 | M.Cowie | $538.19 | $538.19 | $27,612.84 | Last rent payment received on 8.26.2019 | $30,841.97 | $31,380.15 | $31,846.34 | $32,384.53 | $32,922.72 | $34,609.23 | $35,147.41 |
| S2207 | William Carroll | $419.46 | $419.46 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $419.46 | $0.00 | $0.00 |
| S2211 | V.Nathaniel | $404.88 | $404.88 | $404.88 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 404.88 |
| S2212 | Rose Phyu Hnin | $415.32 | $415.32 | $0.00 | | $830.64 | $1,245.96 | $1,245.96 | $1,245.96 | $1,661.28 | $1,245.96 | $830.64 |
| S2227 | Peggy Chane | $242.58 | $242.58 | ($970.32) | | ($2,425.80) | ($2,183.22) | ($1,940.64) | ($1,698.06) | ($1,455.48) | ($1,185.59) | ($943.01) |
| S2231 | Iris Little | $484.34 | $484.34 | $1,453.02 | | ($93.96) | $390.38 | 374.72 | ($190.94) | $293.40 | $672.26 | $780.76 |
| S2232 | Leticias Ramos | $454.74 | $454.74 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| S2235 | Ken Reddy | $393.02 | $393.02 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| S2336 | J.Morrw | $96.81 | $387.24 | ($3,110.84) | | ($4,696.97) | ($4,406.54) | ($4,019.30) | ($3,632.06) | ($3,244.82) | ($6,089.48) | -5799.05 |
| S2239 | Lue Daisy Chin | $402.57 | $402.57 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $402.57 |
| S2244 | R.Bendana | $506.89 | $506.89 | $657.44 | | $548.78 | $455.67 | $406.56 | ($180.55) | $876.34 | $347.01 | $353.90 |
| S2255 | Daniela .Marton | | $387.28 | $2,024.40 | Tenant passed on 3.2.2024 | | | | | | | |
| | | $11,787.32 | $13,547.01 | | | | | | | | | |
| | | | | $13,547.01 | | | | | | | | |

| # of Units | 444 |
|---|---|

| Proposed Unit Mix: Base Case | | | | | |
|---|---|---|---|---|---|
| **Units** | | | **Total SF** | **Avg. SF / Unit** | **Rent / Unit** | **Total** |

| Units | | | Total SF | Avg. SF / Unit | Rent / Unit | Total |
|---|---|---|---|---|---|---|
| **SRO** | | | | | | |
| SRO Tenants | 32 | | 13,704 | 428 | $395 | $151,680 |
| **Apartment Size** | **Number of Units** | **Percentage of Total Units** | | | | |
| Studio | 35 | 25% | 8,852 | 253 | $2,174 | $913,080 |
| 1 Bedroom/ 1 Bath | 31 | 22% | 18,092 | 584 | $2,330 | $866,760 |
| 2 Bedroom/ 1 Bath | 74 | 53% | 29,071 | 393 | $2,796 | $2,482,848 |
| 3 Bedroom/ 2 Bath | 0 | | 0 | 0 | $3,230 | $0 |
| **MARKET** | | | | | | |
| Studio | 4 | | 1,500 | 375 | $3,400 | $163,200 |
| 1 Bedroom/ 1 Bath | 17 | | 8,500 | 500 | $4,100 | $836,400 |
| 2 Bedroom/ 2 Bath | 194 | | 125,010 | 644 | $6,100 | $14,200,800 |
| 3 Bedroom/ 2 Bath | 55 | | 47,433 | 862 | $7,500 | $4,950,000 |
| Penthouse | 1 | | 4,000 | 4,000 | $50,000 | $600,000 |
| Total Residential Income | 443 | | 252,162 | 569 | $2,097,064 | $25,164,768 |
| Retail Space | 1 | | 54,590 | 54,590 | $333,333 | $4,000,000 |
| Total Income | 444 | | 306,752 | 691 | $2,430,397 | $29,164,768 |

| Assumptions | |
|---|---|
| Vacancy | 3.00% |
| Cap Rate | 5.00% |

| INCOME ITEMS | 2025 | | | Appraisal Valuation (2/13/2024) | | |
|---|---|---|---|---|---|---|
| | TOTAL | $/UNIT | %EGI | | | |
| Potential Rental Income | $25,164,768 | $56,805 | | $28,098,552 | $63,428 | |
| Commercial Income | $4,000,000 | $9,029 | | $2,000,000 | $4,515 | |
| **TOTAL RENTAL INCOME** | **29,164,768** | $65,835 | | **30,098,552** | $67,943 | |
| **OTHER INCOME** | | | | | | |
| Parking Income | $0 | $0 | **0.0%** | $0 | $0 | **0.00%** |
| RUBS and Miscellaneous Incom | $970,000 | $2,190 | **3.3%** | $739,917 | $1,670 | **2.52%** |
| **TOTAL OTHER INCOME** | **$970,000** | $2,190 | **3.3%** | **$739,917** | $1,670 | **2.52%** |
| **POTENTIAL GROSS INCOME (PGI)** | **30,134,768** | $68,024 | **103.1%** | **30,838,469** | $69,613 | **104.84%** |
| Vacancy | -$904,043 | -$2,041 | **-3.1%** | -$1,424,835 | -$3,216 | **-4.84%** |
| Credit Loss | $0 | $0 | **0.0%** | $0 | $0 | **0.00%** |
| Concessions | $0 | $0 | **0.0%** | $0 | $0 | **0.00%** |
| Loss To Lease | $0 | $0 | **0.0%** | $0 | $0 | **0.00%** |
| Commercial Vacancy & Credit Los | $0 | $0 | **0.0%** | $0 | $0 | **0.00%** |
| **EFFECTIVE GROSS INCOME (EGI)** | **$29,230,725** | **$65,984** | **100.0%** | **$29,413,634** | **$66,396** | **100.00%** |
| **EXPENSE ITEMS** | | | | | | |
| Real Estate Taxes | $6,027,983 | $13,607 | **20.6%** | $6,065,703 | $13,692 | **20.62%** |
| Property Insurance | $266,731 | $602 | **0.9%** | $268,400 | $606 | **0.91%** |
| Utilities | $574,094 | $1,296 | **2.0%** | $577,686 | $1,304 | **1.96%** |
| Repairs & Maintenance | $382,729 | $864 | **1.3%** | $385,124 | $869 | **1.31%** |
| Off-Site Management | $511,538 | $1,155 | **1.8%** | $514,739 | $1,162 | **1.75%** |
| Payroll | $382,729 | $864 | **1.3%** | $385,124 | $869 | **1.31%** |
| General & Administrative | $287,047 | $648 | **1.0%** | $288,843 | $652 | **0.98%** |
| Reserves | $133,955 | $302 | **0.5%** | $134,793 | $304 | **0.46%** |
| **TOTAL EXPENSES** | **$8,566,806** | $19,338 | 29.3% | **$8,620,412** | $19,459 | 29.31% |
| NET OPERATING INCOME (NOI) | $20,663,919 | $46,645 | 70.7% | $20,793,222 | $46,937 | 70.69% |
| Ground Lease | $8,750,000 | $19,752 | **21.8%** | $6,400,000 | $14,447 | **21.76%** |
| NOI Net of Ground Lease | $11,913,919 | $26,894 | 40.8% | $14,393,222 | $32,490 | 237.29% |
| Cap Rate | 5.00% | | | 4.00% | | |
| Value | **$238,278,382** | $537,874 | | **$359,830,550** | $812,259 | |

