# EXHIBIT E

## UNIT WIDTH TO DEPTH CAL.

**17TH FLOOR UNIT WIDTH TO DEPTH CALCULATION**

| UNIT | UNIT WIDTH (FT) | UNIT DEPTH (FT) | WIDTH TO DEPTH RATIO (MIN. 20%) PROV'D | COMPLY? |
|---|---|---|---|---|
| 1700 | 31.00 | 19.33 | 160.37% | Y |
| 1701 | 31.08 | 19.42 | 160.04% | Y |
| 1702 | 27.00 | 19.33 | 139.68% | Y |
| 1703 | 27.17 | 18.42 | 147.50% | Y |
| 1704 | 27.08 | 18.00 | 150.44% | Y |
| 1705 | 29.92 | 18.50 | 161.73% | Y |
| 1707 | 27.50 | 18.08 | 152.10% | Y |
| 1708 | 20.58 | 22.50 | 91.47% | Y |
| 1709 | 28.33 | 18.17 | 155.92% | Y |
| 1710 | 22.83 | 18.58 | 122.87% | Y |
| 1711 | 26.83 | 18.17 | 147.66% | Y |
| 1712 | 35.75 | 18.67 | 191.48% | Y |
| 1714 | 37.42 | 26.42 | 141.64% | Y |
| 1715 | 26.08 | 27.83 | 93.71% | Y |
| 1716 | 11.25 | 22.58 | 49.82% | Y |
| 1717 | 25.75 | 18.25 | 141.10% | Y |
| 1718 | 30.83 | 16.83 | 183.18% | Y |

## LIGHT AND AIR TABLE

**17TH FLOOR HABITABLE ROOM LIGHT & AIR CALCULATION**

| UNIT | RM TYPE | RM AREA (SF) | LIGHT REQ'D (SF) (MIN 10%) | LIGHT PROV'D | AIR REQ'D (SF) (MIN 5%) | AIR PROV'D |
|---|---|---|---|---|---|---|
| 1700 | L/D/K | 178 | 17.8 | 18.5 | 10.4% | 8.9 | 9.3 | 5.2% |
| | BEDROOM 01 | 82 | 8.2 | 37.0 | 45.1% | 4.1 | 18.5 | 22.6% |
| | BEDROOM 02 | 89 | 8.9 | 18.5 | 20.8% | 4.5 | 9.3 | 10.4% |
| 1702 | L/D/K | 142 | 14.2 | 18.5 | 13.0% | 7.1 | 9.3 | 6.5% |
| | BEDROOM 01 | 85 | 8.5 | 18.5 | 21.8% | 4.3 | 9.3 | 10.9% |
| | BEDROOM 02 | 104 | 10.4 | 18.5 | 17.8% | 5.2 | 9.3 | 8.9% |
| 1703 | L/D/K | 155 | 15.5 | 18.5 | 11.9% | 7.8 | 9.3 | 6.0% |
| | BEDROOM 01 | 84 | 8.4 | 18.5 | 22.0% | 4.2 | 9.3 | 11.0% |
| 1704 | L/D/K | 100 | 10.0 | 18.5 | 18.5% | 5.0 | 9.3 | 9.3% |
| 1707 | L/D | 163 | 16.3 | 18.5 | 11.3% | 8.2 | 9.3 | 5.7% |
| | L/D | 178 | 17.8 | 18.5 | 10.4% | 8.9 | 9.3 | 5.2% |
| 1709 | BEDROOM 01 | 157 | 15.7 | 18.5 | 11.8% | 7.9 | 9.3 | 5.9% |
| | BEDROOM 02 | 84 | 8.4 | 18.5 | 22.0% | 4.2 | 9.3 | 11.0% |
| | L/D/K | 97 | 9.7 | 18.5 | 19.1% | 4.9 | 9.3 | 9.5% |
| 1710 | BEDROOM 01 | 161 | 16.1 | 18.5 | 11.5% | 8.1 | 9.3 | 5.7% |
| | BEDROOM 01 | 81 | 8.1 | 18.5 | 22.8% | 4.1 | 9.3 | 11.4% |
| | BEDROOM 02 | 81 | 8.1 | 18.5 | 22.8% | 4.1 | 9.3 | 11.4% |
| 1711 | L/D/K | 160 | 16.0 | 18.5 | 11.6% | 8.0 | 9.3 | 5.8% |
| | BEDROOM 01 | 98 | 9.8 | 18.5 | 18.9% | 4.9 | 9.3 | 9.4% |
| 1712 | BEDROOM 01 | 81 | 8.1 | 18.5 | 22.8% | 4.1 | 9.3 | 11.4% |
| | BEDROOM 02 | 86 | 8.6 | 18.5 | 21.5% | 4.3 | 9.3 | 10.8% |
| | L/D/K | 86 | 8.6 | 18.5 | 21.5% | 4.3 | 9.3 | 10.8% |
| | L/D/K | 163 | 16.3 | 18.5 | 11.3% | 8.2 | 9.3 | 5.7% |
| 1714 | BEDROOM 01 | 100 | 10.0 | 18.5 | 18.5% | 5.0 | 9.3 | 9.3% |
| | BEDROOM 02 | 82 | 8.2 | 37.0 | 45.1% | 4.1 | 18.5 | 22.6% |
| | BEDROOM 03 | 82 | 8.2 | 18.5 | 22.6% | 4.1 | 9.3 | 11.3% |
| 1717 | L/D/K | 149 | 14.9 | 18.5 | 12.4% | 7.5 | 9.3 | 6.2% |
| | BEDROOM 01 | 80 | 8.0 | 18.5 | 23.1% | 4.0 | 9.3 | 11.6% |
| 1718 | BEDROOM 02 | 90 | 9.0 | 18.5 | 20.6% | 4.5 | 9.3 | 10.3% |
| | BEDROOM 01 | 162 | 16.2 | 18.5 | 11.4% | 8.1 | 9.3 | 5.7% |
| | BEDROOM 02 | 80 | 8.0 | 37.0 | 46.3% | 4.0 | 18.5 | 23.1% |
| | BEDROOM 02 | 90 | 9.0 | 18.5 | 20.6% | 4.5 | 9.3 | 10.3% |

