# EXHIBIT F



**1** UNIT TYP 01
SCALE: 1/4" = 1'-0"

**2** UNIT TYP 02
SCALE: 1/4" = 1'-0"

**3** UNIT TYP 03
SCALE: 1/4" = 1'-0"

| 300 | 2 BED |
| | 2 BATH |
| GFA | 692 SQ. FT. |
| NFA | 568 SQ. FT. |

| 303 | 1 BED |
| | 1 BATH |
| GFA | 556 SQ. FT. |
| NFA | 460 SQ. FT. |

| 305 | 2 BED |
| | 2 BATH |
| GFA | 934 SQ. FT. |
| NFA | 825 SQ. FT. |

**UNIT TYPE 01**

| FLOOR | UNIT |
| --- | --- |
| 03 | 300 |
| TOTAL | 1 |

**UNIT TYPE 02**

| FLOOR | UNIT |
| --- | --- |
| 03 | 303 |
| TOTAL | 1 |

**UNIT TYPE 03**

| FLOOR | UNIT |
| --- | --- |
| 03 | 305 |
| TOTAL | 1 |

# HENRY HUDSON RESIDENCES - HPD UNITS

**TANG STUDIO** ARCHITECT LLC
163-17 DEPOT ROAD. FL 01
FLUSHING NY 11358

2026.02.20



**4**  UNIT TYP 04
SCALE: 1/4" = 1'-0"

**5**  UNIT TYP 05
SCALE: 1/4" = 1'-0"

**6**  UNIT TYP 06
SCALE: 1/4" = 1'-0"

**7**  UNIT TYP 07
SCALE: 1/4" = 1'-0"

**TANG STUDIO ARCHITECT LLC**
163-17 DEPOT ROAD. FL 01
FLUSHING NY 11358

# HENRY HUDSON RESIDENCES - HPD UNITS

2026.02.20



**8** UNIT TYP 08
SCALE: 1/4" = 1'-0"

**9** UNIT TYP 09
SCALE: 1/4" = 1'-0"

**10** UNIT TYP 10
SCALE: 1/4" = 1'-0"

**11** UNIT TYP 11
SCALE: 1/4" = 1'-0"

TANG STUDIO ARCHITECT LLC
163-17 DEPOT ROAD. FL 01
FLUSHING NY 11358

# HENRY HUDSON RESIDENCES - HPD UNITS

2026.02.20



**UNIT TYPE 12**

| FLOOR | UNIT |
|---|---|
| 04 | 404 |
| 05 | 504 |
| 06 | 604 |
| 07 | 704 |
| 08 | 804 |
| 09 | 904 |
| 10 | 1001 |
| 11 | 1104 |
| 12 | 1204 |
| 14 | 1404 |
| TOTAL | 10 |

| 404 | STUDIO |
|---|---|
|  | 1 BATH |
| GFA | 284 SQ. FT. |
| NFA | 252 SQ. FT. |

**12   UNIT TYP 12**
SCALE: 1/4" = 1'-0"

**UNIT TYPE 13**

| FLOOR | UNIT |
|---|---|
| 04 | 405 |
| 07 | 705 |
| 08 | 805 |
| 09 | 905 |
| 10 | 1005 |
| 11 | 1105 |
| 12 | 1205 |
| TOTAL | 7 |

