# EXHIBIT A



# From Standstill to Breakthrough — Hudson Hotel Tenants Reach Tentative Agreement With New Owner

by Brennan LaBrie | February 7, 2026



After nearly three years of living in a stalled construction site, there is hope for residents of the Hudson Hotel on W58th Street. The beleaguered tenants and the building's new owner have reached a tentative agreement that will allow long-delayed renovation work to resume while protecting the remaining residents.

In a breakthrough in negotiations last week, Parkview Financial agreed to give tenants cash refunds for years of rent paid while enduring hazardous conditions.

When the hotel shuttered early in the COVID-19 pandemic, long-term tenants occupying almost 40 rent stabilized SRO units found themselves in a near-empty building. However, the peace and quiet ended in 2022, when CSC Real Estate, an Upper West Side-based developer, bought the hotel with plans to convert it into a 444-unit apartment complex.

CSC's managing partners, Sal and Alberto Smeke, soon obtained permits and began gutting the historic, 835-room building. However, they started work before applying for a required Certificate of No Harassment from the Department of Housing Preservation and Development (HPD). When the brothers were denied that certificate, the Department of Buildings (DOB) issued a stop-work order, also flagging demolition that far exceeded the scope of their initial permit.

Residents, who said they were not given advance notice of demolition work on their floors, then had to contend with plastic sheet-wrapped walls, dangling wires and hills of sawdust — and no drinkable water.

"We were living under horrible conditions," said Raul Larios, a 25-year resident of the building. Jairo Fuertes, another longtime tenant, called the conditions "practically uninhabitable" in a 2024 W42ST article, and said he had been without electricity in half his space for almost a year.

At that time, the Hudson had 96 open DOB violations, including 28 classified as "immediately hazardous." There are currently nine active violations, relating to broken smoke and carbon monoxide detectors, mold, and infestations of roaches and mice.

The Los Angeles-based Parkview Financial, which lent the Smekes $207 million for the renovation, sued them last July, alleging "gross mismanagement" of the construction project. They later took over the building and placed it in bankruptcy protection, with the stated goal of finishing the renovation and addressing the needs of current tenants, Crain's reported.

Four months later, Parkview appears to be following through on this commitment, according to Larios, and Manhattan Community Board 4 (MCB4) member Joe Restuccia. Through regular meetings with tenants, the firm is seeking a settlement that will allow it to submit for a Certificate of No Harassment and resume construction. This arrangement will see most tenants move into temporary housing until renovation is completed. These talks have been "very productive," Larios said.

"It's a breath of fresh air that they're doing the right thing, complying with the law and going the extra step to do right by the tenants," he said.

The tenants have been supported at the negotiating table by MCB4, Councilmember Gale Brewer and Goddard Riverside Law Project, which provides free legal services and support to low-income tenants on the West Side.

"Although there's more details to work out, there's been an actual discussion back and forth — for the first time — that I feel very positive about," Restuccia said at MCB4's Housing, Health, & Human Services Committee meeting earlier this year in regards to negotiations between tenants and developers. "Many of the things that were stumbling blocks with the Smeke brothers are now moving ahead," he added.

Parkview has already responded to some long-standing tenant requests, which include agreeing to renovate run-down SRO units for tenants looking to stay put, and moving others into larger family-sized units at no extra cost. The firm also painted over a coat of black paint in the lobby with a lighter shade. The Smeke brothers' choice to cover the 98-year-old building's lobby and exterior in the dark shade had confused and angered tenants and neighbors alike. "It's these small things that make a difference," Restuccia said.

Work on the hotel is progressing "as quickly as regulatory processes allow," a spokesperson for Parkview told W42ST. "We are productively engaged with all stakeholders, including current tenants, and our focus remains on moving the project forward towards completion," they said.

Likewise, HPD — whose approval on the tenant agreement is required for renovations to resume — told W42ST that it's working with all parties to ensure the project is seen through and tenants are protected.

While Larios and his neighbors are eager to get their building back in shape — issues with elevators, water quality and heating persist — they were steadfast in their demands for some form of compensation for the conditions they endured for over three years.

Parkview had initially offered rent credits — for the years of poor living conditions — to be applied to future payments following the renovation, but the 28 remaining households insisted on cash refunds. This demand was solidified after two elderly tenants died earlier this month, Larios said. At least five tenants have passed since renovation work began.

"They kind of brought to mind our mortality, like 'wait a minute, I better get my money now because I may not live long enough to get those credits," Larios said. Plus, many of the Hudson's tenants are low-income and could use the cash, he added.

In a meeting on January 27, Parkview agreed to these terms. "We pretty much got everything that the tenants wanted," Larios said. "So the tenants are very happy that finally we're seeing a light at the end of the tunnel." In addition to the refunds, Parkview will provide rent credits for the months tenants spend in temporary housing during renovation.

"It's been a very long struggle – and very, very low bar accomplishments, but they're still very much appreciated," he said at a MCB4 meeting last month. "We are all very hopeful that this is moving in the right direction, and that this will be the year where some significant steps are taken to alleviate what has been really a very nightmarish situation in that building."

When renovation work finally concludes, it will be good news for Hell's Kitchen's housing market. Under HPD's Cure for Harassment requirements, 28% of new units, by floor area, must be allocated for permanently-affordable apartments – which could surpass 120 units.

Brennan LaBrie
www.w42st.com