**<u>Exhibit A</u>**

**Proposed Supplemental Final Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| HUDSON 1701/1706, LLC, *et al.*, | Case No. 25-11853 (KBO) |
| Debtors.[1] | (Jointly Administered) |
|  | **Related D.I. ___** |

**SUPPLEMENTAL FINAL ORDER (I) AUTHORIZING THE DEBTORS
TO (A) INCREASE THE DIP COMMITMENT AND (B) MODIFY AND
EXTEND THE DIP BUDGET; AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the Debtors in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), seeking entry of a supplemental final debtor-in-possession financing order (this "Supplemental DIP Order") (i) increasing the financing commitment of Parkview Financial REIT, LP (the "DIP Lender") under the DIP Term Sheet and Final DIP Order, and (ii) modifying and extending the existing, approved debtor-in-possession financing budget in the form attached as Exhibit 1 to this Supplemental DIP Order (the "Amended Budget"); and the Debtors and the DIP Lender having agreed to amend the DIP Term Sheet and Final DIP Order as set forth herein; and upon the record of the Chapter 11 Cases; and adequate notice of the Motion and the hearing to consider entry of this Supplemental DIP Order having been given in accordance with the applicable Bankruptcy Rules and Local Rules; and it appearing that no other or further notice of the Motion or hearing to consider entry of this Supplement DIP Order need be provided; and all objections, responses, and reservations of rights with respect to the relief

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] Capitalized terms used but not defined in this Supplemental DIP Order have the meaning given to them in the Motion. All references in this Supplemental DIP Order to the "DIP Term Sheet" shall mean as it has been amended pursuant to the Final DIP Order.

requested in the Motion having been withdrawn, resolved, or overruled by the Court; and after due deliberation and consideration, and for good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED as set forth in this Supplemental DIP Order.

2.      The DIP Commitment is hereby increased from $32,762,104 to $42,531,550.

3.      Paragraph 6 of the Final DIP Order is amended to provide that that the maximum aggregate amount of the Roll Up is $42,531,550.

4.      The Amended Budget attached as Exhibit 1 to this Supplemental DIP Order is hereby approved.

5.      The DIP Term Sheet and Final DIP Order are hereby amended to give effect to paragraphs 1, 2 and 3 of this Supplemental DIP Order without the necessity of the Debtors or DIP Lender taking any additional action.

6.      Nothing in this Supplemental DIP Order amends, modifies, or waives, or shall be deemed to amend, modify, or waive, any other provisions of the Final DIP Order or DIP Loan Documents all which remain binding and in full force and effect.

