# EXHIBIT A

2.8     Ratification.  Any action taken on behalf of the Committee without prior approval of the whole Committee under this Article II may be subsequently approved and ratified by the Committee's action at a subsequent, properly noticed meeting, or by a written consent obtained pursuant to Section 2.6.  Any action so approved and ratified shall be deemed from its inception to have been fully authorized by, and binding upon, the Committee.

2.9     Adjournment.  A majority of members present, whether or not constituting a Quorum, may adjourn any meeting to another time and place, provided, however that notice of the time and place of holding an adjourned meeting shall be given before the time of the adjourned meeting to members not present at the time the adjournment decision was made.

2.10     Conflicts of Interest.  In the event that any matter under consideration by the Committee shall involve a conflict of interest with respect to any member (or any advisor to any member), the Committee shall exclude such member (or such advisor) from the deliberation of, and from voting on, the matter, and such member (or such advisor) shall not receive any Confidential Information related to the matter.  As used in this subsection, the term "conflict of interest" includes any matter having a direct consequence on one member of the Committee that is materially different from the consequence on the unsecured creditors of the Debtors as a whole, and that renders it inappropriate for that member to vote.  In the event of a dispute as to the existence or extent of a conflict of interest, the Committee shall conclusively decide such issue by a Majority Vote of members not subject to the alleged conflict, after consultation with Counsel. The issue of whether a conflict of interest exists as to a particular member, its professionals, or group of members, shall not be subject to the Minimum Vote requirement.  In the case of a tie vote on whether a conflict of interest exists, Counsel's opinion shall break the tie.  If fewer than two members are eligible to vote on whether a conflict of interest exists, Counsel shall decide the issue.

Each member has a duty to promptly notify the Chair, Counsel, and each other member of the Committee of any matter that is currently under consideration that could reasonably be deemed a conflict of interest for such member. The existence of a potential conflict of interest may also be raised by any member or Counsel. Any member subject to an alleged conflict of interest shall be provided with a reasonable opportunity to be heard with respect to the underlying facts on which the conflict of interest is alleged and to provide other members with additional information and/or refute any allegations of its alleged conflict of interest prior to any Committee vote regarding such member's alleged conflict of interest.

2.10.1 Undisclosed Conflict; Effect. If the Committee decides an issue without notice of a conflict of interest and at a later time a conflict of interest is disclosed or determined, the Committee, by a Majority Vote of members not subject to such conflict and who are present at any subsequent meeting, may deem the Committee's earlier decision to be null and void, or may take such other action as such majority deems necessary or appropriate (including disregarding the conflicted member's vote and determining whether the issue would otherwise have been authorized by a Majority Vote). Moreover, to the extent that a conflict of interest is disclosed or determined after the dissemination of Confidential Information by the Committee Professionals related to the same, the member subject to such conflict of interest shall return to the Committee Professionals or certify the destruction of any such written Confidential Information (including copies thereof) received by the member in its capacity as such, except if retention is required in order to comply with any applicable law, rule, regulation.

2.11 Ministerial Matters. The Chair or Counsel may act on behalf of the Committee on matters that are routine or administrative (and, in each case, that are non-material), or, with respect to Counsel only, which are purely legal or procedural in nature; provided, however, that no action