**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Hudson 1701/1706, LLC, *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 25-11853 (KBO)<br>(Jointly Administered) |

**NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR
REMOTE HEARING ON APRIL 15, 2026, AT 3:00 P.M. (EASTERN TIME)**

---

**THERE ARE NO MATTERS GOING FORWARD.**

**THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT.**

---

**I.    MATTER GOING FORWARD**

1.    Letter to The Honorable Chief Judge Karen B. Owens Regarding 356W58  Ground Lessor LLC's Request for Production to the Debtors [Docket No. 406; Filed April 13, 2026].

    Related Pleadings:

      A.   Notice of Hearing on Letter to the Court by Matthew B. McGuire re 356W58 Ground Lessor LLC's Request for Production to the Debtors  [Docket No. 409; Filed April 14, 2026]

    Response Received:

      B.   Letter to The Honorable Chief Judge Karen B. Owens from the Debtors Regarding 356W58 Ground Lessor LLC's Request for Production [Docket No. 414; Filed April 14, 2026]

    Status:  This matter is going forward as a remote discovery hearing.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190).  The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

Dated: April 15, 2026
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Mark D. Olivere*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Aaron J. Bach (No. 7364)
Alison R. Maser (No. 7430)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email:  chipman@chipmanbrown.com
       olivere@chipmanbrown.com
       bach@chipmanbrown.com
       maser@chipmanbrown.com
-and-

**BOIES SCHILLER & FLEXNER LLP**
Robert D. Gordon, Esq. (admitted *pro hac vice*)
Michael M. Fay. Esq. (admired *pro hac vice*)
Jenny H. Kim, Esq. (admitted *pro hac vice)*
Jeffrey Waldron, Esq. (admitted *pro hac vice*)
Katherine Zhang, Esq. (admitted *pro hac vice*)
55 Hudson Yards, 20th Floor,
New York, New York 10001
Telephone: (212) 446-2300
Email: rgordon@bsfllp.com
      mfay@bsfllp.com
      jkim@bsfllp.com
      jwaldron@bsfllp.com
      kzhang@bsfllp.com

*Counsel to the Debtors and Debtors in Possession*