# EXHIBIT A

**Hudson 1701/1706; Hudson 1702**
Consolidated 44-Week Cash Flow
($ USD)

| Week beginning (Mon) | 11/1/2025 November | 12/1/2025 December | 1/1/2026 January | 2/1/2026 February | 3/1/2026 March | 4/1/2026 April | 5/1/2026 May | 6/1/2026 June | 7/1/2026 July | 8/1/2026 August | Total | May - August |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Collections** | | | | | | | | | | | | |
| Receipts | - | - | - | 74,246 | 58,144 | 58,144 | 58,144 | 58,144 | 58,144 | 58,144 | 423,110 | 232,576 |
| **Total Collections** | - | - | - | 74,246 | 58,144 | 58,144 | 58,144 | 58,144 | 58,144 | 58,144 | 423,110 | 232,576 |
| **Operating Disbursements** | | | | | | | | | | | | |
| Insurance | 146,175 | 139,214 | 139,214 | 139,220 | 74,935 | - | 348,036 | 174,018 | 174,018 | 174,018 | 1,508,850 | 870,090 |
| Property Tax | - | - | 2,850,848 | - | - | - | - | - | 3,211,145 | - | 6,061,994 | 3,211,145 |
| Utilities | - | - | 125,119 | - | 219,700 | 102,426 | 74,246 | 58,144 | 54,118 | 66,195 | 699,949 | 252,704 |
| Elevators | - | - | 10,589 | 24,865 | - | 5,500 | 3,000 | - | - | - | 43,954 | 3,000 |
| Security/Fire Watch | - | - | - | - | - | 106,819 | 106,819 | 106,819 | 106,819 | 106,819 | 534,097 | 427,278 |
| Property Management | - | 34,134 | 159,491 | - | 20,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 263,625 | 40,000 |
| Operating Expenses | - | - | 2,484 | - | 60,530 | 36,134 | 35,634 | 35,634 | 35,634 | 35,634 | 241,684 | 142,536 |
| Legal/HPD | - | - | - | - | 22,160 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 72,160 | 40,000 |
| Ground Rent | - | 1,458,333 | 729,167 | 729,167 | 729,167 | 729,167 | 729,167 | 729,167 | 729,167 | 729,167 | 7,291,667 | 2,916,667 |
| Fire Alarm Service Contract | - | - | - | - | - | 7,001 | 7,001 | 7,001 | 7,001 | 7,001 | 35,006 | 28,005 |
| Local Law 11 Contractor/Architect | - | - | 46,575 | 435 | 850 | - | 25,000 | - | - | - | 72,860 | 25,000 |
| Repairs & Maintenance | - | - | - | 54 | 22,408 | 37,300 | 19,800 | 19,800 | 19,800 | 19,800 | 138,962 | 79,200 |
| Misc/Contingency | - | - | 30 | - | 665 | - | 25,000 | 25,000 | 25,000 | 25,000 | 100,695 | 100,000 |
| | | | | | | | | | | | - | - |
| **Development** | | | | | | | | | | | | |
| LAF Contractor - Landlord TI | - | - | 818,127 | - | - | 175,000 | 175,000 | - | - | - | 1,168,127 | 175,000 |
| Dair Development | - | 58,065 | - | - | - | - | - | - | - | - | 58,065 | - |
| LAF TI Allowance | - | - | 824,253 | - | 747,569 | 793,600 | 793,600 | 793,600 | 793,600 | 793,600 | 5,539,822 | 3,174,400 |
| Development Partner - Taconic | - | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 2,025,000 | 900,000 |
| Preconstruction GC | - | - | 86,000 | - | 38,150 | 10,000 | 10,000 | 10,000 | - | - | 154,150 | 20,000 |
| Design | - | - | - | 10,000 | 7,644 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 67,644 | 40,000 |
| | | | | | | | | | | | - | - |
| **Construction** | - | - | - | - | - | 260,790 | 297,755 | 93,699 | 62,151 | 62,151 | 776,544 | 515,754 |
| **First Day Motions** | | | | | | | | | | | | |
| Utility Assurance | - | - | 70,000 | - | - | - | - | - | - | - | 70,000 | - |
| D&O Insurance | - | 155,862 | - | - | - | - | - | - | - | - | 155,862 | - |
| Life Safety | - | 225,478 | 2,980 | 29,690 | 156,795 | - | - | - | - | - | 414,943 | - |
| Critical Vendor | - | 37,404 | 1,878 | - | 453,692 | - | - | - | - | - | 492,974 | - |
| **Total Operating Disbursements** | 146,175 | 2,333,491 | 6,091,756 | 1,158,431 | 2,779,265 | 2,518,737 | 2,905,058 | 2,307,882 | 5,473,453 | 2,274,385 | 27,988,633 | 12,960,778 |
| **Total Operating Cash Flow** | 146,175 | 2,333,491 | 6,091,756 | 1,084,185 | 2,721,121 | 2,460,593 | 2,846,914 | 2,249,738 | 5,415,309 | 2,216,241 | 27,565,524 | 12,728,203 |
