**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Hudson 1701/1706, LLC, *et al.*,[1]<br><br>           Debtors. | Chapter 11<br><br>Case No. 25-11853 (KBO)<br>(Jointly Administered) |
| HUDSON 1701/1706, LLC, a Delaware limited liability company; and HUDSON 1702, LLC, a Delaware limited liability company,<br><br>           Plaintiff,<br><br>v.<br><br>356W58 Ground Lessor LLC, a Delaware limited liability company,<br><br>           Defendant. | Adv. Pro. No. 25-52471 (KBO) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON APRIL 21, 2026, AT 9:30 A.M. (EASTERN TIME)**

> **THIS PROCEEDING WILL BE CONDUCTED IN PERSON.**
> **PLEASE REFER TO JUDGE OWENS'S CHAMBERS PROCEDURES**
> **(HTTPS://WWW.DEB.USCOURTS.GOV/CONTENT/JUDGE-KAREN-B-OWENS) AND THE**
> **COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR**
> **INFORMATION ON THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE**
> **OWENS'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION**
> **REQUIREMENTS. REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE DAY BEFORE**
> **THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURT APPEARANCES TOOL**
> **AVAILABLE ON THE COURT'S WEBSITE.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

**I.     ADJOURNED MATTER**

1.     Motion for Entry of an Order Authorizing Debtors to Assume Fitness International, LLC Retail Lease [Docket No. 265; Filed January 16, 2026].

Response Deadline: February 5, 2026, at 4:00 p.m. (ET)

Responses Received: None.

Related Pleadings: None.

Status:  This is matter is adjourned until the hearing scheduled for May 12, 2026, at 9:30 a.m. (ET)

**II.    MATTERS GOING FORWARD**

2.     Debtors' Motion for an Order Determining That Purported Ground Lease, if a True Lease, is a Lease of Residential Real Property Under Section 365 of the Bankruptcy Code [Docket No. 344; Filed February 24, 2026].

Response Deadline: March 5, 2026, at 4:00 p.m. (ET)

Responses Received:

A.  356W58 Ground Lessor LLC's Objection to Debtors' Motion for an Order Determining that Purported Ground Lease, if a True Lease, is a Lease of Residential Real Property Under Section 365 of the Bankruptcy Code [Docket No. 354; Filed March 5, 2026].

B.  Declaration of Matthew B. McGuire in Support of 356W58 Ground Lessor LLC's Objection to Debtors' Motion for an Order Determining that Purported Ground Lease, if a True Lease, is a Lease of Residential Real Property Under Section 365 of the Bankruptcy Code [Docket No. 355; Filed March 5, 2026].

C.  Statement and Reservation of Rights By the Official Committee of Unsecured Creditors Regarding Debtors' Motion for an Order Determining that Purported Ground Lease, if a True Lease, is a Lease of Residential Real Property Under Section 365 of the Bankruptcy Code [Docket No. 357; Filed March 5, 2026].

Related Pleadings:

D.  Debtors' Reply to 356W58 Ground Lessor LLC's Objection to Debtors' Motion for an Order Determining that Purported Ground Lease, if a True Lease, is a Lease of Residential Real Property Under Section 365 of the Bankruptcy Code [Docket No. 359; Filed March 9, 2026].

E.   Declaration of Glenn Brill in Support of Debtors' Motion for an Order Determining That Purported Ground Lease, if a True Lease, is a Lease of Residential Real Property Under Section 365 of the Bankruptcy Code [Docket No. 396; Filed March 31, 2026].

F.   Declaration of Abe Kohn in Support of Debtors' Motion for an Order Determining That Purported Ground Lease, if a True Lease, is a Lease of Residential Real Property Under Section 365 of the Bankruptcy Code [Docket No. 397; Filed March 31, 2026].

Status:  This matter is going forward.

3.   Letter to The Honorable Karen B. Owens from the Official Committee of Unsecured Creditors regarding the Debtors' Confidentiality Designations [Docket No. 391; Filed March 25, 2026].

Response Deadline:  April 9, 2026, at 4:00 p.m. (ET)

Responses Received:

A.   Debtors' Letter to The Honorable Karen B. Owens in Response to the Official Committee of Unsecured Creditors regarding the Debtors' Confidentiality Designations [Docket No. 403; Filed April 9, 2026].

