**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Hudson 1701/1706 LLC, | Case No. 25-11853 (KBO) |
| Debtors.[1] | (Jointly Administered) |

### 356W58 GROUND LESSOR LLC'S WITNESS AND EXHIBIT LIST
### FOR HEARING ON APRIL 21, 2026 AT 9:30 A.M. (ET)

**PLEASE TAKE NOTICE** that the 356W58 Ground Lessor LLC ("Landlord") hereby provides the following information regarding the witnesses that it intends to present and the list of the potential exhibits that it may seek to introduce (the "Witness & Exhibit List"), at the hearing scheduled on April 21, 2026 at 9:30 a.m. (ET) (the "Hearing") regarding the *Debtors' Motion for an Order Determining that Purported Ground Lease, if a True Lease, is a Lease of Residential Real Property Under Section 365 of the Bankruptcy Code* [D.I. 344].

### WITNESS INFORMATION

1.   Name and title of witness: Abe Kohn, Vice President of Construction at Parkview Financial, LLC.

2.   Scope of Testimony: Mr. Kohn may testify regarding the Debtors' Motion for an Order Determining that Purported Ground Lease, if a True Lease, is a Lease of Residential Real Property under Section 365 of the Bankruptcy Code.

3.   Name and title of witness: Glenn Brill, Managing Director of Real Estate Solutions at FTI Consulting, Inc.

4.   Scope of Testimony: Mr. Brill may testify regarding the Debtors' Motion for an Order Determining that Purported Ground Lease, if a True Lease, is a Lease of Residential Real Property under Section 365 of the Bankruptcy Code.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' headquarters and the mailing address for the Debtors is 11440 San Vicente Boulevard, 2nd Floor, Los Angeles, CA 90045.

## EXHIBITS

In connection with the Hearing, the Landlord may seek to use any of the following documents:

| Number | Description |
|---|---|
| LL-1 | Declaration of Matthew B. McGuire in Support of 356W58 Ground Lessor LLC's Objection to Debtors' Motion for an Order Determining that Purported Ground Lease, if a True Lease, is a Lease of Residential Real Property under Section 365 of the Bankruptcy Code [Dkt. No. 355] and exhibits thereto. |
| LL-2 | Declaration of Abe Kohn in Support of Debtors' Motion for an Order Determining that Purported Ground Lease, if a True Lease, is a Lease of Residential Real Property under Section 365 of the Bankruptcy Code [Dkt. No. 397] and exhibits thereto. |
| LL-3 | Declaration of Glenn Brill in Support of Debtors' Motion for an Order Determining that Purported Ground Lease, if a True Lease, is a Lease of Residential Real Property under Section 365 of the Bankruptcy Code [Dkt. No. 396] and exhibits thereto. |
| LL-4 | Ground Lease, dated May 4, 2022 [Adv. Proc. 25-11853 Dkt. No. 17-3]. |
| LL-5 | Transcript of April 17, 2026 Deposition of Abe Kohn. |
| LL-6 | Transcript of April 17, 2026 Deposition of Glenn Brill. |
| LL-7 | Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral; (II) Granting Adequate Protection to Prepetition Lender; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief [Dkt. No. 255] and exhibits thereto. |
| LL-8 | Motion of the Debtors to Increase DIP Commitment and Modify and Extend Approved DIP Budget Under Final DIP Order [Dkt. No. 400] and exhibits thereto. |

## RESERVATION OF RIGHTS

The Landlord reserves all rights to:  (i) amend and supplement this Witness and Exhibit List at any time at or prior to the Hearing; (ii) use additional exhibits for purposes of rebuttal or impeachment and to supplement the foregoing exhibit list as appropriate; (iii) rely upon and use as evidence (a) any exhibits included on the exhibit lists of any other party in interest and (b) any pleading, hearing transcript, order, or other document filed with the Court in these Chapter 11

Cases; (iv) cross examine any and all witnesses proffered at the Hearing; and (v) call any rebuttal

witnesses as the Landlord may deem necessary at the Hearing.

| | |
|---|---|
| Dated: April 20, 2026<br>       Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Katherine S. Dute*<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>Katherine S. Dute (No. 6788)<br>Soumya P. Venkateswaran (No. 7278)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: landis@lrclaw.com<br>      mcguire@lrclaw.com<br>      dute@lrclaw.com<br>      venkateswaran@lrclaw.com<br><br>– and –<br><br>**ADLER & STACHENFELD LLP**<br>Kirk L. Brett (admitted *pro hac vice*)<br>Patrick O'Connor (admitted *pro hac vice*)<br>555 Madison Avenue, 6th floor<br>New York, New York 10022<br>Telephone: (212)883-1700<br>Facsimile: (212)883-8883<br>Email: kbrett@adstach.com<br>      poconnor@adstach.com<br><br>*Counsel to 356W58 Ground Lessor LLC* |