**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Hudson 1701/1706, LLC, *et al.*,[1] | Case No. 25-11853 (KBO) |
| | (Jointly Administered) |
| Debtors. | |

**WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR**
**APRIL 21, 2026, AT 9:30 A.M. (ET)**

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), hereby file their Witness and Exhibit List for Hearing scheduled for April 21, 2026, at 9:30 a.m. (Eastern Time) (the "**Hearing**") in the above-captioned chapter 11 bankruptcy cases (the "**Chapter 11 Cases**") as follows:

**WITNESSES**

The Debtors hereby designate the following persons as witnesses who may be called at the Hearing:[2]

| | WITNESSES | SCOPE OF TESTIMONY |
|---|---|---|
| *In Re: Hudson 1701/1706, LLC, et al.; Case No. 25-11853 (KBO)* | | |
| 1. | Glenn Brill, Managing Director of Real Estate Solutions at FTI Consulting, Inc. | Mr. Brill may testify to the matters outlined in his March 31, 2026 Declaration [Docket No. 396, Filed March 31, 2026]. |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] The parties have agreed that the Debtors' witnesses previously filed declarations will serve as their direct testimony, that Landlord will have the opportunity to cross-examine them, limited to the scope of the declarations, and that the Debtors will have the opportunity to conduct re-direct examination of any witness subject to cross-examination.

| | **WITNESSES** | **SCOPE OF TESTIMONY** |
|---|---|---|
| | | |
| 2. | Abe Kohn, Vice President of Construction at Parkview Financial, LLC | Mr. Kohn may testify to the matters outlined in his March 31, 2026 Declaration [Docket No. 397, Filed March 31, 2026]. |
| 3. | Alan Tantleff, Co-Chief Restructuring Officer of Hudson 1702, LLC and Hudson 1701/1706, LLC | Mr. Tantleff may testify to the matters outlined in his April 16, 2026 declaration. [Docket No. 419, Filed April 16, 2026]. |
| 4. | Any witness necessary to authenticate a document | |
| 5. | Any witness disclosed and/or called by another party | |
| 6. | Any impeachment or rebuttal witness | |

## **EXHIBITS**

The Debtors hereby designate the following exhibits below that may be used at the Hearing:

| **EXHIBIT NO.** | **DESCRIPTION** | **DOCKET NO./BATES (IF AVAILABLE)** |
|---|---|---|
| | ***In Re: Hudson 1701/1706, LLC, et al.; Case No. 25-11853 (KBO)*** | |
| 1. | The Debtors' Motion for an Order Determining that the Purported Ground Lease, if a True Lease, is a Lease of Residential Real Property under Section 365 of the Bankruptcy Code | Docket No. 344 |
| 2. | Declaration of Glenn Brill in Support of Debtors' Motion for an Order Determining that Purported Ground Lease, if a True Lease, is a Lease of Residential Real Property under Section 365 of the Bankruptcy Code (the "Brill Declaration") | Docket No. 396 |
| 3. | Declaration of Alan Tantleff in Support of Debtors' Reply in Support of Motion of the Debtors to Increase DIP Commitment and Modify | Docket No. 419 |

