**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Hudson 1701/1706, LLC, *et al.*,[1] | Case No. 25-11853 (KBO) |
| Debtors. | (Jointly Administered) |
| | Related to Docket Nos. 400 and 419 |

**NOTICE OF FILING OF FURTHER AMENDED BUDGET RELATED TO THE
MOTION OF THE DEBTORS TO INCREASE DIP COMMITMENT AND MODIFY
AND EXTEND APPROVED DIP BUDGET UNDER FINAL DIP ORDER**

**PLEASE TAKE NOTICE** that on April 7, 2026, the Debtors filed the *Debtors' Motion to Increase DIP Commitment and Modify and Extend Approved DIP Budget Under Final DIP Order* [Docket No. 400] (the "**Motion**")[2].  Pursuant to the Motion, the Debtors seek entry of a supplemental final debtor-in-possession financing order (the "**Supplemental DIP Order**"), increasing the DIP Commitment and modifying and extending the approved debtor-in-possession financing budget (the "**Amended Budget**") to provide necessary funding after the expiration of the original DIP budget at the end of April 2026.  The Amended Budget was attached as Exhibit 1 to the proposed Supplemental DIP Order.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby submit a further revised Amended Budget (the "**Revised Budget**"), which provides $1,000,000 for fees and expenses for the professionals retained by the Official Committee of Unsecured Creditors (the "**Committee**"), as agreed between the Debtors and counsel for the Committee.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190).  The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] Capitalized terms used but not otherwise defined shall have the meaning ascribed to them in the Motion.

Dated: April 20, 2026
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Aaron J. Bach (No. 7364)
Alison R. Maser (No. 7430)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email:  chipman@chipmanbrown.com
       olivere@chipmanbrown.com
       bach@chipmanbrown.com
       maser@chipmanbrown.com

-and-

**BOIES SCHILLER FLEXNER LLP**
Robert Gordon (admitted *pro hac vice*)
Michael M. Fay (admitted *pro hac vice*)
Jenny H. Kim (admitted *pro hac vice*)
Jeffrey Waldron (admitted *pro hac vice*
Katherine Zhang (admitted *pro hac vice*)
55 Hudson Yards
New York, New York 10001
Telephone:    (212) 446-2300
Email:  rgordon@bsfllp.com
       mfay@bsfllp.com
       jkim@bsfllp.com
       jwaldron@bsfllp.com
       kzhang@bsfllp.com

*Counsel for Debtors and Debtors in Possession*

4897-1426-5507, v. 1