**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Hudson 1701/1706, LLC, *et al.*,[1] | Case No. 25-11853 (KBO) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MAY 12, 2026, AT 9:30 A.M. (EASTERN TIME)**

> **THIS PROCEEDING WILL BE CONDUCTED IN PERSON.
> PLEASE REFER TO JUDGE OWENS'S CHAMBERS PROCEDURES
> (HTTPS://WWW.DEB.USCOURTS.GOV/CONTENT/JUDGE-KAREN-B-OWENS) AND THE
> COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR
> INFORMATION ON THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE
> OWENS'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION
> REQUIREMENTS. REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE DAY BEFORE
> THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURT APPEARANCES TOOL
> AVAILABLE ON THE COURT'S WEBSITE.**

I.   **ADJOURNED MATTER**

1.   Motion for Entry of an Order Authorizing Debtors to Assume Fitness International, LLC Retail Lease [Docket No. 265; Filed January 16, 2026].

Response Deadline: February 5, 2026, at 4:00 p.m. (ET)

Responses Received: None.

Related Pleadings: None.

Status:  This matter is adjourned until the hearing scheduled for June 17, 2026, at 9:30 a.m. (ET).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190).  The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

## II.  MATTERS UNDER CERTIFICATION OF NO OBJECTION

2.    356W58 Ground Lessor LLC's Motion to File Under Seal 356W58 Ground Lessor LLC's Objection to Debtors' Motion to Increase DIP Commitment and Modify and Extend Approved DIP Budget Under Final DIP [Docket No. 424; Filed April 17, 2026].

Response Deadline: May 1, 2026, at 4:00 p.m. (ET)

Responses Received: None.

Related Documents:

A.  Certificate of No Objection Regarding 356W58 Ground Lessor LLC's Motion to File Under Seal 356W58 Ground Lessor LLC's Objection to Debtors' Motion to Increase DIP Commitment and Modify and Extend Approved DIP Budget Under Final DIP [Docket No. 467; Filed May 7, 2026].

Status:  A Certificate of No Objection has been filed. A hearing is no longer necessary.

3.    Debtors' Motion Pursuant to Federal Rule of Bankruptcy Procedure 9006(b) for an Order Further Extending the Time to File Notices of Removal of Related Proceedings [Docket No. 432; Filed April 20, 2026].

Response Deadline:  May 5, 2026, at 4:00 p.m. (ET)

Responses Received: None.

Related Documents:

A.  Certificate of No Objection Regarding Debtors' Motion Pursuant to Federal Rule of Bankruptcy Procedure 9006(b) for an Order Further Extending the Time to File Notices of Removal of Related Proceedings [Docket No. 468; Filed May 7, 2026].

Status:  A Certificate of No Objection has been filed. A hearing is no longer necessary.

[*Signature Page to Follow*]

2

Dated: May 8, 2026
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Aaron J. Bach (No. 7364)
Alison R. Maser (No. 7430)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email:  chipman@chipmanbrown.com
      olivere@chipmanbrown.com
      bach@chipmanbrown.com
      maser@chipmanbrown.com

-and-

**BOIES SCHILLER & FLEXNER LLP**
Robert D. Gordon, Esq. (admitted *pro hac vice*)
Michael M. Fay. Esq. (admired *pro hac vice*)
Jenny H. Kim, Esq. (admitted *pro hac vice)*
Jeffrey Waldron, Esq. (admitted *pro hac vice*)
Katherine Zhang, Esq. (admitted *pro hac vice*)
55 Hudson Yards, 20th Floor,
New York, New York 10001
Telephone: (212) 446-2300
Email: rgordon@bsfllp.com
      mfay@bsfllp.com
      jkim@bsfllp.com
      jwaldron@bsfllp.com
      kzhang@bsfllp.com

*Counsel to the Debtors and Debtors in Possession*