| First Name | Middle Name | Last Name | Email Address | Firm | Address 1 | Address 2 | City | State | Zip | Phone | Rep | Case Number | Short Title | Via |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aaron | | Bach | bach@chipmanbrown.com | Chipman Brown Cicero & Cole | 1313 North Market Street | Suite 5400 | Wilmington | DE | 19801 | 3.02E+09 | Hudson | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Glenn | H | Brill | glenn.brill@fticonsulting.com | FTI Consulting, Inc. | 50 Park Terrace East, Apt 4G | | NEW YORK | NY | 10034 | 9.18E+09 | Debtor | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Chris | | Bryant | chris.bryant@hoganlovells.com | | 390 Madison Avenue | | New York | NY | 10017 | 212-9090626 | Parkview | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Mary | | Caloway | mcaloway@pszjlaw.com | Pachulski Stang Ziehl & Jones LLP | 919 North Market Street | | Wilmington | DE | 19801 | 3.03E+09 | Parkview | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Linda | J. | Casey | Linda.Casey@usdoj.gov | Office of United States Trustee | 844 King Street | Suite 2207 | Wilmington | DE | 19801 | 302-573-6491 | U.S. Trustee | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Siena | | Cerra | scerra@morrisjames.com | Morris James LLP | 3205 Avenue North Blvd. | Suite 100 | Wilmington | DE | 19803 | 302-888-6800 | Official Committee of Unsecured Creditors | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Frederick | | Chin | fchin@provincefirm.com | Province | 445 Park Ave | | New York | NY | 10022 | 3.11E+09 | Province/UCC | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| William | E. | Chipman | chipman@chipmanbrown.com | Chipman Brown Cicero & Cole, LLP | Hercules Plaza | 1313 North Market Street | Wilmington | DE | 19801 | 302-295-0193 | Hudson | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Adam | D. | Cole | cole@chipmanbrown.com | Chipman Brown Cicero & Cole LLP | 420 Lexington Avenue | Suite 442 | New York | NY | 10170 | 6.47E+09 | Hudson | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Michael | M | Fay | mfay@bsfllp.com | Boies Schiller & Flexner LLP | 55 Hudson Yards | 20th Floor | New York | NY | 10001 | 2.12E+09 | Hudson | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Brad | | Foster | brad.foster@fticonsulting.com | FTI Consulting | 11811 N. Tatum Blvd | Suite 3031 | Phoenix | AZ | 85028 | 8.5E+09 | Hudson | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Robert | | Gayda | gayda@sewkis.com | Seward & Kissel LLP | One Battery Park Plaza | | New York | NY | 10004 | 2.13E+09 | Official Committee of Unsecured Creditors | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Clara | | Geoghegan | clara.geoghegan@law360.com | Law360 | 111 West 19th Street 5th Floor | | New York | NY | 10011 | 3.04E+09 | | 25-11853-KBO | Hudson 1701/1706, LLC | Audio Only |
| Robert | D. | Gordon | rgordon@bsfllp.com | Boise Schiller & Flexner LLP | 55 Hudson Yards | 20th | New York | NY | 10001 | 2.12E+09 | Hudson | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Uday | | Gorrepati | uday.gorrepati@gmail.com | | 2725 Turtle Ridge Drive | | Bloomfield Township | MI | 48302 | 313-284-7244 | | 25-11853-KBO | Hudson 1701/1706, LLC | Audio Only |

