**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Hudson 1701/1706, LLC, *et al.*,[1] | Case No. 25-11853 (KBO) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON MAY 22, 2026, AT 9:30 A.M. (EASTERN TIME)**

> **THIS PROCEEDING WILL BE CONDUCTED IN PERSON.**
> **PLEASE REFER TO JUDGE OWENS'S CHAMBERS PROCEDURES**
> **(HTTPS://WWW.DEB.USCOURTS.GOV/CONTENT/JUDGE-KAREN-B-OWENS) AND THE**
> **COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR**
> **INFORMATION ON THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE**
> **OWENS'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION**
> **REQUIREMENTS. REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE DAY BEFORE**
> **THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURT APPEARANCES TOOL**
> **AVAILABLE ON THE COURT'S WEBSITE.**

I.   **MATTER GOING FORWARD**

   1.   Motion of 356W58 Ground Lessor LLC to Certify Direct Appeal to the Court of Appeals Under 28 U.S.C. § 158(d) [Docket No. 461; Filed May 5, 2026].

   Response Deadline: May 19, at 4:00 p.m. (ET)

   Responses Received:

   A.   Debtors' Objection to 356W58 Ground Lessor LLC's Motion to Certify Direct Appeal to the Court of Appeals Under 28 U.S.C. § 158(d) [Docket No. 490; Filed May 19, 2026].

   B.   Declaration of William E. Chipman in Support of Debtors' Objection to Motion of 356W58 Ground Lessor LLC's Motion to Certify Direct Appeal to the Court of Appeals Under 28 U.S.C. § 158(d) [Docket No. 491; Filed May 19, 2026].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190).  The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

Related Pleadings:

    C.  Appellant's Statement of Issues to be Presented on Appeal and (II) Designation of Items to be Included in the Record on Appeal [Docket No. 489; Filed May 19, 2026].

Status:  This matter is going forward.

| | |
|---|---|
| Dated: May 20, 2026<br>      Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ Mark D. Olivere*<br>William E. Chipman, Jr. (No. 3818)<br>Mark D. Olivere (No. 4291)<br>Aaron J. Bach (No. 7364)<br>Alison R. Maser (No. 7430)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0191<br>Email:  chipman@chipmanbrown.com<br>        olivere@chipmanbrown.com<br>        bach@chipmanbrown.com<br>        maser@chipmanbrown.com<br>-and-<br><br>**BOIES SCHILLER & FLEXNER LLP**<br>Robert D. Gordon, Esq. (admitted *pro hac vice*)<br>Michael M. Fay. Esq. (admired *pro hac vice*)<br>Jenny H. Kim, Esq. (admitted *pro hac vice)*<br>Jeffrey Waldron, Esq. (admitted *pro hac vice*)<br>Katherine Zhang, Esq. (admitted *pro hac vice*)<br>55 Hudson Yards, 20th Floor,<br>New York, New York 10001<br>Telephone: (212) 446-2300<br>Email: rgordon@bsfllp.com<br>       mfay@bsfllp.com<br>       jkim@bsfllp.com<br>       jwaldron@bsfllp.com<br>       kzhang@bsfllp.com<br><br>*Counsel to the Debtors and Debtors in Possession* |