**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>Hudson 1701/1706, LLC, *et al.*,[1]<br><br>     Debtors. | Chapter 11<br><br>Case No. 25-11853 (KBO)<br><br>(Jointly Administered) |

**CERTIFICATION OF COUNSEL REQUESTING ENTRY OF**
**CONFIDENTIALITY AGREEMENT AND STIPULATED PROTECTIVE ORDER**

The undersigned counsel hereby certifies the following:

1.      The above-captioned debtors and debtors in possession (the "Debtors"), the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 bankruptcy cases (the "Chapter 11 Cases"), Parkview Financial REIT, LP and PV Hudson LLC, Alberto Smeke Saba and Salomon Smeke Saba, and CSC Hudson LLC have entered into a certain confidentiality stipulation and proposed protective order (the "Protective Order") with respect certain discovery material from one another with respect to contested matters, adversary proceedings, and other disputes in connection with the Chapter 11 Cases.

2.      The Parties have engaged in negotiations with respect to the foregoing and seek entry of a Protective Order to govern the production of information, documents, and other materials in connection with the discovery and potential future discovery requests between the Parties.

---

[1]  The Debtors (as defined above), along with the last four digits of each Debtors' federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190).  The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

17924820/1

3.      A proposed order approving the Protective Order is attached hereto as **Exhibit A** (the "Proposed Order"), and a copy of the Protective Order is attached as Exhibit 1 to the Proposed Order.

WHEREFORE, the undersigned requests that the Court enter the Proposed Order at its earliest convenience.

Dated: May 20, 2026

**MORRIS JAMES LLP**

*/s/ Eric J. Monzo*
Eric J. Monzo (DE Bar No. 5214)
Siena B. Cerra (DE Bar No. 7290)
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803
Telephone: (302) 888-6800
E-mail: emonzo@morrisjames.com
             scerra@morrisjames.com

-and-

Robert J. Gayda (admitted *pro hac vice*)
Catherine V. LoTempio (admitted *pro hac vice*)
Thomas Ross Hooper (admitted *pro hac vice*)
**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
E-mail: gayda@sewkis.com
             lotempio@sewkis.com
             hooper@sewkis.com

*Counsel to the Official Committee of Unsecured Creditors*

2

17924820/1