**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Hudson 1701/1706, LLC, *et al.*,[1] | Case No. 25-11853 (KBO) |
| Debtors. | (Jointly Administered) |

**NOTICE OF *AMENDED* [2] AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON MAY 22, 2026, AT 9:30 A.M. (EASTERN TIME)**

> **THIS PROCEEDING WILL BE CONDUCTED IN PERSON.**
> **PLEASE REFER TO JUDGE OWENS'S CHAMBERS PROCEDURES**
> **(HTTPS://WWW.DEB.USCOURTS.GOV/CONTENT/JUDGE-KAREN-B-OWENS) AND THE**
> **COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR**
> **INFORMATION ON THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE**
> **OWENS'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION**
> **REQUIREMENTS. REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE DAY BEFORE**
> **THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURT APPEARANCES TOOL**
> **AVAILABLE ON THE COURT'S WEBSITE.**

## I.   MATTER GOING FORWARD

1. Motion of 356W58 Ground Lessor LLC to Certify Direct Appeal to the Court of Appeals Under 28 U.S.C. § 158(d) [Docket No. 461; Filed May 5, 2026].

   Response Deadline: May 19, at 4:00 p.m. (ET)

   Responses Received:

   A. Debtors' Objection to 356W58 Ground Lessor LLC's Motion to Certify Direct Appeal to the Court of Appeals Under 28 U.S.C. § 158(d) [Docket No. 490; Filed May 19, 2026].

   B. Declaration of William E. Chipman in Support of Debtors' Objection to Motion of 356W58 Ground Lessor LLC's Motion to Certify Direct Appeal to the Court of Appeals Under 28 U.S.C. § 158(d) [Docket No. 491; Filed May 19, 2026].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190).  The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] **Amended Items Appear in Bold.**

Related Pleadings:

C. Appellant's Statement of Issues to be Presented on Appeal and (II) Designation of Items to be Included in the Record on Appeal [Docket No. 489; Filed May 19, 2026].

D. **356W58 Ground Lessor LLC's Reply in Support of its Motion to Certify Direct Appeal to the Court of Appeals Under 28 U.S.C. § 158(d) [Docket No. 500; Filed May 21, 2026].**

Status:  This matter is going forward.

Dated: May 21, 2026
     Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Mark D. Olivere*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Aaron J. Bach (No. 7364)
Alison R. Maser (No. 7430)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email:  chipman@chipmanbrown.com
     olivere@chipmanbrown.com
     bach@chipmanbrown.com
     maser@chipmanbrown.com
-and-

**BOIES SCHILLER & FLEXNER LLP**
Robert D. Gordon, Esq. (admitted *pro hac vice*)
Michael M. Fay. Esq. (admired *pro hac vice*)
Jenny H. Kim, Esq. (admitted *pro hac vice)*
Jeffrey Waldron, Esq. (admitted *pro hac vice*)
Katherine Zhang, Esq. (admitted *pro hac vice*)
55 Hudson Yards, 20th Floor,
New York, New York 10001
Telephone: (212) 446-2300
Email: rgordon@bsfllp.com
     mfay@bsfllp.com
     jkim@bsfllp.com
     jwaldron@bsfllp.com
     kzhang@bsfllp.com

*Counsel to the Debtors and Debtors in Possession*