**The Hudson**

| | | Budget | $/GBA | Spent to Date | At Closing | Future Funding |
|---|---|---|---|---|---|---|
| **Acquisition Costs** | | | | | | |
| Purchase Price | | $207,500,000 | $497.14 | $207,500,000 | $0 | $0 |
| 10th Floor Buyout | | $10,163,750 | $24.35 | $10,163,750 | $0 | $0 |
| **Total Acquisition Costs** | | **$217,663,750** | **$521.49** | **$217,663,750** | **$0** | **$0** |
| | | | | | | |
| **Hard Costs** | | | | | | |
| Site Construction | | $4,082,845 | $9.78 | $3,533,052 | $0 | $549,793 |
| Concrete | | $580,707 | $1.39 | $20,000 | $0 | $560,707 |
| Masonry | | $305,849 | $0.73 | $0 | $0 | $305,849 |
| Metals | | $315,000 | $0.75 | $314,525 | $0 | $475 |
| Wood & Plastics | | $3,700,000 | $8.86 | $1,350,000 | $0 | $2,350,000 |
| Thermal & Moisture Control | | $300,000 | $0.72 | $250,000 | $0 | $50,000 |
| Doors & Windows | | $2,414,000 | $5.78 | $1,054,000 | $0 | $1,360,000 |
| Finishes | | $20,503,447 | $49.12 | $5,502,185 | $0 | $15,001,262 |
| Specialties | | $909,000 | $2.18 | $498,362 | $0 | $410,638 |
| Equipment | | $1,865,000 | $4.47 | $14,412 | $0 | $1,850,588 |
| Furnishings | | $40,000 | $0.10 | $40,000 | $0 | $0 |
| Conveying Systems | | $919,288 | $2.20 | $250,000 | $0 | $669,288 |
| Mechanical | | $10,568,222 | $25.32 | $6,477,554 | $0 | $4,090,668 |
| Electrical | | $9,261,763 | $22.19 | $6,585,218 | $0 | $2,676,545 |
| **Total Hard Costs** | | **$55,765,120** | **$133.60** | **$25,889,308** | **$0** | **$29,875,813** |
| | | | | | | |
| **Development Soft Costs** | | | | | | |
| Architect, Engineering & Soils Study Fees | | $1,500,000 | $3.59 | $1,259,979 | $0 | $240,021 |
| Permit - City/County | | $273,724 | $0.66 | $243,306 | $0 | $30,418 |
| Utility Connection Fees (included w/permits) | | $1,037,925 | $2.49 | $161,113 | $0 | $876,811 |
| Start Up Expenses | | $250,000 | $0.60 | $250,000 | $0 | $0 |
| Other: Marketing | | $250,000 | $0.60 | $250,000 | $0 | $0 |
| Post Close Legal | | $750,000 | $1.80 | $750,000 | $0 | $0 |
| Quality Control: Testing & Surveying | | $100,000 | $0.24 | $0 | $0 | $100,000 |
| Job Security | | $188,371 | $0.45 | $130,478 | $0 | $57,892 |
| Equipment Rental | | $50,000 | $0.12 | $0 | $0 | $50,000 |
| Jobsite Overhead | | $800,000 | $1.92 | $800,000 | $0 | $0 |
| Project Management/Supervision | | $3,750,000 | $8.98 | $2,500,000 | $0 | $1,250,000 |
| General Contractor's office overhead/profit | | $3,050,651 | $7.31 | $2,606,451 | $0 | $444,200 |
| Builder Contingency | | $4,249,782 | $10.18 | $3,849,782 | $0 | $400,000 |
| Insurance | | $2,755,392 | $6.60 | $1,662,650 | $0 | $1,092,743 |
| Other: Owner's Rep/Project Admin | | $500,000 | $1.20 | $382,000 | $0 | $118,000 |
| Soft Cost Contingency | | $1,500,000 | $3.59 | $1,500,000 | $0 | $0 |
| Union Buyout | | $62,925,129 | $150.76 | $47,740,888 | $0 | $15,184,241 |
| **Total Development Soft Costs** | | **$83,930,974** | **$201.09** | **$64,086,648** | **$0** | **$19,844,326** |
| | | | | | | |
| **Carry Costs** | | | | | | |
| Interest Reserve Spent to Date | | $23,108,005 | $55.36 | $23,108,005 | $0 | $0 |
| Operating Reserve | | $1,545,118 | $3.70 | $304,610 | $0 | $1,240,508 |
| New Interest Reserve | | $10,920,000 | $26.16 | $0 | $0 | $10,920,000 |
| Ground Rent Reserve | | $26,640,377 | $63.83 | $13,840,377 | $0 | $12,800,000 |
| Land Lease During Development | | $800,000 | $1.92 | $800,000 | $0 | $0 |
| Real Estate Taxes | | $17,351,261 | $41.57 | $10,000,000 | $0 | $7,351,261 |
| **Total Carry Costs** | | **$80,364,761** | **$192.54** | **$48,052,992** | **$0** | **$32,311,768** |
| | | | | | | |
| **Financing Costs** | | | | | | |
| NY Mortgage tax | | $5,796,000 | $13.89 | $5,796,000 | $0 | $0 |
| Acquisition Costs | | $16,582,559 | $39.73 | $16,582,559 | $0 | $0 |
| Closing Costs | | $4,681,985 | $11.22 | $4,681,985 | $0 | $0 |
| Loan Origination Fee (Parkview) | | $3,105,000 | $7.44 | $3,105,000 | $0 | $0 |
| Broker Fees (Meridian) | | $890,000 | $2.13 | $890,000 | $0 | $0 |
| Broker Fees (Meridian) | | $1,035,000 | $2.48 | $1,035,000 | $0 | $0 |
| Origination Fee (A-Note) | 1.00% | $840,000 | $2.01 | $0 | $840,000 | $0 |
| Broker Fee (A-Note) | 0.50% | $420,000 | $1.01 | $0 | $420,000 | $0 |
| Title (A-Note) | 0.30% | $252,000 | $0.60 | $0 | $252,000 | $0 |
| Borrower Legal (A-Note) | | $75,000 | $0.18 | $0 | $75,000 | $0 |
| Lender Legal (A-Note) | | $175,000 | $0.42 | $0 | $175,000 | $0 |
| Third Parties (A-Note) | | $25,000 | $0.06 | $0 | $25,000 | $0 |
| Miscellaneous (A-Note) | | $181,093 | $0.43 | $0 | $181,093 | $0 |
| **Total Financing Costs** | | **$34,058,637** | **$81.60** | **$32,090,544** | **$1,968,093** | **$0** |
| | | | | | | |
| **Total Project Budget** | | **$471,783,242** | **$1,130.32** | **$387,783,242** | **$1,968,093** | **$82,031,907** |