**HPD UNITS**

| UNIT | RM TYPE | RM AREA | LIGHT REQ'D | PROV'D | % | AIR REQ'D | PROV'D | % |
|---|---|---|---|---|---|---|---|---|
| 1701 | L/D/K | 185 | 18.5 | 18.5 | 10.0% | 9.3 | 9.3 | 5.0% |
| | BEDROOM 01 | 89 | 8.9 | 37.0 | 41.6% | 4.5 | 18.5 | 20.8% |
| | BEDROOM 02 | 92 | 9.2 | 18.5 | 20.1% | 4.6 | 9.3 | 10.1% |
| 1705 | L/D/K | 158 | 15.6 | 18.5 | 11.9% | 7.8 | 9.3 | 5.9% |
| | BEDROOM 01 | 82 | 8.2 | 18.5 | 22.6% | 4.1 | 9.3 | 11.3% |
| 1708 | L/D/K | 166 | 16.6 | 18.5 | 11.1% | 8.3 | 9.3 | 5.6% |
| | BEDROOM 01 | 88 | 8.8 | 37.0 | 42.0% | 4.4 | 18.5 | 21.0% |
| | L/D/K | 179 | 17.9 | 18.5 | 10.3% | 9.0 | 9.3 | 5.2% |
| 1715 | BEDROOM 01 | 81 | 8.1 | 18.5 | 22.8% | 4.1 | 9.3 | 11.3% |
| | BEDROOM 02 | 82 | 8.2 | 18.5 | 22.4% | 4.1 | 9.3 | 11.3% |
| 1716 | L/D/K | 185 | 37.0 | 18.5 | 22.4% | 18.5 | 9.3 | 11.2% |

## CONSTRUCTION LEGEND

**(N)** NEW   **(E)** EXISTING   **(R)** REPLACED

- EXISTING WALL TO REMAIN
- EXISTING EXTERIOR WALL TO REMAIN
- EXISTING PLUMBING CHASE
- SRO UNIT
- HPD UNIT
- J1 - HOTEL SUITE
- J2 - RESIDENTIAL UNITS
- PROPOSED NEW PARTITION
- MECHANICAL/PLUMBING CHASE AREA
- PROPERTY LINE
- **SL/AA** STROBE LIGHT & AUDIBLE ALERT
- **SD/CMD** SMOKE DETECTOR / CARBON MONOXIDE DETECTOR - HARDWIRED & INTERCONNECTED **WALL-MOUNTED**
- **SD/CMD** SMOKE DETECTOR / CARBON MONOXIDE DETECTOR - HARDWIRED & INTERCONNECTED **CEILING-MOUNTED**