| 405 | 2 BED |
|---|---|
|  | 2 BATH |
| GFA | 551 SQ. FT. |
| NFA | 475 SQ. FT. |

**13   UNIT TYP 13**
SCALE: 1/4" = 1'-0"

**UNIT TYPE 14**

| FLOOR | UNIT |
|---|---|
| 04 | 408 |
| TOTAL | 1 |

| 408 | 1 BED |
|---|---|
|  | 1 BATH |
| GFA | 358 SQ. FT. |
| NFA | 290 SQ. FT. |

**14   UNIT TYP 14**
SCALE: 1/4" = 1'-0"

**UNIT TYPE 15**

| FLOOR | UNIT |
|---|---|
| 04 | 412 |
| TOTAL | 1 |

| 412 | 1 BED |
|---|---|
|  | 1 BATH |
| GFA | 472 SQ. FT. |
| NFA | 383 SQ. FT. |

**15   UNIT TYP 15**
SCALE: 1/4" = 1'-0"

**UNIT TYPE 16**

| FLOOR | UNIT |
|---|---|
| 04 | 417 |
| 05 | 522 |
| TOTAL | 2 |

| 417 | 1 BED |
|---|---|
|  | 1 BATH |
| GFA | 441 SQ. FT. |
| NFA | 343 SQ. FT. |

**16   UNIT TYP 16**
SCALE: 1/4" = 1'-0"

**TANG STUDIO ARCHITECT LLC**
163-17 DEPOT ROAD. FL 01
FLUSHING NY 11358

# HENRY HUDSON RESIDENCES - HPD UNITS

2026.02.20



**UNIT TYPE 17**

| FLOOR | UNIT |
|---|---|
| 04 | 418 |
| 05 | 523 |
| 06 | 622 |
| 07 | 722 |
| 08 | 822 |
| 09 | 922 |
| 10 | 1022 |
| 11 | 1122 |
| 12 | 1200 |
| 141 | 1422 |
| 51 | 1515 |
| 61 | 1615 |
| 71 | 1716 |
| 8 | 1814 |
| 19 | 1915 |
| 20 | 2011 |
| 21 | 2107-1 |
| 23 | 2312 |
| | |
| TOTAL | 18 |

**UNIT TYPE 18**

| FLOOR | UNIT |
|---|---|
| 04 | 426 |
| | |
| TOTAL | 1 |

**418** STUDIO 1 BATH
GFA 296 SQ. FT.
NFA 255 SQ. FT.

**426** STUDIO 1 BATH
GFA 288 SQ. FT.
NFA 250 SQ. FT.

**17** UNIT TYP 17
SCALE: 1/4" = 1'-0"

**18** UNIT TYP 18
SCALE: 1/4" = 1'-0"

**UNIT TYPE 19**

| FLOOR | UNIT |
|---|---|
| 05 | 506 |
| 12 | 1206 |
| 14 | 1406 |
| | |
| TOTAL | 3 |

**UNIT TYPE 20**

| FLOOR | UNIT |
|---|---|
| 05 | 520 |
| 06 | 621 |
| 11 | 1121 |
| 12 | 1221 |
| 16 | 1612 |
| 17 | 1715 |
| 18 | 1812 |
| 23 | 2311 |
| | |
| TOTAL | 8 |

**506** 2 BED 2 BATH
GFA 589 SQ. FT.
NFA 489 SQ. FT.

**520** 2 BED 2 BATH
GFA 573 SQ. FT.
NFA 496 SQ. FT.

**19** UNIT TYP 19
SCALE: 1/4" = 1'-0"

**20** UNIT TYP 20
SCALE: 1/4" = 1'-0"

**TANG STUDIO ARCHITECT LLC**
163-17 DEPOT ROAD. FL 01
FLUSHING NY 11358

# HENRY HUDSON RESIDENCES - HPD UNITS

2026.02.20



**21** | UNIT TYP 21  
SCALE: 1/4" = 1'-0"

**22** | UNIT TYP 22  
SCALE: 1/4" = 1'-0"

**23** | UNIT TYP 23  
SCALE: 1/4" = 1'-0"

**24** | UNIT TYP 24  
SCALE: 1/4" = 1'-0"

**25** | UNIT TYP 25  
SCALE: 1/4" = 1'-0"

**UNIT TYPE 21**

| FLOOR | UNIT |
|-------|------|
| 06 | 617 |
| 07 | 717 |
| 08 | 817 |
| 09 | 917 |
| 10 | 1017 |
| 11 | 1117 |
| 12 | 1217 |
| TOTAL | 7 |