7.      The Court shall retain jurisdiction to interpret and enforce the provisions of this Supplemental DIP Order.

## EXHIBIT 1

**Amended Budget**

**Hudson 1701/1706; Hudson 1702**
Consolidated 44-Week Cash Flow
($ USD)

| Week beginning (Mon) | 11/1/2025 November | 12/1/2025 December | 1/1/2026 January | 2/1/2026 February | 3/1/2026 March | 4/1/2026 April | 5/1/2026 May | 6/1/2026 June | 7/1/2026 July | 8/1/2026 August | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **_Collections_** | | | | | | | | | | | |
| Receipts | $ - | $ - | $ - | $ 74,246 | $ 58,144 | $ 58,144 | $ 58,144 | $ 58,144 | $ 58,144 | $ 58,144 | $ 423,110 |
| **Total Collections** | $ - | $ - | $ - | $ 74,246 | $ 58,144 | $ 58,144 | $ 58,144 | $ 58,144 | $ 58,144 | $ 58,144 | $ 423,110 |
| **_Operating Disbursements_** | | | | | | | | | | | |
| Insurance | 146,175 | 139,214 | 139,214 | 139,220 | 74,935 | - | 348,036 | 174,018 | 174,018 | 174,018 | $ 1,508,850 |
| Property Tax | - | - | 2,850,848 | - | - | - | - | - | 3,211,145 | - | $ 6,061,994 |
| Utilities | - | - | 125,119 | - | 219,700 | 102,426 | 74,246 | 58,144 | 54,118 | 66,195 | $ 699,949 |
| Elevators | - | - | 10,589 | 24,865 | - | 5,500 | 3,000 | - | - | - | $ 43,954 |
| Security/Fire Watch | - | - | - | - | - | 106,819 | 106,819 | 106,819 | 106,819 | 106,819 | $ 534,097 |
| Property Management | - | 34,134 | 159,491 | - | 20,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | $ 263,625 |
| Operating Expenses | - | - | 2,484 | - | 60,530 | 36,134 | 35,634 | 35,634 | 35,634 | 35,634 | $ 241,684 |
| Legal/HPD | - | - | - | - | 22,160 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | $ 72,160 |
| Ground Rent | - | 1,458,333 | 729,167 | 729,167 | 729,167 | 729,167 | 729,167 | 729,167 | 729,167 | 729,167 | $ 7,291,667 |
| Fire Alarm Service Contract | - | - | - | - | - | 7,001 | 7,001 | 7,001 | 7,001 | 7,001 | $ 35,006 |
| Local Law 11 Contractor/Architect | - | - | 46,575 | 435 | 850 | - | 25,000 | - | - | - | $ 72,860 |
| Repairs & Maintenance | - | - | - | 54 | 22,408 | 37,300 | 19,800 | 19,800 | 19,800 | 19,800 | $ 138,962 |
| Misc/Contingency | - | - | 30 | - | 665 | - | 25,000 | 25,000 | 25,000 | 25,000 | $ 100,695 |
| **_Development_** | | | | | | | | | | | |
| LAF Contractor - Landlord TI | - | - | 818,127 | - | - | 175,000 | 175,000 | - | - | - | $ 1,168,127 |
| Dair Development | - | 58,065 | - | - | - | - | - | - | - | - | $ 58,065 |
| LAF TI Allowance | - | - | 824,253 | - | 747,569 | 793,600 | 793,600 | 793,600 | 793,600 | 793,600 | $ 5,539,822 |
| Development Partner - Taconic | - | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | $ 2,025,000 |
| Preconstruction GC | - | - | 86,000 | - | 38,150 | 10,000 | 10,000 | 10,000 | - | - | $ 154,150 |
| Design | - | - | - | 10,000 | 7,644 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | $ 67,644 |
| **_Construction_** | - | - | - | - | - | 260,790 | 297,755 | 93,699 | 62,151 | 62,151 | $ 776,544 |
| **_First Day Motions_** | | | | | | | | | | | |
| Utility Assurance | - | - | 70,000 | - | - | - | - | - | - | - | $ 70,000 |
| D&O Insurance | - | $ 155,862 | - | - | - | - | - | - | - | - | $ 155,862 |
| Life Safety | - | 225,478 | 2,980 | 29,690 | 156,795 | - | - | - | - | - | $ 414,943 |
| Critical Vendor | - | 37,404 | 1,878 | - | 453,692 | - | - | - | - | - | $ 492,974 |
| **Total Operating Disbursements** | $ 146,175 | $ 2,333,491 | $ 6,091,756 | $ 1,158,431 | $ 2,779,265 | $ 2,518,737 | $ 2,905,058 | $ 2,307,882 | $ 5,473,453 | $ 2,274,385 | $ 27,988,633 |
| **Total Operating Cash Flow** | $ 146,175 | $ 2,333,491 | $ 6,091,756 | $ 1,084,185 | $ 2,721,121 | $ 2,460,593 | $ 2,846,914 | $ 2,249,738 | $ 5,415,309 | $ 2,216,241 | $ 27,565,524 |