| **Non-Operating Activities** | | | | | | | | | | | | |
| Professional Fees - Not Escrowed | (30,000) | (40,000) | (55,000) | (55,000) | (131,447) | (70,000) | (55,000) | (55,000) | (55,000) | (55,000) | (601,447) | (220,000) |
| US Trustee | - | - | (26,050) | - | - | (109,116) | - | - | (120,165) | (28,549) | (283,880) | (148,714) |
| DIP Funding - Operations Only | - | 7,300,000 | 4,700,000 | 2,800,000 | 2,629,204 | 2,127,853 | 2,155,058 | 1,557,882 | 3,593,618 | 1,552,934 | 28,416,550 | 8,859,492 |
| DIP Debt Service | - | - | - | - | - | - | - | - | - | - | | |
| **Total Non-Operating Activities** | (30,000) | 7,260,000 | 4,618,950 | 2,745,000 | 2,497,758 | 1,948,737 | 2,100,058 | 1,502,882 | 3,418,453 | 1,469,385 | 27,531,222 | 8,490,778 |
| **Net Cash Flow** | (176,175) | 4,926,509 | (1,472,806) | 1,660,815 | (223,364) | (511,856) | (746,856) | (746,856) | (1,996,856) | (746,856) | (34,301) | (4,237,424) |
| Beginning Cash Balance | 400,000 | 223,825 | 5,150,334 | 3,677,528 | 5,338,343 | 5,114,979 | 4,603,123 | 3,856,267 | 3,109,411 | 1,112,555 | 400,000 | 4,603,123 |
| Net Cash Flow | (176,175) | 4,926,509 | (1,472,806) | 1,660,815 | (223,364) | (511,856) | (746,856) | (746,856) | (1,996,856) | (746,856) | (34,301) | (4,237,424) |
| **Month End - Ending Cash Balance** | 223,825 | 5,150,334 | 3,677,528 | 5,338,343 | 5,114,979 | 4,603,123 | 3,856,267 | 3,109,411 | 1,112,555 | 365,699 | 365,699 | 365,699 |
| **DIP Loan Balance** | | | | | | | | | | | | |
| Beginning Balance | - | - | 10,200,000 | 16,100,000 | 18,900,000 | 24,279,204 | 28,152,057 | 32,037,115 | 34,824,997 | 39,698,616 | - | 28,152,057 |
| DIP Draws | - | 10,200,000 | 5,900,000 | 2,800,000 | 5,379,204 | 3,872,853 | 3,885,058 | 2,787,882 | 4,873,618 | 2,832,934 | 42,531,550 | 14,379,492 |
| Repayments | - | - | - | - | - | - | - | - | - | - | - | - |
| **Month End - Ending Cash Balance** | - | 10,200,000 | 16,100,000 | 18,900,000 | 24,279,204 | 28,152,057 | 32,037,115 | 34,824,997 | 39,698,616 | 42,531,550 | 42,531,550 | 42,531,550 |
| **Professional Fee Escrow** | | | | | | | | | | | | |
| Beginning Cash Balance | - | - | 2,154,611 | 3,156,194 | 1,928,517 | 2,525,837 | 2,730,201 | 2,915,201 | 2,600,201 | 2,667,201 | - | 2,730,201 |
| Escrow Funding | - | 2,900,000 | 1,200,000 | - | 2,750,000 | 1,745,000 | 1,730,000 | 1,230,000 | 1,280,000 | 1,280,000 | 14,115,000 | 5,520,000 |
| Professional Fee Payments | - | (745,389) | (198,417) | (1,227,677) | (2,152,680) | (1,540,636) | (1,545,000) | (1,545,000) | (1,213,000) | (1,263,000) | (11,430,799) | (5,566,000) |
| **Month End - Ending Cash Balance** | - | 2,154,611 | 3,156,194 | 1,928,517 | 2,525,837 | 2,730,201 | 2,915,201 | 2,600,201 | 2,667,201 | 2,684,201 | 2,684,201 | 2,684,201 |

**Notes:**

The monthly budgeted amounts for the Committee's professional fees for the months of May through August are not included in the proposed Amended Budget, as they have not been agreed to by the Committee, the Debtors, and the DIP Lender, as of the date of hereof.  The Debtors and DIP Lender will work together in good faith with the Committee on the Committee professional fee budget amount for the Amended Budget prior to the hearing.  Additionally, amounts set forth in the proposed Amended Budget cannot be used to pay for fees or expenses that exceeded the Approved Budget for the initial budget period through April 30, 2026, for any professional.  Further, no amounts set forth in the Amended Budget or the Approved Budget through April may be used to fund fees or expenses incurred in excess of the Investigation Budget set forth in paragraph 41 of the Final DIP Order.