Related Documents:

B.   Notice of Hearing Regarding Letter to The Honorable Karen B. Owens from the Official Committee of Unsecured Creditors regarding the Debtors' Confidentiality Designations [Docket No. 395; Filed March 30, 2026].

C.   Letter to The Honorable Karen B. Owens in Response to the Debtors' April 9, 2026 Letter [Docket No. 417; Filed April 14, 2026].

Status: This matter is going forward.

4.   Motion of the Debtors to Increase DIP Commitment and Modify and Extend Approved DIP Budget Under Final DIP Order [Docket No. 400; Filed April 7, 2026].

Response Deadline:  April 14, 2026, at 4:00 p.m. (ET).

i.   Extended until April 17, 2026, for the Official Committee of Unsecured Creditors.

Responses Received:

A.      [SEALED] 356W58 Ground Lessor LLC's Objection to Debtors' Motion to to Increase DIP Commitment and Modify and Extend Approved DIP Budget Under Final Dip Order [Docket No. 410; Filed April 14, 2026].

Related Documents:

A.      Reply in Support of the Motion of the Debtors to Increase DIP Commitment and Modify and Extend Approved DIP Budget Under Final DIP Order [Docket No. 418; Filed April 16, 2026].

B.      Declaration of Alan Tantleff in Support of Debtors' Reply in Support of the Motion of the Debtors to Increase DIP Commitment and Modify and Extend Approved DIP Budget Under Final DIP Order [Docket No. 419; Filed April 16, 2026].

Status: This matter is going forward.

## II.  ADVERSARY MATTER – ORAL ARGUMENT

5.      *Hudson 1701/1706, LLC, et al., v. 356W58 Ground Lessor LLC; Adv. Pro. No. 25-52471 (KBO)*

A.      Complaint [Adv. Docket No. 1; Filed December 22, 2025].

B.      Summons and Notice of Pretrial Conference [Adv. Docket No. 3; Filed December 29, 2025].

C.      356W58 Ground Lessor LLC's Motion to Dismiss the Complaint [Adv. Docket No. 15; Filed February 4, 2026].

D.      356W58 Ground Lessor LLC's Memorandum of Law in Support of Its Motion to Dismiss the Complaint [Adv. Docket No. 16; Filed February 4, 2026].

E.      Declaration of Matthew B. McGuire in Support of 356W58 Ground Lessor LLC's Motion to Dismiss the Complaint [Adv. Docket No. 17; Filed February 4, 2026].

F.      The Debtors' Opposition to Defendant's Motion to Dismiss [Adv. Docket No. 25; Filed February 11, 2026].

G.      356W58 Ground Lessor LLC's Reply Memorandum of Law in Further Support of Its Motion to Dismiss the Complaint [Adv. Docket No. 32; Filed February 18, 2026].

H.      Notice of Completion of Briefing [Adv. Docket No. 35; Filed February 19, 2026].

I.      Notice of Hearing on 365W58 Ground Lessor LLC's Motion to Dismiss Complaint [Adv. Docket No. 59; Filed April 2, 2026].

Status:  At the request of the Court, oral argument will be held with respect to item (C), 356W58 Ground Lessor LLC's Motion to Dismiss the Complaint.

Dated: April 17, 2026          **CHIPMAN BROWN CICERO & COLE, LLP**
       Wilmington, Delaware

*/s/ Mark D. Olivere*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Aaron J. Bach (No. 7364)
Alison R. Maser (No. 7430)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email:  chipman@chipmanbrown.com
      olivere@chipmanbrown.com
      bach@chipmanbrown.com
      maser@chipmanbrown.com

-and-

**BOIES SCHILLER & FLEXNER LLP**
Robert D. Gordon, Esq. (admitted *pro hac vice*)
Michael M. Fay. Esq. (admired *pro hac vice*)
Jenny H. Kim, Esq. (admitted *pro hac vice)*
Jeffrey Waldron, Esq. (admitted *pro hac vice*)
Katherine Zhang, Esq. (admitted *pro hac vice*)
55 Hudson Yards, 20th Floor,
New York, New York 10001
Telephone: (212) 446-2300
Email: rgordon@bsfllp.com
     mfay@bsfllp.com
     jkim@bsfllp.com
     jwaldron@bsfllp.com
     kzhang@bsfllp.com

*Counsel to the Debtors and Debtors in Possession*