| EXHIBIT NO. | DESCRIPTION | DOCKET NO./BATES (IF AVAILABLE) |
|---|---|---|
|  | and Extend Approved DIP Budget Under Final Dip Order (the "Tantleff Declaration") |  |
| 4. | Ground Lease between 356W58 Ground Lessor LLC and the Debtors, dated May 4, 2022 | *Hudson 1701/1706, et al. v. 356W58 Ground Lessor LLC*, No. 1:25-ap-52471 (the "Adv. Proc."), Docket No. 17-3 |
| 5. | Building Loan Agreement between Parkview Financial REIT, LP and the Debtors, dated May 4, 2022 | Adv. Proc. Docket No. 17-5 |
| 6. | Project Loan Agreement between Parkview Financial REIT, LP and the Debtors, dated May 4, 2022 | Adv. Proc. Docket No. 17-6 |
| 7. | Assignment, Assumption and Modification of Purchase and Sale Agreement between EC 58th Street LLC, CSC Hudson LLC, 353W57 1704, LLC, and 356W58 Ground Lessor LLC, dated May 3, 2022 | Docket No. 396-1 |
| 8. | Closing Agreement between CSC Hudson, LLC, Hudson 1702, LLC, Hudson 1701/1706, LLC, and 356W58 Ground Lessor LLC, dated May 3, 2022 | Docket No. 396-2 |
| 9. | Construction progress photos taken at the Hudson between May 2022 and late 2023 | Docket No. 396-3 |
| 10. | Appraisal Report of the Hudson, dated March 22, 2025 | Docket No. 396-4 |
| 11. | Floor Plans of the Hudson prepared by Tang Studio Architect | Docket No. 396-5 |
| 12. | Floor Plans of the Hudson prepared by Tang Studio Architect | Docket No. 396-6 |
| 13. | Letter from Manhattan Community Board 4 to Commissioner Dina Levy, Department of Housing Preservation and Development, dated March 25, 2026 | Docket No. 396-7 |
| 14. | Declaration of Abe Kohn in Support of Debtors' Motion for an Order Determining that Purported Ground Lease, if a True Lease, is a Lease of Residential Real Property under Section 365 of the Bankruptcy Code (the "Kohn Declaration") | Docket No. 397 |

| EXHIBIT NO. | DESCRIPTION | DOCKET NO./BATES (IF AVAILABLE) |
|---|---|---|
| 15. | Article titled "From Standstill to Breakthrough – Hudson Hotel Tenants Reach Tentative Agreement With New Owner" by Brennan LaBrie, dated February 7, 2026 | Docket No. 397-1 |
| 16. | Letter from Manhattan Community Board 4 to Commissioner Dina Levy, Department of Housing Preservation and Development, dated March 25, 2026 | Docket No. 397-2 |
| 17. | Property Management Agreement between Hudson 1701/1706, LLC & Hudson 1702, LLC and Tri-Hill Management LLC, dated August 11, 2025 | Hudson0042799 |
| 18. | Notice to Proceed and Predevelopment Agreement between PV Hudson LLC and Taconic Development Advisors, LLC, dated August 27, 2025 | Hudson0042813 |
| 19. | Consulting Service Agreement between PV Hudson, LLC and Douglas Elliman, LLC, dated October 8, 2025 | Hudson0042855 |
| 20. | Preconstruction Services Agreement between Hudson 1701/1706, LLC & Hudson 1702, LLC and DeSimone Builders, LLC, dated November 1, 2025 | Hudson0042861 |
| 21. | Tenant Protection Plan dated March 30, 2026 | Hudson0043537 |
| 22. | Any document or pleading filed in the above-captioned Chapter 11 Cases | |
| 23. | Any exhibit necessary for impeachment and/or rebuttal purposes | |
| 24. | Any exhibit identified or offered by any other party | |

## **RESERVATION OF RIGHTS**

The Debtors reserve the right to call or to introduce one or more, or none, of the witnesses listed above, to use any document or other evidence in rebuttal, and further reserve the right to supplement or amend this list prior to the Hearing.

Dated: April 20, 2026
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*

William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Aaron J. Bach (No. 7364)
Alison R. Maser (No. 7430)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email: chipman@chipmanbrown.com
       olivere@chipmanbrown.com
       bach@chipmanbrown.com
       maser@chipmanbrown.com

-and-

**BOIES SCHILLER & FLEXNER LLP**
Robert D. Gordon, Esq. (admitted *pro hac vice*)
Michael M. Fay. Esq. (admired *pro hac vice*)
Jenny H. Kim, Esq. (admitted *pro hac vice)*
Jeffrey Waldron, Esq. (admitted *pro hac vice*)
Katherine Zhang, Esq. (admitted *pro hac vice*)
55 Hudson Yards, 20th Floor,
New York, New York 10001
Telephone: (212) 446-2300
Email: rgordon@bsfllp.com
       mfay@bsfllp.com
       jkim@bsfllp.com
       jwaldron@bsfllp.com
       kzhang@bsfllp.com

*Counsel to the Debtors and Debtors in Possession*