| First | Middle | Last | Email | Firm | Address | Suite/Floor | City | State | Zip | Phone | Represents | Case | Debtor | Participation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Taylor | | Harrison | taylor.harrison@iongroup.com | | 1345 Sixth Avenue | | New York | NY | 10105 | 8.6E+09 | | 25-11853-KBO | Hudson 1701/1706, LLC | Audio Only |
| Andrew | | Hinkleman | andrew.hinkelman@fticonsulting.com | FTI Consulting | 50 California Street | Suite 1900 | San Francisco | CA | 94111 | 4.15E+09 | Hudson | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Robbin | | Itkin | robbin@robbinitkinsolutions.com | Robbin Itkin Corporate Governance Solutions | 1166 Avenue of the Americas | | New York | NY | 10036 | 3.11E+09 | Hudson | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Ted | | Jung | ted@parkviewfinancial.com | | 11440 San Vicente Blvd | 2nd FL | Los Angeles | CA | 90049 | 3.11E+09 | Parkview | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Jenny | H. | Kim | jkim@bsfllp.com | Boies Schiller & Flexner LLP | 55 Hudson Yards | 20th Floor | New York | NY | 10001 | 212-446-2354 | Hudson | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Abe | | Kohn | abe@parkviewfinancial.com | | 10 E 53rd Street | Suite 1401 | New York | NY | 10022 | 2.02E+09 | Parkview | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Catherine | | LoTempio | lotempio@sewkis.com | Seward & Kissel LLP | One Battery Park Plaza | | New York | NY | 10004 | 2.13E+09 | Official Committee of Unsecured Creditors | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Sabina | | Mariella | smariella@bsfllp.com | Boies Schiller & Flexner LLP | 55 Hudson Yards | 20th Floor | New York | NY | 10001 | 2.12E+09 | Hudson | 25-11853-KBO | Hudson 1701/1706, LLC | Audio Only |
| Alison | | Maser | maser@chipmanbrown.com | Chipman Brown Cicero & Cole, LLP | 1313 North Market Street, Suite 5400 | | Wilmington | DE | 19801 | 302-504-1564 | Hudson | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Max | | Nipon | nipon@mspcm.com | Montgomery Street Partners / Ground Lease REIT | 2801 N Harwood Street | Suite 1200 | Dallas | TX | 75201 | 5.17E+09 | Landlord | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Mark | D. | Olivere | olivere@chipmanbrown.com | Chipman Brown Cicero & Cole, LLP | Hercules Plaza | 1313 North Market Street | Wilmington | DE | 19801 | 302-295-0195 | Hudson | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Patrick | | Petrocelli | patrick.petrocelli@hoganlovells.com | | 390 Madison Avenue | | New York | NY | 10017 | 2.13E+09 | Parkview | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Paul | | Rahimian | paul@parkviewfinancial.com | | 11440 San Vicente Blvd | 2nd FL | Los Angeles | CA | 90049 | 3.11E+09 | Parkview | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Adam | | Rosen | arosen@provincefirm.com | | 445 Park Ave | | New York | NY | 10022 | 7.03E+09 | Province/ UCC | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |

| First | Middle | Last | Email | Firm | Address | Address 2 | City | State | Zip | Phone | Representing | Case | Debtor | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Michael | | Schein | mschein@vedderprice.com | Vedder Price, P.C. | 1633 Broadway | 31st Floor | New York | NY | 10019 | 212-407-6920 | Alberto Smeke Saba, Salomon Smeke Saba | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| David | | Simonds | david.simonds@hoganlovells.com | | 1999 Avenue of the Stars | | Los Angeles | CA | 90067 | 3.11E+09 | Parkview | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Steven | B. | Smith | ssmith@herrick.com | Herrick, Feinstein LLP | 2 Park Avenue | | New York | NY | 10016 | 2.13E+09 | Taconic | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Vince | | Sullivan | vince.sullivan@law360.com | Law360 | 111 W. 19th Street | | New York | NY | 10011 | 3.02E+09 | | 25-11853-KBO | Hudson 1701/1706, LLC | Audio Only |
| Alan | | Tantleff | alan.tantleff@fticonsulting.com | FTI Consulting | 50 California Street | Suite 1900 | San Francisco | CA | 94111 | 4.15E+09 | Hudson | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| George | | Tsapelas | gtsapelas@tacon.com | | Two Park Avenue | | New York | NY | 10016 | 2.13E+09 | Taconic | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Jeffrey | | Waldron | jwaldron@bsfllp.com | Boies Schiller Flexner LLP | 55 Hudson Yards | | New York | NY | 10001 | 2.12E+09 | Hudson | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Maria | | Whalen | whalen@chipmanbrown.com | Chipman Brown Cicero & Cole | 1313 North Market Street | Suite 5400 | Wilmington | DE | 19801 | 3.02E+09 | | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Richard | | Wynne | richard.wynne@hoganlovells.com | | 1999 Avenue of the Stars | | Los Angeles | CA | 90067 | 3.11E+09 | Parkview | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Becky | | Yerak | becky.yerak@wsj.com | Wall Street Journal | 401 JUSTISON ST | suite 347 | Wilmington | DE | | 3.13E+09 | News Corp | 25-11853-KBO | Hudson 1701/1706, LLC | Audio Only |
| Andrew | | Zlotnick | azlotnick@tacon.com | | Two Park Avenue | | New York | NY | 10016 | 2.13E+09 | Taconic | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| David | | Zubkis | legalteam@octus.com | | 11 E 26th St | | New York | NY | | 7.19E+09 | | 25-11853-KBO | Hudson 1701/1706, LLC | Audio Only |
| Danielle | | Ash | dash@ADSTACH.COM | Adler Stachenfeld LLP | 555 Madison Avenue | 6th floor | New York | NY | 10022 | 212-883-1700 | 356W58 Ground Lessor LLC | 25-52471-KBO | Hudson 1701/1706, LLC et al v. 356W58 Ground Lessor LLC | Video and Audio |
| Kirk | | Brett | nipon@mspcm.com | Montgomery Street Partners | 555 Madison Avenue | 6th floor | New York | NY | 10022 | 212-883-1700 | 356W58 Ground Lessor LLC | 25-52471-KBO | Hudson 1701/1706, LLC et al v. 356W58 Ground Lessor LLC | Video and Audio |

| First | Last | Email | Firm | Address | Suite | City | State | Zip | Phone | Party | Case No. | Case Caption | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Glenn | Brill | glenn.brill@fticonsulting.com | FTI Consulting, Inc. | 50 Park Terrace East, Apt 4G | | NEW YORK | NY | | 9.18E+09 | Debtor | 25-52471-KBO | Hudson 1701/1706, LLC et al v. 356W58 Ground Lessor LLC | Video and Audio |
| Chris | Bryant | chris.bryant@hoganlovells.com | | 390 Madison Avenue | | New York | NY | | 212-9090626 | Parkview | 25-52471-KBO | Hudson 1701/1706, LLC et al v. 356W58 Ground Lessor LLC | Video and Audio |