$178,000,000
$169,917,701



## Valuation Glossary 2024

Unless specified otherwise, these definitions were extracted or paraphrased from the following sources or publications:

- The Dictionary of Real Estate Appraisal, Seventh Edition, Appraisal Institute, Chicago, Illinois, 2022 (Dictionary).
- Uniform Standards of Professional Appraisal Practice, 2020-2023 Edition (USPAP).
- The Appraisal of Real Estate, Fifteenth Edition, Appraisal Institute, Chicago, Illinois, 2020 (15th Edition).

### Absolute Net Lease
A lease in which the tenant pays all expenses including structural maintenance, building reserves, and management; often a long-term lease to a credit tenant. *(Dictionary)*

### Ad Valorem Tax
A real estate tax based on the assessed value of the property, which is not necessarily equivalent to its market value. *(15th Edition)*

### Arm's-length Transaction
A transaction between unrelated parties who are each acting in his or her own best interest. *(Dictionary)*

### As-Is Market Value
The estimate of the market value of real property in its current physical condition, use, and zoning as of the appraisal date. *(Dictionary)*

### Assessed Value
The value of a property according to the tax rolls in ad valorem taxation; may be higher or lower than market value, or based on an assessment ratio that is a percentage of market value. *(Dictionary)*

### Average Daily Room Rate (ADR)
In the lodging industry, the net rooms revenue derived from the sale of guest rooms divided by the number of paid occupied rooms. *(Dictionary)*

### Band of Investment
A technique in which the capitalization rates attributable to components of an investment are weighted and combined to derive a weighted-average rate attributable to the total investment. *(Dictionary)*

### Cash-Equivalent Price
The sale price of a property that is equivalent to what a cash buyer would pay. *(Dictionary)*

### Common Area
The total area within a property that is not designed for sale or rental but is available for common use by all owners, tenants, or their invitees, e.g., parking and its appurtenances, malls, sidewalks, landscaped areas, recreation areas, public toilets, truck and service facilities. *(Dictionary)*

### Contract Rent
The actual rental income specified in a lease. *(15th Edition)*

### Cost Approach
A set of procedures through which a value indication is derived for the fee simple estate by estimating the cost new as of the effective date of the appraisal to construct a reproduction of (or replacement for) the existing structure, including an entrepreneurial incentive; deducting depreciation from the total cost; and adding the estimated land value. The contributory value of any site improvements that have not already been considered in the total cost can be added on a depreciated-cost basis. Adjustments may then be made to the indicated value of the fee simple estate in the subject property to reflect the value of the property rights being appraised. *(Dictionary)*

### Curable Functional Obsolescence
An element of depreciation; a curable defect caused by a flaw involving the structure, materials, or design, which can be practically and economically corrected. *(Dictionary)*

### Debt Coverage Ratio (DCR)
The ratio of net operating income to annual debt service, which measures the relative ability of a property to meet its debt service out of net operating income; also called *debt service coverage ratio (DSCR).* (*Dictionary*)

### Deferred Maintenance
Items of wear and tear on a property that should be fixed now to protect the value or income-producing ability of a property. *(Dictionary)*

### Depreciation
In appraisal, a loss in the value of improvements from any cause; the difference between the cost of an improvement on the effective date of the appraisal and the value of the improvement on the same date. *(Dictionary)*

### Direct Costs
Expenditures for the labor and materials used in the construction of improvements; also called *hard costs.* *(Dictionary)*

### Discounted Cash Flow (DCF) Analysis
The procedure in which a discount rate is applied to a set of projected income streams and a reversion. The analyst specifies the quantity, variability, timing, and duration of the income streams and the quantity and timing of the reversion, and discounts each to its present value at a specified yield rate. *(Dictionary)*



**Discount Rate**

A rate of return on capital used to convert future payments or receipts into present value. *(Dictionary)*

**Disposition Value**

The most probable price that a specified interest in property should bring under the following conditions:

1. Consummation of a sale within a specified time, which is shorter than the typical exposure time for such a property in that market.
2. The property is subjected to market conditions prevailing as of the date of valuation.
3. Both the buyer and seller are acting prudently and knowledgeably.
4. The seller is under compulsion to sell.
5. The buyer is typically motivated.
6. Both parties are acting in what they consider their best interests.
7. An adequate marketing effort will be made during the exposure time.
8. Payment will be made in cash in U.S. dollars (or the local currency) or in terms of financial arrangements comparable thereto.
9. The price represents the normal consideration for the property sold, unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

This definition can also be modified to provide for valuation with specified financing terms. *(Dictionary)*