### Title Block

PROJECT:

**HENRY HUDSON RESIDENCES**
**353 W. 57 TH ST**
NEW YORK, NY 10019
BLOCK: 1048  LOT: 7502

OWNER:

**CSC COLIVING**
6 ST. JOHNS LANE NEW YORK, NY 10013
(212) 419-3149

ARCHITECT:

**TANG STUDIO ARCHITECT LLC**
1452 COLLEGE POINT BLVD.
COLLEGE POINT, NY 11356

MEP ENGINEER:

**MG ENGINEERING, P.C.**
116 W. 32ND ST. NEW YORK, NY 10001
(212) 643-9055

STRUCTURAL ENGINEER:

**SILMAN**
30 OLD SLIP, 10TH FLOOR. NEW YORK, NY 10005
(212) 620-7970

INTERIOR DESIGNER:

**B-HUBER**
SIMON BOLIVAR 239 COLONIA LAFAYETTE
GUADALAJARA. MEXICO

LIGHTING DESIGNER:

**LIGHTING WORKSHOP**
20 JAY ST. #504
BROOKLYN, NY 11201
(212) 796-6510

DOB NOW JOB NUMBER:

**DOB NOW ALT/CO:**
M00805103 - I1

DOB APPROVAL STAMP:

### Revisions

| Date | Description |
|---|---|
| 05.14.2025 | DOB SUBMISSION |
| 04.22.2025 | HPD & DOB SUBMISSION |
| 10.21.2024 | DOB NOW ALT/CO - SUBMISSION 07 |
| 08.23.2024 | HPD SUBMISSION FOR BUILD REVIEW |
| 08.14.2024 | HPD SUBMISSION FOR BUILD REVIEW |
| 08.02.2024 | HPD SUBMISSION FOR BUILD REVIEW |
| 07.25.2024 | FLOOR PLAN FOR CB 4 |
| 06.26.2024 | HPD SUBMISSION |
| 09.06.2023 | DOB NOW ALT/CO - SUBMISSION 06 |

SEAL:



REGISTERED ARCHITECT
EDWIN TANG
31664
STATE OF NEW YORK

DRAWING TITLE:

**PROPOSED PLAN**
**17TH FLOOR**

PROJECT #: 21-49   DRAWN BY: JJ/HL/KC

SHEET TITLE:

**A-115.00**

**1** PROPOSED PLAN - 17TH FLOOR (MARKET) - 16TH FLOOR (CONSTRUCTION)
SCALE: 1/8" = 1'-0"

STAIR A   STAIR B   STAIR C   STAIR D

## PROJECT:

### HENRY HUDSON RESIDENCES
### 353 W. 57 TH ST
NEW YORK, NY 10019
BLOCK: 1048   LOT: 7502

**OWNER:**

**CSC COLIVING**

6 ST. JOHNS LANE NEW YORK, NY 10013
(212) 419-3149

**ARCHITECT :**

**TANG STUDIO ARCHITECT LLC**

1452 COLLEGE POINT BLVD.
COLLEGE POINT, NY 11356

**MEP ENGINEER:**

**MG ENGINEERING, P.C.**

116 W. 32ND ST. NEW YORK, NY 10001
(212) 643-9055

**STRUCTURAL ENGINEER:**

**SILMAN**

30 OLD SLIP, 10TH FLOOR. NEW YORK, NY 10005
(212) 620-7970

**INTERIOR DESIGNER:**

**B-HUBER**

SIMON BOLIVAR 239 COLONIA LAFAYETTE
GUADALAJARA. MEXICO

**LIGHTING DESIGNER:**

**LIGHTING WORKSHOP**
20 JAY ST. #504
BROOKLYN, NY 11201
(212) 796-6510

**DOB NOW JOB NUMBER:**

**DOB NOW ALT/CO:**
M00805103 - I1

**DOB APPROVAL STAMP:**

| | |
|---|---|
| 05.14.2025 | DOB SUBMISSION |
| 04.22.2025 | HPD & DOB SUBMISSION |
| 10.21.2024 | DOB NOW ALT/CO - SUBMISSION 07 |
| 08.23.2024 | HPD SUBMISSION FOR BUILD REVIEW |
| 08.14.2024 | HPD SUBMISSION FOR BUILD REVIEW |
| 08.02.2024 | HPD SUBMISSION FOR BUILD REVIEW |
| 07.25.2024 | FLOOR PLAN FOR CB 4 |
| 06.26.2024 | HPD SUBMISSION |
| 09.06.2023 | DOB NOW ALT/CO - SUBMISSION 06 |

**SEAL:**



REGISTERED ARCHITECT
EDWIN TANG
31664
STATE OF NEW YORK

**DRAWING TITLE:**

### PROPOSED PLAN
### 18TH FLOOR

PROJECT #:  21-49        DRAWN BY: JJ/HL/KC

SHEET TITLE :

### A-116.00

---

### UNIT WIDTH TO DEPTH CAL.

**18TH FLOOR UNIT WIDTH TO DEPTH CALCULATION**

| UNIT | UNIT WIDTH (FT) | UNIT DEPTH (FT) | WIDTH TO DEPTH RATIO (MIN. 25%) PROV'D | COMPLY? |
|---|---|---|---|---|
| 1800 | 30.67 | 19.33 | 158.67% | Y |
| 1801 | 36.08 | 18.50 | 195.03% | Y |
| 1802 | 27.08 | 18.08 | 149.78% | Y |
| 1803 | 30.00 | 18.50 | 162.16% | Y |
| 1804 | 36.25 | 17.92 | 202.29% | Y |
| 1805 | 27.00 | 17.92 | 150.67% | Y |
| 1806 | 44.50 | 19.33 | 230.21% | Y |
| 1807 | 28.00 | 19.83 | 141.20% | Y |
| 1808 | 28.42 | 18.17 | 156.41% | Y |
| 1809 | 26.33 | 18.58 | 141.71% | Y |
| 1810 | 26.92 | 18.17 | 148.16% | Y |
| 1811 | 32.00 | 27.92 | 114.61% | Y |
| 1812 | 26.08 | 28.17 | 92.58% | Y |
| 1814 | 21.67 | 10.83 | 200.09% | Y |
| 1815 | 25.50 | 18.17 | 140.34% | Y |