**UNIT TYPE 22**

| FLOOR | UNIT |
|-------|------|
| 06 | 625 |
| 11 | 1125 |
| 12 | 1225 |
| TOTAL | 3 |

**UNIT TYPE 23**

| FLOOR | UNIT |
|-------|------|
| 11 | 1116 |
| TOTAL | 1 |

**UNIT TYPE 24**

| FLOOR | UNIT |
|-------|------|
| 11 | 1124 |
| TOTAL | 1 |

**UNIT TYPE 25**

| FLOOR | UNIT |
|-------|------|
| 12 | 1215 |
| TOTAL | 1 |

| 617 | 2 BED / 2 BATH |
|-----|------|
| GFA | 654 SQ. FT. |
| NFA | 582 SQ. FT. |

| 625 | 2 BED / 2 BATH |
|-----|------|
| GFA | 616 SQ. FT. |
| NFA | 504 SQ. FT. |

| 1116 | 2 BED / 2 BATH |
|------|------|
| GFA | 571 SQ. FT. |
| NFA | 491 SQ. FT. |

| 1124 | STUDIO / 1 BATH |
|------|------|
| GFA | 300 SQ. FT. |
| NFA | 249 SQ. FT. |

| 1215 | 1 BED / 1 BATH |
|------|------|
| GFA | 348 SQ. FT. |
| NFA | 280 SQ. FT. |

**HENRY HUDSON RESIDENCES - HPD UNITS**

TANG STUDIO ARCHITECT LLC  
163-17 DEPOT ROAD. FL 01  
FLUSHING NY 11358

2026.02.20



### 26 — UNIT TYP 26
SCALE: 1/4" = 1'-0"

**UNIT TYPE 26**

| FLOOR | UNIT |
|---|---|
| 14 | 1405 |

| 1405 | 1 BED |
| | 1 BATH |
| GFA | 346 SQ. FT. |
| NFA | 310 SQ. FT. |

| TOTAL | 1 |

### 27 — UNIT TYP 27
SCALE: 1/4" = 1'-0"

**UNIT TYPE 27**

| FLOOR | UNIT |
|---|---|
| 14 | 1425 |

| 1425 | 1 BED |
| | 1 BATH |
| GFA | 416 SQ. FT. |
| NFA | 323 SQ. FT. |

| TOTAL | 1 |

### 28 — UNIT TYP 28
SCALE: 1/4" = 1'-0"

**UNIT TYPE 28**

| FLOOR | UNIT |
|---|---|
| 15 | 1507 |

| 1507 | 1 BED |
| | 1 BATH |
| GFA | 428 SQ. FT. |
| NFA | 340 SQ. FT. |

| TOTAL | 1 |

### 29 — UNIT TYP 29
SCALE: 1/4" = 1'-0"

**UNIT TYPE 29**

| FLOOR | UNIT |
|---|---|
| 15 | 1509 |

| 1509 | 1 BED |
| | 1 BATH |
| GFA | 349 SQ. FT. |
| NFA | 296 SQ. FT. |

| TOTAL | 1 |

### 30 — UNIT TYP 30
SCALE: 1/4" = 1'-0"

**UNIT TYPE 30**

| FLOOR | UNIT |
|---|---|
| 1 | 1600 |

| 1600 | 2 BED |
| | 2 BATH |
| GFA | 583 SQ. FT. |
| NFA | 491 SQ. FT. |

| TOTAL | 1 |

**TANG STUDIO** ARCHITECT LLC
163-17 DEPOT ROAD. FL 01
FLUSHING NY 11358

# HENRY HUDSON RESIDENCES - HPD UNITS

2026.02.20



### 31 UNIT TYP 31
SCALE: 1/4" = 1'-0"

| UNIT TYPE 31 | |
|---|---|
| FLOOR | UNIT |
| 16 | 1601 |
| 17 | 1701 |
| 19 | 1901 |
| TOTAL | 3 |

| 1601 | 2 BED |
| | 2 BATH |
| GFA | 603 SQ. FT. |
| NFA | 511 SQ. FT. |

### 32 UNIT TYP 32
SCALE: 1/4" = 1'-0"

| UNIT TYPE 32 | |
|---|---|
| FLOOR | UNIT |
| 16 | 1605 |
| 17 | 1705 |
| 18 | 1803 |
| 19 | 1905 |
| TOTAL | 4 |

| 1605 | 1 BED |
| | 1 BATH |
| GFA | 378 SQ. FT. |
| NFA | 316 SQ. FT. |

### 33 UNIT TYP 33
SCALE: 1/4" = 1'-0"

| UNIT TYPE 33 | |
|---|---|
| FLOOR | UNIT |
| 16 | 1607 |
| TOTAL | 1 |

| 1607 | 1 BED |
| | 1 BATH |
| GFA | 426 SQ. FT. |