| **_Non-Operating Activities_** | | | | | | | | | | | |
| Professional Fees - Not Escrowed | (30,000) | (40,000) | (55,000) | (55,000) | (131,447) | (70,000) | (55,000) | (55,000) | (55,000) | (55,000) | (601,447) |
| US Trustee | - | - | (26,050) | - | - | (109,116) | - | - | (120,165) | (28,549) | (283,880) |
| DIP Funding - Operations Only | - | 7,300,000 | 4,700,000 | 2,800,000 | 2,629,204 | 2,127,853 | 2,155,058 | 1,557,882 | 3,593,618 | 1,552,934 | 28,416,550 |
| DIP Debt Service | - | - | - | - | - | - | - | - | - | - | - |
| **Total Non-Operating Activities** | $ (30,000) | $ 7,260,000 | $ 4,618,950 | $ 2,745,000 | $ 2,497,758 | $ 1,948,737 | $ 2,100,058 | $ 1,502,882 | $ 3,418,453 | $ 1,469,385 | $ 27,531,222 |
| **Net Cash Flow** | $ (176,175) | $ 4,926,509 | $ (1,472,806) | $ 1,660,815 | $ (223,364) | $ (511,856) | $ (746,856) | $ (746,856) | $ (1,996,856) | $ (746,856) | $ (34,301) |
| Beginning Cash Balance | $ 400,000 | $ 223,825 | $ 5,150,334 | $ 3,677,528 | $ 5,338,343 | $ 5,114,979 | $ 4,603,123 | $ 3,856,267 | $ 3,109,411 | $ 1,112,555 | $ 400,000 |
| Net Cash Flow | (176,175) | 4,926,509 | (1,472,806) | 1,660,815 | (223,364) | (511,856) | (746,856) | (746,856) | (1,996,856) | (746,856) | (34,301) |
| **Month End - Ending Cash Balance** | $ 223,825 | $ 5,150,334 | $ 3,677,528 | $ 5,338,343 | $ 5,114,979 | $ 4,603,123 | $ 3,856,267 | $ 3,109,411 | $ 1,112,555 | $ 365,699 | $ 365,699 |
| **DIP Loan Balance** | | | | | | | | | | | |
| Beginning Balance | $ - | $ - | $ 10,200,000 | $ 16,100,000 | $ 18,900,000 | $ 24,279,204 | $ 28,152,057 | $ 32,037,115 | $ 34,824,997 | $ 39,698,616 | $ - |
| DIP Draws | $ - | $ 10,200,000 | $ 5,900,000 | $ 2,800,000 | $ 5,379,204 | $ 3,872,853 | $ 3,885,058 | $ 2,787,882 | $ 4,873,618 | $ 2,832,934 | 42,531,550 |
| Repayments | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| **Month End - Ending Cash Balance** | $ - | $ 10,200,000 | $ 16,100,000 | $ 18,900,000 | $ 24,279,204 | $ 28,152,057 | $ 32,037,115 | $ 34,824,997 | $ 39,698,616 | $ 42,531,550 | $ 42,531,550 |
| **Professional Fee Escrow** | | | | | | | | | | | |
| Beginning Cash Balance | $ - | $ - | $ 2,154,611 | $ 3,156,194 | $ 1,928,517 | $ 2,525,837 | $ 2,730,201 | $ 2,915,201 | $ 2,600,201 | $ 2,667,201 | $ - |
| Escrow Funding | $ - | $ 2,900,000 | $ 1,200,000 | $ - | $ 2,750,000 | $ 1,745,000 | $ 1,730,000 | $ 1,230,000 | $ 1,280,000 | $ 1,280,000 | 14,115,000 |
| Professional Fee Payments | - | (745,389) | (198,417) | (1,227,677) | (2,152,680) | (1,540,636) | (1,545,000) | (1,545,000) | (1,213,000) | (1,263,000) | (11,430,799) |
| **Month End - Ending Cash Balance** | $ - | $ 2,154,611 | $ 3,156,194 | $ 1,928,517 | $ 2,525,837 | $ 2,730,201 | $ 2,915,201 | $ 2,600,201 | $ 2,667,201 | $ 2,684,201 | $ 2,684,201 |

Notes:

The monthly budgeted amounts for the Committee's professional fees for the months of May through August are not included in the proposed Amended Budget, as they have not been agreed to by the Committee, the Debtors, and the DIP Lender, as of the date of hereof. The Debtors and DIP Lender will work together in good faith with the Committee on the Committee professional fee budget amount for the Amended Budget prior to the hearing. Additionally, amounts set forth in the proposed Amended Budget cannot be used to pay for fees or expenses that exceeded the Approved Budget for the initial budget period through April 30, 2026, for any professional. Further, no amounts set forth in the Amended Budget or the Approved Budget through April may be used to fund fees or expenses incurred in excess of the Investigation Budget set forth in paragraph 41 of the Final DIP Order.