| Mary | Caloway | mcaloway@pszjlaw.com | Pachulski Stang Ziehl & Jones LLP | 919 North Market Street | | Wilmington | DE | | 3.03E+09 | Parkview | 25-52471-KBO | Hudson 1701/1706, LLC et al v. 356W58 Ground Lessor LLC | Video and Audio |
| Katherine S. | Dute | dute@lrclaw.com | Landis Rath & Cobb LLP | 919 North Market Street | Suite 1800 | Wilmington | DE | 19801 | 302-467-4422 | 356W58 Ground Lessor LLC | 25-52471-KBO | Hudson 1701/1706, LLC et al v. 356W58 Ground Lessor LLC | Video and Audio |
| Denisse | Guevara | dguevara@gsbblaw.com | Gellert Seitz Busenkell & Brown | 1201 N Orange Street | Ste. 300 | Wilmington | DE | 19801 | 3.02E+09 | Western Alliance Bank | 25-52471-KBO | Hudson 1701/1706, LLC et al v. 356W58 Ground Lessor LLC | Video and Audio |
| Taylor | Harrison | taylor.harrison@iongroup.com | | 1345 Sixth Avenue | | New York | NY | | 8.6E+09 | | 25-52471-KBO | Hudson 1701/1706, LLC et al v. 356W58 Ground Lessor LLC | Audio Only |
| Ted | Jung | ted@parkviewfinancial.com | | 11440 San Vicente Blvd | 2nd FL | Los Angeles | CA | | 3.11E+09 | Parkview | 25-52471-KBO | Hudson 1701/1706, LLC et al v. 356W58 Ground Lessor LLC | Video and Audio |
| Jason | Kittinger | kittinger@lrclaw.com | Landis Rath & Cobb LLP | 919 Market Street, Suite 1800 | | Wilmington | DE | 19899 | 3.02E+09 | 356W58 Ground Lessor LLC | 25-52471-KBO | Hudson 1701/1706, LLC et al v. 356W58 Ground Lessor LLC | Video and Audio |

| First | Middle | Last | Email | Firm | Address | Address 2 | City | State | Zip | Phone | | Case No. | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Abe | | Kohn | abe@parkviewfinancial.com | | 10 E 53rd Street | Suite 1401 | New York | NY | | 2.02E+09 | Parkview | 25-52471-KBO | Hudson 1701/1706, LLC et al v. 356W58 Ground Lessor LLC | Video and Audio |
| Matthew | B. | McGuire | mcguire@lrclaw.com | Landis Rath & Cobb LLP | P.O. Box 2087 | 919 Market Street, Suite 1800 | Wilmington | DE | 19899 | 302-467-4400 | 356W58 Ground Lessor LLC | 25-52471-KBO | Hudson 1701/1706, LLC et al v. 356W58 Ground Lessor LLC | Video and Audio |
| Max | | Nipon | nipon@mspcm.com | Montgomery Street Partners | 2801 N. Harwood Street, Suite 1200 | | Dallas | TX | 75201 | 214-545-5573 | 356W58 Ground Lessor LLC | 25-52471-KBO | Hudson 1701/1706, LLC et al v. 356W58 Ground Lessor LLC | Video and Audio |
| Patrick | | O&#039;Connor | poconnor@adstach.com | Adler Stachenfeld LLP | 555 Madison Avenue 6th floor | | New York | NY | 10022 | 212-883-1700 | 356W58 Ground Lessor LLC | 25-52471-KBO | Hudson 1701/1706, LLC et al v. 356W58 Ground Lessor LLC | Video and Audio |
| Luke | | Pak | pak@mspcm.com | Montgomery Street Partners | 2801 N. Harwood Street, Suite 1200 | | Dallas | TX | 75201 | 2.15E+09 | 356W58 Ground Lessor LLC | 25-52471-KBO | Hudson 1701/1706, LLC et al v. 356W58 Ground Lessor LLC | Video and Audio |
| Patrick | | Petrocelli | patrick.petrocelli@hoganlovells.com | | 390 Madison Avenue | | New York | NY | | 2.13E+09 | Parkview | 25-52471-KBO | Hudson 1701/1706, LLC et al v. 356W58 Ground Lessor LLC | Video and Audio |
| Paul | | Rahimian | paul@parkviewfinancial.com | | 11440 San Vicente Blvd | 2nd FL | Los Angeles | CA | | 3.11E+09 | Parkview | 25-52471-KBO | Hudson 1701/1706, LLC et al v. 356W58 Ground Lessor LLC | Video and Audio |