**Easement**

The right to use another's land for a stated purpose. Access or right-of-way easements may be acquired by private parties or public utilities. Governments may be the beneficiaries of easements placed on privately owned land that is dedicated to conservation, open space, or preservation. *(15th Edition)*

**Economic Life**

The period over which improvements to real estate contribute to property value. *(Dictionary)*

**Effective Age**

The age of property that is based on the amount of observed deterioration and obsolescence it has sustained, which may be different from its chronological age. *(Dictionary)*

**Effective Date**

The date on which the appraisal or review opinion applies (SVP) *(Dictionary)*

**Effective Gross Income (EGI)**

The anticipated income from all operations of the real estate after an allowance is made for vacancy and collection losses and an addition is made for any other income. *(Dictionary)*

**Effective Gross Income Multiplier (EGIM)**

The ratio between the sale price (or value) of a property and its effective gross income. *(Dictionary)*

**Effective Rent**

The total base rent, or minimum rent stipulated in a lease, over the specified lease term minus rent concessions - e.g. free rent, excessive tenant improvements, moving allowances, lease buyouts, cash allowances, and other lease incentives. *(15th Edition)*

**Eminent Domain**

The right of government to take private property for public use upon the payment of just compensation. The Fifth Amendment of the U.S. Constitution, also known as the *takings clause*, guarantees payment of just compensation upon appropriation of private property. *(Dictionary)*

**Entrepreneurial Incentive**

The amount an entrepreneur expects or wants to receive as compensation for providing coordination and expertise and assuming the risks associated with the development of a project. Entrepreneurial incentive is the expectation of future reward as opposed to the profit actually earned on the project. *(Dictionary)*

**Entrepreneurial Profit**

A market-derived figure that represents the amount an entrepreneur received for his or her contribution to a past project to compensate for his or her time, effort, knowledge, and risk; the difference between the total cost of a property (cost of development) and its market value (property value after completion), which represents the entrepreneur's compensation for the risk and expertise associated with development. An entrepreneur is motivated by the prospect of future value enhancement (i.e., the entrepreneurial incentive). An entrepreneur who successfully creates value through new development, expansion, renovation, or an innovative change of use is rewarded by entrepreneurial profit. Entrepreneurs may also fail and suffer losses. *(Dictionary)*

**Excess Land**

Land that is not needed to serve or support the existing use. The highest and best use of the excess land may or may not be the same as the highest and best use of the improved parcel. Excess land has the potential to be sold separately and is valued separately. *(Dictionary)*

**Excess Rent**

The amount by which contract rent exceeds market rent at the time of the appraisal; created by a lease favorable to the lessor and may reflect superior management, a lease execution in an earlier, stronger rental market, or an agreement of the parties. Due to the higher risk inherent in the receipt of excess rent, it may be calculated separately and capitalized or discounted at a higher rate in the income capitalization approach. *(15th Edition)*

**Expense Stop**

A clause in a lease that limits the landlord's expense obligation, which results in the lessee paying any operating expenses above a stated level or amount. *(Dictionary)*



**Exposure Time**

An opinion, based on supporting market data, of the length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal. *(USPAP)*

**Extraordinary Assumption**

An assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions. Uncertain information might include physical, legal, or economic characteristics of the subject property; or conditions external to the property, such as market conditions or trends; or the integrity of data used in an analysis. An extraordinary assumption may be used in an assignment only if:

- It is required to properly develop credible opinions and conclusions;
- The appraiser has a reasonable basis for the extraordinary assumption;
- Use of the extraordinary assumption results in a credible analysis; and
- The appraiser complies with the disclosure requirements set forth in USPAP for extraordinary assumptions. *(USPAP)*

**External Obsolescence**

A type of depreciation; a diminution in value caused by negative external influences and generally incurable on the part of the owner, landlord, or tenant. The external influence may be either temporary or permanent. There are two forms of external obsolescence: economic and locational. *(Dictionary)*

**Fair Market Value**

In nontechnical usage, a term that is equivalent to the contemporary usage of *market value*.

As used in condemnation, litigation, income tax, and property tax situations, a term that is similar in concept to market value but may be defined explicitly by the relevant agency or interpreted differently by court precedent. *(Dictionary)*

**Feasibility Analysis**

A study of the cost-benefit relationship of an economic endeavor. *(USPAP)*

**Fee Simple Estate**

Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power and escheat. *(Dictionary)*

**Floor Area Ratio (FAR)**

The relationship between the above-ground floor area of a building, as described by the zoning or building code, and the area of the plot on which it stands; in planning and zoning, often expressed as a decimal, e.g., a ratio of 2.0 indicates that the permissible floor area of a building is twice the total land area. *(Dictionary)*

**Functional Obsolescence**

The impairment of functional capacity of improvements according to market tastes and standards. *(Dictionary)*

**Functional Utility**

The ability of a property or building to be useful and to perform the function for which it is intended according to current market tastes and standards; the efficiency of a building's use in terms of architectural style, design and layout, traffic patterns, and the size and type of rooms. *(Dictionary)*

**Furniture, Fixtures, and Equipment (FF&E)**

Business trade fixtures and personal property, exclusive of inventory. (Dictionary)

**Going-concern**

An established and operating business having an indefinite future life. *(Dictionary)*

**Going-concern Value**

An outdated label for the market value of all the tangible and intangible assets of an established and operating business with an indefinite life, as if sold in aggregate; more accurately termed the *market value of the going concern or market value of the total assets of the business*. *(Dictionary)*

**Gross Building Area (GBA)**

Total floor area of a building, excluding unenclosed areas, measured from the exterior of the walls of the above-grade area. This includes mezzanines and basements if and when typically included in the market area of the type of property involved. *(Dictionary)*

**Gross Leasable Area (GLA)**

Total floor area designed for the occupancy and exclusive use of tenants, including basements and mezzanines; measured from the center of joint partitioning to the outside wall surfaces. *(Dictionary)*

**Gross Living Area (GLA)**

Total area of finished, above-grade residential space area; calculated by measuring the outside perimeter of the structure and includes only finished, habitable, above-grade living space. (Finished basements and attic areas are not generally included in total gross living area. Local practices, however, may differ.) *(Dictionary)*