---

### LIGHT AND AIR TABLE

**18TH FLOOR HABITABLE ROOM LIGHT & AIR CALCULATION**

| UNIT | RM. TYPE | RM AREA (SF) | LIGHT REQ'D (SF) (MIN 10%) | LIGHT PROV'D | AIR REQ'D (SF) (MIN 5%) | AIR PROV'D |
|---|---|---|---|---|---|---|
| 1800 | L/D/K | 176 | 17.6 | 18.5 | 10.5% | 8.8 | 9.3 | 5.3% |
| | BEDROOM 01 | 83 | 8.3 | 37.0 | 44.6% | 4.2 | 18.5 | 22.3% |
| | BEDROOM 02 | 85 | 8.5 | 18.5 | 21.8% | 4.3 | 9.3 | 10.9% |
| 1801 | L/D/K | 158 | 16.8 | 18.5 | 11.0% | 8.4 | 9.3 | 5.5% |
| | BEDROOM 01 | 95 | 9.5 | 18.5 | 19.5% | 4.8 | 9.3 | 9.7% |
| | BEDROOM 02 | 83 | 8.3 | 18.5 | 22.5% | 4.2 | 9.3 | 11.1% |
| | BEDROOM 03 | 86 | 8.6 | 18.5 | 21.5% | 4.3 | 9.3 | 10.8% |
| 1802 | L/D/K | 165 | 16.5 | 18.5 | 11.2% | 8.3 | 9.3 | 5.6% |
| | BEDROOM 01 | 91 | 9.1 | 18.5 | 20.3% | 4.6 | 9.3 | 10.2% |
| | BEDROOM 02 | 100 | 10.0 | 18.5 | 18.5% | 5.0 | 9.3 | 9.3% |
| 1804 | L/D | 186 | 18.6 | 18.5 | 9.9% | 9.3 | 9.3 | 5.0% |
| 1805 | L/D | 150 | 15.0 | 18.5 | 12.3% | 7.5 | 9.3 | 6.2% |
| 1806 | L/D | 160 | 16.0 | 18.5 | 11.6% | 8.0 | 9.3 | 5.8% |
| 1807 | L/D/K | 155 | 15.5 | 18.5 | 11.9% | 7.8 | 9.3 | 6.0% |
| | BEDROOM 01 | 80 | 8.0 | 18.5 | 23.1% | 4.0 | 9.3 | 11.8% |
| 1808 | L/D/K | 155 | 15.5 | 18.5 | 11.9% | 7.8 | 9.3 | 6.0% |
| | BEDROOM 01 | 84 | 8.4 | 18.5 | 22.0% | 4.2 | 9.3 | 11.0% |
| | BEDROOM 02 | 100 | 10.0 | 18.5 | 18.5% | 5.0 | 9.3 | 9.3% |
| 1809 | L/D/K | 151 | 15.1 | 18.5 | 12.3% | 7.6 | 9.3 | 6.1% |
| | BEDROOM 01 | 80 | 8.0 | 18.5 | 23.1% | 4.0 | 9.3 | 11.6% |
| | BEDROOM 02 | 99 | 9.9 | 18.5 | 18.7% | 5.0 | 9.3 | 9.3% |
| 1815 | L/D/K | 152 | 15.2 | 18.5 | 12.2% | 7.6 | 9.3 | 6.1% |
| | BEDROOM 01 | 82 | 8.2 | 18.5 | 22.6% | 4.1 | 9.3 | 11.3% |
| | BEDROOM 02 | 81 | 8.1 | 18.5 | 22.8% | 4.1 | 9.3 | 11.4% |
| **HPD - UNITS** | | | | | | | | |
| 1803 | L/D/K | 158 | 16.8 | 18.5 | 11.0% | 8.4 | 9.3 | 5.5% |
| | BEDROOM 01 | 80 | 8.0 | 18.5 | 23.1% | 4.0 | 9.3 | 11.8% |
| 1811 | L/D/K | 163 | 16.3 | 18.5 | 11.3% | 8.2 | 9.3 | 5.7% |
| | BEDROOM 01 | 84 | 8.4 | 18.5 | 22.0% | 4.1 | 9.3 | 11.0% |
| 1812 | BEDROOM 02 | 82 | 8.2 | 38.5 | 47.0% | 4.1 | 19.0 | 23.5% |
| | L/D/K | 183 | 18.3 | 18.5 | 10.1% | 9.2 | 9.3 | 5.1% |
| | BEDROOM 01 | 84 | 8.4 | 18.5 | 22.0% | 4.2 | 9.3 | 11.0% |
| | BEDROOM 02 | 82 | 8.2 | 18.5 | 22.6% | 4.1 | 9.3 | 11.3% |
| 1814 | L/D/K | 132 | 13.2 | 18.5 | 27.0% | 6.6 | 18.5 | 14.0% |

---

### CONSTRUCTION LEGEND

**(N)** NEW        **(E)** EXISTING        **(R)** REPLACED

- EXISTING WALL TO REMAIN
- EXISTING EXTERIOR WALL TO REMAIN
- EXISTING PLUMBING CHASE
- SRO UNIT
- HPD UNIT
- J1 - HOTEL SUITE
- J2 - RESIDENTIAL UNITS
- PROPOSED NEW PARTITION
- MECHANICAL/PLUMBING CHASE AREA
- PROPERTY LINE
- S/L/AA STROBE LIGHT & AUDIBLE ALERT
- SD/CMD SMOKE DETECTOR / CARBON MONOXIDE DETECTOR - HARDWIRED & INTERCONNECTED **WALL-MOUNTED**
- SD/CMD SMOKE DETECTOR / CARBON MONOXIDE DETECTOR - HARDWIRED & INTERCONNECTED **CEILING-MOUNTED**

---

**1   PROPOSED PLAN - 18TH FLOOR (MARKET) - 19TH FLOOR (CONSTRUCTION)**
SCALE:  1/8" = 1'-0"

STAIR A   STAIR B   STAIR C   STAIR D

(SRO) 418 SQ FT
(SRO) 410 SQ FT
(SRO) 180 SQ FT