| NFA | 330 SQ. FT. |

### 34 UNIT TYP 34
SCALE: 1/4" = 1'-0"

| UNIT TYPE 34 | |
|---|---|
| FLOOR | UNIT |
| 17 | 1708 |
| TOTAL | 1 |

| 1708 (MI) | 1 BED |
| | 1 BATH |
| GFA | 433 SQ. FT. |
| NFA | 331 SQ. FT. |

### 35 UNIT TYP 35
SCALE: 1/4" = 1'-0"

| UNIT TYPE 35 | |
|---|---|
| FLOOR | UNIT |
| 18 | 1811 |
| TOTAL | 1 |

| 1811 | 2 BED |
| | 2 BATH |
| GFA | 596 SQ. FT. |
| NFA | 506 SQ. FT. |

STAIR A

**TANG STUDIO** ARCHITECT LLC
163-17 DEPOT ROAD. FL 01
FLUSHING NY 11358

# HENRY HUDSON RESIDENCES - HPD UNITS

2026.02.20



**37** | UNIT TYP 37
SCALE: 1/4" = 1'-0"

**38** | UNIT TYP 38
SCALE: 1/4" = 1'-0"

**36** | UNIT TYP 36
SCALE: 1/4" = 1'-0"

**39** | UNIT TYP 39
SCALE: 1/4" = 1'-0"

TANG STUDIO ARCHITECT LLC
163-17 DEPOT ROAD. FL 01
FLUSHING NY 11358

# HENRY HUDSON RESIDENCES - HPD UNITS

2026.02.20



| UNIT TYPE 40 | |
|---|---|
| FLOOR | UNIT |
| 21 | 2109 |
| | |
| TOTAL | 1 |

**2109** — 2 BED / 2 BATH
GFA 582 SQ. FT.
NFA 494 SQ. FT.

**40** | UNIT TYP 40
SCALE: 1/4" = 1'-0"

| UNIT TYPE 41 | |
|---|---|
| FLOOR | UNIT |
| 21 | 2135 |
| | |
| TOTAL | 1 |

**2135** — STUDIO / 1 BATH
GFA 365 SQ. FT.
NFA 302 SQ. FT.

**41** | UNIT TYP 41
SCALE: 1/4" = 1'-0"

| UNIT TYPE 42 | |
|---|---|
| FLOOR | UNIT |
| 21 | 2101 |
| | |
| TOTAL | 1 |

**2101** — 1 BED / 1 BATH
GFA 634 SQ. FT.
NFA 541 SQ. FT.

**42** | UNIT TYP 42
SCALE: 1/4" = 1'-0"

**TANG STUDIO** ARCHITECT LLC
163-17 DEPOT ROAD. FL 01
FLUSHING NY 11358

# HENRY HUDSON RESIDENCES - HPD UNITS

2026.02.20



**43** | UNIT TYP 43
SCALE: 1/4" = 1'-0"

**44** | UNIT TYP 44
SCALE: 1/4" = 1'-0"

**45** | UNIT TYP 45
SCALE: 1/4" = 1'-0"

**46** | UNIT TYP 46
SCALE: 1/4" = 1'-0"

**47** | UNIT TYP 47
SCALE: 1/4" = 1'-0"

**UNIT TYPE 43**

| FLOOR | UNIT |
|-------|------|
| 21 | 2102 |
| | |
| TOTAL | 1 |

**2102** — STUDIO / 1 BATH
GFA 746 SQ. FT.
NFA 624 SQ. FT.

**UNIT TYPE 44**

| FLOOR | UNIT |
|-------|------|
| 21 | 2103 |
| | |
| TOTAL | 1 |

**2103 (H/VI)** — 1 BED / 1 BATH
GFA 546 SQ. FT.
NFA 420 SQ. FT.

**UNIT TYPE 45**

| FLOOR | UNIT |
|-------|------|
| 21 | 2104 |
| | |
| TOTAL | 1 |

**2104** — 1 BED / 1 BATH
GFA 349 SQ. FT.
NFA 297 SQ. FT.

**UNIT TYPE 46**

| FLOOR | UNIT |
|-------|------|
| 21 | 2105 |
| | |
| TOTAL | 1 |

**2105** — 1 BED / 1 BATH
GFA 402 SQ. FT.
NFA 349 SQ. FT.

**UNIT TYPE 47**

| FLOOR | UNIT |
|-------|------|
| 21 | 2106-1 |
| | |
| TOTAL | 1 |

**2106-1** — 2 BED / 2 BATH
GFA 570 SQ. FT.
NFA 490 SQ. FT.

# HENRY HUDSON RESIDENCES - HPD UNITS

**TANG STUDIO** ARCHITECT LLC
163-17 DEPOT ROAD, FL 01
FLUSHING NY 11358

2026.02.20



48 | UNIT TYP 48
SCALE: 1/4" = 1'-0"