| Michael | | Schein | mschein@vedderprice.com | Vedder Price, P.C. | 1633 Broadway | 31st Floor | New York | NY | 10019 | 212-407-6920 | | 25-52471-KBO | Hudson 1701/1706, LLC et al v. 356W58 Ground Lessor LLC | Video and Audio |

| First | Middle | Last | Email | Firm | Address | Suite | City | State | Zip | Phone | Party | Case # | Case | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Matt | | Schermerhorn | schermerhorn@mspcm.com | Montgomery Street Partners | 2801 N. Harwood Street, Suite 1200 | | Dallas | TX | 75201 | 2.15E+09 | 356W58 Ground Lessor LLC | 25-52471-KBO | Hudson 1701/1706, LLC et al v. 356W58 Ground Lessor LLC | Video and Audio |
| David | | Simonds | david.simonds@hoganlovells.com | | 1999 Avenue of the Stars | | Los Angeles | CA | | 3.11E+09 | Parkview | 25-52471-KBO | Hudson 1701/1706, LLC et al v. 356W58 Ground Lessor LLC | Video and Audio |
| Soumya | Parvathi | Venkateswaran | venkateswaran@lrclaw.com | Landis Rath & Cobb LLP | 919 North Market Street | Suite 1800 | Wilmington | DE | 19801 | 302-467-4445 | 356W58 Ground Lessor LLC | 25-52471-KBO | Hudson 1701/1706, LLC et al v. 356W58 Ground Lessor LLC | Video and Audio |
| Richard | | Wynne | richard.wynne@hoganlovells.com | | 1999 Avenue of the Stars | | Los Angeles | CA | | 3.11E+09 | Parkview | 25-52471-KBO | Hudson 1701/1706, LLC et al v. 356W58 Ground Lessor LLC | Video and Audio |
| David | | Zubkis | legalteam@octus.com | | 11 E 26th St | | New York | NY | 10010 | 7.19E+09 | | 25-52471-KBO | 356W58 Ground Lessor LLC | Audio Only |
| Rick | | Archer | richard.archer@law360.com | Law360 | 508 Woodland Hills Road | | White Plains | NY | 10603 | 9.14E+09 | | 26-10581-KBO | Wren US Holdings, Inc. | Audio Only |
| Alison | | Bauer | abauer@foleyhoag.com | Foley Hoag LLP | 1301 6th Avenue, 25th Fl | | New York | NY | 10019 | 6.47E+09 | Triangle Equities | 26-10581-KBO | Wren US Holdings, Inc. | Audio Only |
| David | | Benham | dbenham@jonesday.com | Jones Day | 250 Vesey Street | | New York | NY | 10281 | 212-326-3939 | Wren US Holdings, Ltd. | 26-10581-KBO | Wren US Holdings, Inc. | Video and Audio |
| Gregory | Thomas | Donilon | gregory.donilon@stevenslee.com | Stevens & Lee | 919 North Market Street, Suite 1300 | | Wilmington | DE | 19801 | 302-654-5180 | Baltimore Pike Land LLC | 26-10581-KBO | Wren US Holdings, Inc. | Video and Audio |
| Scott | | Fleischer | sfleischer@barclaydamon.com | Barclay Damon LLP | 1270 Avenue of the Americas, Suite 2310 | | New York | NY | 10020 | 6.47E+09 | Urban Edge Properties | 26-10581-KBO | Wren US Holdings, Inc. | Video and Audio |
| Clara | | Geoghegan | clara.geoghegan@law360.com | Law360 | 111 West 19th Street 5th Floor | | New York | NY | 10011 | 3.04E+09 | | 26-10581-KBO | Wren US Holdings, Inc. | Audio Only |

| Genna | Ghaul | gghaul@jonesday.com | JONES DAY | 250 Vesey Street | New York | NY | 10281 | (212) 326-3939 | Wren US Holdings, Ltd. | 26-10581-KBO | Wren US Holdings, Inc. | Video and Audio |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| James | McCauley | mccauley@rlf.com | Richards, Layton & Finger | 920 North King Street | Wilmington | DE | 19801 | 302-651-7700 | | 26-10581-KBO | Wren US Holdings, Inc. | Video and Audio |
| Vince | Sullivan | vince.sullivan@law360.com | Law360 | 111 W. 19th Street | New York | NY | 10011 | 3.02E+09 | | 26-10581-KBO | Wren US Holdings, Inc. | Audio Only |