**Highest & Best Use**

The reasonably probable use of property that results in the highest value. The four criteria that the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum productivity. The use of an asset that maximizes its potential and that is possible, legally permissible, and financially feasible. The highest and best use may be for continuation of an asset's existing use or for some alternative use. This is determined by the use that a market



participant would have in mind for the asset when formulating the price that it would be willing to bid (IVS). *(Dictionary)*

## Hypothetical Condition

A condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis. Hypothetical conditions are contrary to known facts about physical, legal, or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis. *(USPAP)*

## Income Capitalization Approach

In the income capitalization approach, an appraiser analyzes a property's capacity to generate future benefits and capitalizes the income into an indication of present value. The principle of anticipation is fundamental to this approach. Techniques and procedures from this approach are used to analyze comparable sales data and to measure obsolescence in the cost approach. *(15th Edition)*

## Incurable Functional Obsolescence

An element of depreciation; a defect caused by a deficiency or superadequacy involving the structure, materials, or design that cannot be practically or economically corrected as of the effective date of the appraisal. *(Dictionary)*

## Indirect Costs

Expenditures or allowances for items other than labor and materials that are necessary for construction, but are not typically part of the construction contract. Indirect costs may include administrative costs, professional fees, financing costs and the interest paid on construction loans, taxes and the builder's or developer's all-risk insurance during construction, and marketing, sales, and lease-up costs incurred to achieve occupancy or sale. Also called *soft costs*. *(Dictionary)*

## Interim Use

The use contemplated by the market participants that the subject real estate can be put to while waiting for certain subsequent factors to occur. *(Dictionary)*

## Investment Value

The value of a property to a particular investor or class of investors based on the investor's specific requirements. Investment value may be different from market value because it depends on a set of investment criteria that are not necessarily typical of the market. *(Dictionary)*

## Leased Fee Interest

The ownership interest held by the lessor, which includes the right to receive the contract rent specified in the lease plus the reversion right when the lease expires. *(Dictionary)*

## Leasehold Estate

The right held by the lessee to use and occupy real estate for a stated term and under the conditions specified in the lease. *(Dictionary)*

## Legal Nonconforming Use

A use that was lawfully established and maintained, but no longer conforms to the use regulations of its current zoning; sometimes known as a legally nonconforming use. *(Dictionary)*

## Liquidation Value

The most probable price that a specified interest in property should bring under the following conditions:

1. Consummation of a sale within a short time period.
2. The property is subjected to market conditions prevailing as of the date of valuation.
3. Both the buyer and seller are acting prudently and knowledgeably.
4. The seller is under extreme compulsion to sell.
5. The buyer is typically motivated.
6. Both parties are acting in what they consider to be their best interests.
7. A normal marketing effort is not possible due to the brief exposure time.
8. Payment will be made in cash in U.S. dollars (or the local currency) or in terms of financial arrangements comparable thereto.
9. The price represents the normal consideration for the property sold, unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

This definition can also be modified to provide for valuation with specified financing terms. *(Dictionary)*

## Market Area

The geographic region from which a majority of demand comes and in which the majority of competition is located. Depending on the market, a market area may be further subdivided into components such as primary, secondary, and tertiary market areas, or the competitive market area may be distinguished from the general market area. *(Dictionary)*

## Market Rent

The most probable rent that a property should bring in a competitive and open market under all conditions requisite to a fair lease transaction, the lessee and lessor each acting prudently and knowledgeably, and assuming the rent is not affected by undue stimulus. *(Dictionary)*

## Market Study

An analysis of the market conditions of supply, demand, and pricing for a specific property type in a specific area. *(Dictionary)*

## Market Value (Most Common Non-FRT)

The most probable price, as of a specific date, in cash, or in terms equivalent to cash, or in other precisely revealed terms, for which the specified property rights should sell after reasonable exposure in a competitive market under all conditions requisite to a fair sale, with the buyer and seller each acting prudently, knowledgeably, and for self-interest, and assuming that neither is under undue distress. *(Dictionary)*



**Market Value (Interagency Guidelines)**

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. buyer and seller are typically motivated;
2. both parties are well informed or well advised, and acting in what they consider their own best interests;
3. a reasonable time is allowed for exposure in the open market;
4. payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale. ( *12 CFR, Part 34, Subpart C - Appraisals, 34.42(h))*.

**Marketability Analysis**

The study of how a specific property is expected to perform in a specific market. A marketability analysis expands on a market analysis by addressing a specific property. *(Dictionary)*

**Neighborhood Analysis**

The objective analysis of observable or quantifiable data indicating discernible patterns of urban growth, structure, and change that may detract from or enhance property values; focuses on four sets of considerations that influence value: social, economic, governmental, and environmental factors. *(Dictionary)*

**Net Net Net Lease**

An alternative term for a type of net lease. In some markets, a net net net lease is defined as a lease in which the tenant assumes all expenses (fixed and variable) of operating a property except that the landlord is responsible for structural maintenance, building reserves, and management. Also called *NNN lease, triple net lease*, or *fully net lease. (Dictionary)*

**Net Operating Income (NOI)**

The actual or anticipated net income that remains after all operating expenses are deducted from effective gross income but before mortgage debt service and book depreciation are deducted. Note: This definition mirrors the convention used in corporate finance and business valuation for EBITDA (earnings before interest, taxes, depreciation, and amortization). *(15th Edition)*

**Obsolescence**

One cause of depreciation; an impairment of desirability and usefulness caused by new inventions, changes in design, improved processes for production, or external factors that make a property less desirable and valuable for a continued use; may be either functional or external. *(Dictionary)*

**Off-site Costs**

Costs incurred in the development of a project excluding on-site costs such as grading and construction of the building and other improvements; also called *common costs* or *off-site improvement costs. (Dictionary)*

**On-site Costs**

Costs incurred for the actual construction of buildings and improvements on a particular site. *(Dictionary)*

**Overage Rent**

The percentage rent paid over and above the guaranteed minimum rent or base rent; calculated as a percentage of sales in excess of a specified breakeven sales volume. *(15th Edition)*

**Overall Capitalization Rate (OAR)**

The relationship between a single year's net operating income expectancy and the total property price or value. *(Dictionary)*

**Parking Ratio**

The ratio of parking area or parking spaces to an economic or physical unit of comparison. Minimum required parking ratios for various land uses are often stated in zoning ordinances. *(Dictionary)*