49 | UNIT TYP 49
SCALE: 1/4" = 1'-0"

50 | UNIT TYP 50
SCALE: 1/4" = 1'-0"

51 | UNIT TYP 51
SCALE: 1/4" = 1'-0"

52 | UNIT TYP 52
SCALE: 1/4" = 1'-0"

53 | UNIT TYP 53
SCALE: 1/4" = 1'-0"

**TANG STUDIO** ARCHITECT LLC
163-17 DEPOT ROAD. FL 01
FLUSHING NY 11358

# HENRY HUDSON RESIDENCES - HPD UNITS

2026.02.20



**UNIT TYPE 54**

| FLOOR | UNIT |
|---|---|
| 22 | 2205 |

| 2205 (MI) | 1 BED |
|---|---|
| | 1 BATH |
| GFA | 460 SQ. FT. |
| NFA | 395 SQ. FT. |

| TOTAL | 1 |

**54** | UNIT TYP 54
SCALE: 1/4" = 1'-0"

**UNIT TYPE 55**

| FLOOR | UNIT |
|---|---|
| 22 | 2253 |

| 2253 | 1 BED |
|---|---|
| | 1 BATH |
| GFA | 348 SQ. FT. |
| NFA | 302 SQ. FT. |

| TOTAL | 1 |

**55** | UNIT TYP 55
SCALE: 1/4" = 1'-0"

**UNIT TYPE 56**

| FLOOR | UNIT |
|---|---|
| 22 | 2255 |

| 2255 | 2 BED |
|---|---|
| | 2 BATH |
| GFA | 572 SQ. FT. |
| NFA | 479 SQ. FT. |

| TOTAL | 1 |

**56** | UNIT TYP 56
SCALE: 1/4" = 1'-0"

**UNIT TYPE 57**

| FLOOR | UNIT |
|---|---|
| 23 | 2301 |

| 2301 (MI) | 2 BED |
|---|---|
| | 2 BATH |
| GFA | 602 SQ. FT. |
| NFA | 504 SQ. FT. |

| TOTAL | 1 |

**57** | UNIT TYP 57
SCALE: 1/4" = 1'-0"

**UNIT TYPE 58**

| FLOOR | UNIT |
|---|---|
| 23 | 2305 |

| 2305 | 1 BED |
|---|---|
| | 1 BATH |
| GFA | 365 SQ. FT. |
| NFA | 304 SQ. FT. |

| TOTAL | 1 |

**58** | UNIT TYP 58
SCALE: 1/4" = 1'-0"

**UNIT TYPE 59**

| FLOOR | UNIT |
|---|---|
| 23 | 2307 |

| 2307 | 2 BED |
|---|---|
| | 2 BATH |
| GFA | 551 SQ. FT. |
| NFA | 470 SQ. FT. |

| TOTAL | 1 |

**59** | UNIT TYP 59
SCALE: 1/4" = 1'-0"

TANG STUDIO ARCHITECT LLC
163-17 DEPOT ROAD. FL 01
FLUSHING NY 11358

# HENRY HUDSON RESIDENCES - HPD UNITS

2026.02.20



| 2308 (MI) | 2 BED |
| | 2 BATH |
| GFA | 681 SQ. FT. |
| NFA | 565 SQ. FT. |

| UNIT TYPE 60 | |
| --- | --- |
| FLOOR | UNIT |
| 23 | 2308 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | 1 |

**60**  UNIT TYP 60
SCALE:  1/4" = 1'-0"

TANG STUDIO ARCHITECT LLC
163-17 DEPOT ROAD. FL 01
FLUSHING NY 11358

# HENRY HUDSON RESIDENCES - HPD UNITS

2026.02.20