**Potential Gross Income (PGI)**

The total income attributable to property at full occupancy before vacancy and operating expenses are deducted. *(Dictionary)*

**Potential Gross Income Multiplier (PGIM)**

The ratio between the sale price (or value) of a property and its annual potential gross income. *(Dictionary)*

**Present Value (PV)**

The value of a future payment or series of future payments discounted to the current date or to time period zero. *(Dictionary)*

**Prospective Opinion of Value**

A value opinion effective as of a specified future date. The term does not define a type of value. Instead, it identifies a value opinion as effective at some specific future date. An opinion of value as of a prospective date is frequently sought in connection with projects that are proposed, under construction, or under conversion to a new use, or those that have not achieved sellout or a stabilized level of long-term occupancy. *(Dictionary)*

**Qualitative Adjustment**

An indication that one property is superior, inferior, or similar to another property. Note that the common usage of the term is a misnomer in that an adjustment to the sale price of a comparable property is not made. Rather, the indication of a property's superiority or inferiority to another is used in relative comparison analysis, bracketing, and other forms of qualitative analysis. *(Dictionary)*



**Quantitative Adjustment**

In the application of the sales comparison and income capitalization approaches, a numerical (dollar or percentage) adjustment to the sale price, rent, or expense amount of a comparable property to account for the effect on value of a difference between each comparable property and the subject property. *(Dictionary)*

**Rentable Area**

The amount of space on which the rent is based; calculated according to local practice. *(Dictionary)*

**Replacement Cost**

The estimated cost to construct, at current prices as of a specific date, a substitute for a building or other improvements, using modern materials and current standards, design, and layout. *(Dictionary)*

**Replacement Cost for Insurance Purposes**

The estimated cost, at current prices as of the effective date of valuation, of a substitute for the building being valued, using modern materials and current standards, design and layout for insurance coverage purposes guaranteeing that damaged property is replaced with a new property (i.e., depreciation is not deducted). *(Dictionary)*

**Reproduction Cost**

The estimated cost to construct, at current prices as of the effective date of the appraisal, an exact duplicate or replica of the building being appraised, using the same or similar materials, construction standards, design, layout, and quality of workmanship and embodying all the deficiencies, superadequacies, and obsolescence of the subject building. *(Dictionary)*

**Retrospective Value Opinion**

A value opinion effective as of a specified historical date. The term *retrospective* does not define a type of value. Instead, it identifies a value opinion as being effective at some specific prior date. Value as of a historical date is frequently sought in connection with property tax appeals, damage models, lease renegotiation, deficiency judgments, estate tax, and condemnation. Inclusion of the type of value with this term is appropriate, e.g., "retrospective market value opinion." *(Dictionary)*

**Sales Comparison Approach**

The process of deriving a value indication for the subject property by comparing sales of similar properties to the property being appraised, identifying appropriate units of comparison, and making adjustments to the sale prices (or unit prices, as appropriate) of the comparable properties based on relevant, market-derived elements of comparison. The sales comparison approach may be used to value improved properties, vacant land, or land being considered vacant when an adequate supply of comparable sales is available. *(Dictionary)*

**Scope of Work**

The type and extent of research and analysis in an appraisal or appraisal review assignment. Scope of work includes, but is not limited to:

The extent to which the property is identified;

The extent to which tangible property is inspected;

The type and extent of data researched; and

The type and extent of analysis applied to arrive at opinions or conclusions. *(USPAP)*

**Shopping Center Types**

Neighborhood Shopping Center: The smallest type of shopping center, generally with a gross leasable area of between 30,000 and 100,000 square feet. Typical anchors include supermarkets. Neighborhood shopping centers offer convenience goods and personal services and usually depend on a market population support of 3,000 to 40,000 people.

Community Shopping Center: A shopping center of 100,000 to 400,000 square feet that usually contains one junior department store, a variety store, discount or department store. A community shopping center generally has between 20 and 70 retail tenants and a market population support of 40,000 to 150,000 people.

Regional Shopping Center: A shopping center of 300,000 to 900,000 square feet that is built around one or two full-line department stores of approximately 200,000 square feet each plus small tenant spaces. This type of center is typically supported by a minimum population of 150,000 people.

Super-Regional Center: A large center of 600,000 to 2.0 million square feet anchored by three or more full-line department stores. This type of center is typically supported by a population area of 300,000 people. *(15th Edition)*

**Sum of the Retail Values**

The sum of the separate and distinct market value opinions for each of the units in a condominium; subdivision development, or portfolio of properties, as of the date of valuation. The aggregate of retail values does not represent the value of all the units as sold together in a single transaction; it is simply the total of the individual market value conclusions. An appraisal has an effective date, but summing the sales prices of multiple units over an extended period of time will not be the value on that one day unless the prices are discounted to make the value equivalent to what another developer or investor would pay for the bulk purchase of the units. Also called the *aggregate of the retail values* or *aggregate retail selling price*. *(Dictionary)*

**Superadequacy**

An excess in the capacity or quality of a structure or structural component; determined by market standards. *(Dictionary)*



**Surplus Land**

Land that is not currently needed to support the existing use but cannot be separated from the property and sold off for another use. Surplus land does not have an independent highest and best use and may or may not contribute value to the improved parcel. *(Dictionary)*

**Tenant Improvements (TIs)**

1. Fixed improvements to the land or structures installed for use by a lessee.
2. The original installation of finished tenant space in a construction project; subject to periodic change for succeeding tenants. *(Dictionary)*

**Usable Area**

The area that is actually used by the tenants measured from the inside of the exterior walls to the inside of walls separating the space from hallways and common areas. *(Dictionary)*

**Useful Life**

The period of time over which a structure or a component of a property may reasonably be expected to perform the function for which it was designed. *(Dictionary)*

**Vacancy and Collection Loss**

A deduction from potential gross income *(PGI)* made to reflect income deductions due to vacancies, tenant turnover, and nonpayment of rent; also called *vacancy and credit loss* or *vacancy and contingency loss. (Dictionary)*

**Yield Capitalization**

A method used to convert future benefits into present value by (1) discounting each future benefit at an appropriate yield rate, or (2) developing an overall rate that explicitly reflects the investment's income pattern, holding period, value change, and yield rate. *(Dictionary)*





Valuation Services Director
Valuation & Advisory Services

tina.yu@colliers.com
Direct: +1 212 716 3500
Mobile: +1 917 215 9097
Fax: +1 212486 2530
colliers.com

1114 Avenue of the Americas
11th Floor
New York, NY 10036
United States

### Education or Qualifications

Bachelor of Arts in Economics,
2018
New York University

### State Certifications

New York

# Tina Yu

### Area of Expertise

Tina Yu is a Valuation Services Director in the New York office of Colliers Valuation & Advisory Services. She has been actively engaged in real estate valuation and consultation since 2018 and has provided valuation services on properties located in New York, New Jersey, and Connecticut. Tina has completed work on multi-family properties, as well as Class A office building, shopping centers, and industrial warehouse centers.

### Professional Background

Valuation Services Director
Colliers Valuation & Advisory Services
(CVAS) – New York

Senior Valuation Specialist
Colliers Valuation & Advisory Services
(CVAS) – New York

Mortgage Loan Closing Assistant,
Amalgamated Bank

Real Estate Law Intern, The Law Office of Joseph Yau, PLLC

### Appraisal Institute Courses

- Principles of Real Estate Appraisal
- Real Estate Appraisal Procedures
- Uniform Standards of Professional Appraisal
- General Appraiser Income Approach I
- General Appraiser Income Approach II

### Other Related Courses

- Residential Market Analysis and Highest/Best Use
- Residential Site Valuation and Cost Approach
- Residential Income and Sales Comparison Approach
- Residential Report Writing and Case Studies

### Property Types Experience

- Multi-family
- Condominium
- Office
- Industrial
- Land
- Retail

Accelerating success.





Senior Valuation Services Director
Valuation & Advisory Services

howard.newman@colliers.com
Direct: +1 212 716 3771
Mobile: +1 347 432 1020
colliers.com

1114 Avenue of the Americas
11th Floor
New York, NY 10036
United States

### Education or Qualifications

Bachelor of Arts, University at Albany, SUNY

### State Certifications

Connecticut

Massachusetts

New Jersey

New York



## Howard Newman, MAI

### Area of Expertise

Howard Newman is a Senior Valuation Services Director in the New York Office of Colliers Valuation & Advisory Services. Mr. Newman has valued and consulted on real estate matters for over 20 years. He has completed a variety of appraisal assignments in the Greater New York metropolitan region. Property types appraised include mixed-use, multifamily, retail, industrial, office, land and new development and specialty use appraisals. Clients include banks, investment firms, developers, law firms and non-profit organizations

### Affiliations or Memberships

Member – Appraisal Institute

New York State License #46000043203

Massachusetts Certified General Appraiser #10001089

New Jersey Certified General Appraiser license #42RG002490000

Connecticut Certified General Appraiser license #RCG.0001418

### Professional Background

Valuation Services Director, Colliers International Valuation & Advisory Services (NYC)

Senior Appraiser, BBG, Inc.

Senior Appraiser, Leitner Group, Inc.

### Property Types Experience

Office, Industrial, Multi-family, Retail, Condominium, Apartment, Subdivisions, Land, Cannabis Grow and Dispensary

### Representative Projects

Star Tower -Long Island City, NY - A 221,266-square-foot mixed-use building with 182 apartments and commercial space.

Hudson Lights Apartments - Fort Lee, NJ - Mixed-Use project with 276 market-rate apartments and 138,625 square feet of leasable retail space.

17 Battery Place Apartments - 17 Battery Place - New York, NY – A 345 residential units and 49,989 square feet of commercial space.

685 Fifth Avenue Apartments - 685 Fifth Avenue - New York, NY – An 80-unit proposed residential condominium conversion.

The Raleigh Hotel, Miami Beach, FL – A 57-room luxury hotel underdevelopment with a significant food and beverage component.

Harbor Station North Apartments - 151 Center Street - Bayonne, NJ A development with 200 apartments and commercial space.

Riverwalk Complex, Lawrence, MA – An 8 building office complex with 1,336,440 SF of building area.

675 Avenue of the Americas, New York, NY – A 6-story, 304,090 SF office and retail building.

55 Bay Street, Brooklyn, NY – An 88,000 SF last mile build-to-suit distribution facility.

350-360 Mount Kemble Avenue, Morristown, NJ – Two office buildings with 224,098 SF and 18 tenants.

MetroCenter Atrium, Bronx, NY -A Mixed-Use, Retail, Office, Parking Garage and Hotel, property with 258,713 SF of NRA.

Accelerating success.

Case 25-11853-KBO    Doc 396-4    Filed 03/31/26    Page 151 of 157

UNIQUE ID NUMBER
46000043203

State of New York
Department of State

**DIVISION OF LICENSING SERVICES**

FOR OFFICE USE ONLY
Control No. 1532303

PURSUANT TO THE PROVISIONS OF ARTICLE 6E OF THE
EXECUTIVE LAW AS IT RELATES TO R.E. APPRAISERS.

EFFECTIVE DATE
MO. 12 | DAY 27 | YR. 22

NEWMAN HOWARD L
C/O COLLIERS INTERNATIONAL VAL
SERVICES
1114 SIXTH AVENUE
NEW YORK, NY   10110

EXPIRATION DATE
MO. 12 | DAY 26 | YR. 24

HAS BEEN DULY CERTIFIED TO TRANSACT BUSINESS AS A
R.E. GENERAL APPRAISER

In Witness Whereof, The Department of State has caused
its official seal to be hereunto affixed.

ROBERT J. RODRIGUEZ
SECRETARY OF STATE

DOS-1098 (Rev. 3/01)





Managing Director | New York
Valuation & Advisory Services

tony.osullivan@colliers.com
Direct: +1 212 207 8057
Mobile: +1 646 342 4283
Fax: +1 212 486 2530
colliers.com

1114 Sixth Avenue
New York, NY 10036
United States

### Education or Qualifications

National University of Ireland,
Galway - BComm, Business

### State Certifications

Connecticut

Massachusetts

New Jersey

New York

# Tony O'Sullivan, MAI, MRICS

### Area of Expertise

Mr. O'Sullivan has valued and consulted on real estate matters for over 25 years. After a number of years with several industry leaders such as New York Life Insurance, Grubb & Ellis and Cushman & Wakefield, Mr. O'Sullivan is now the Managing Director for the New York office.

Mr. O'Sullivan has provided valuation and consultancy services on several national portfolios of Class A office buildings, shopping centers, apartment complexes and industrial warehouse/distribution centers. He has also provided his valuation expertise on golf resorts, hotel casinos and luxury 5-star hotels, both nationally and internationally.

Tony is a member of the New York Consultancy Team and has been involved in assignments that provided specialized consultancy reports for clients that included marketability studies and highest and best use analyses on large-scale multi-family, mixed-use office and hotel developments throughout New York City and the Tri-State area.

### Affiliations or Memberships

Managing Director, Colliers International Valuation & Advisory Services (NYC)

Managing Director, Landauer Valuation & Advisory

Director, Cushman & Wakefield

Senior Appraiser, Leitner Group

Appraiser, New York Life

### Professional Background

Member – Appraisal Institute

Member – Royal Institute of Chartered Surveyors

New York State License. #46000050129

New Jersey State License. #42RG00250500

Connecticut State License. #RCG.0001414

Member - Mortgage Bankers Association



UNIQUE ID NUMBER

46000050129

**State of New York**
**Department of State**
**DIVISION OF LICENSING SERVICES**

FOR OFFICE USE ONLY

Control No. 1540771

PURSUANT TO THE PROVISIONS OF ARTICLE 6E OF THE
EXECUTIVE LAW AS IT RELATES TO R.E. APPRAISERS.

EFFECTIVE DATE

| MO. | DAY | YR. |
|-----|-----|-----|
| 02 | 13 | 24 |

OSULLIVAN ANTHONY P
C/O COLLIERS INTERNATIONAL
1114 AVENUE OF THE AMERICAS
11TH FLOOR
NEW YORK, NY 10036

EXPIRATION DATE

| MO. | DAY | YR. |
|-----|-----|-----|
| 02 | 12 | 26 |

HAS BEEN DULY CERTIFIED TO TRANSACT BUSINESS AS A
R.E. GENERAL APPRAISER

In Witness Whereof, The Department of State has caused
its official seal to be hereunto affixed.

ROBERT J. RODRIGUEZ
SECRETARY OF STATE

DOS-1098 (Rev. 3/01)



# Valuation & Advisory Services

Colliers

Accelerating success.

# Valuation & Advisory Services

Real estate valuations play a pivotal role in today's business climate. An accurate and well supported opinion of property value can mean the difference between reaching a critical goal—securing a loan, closing a sale, reporting to investors, choosing the best asset—or failing to achieve it altogether.

Colliers Valuation & Advisory Services' reports are designed to deliver insight into a property's fundamentals, its competition and the overall market dynamics affecting value. A solid valuation report can be a strategic asset for investors, lenders and owners, provided that it addresses both a property's unique characteristics and the most current market conditions.

Commitment to high-end client service, coupled with Colliers' unparalleled market intelligence and resources, differentiates us as the firm of choice in the real estate industry.

## PROFESSIONAL

Our professionals share a commitment to deliver the highest level of service and consistent results. We go the extra mile for our clients, whether this means meeting a tight deadline or working with a complex and challenging property.

## TECHNOLOGY

Our unmatched report creation technology speeds appraisals through the pipeline. This secure, centralized production system generates a wide range of reports and high volume portfolio orders without delays.

## INFORMATION

Today's business climate places valuation in a more pivotal position than ever before. All our appraisals are evaluated and approved by an experienced review team to ensure our clients receive concise and timely appraisals. With clear, prompt reporting and a comprehensive, big picture approach, Colliers' valuation and advisory reports give our clients the information they need to make better business decisions.



# What We Do





## 400+
licensed appraisers and staff



## 26,000+
assignments completed annually



## 60+
Valuation & Advisory Services
market locations across the country

Real estate advisors
in 66 countries.



Founding member
of the World Green
Building Council



Recognized and ranked
18 consecutive years,
more than any other
real estate firm



Ranked in the top 3
most recognized
global commercial real
estate brands by The
Lipsey Company



Ranked in the world's
top female-friendly
companies.



# Valuation & Advisory Services National Leadership

**Jeremy Walling, MAI, MRICS**
President | US
Valuation & Advisory Services
Jeremy.Walling@colliers.com
+1 312 371 4920

**PJ Cusmano, MAI, MRICS**
Executive Vice President
Eastern US
PJ.Cusmano@colliers.com
+1 813 229 1599

**Jeff Shouse, MAI, CRE**
Executive Vice President
Western US
Jeff.Shouse@colliers.com
+1 916 724 5531

**Jerry Gisclair, MAI, MRICS**
Executive Vice President
US Client Relations & Service
Jerry.Gisclair@colliers.com
+1 813 871 8531

**Bruce Nell, MAI, AI-GRS, MRICS**
Senior Vice President
Advisory Services & MHC Practice Leader
Bruce.Nell@colliers.com
+1 614 437 4687

**Anjanette "AJ" Hutson, MAI, AI-GRS**
Executive Managing Director
Quality Assurance
AJ.Hutson@colliers.com
+1 704 973 7202

## Our Experts

To learn more about our Regional and Market Valuation Experts,  please click on or scan the QR code.



# Why work with Colliers?



### We act as an extension of your team.

Our approach is collaborative, nimble and informed by uncommon knowledge. By aligning with your core business needs, we develop and execute customized real estate solutions to support your growth strategy.



### We are both results and process-driven.

From the first handshake to the last, we manage the valuation process to minimize disruption, mitigate risk and mediate competing perspectives so that you can focus on what you do best. You can count on us to stay focused on your priorities.



### We are defined by our people.

We attract an exemplary roster of top valuation experts across the United States – specialists who save you time and money by cutting through the noise to deliver the most favorable outcome.

This document has been prepared by Colliers for advertising and general information only. Colliers makes no guarantees, representations or warranties of any kind, expressed or implied, regarding the information including, but not limited to, warranties of content, accuracy and reliability. Any interested party should undertake their own inquiries as to the accuracy of the information. Colliers excludes unequivocally all inferred or implied terms, conditions and warranties arising out of this document and excludes all liability for loss and damages arising there from. This publication is the copyrighted property of Colliers and/or its licensor(s). © 2024. All rights reserved. This communication is not intended to cause or induce breach of an existing engagement agreement. Colliers International Valuation & Advisory Services, LLC

