**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| HUDSON 1701/1706, LLC, *et al.*,[1] | Case No. 25-11853 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 454** |

**CERTIFICATION OF COUNSEL REGARDING FOURTH MONTHLY APPLICATION
OF SEWARD & KISSEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
MARCH 1, 2026 THROUGH MARCH 31, 2026 [DOCKET NO. 454]**

The undersigned counsel hereby certifies as follows:

1.      On December 10, 2025, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 152], ("Interim Compensation Order").

2.      On May 1, 2026, Seward & Kissel LLP, ("S&K"), counsel to the Official Committee of Unsecured Creditors (the "Committee"), appointed in the above-captioned cases, filed the *Fourth Monthly Application of Seward & Kissel LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2026 through March 31, 2026* [Docket No. 454] (the "Application") with the Court.

3.      The deadline to object to the Application was May 22, 2026, at 4:00 p.m. (ET) (the "Objection Deadline").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

4.      Before the Objection Deadline, S&K received informal comments from counsel to Parkview Financial REIT, LP ("Parkview") to certain of the fees set forth in the Application.  After discussions with Parkview, S&K was able to resolve such informal comments, in the amounts set forth below, without Parkview having filed a formal objection.

5.      The undersigned further certifies that after reviewing the Court's docket in this case, no other formal answer, objection, or other responsive pleading to the Application appears thereon.

6.      The Committee respectfully requests that pursuant to the Interim Compensation Order, no further order is required, and per agreement, S&K is entitled to receive fees in the amount of $92,164.16 and expenses in the amount of $5,893.09

Dated: June 2, 2026
         Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Siena B. Cerra*
Eric J. Monzo (DE Bar No. 5214)
Siena B. Cerra (DE Bar No. 7290)
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail:  emonzo@morrisjames.com
             scerra@morrisjames.com

-and-

**SEWARD & KISSEL LLP**
Robert J. Gayda (admitted *pro hac vice*)
Catherine V. LoTempio (admitted *pro hac vice*)
Thomas Ross Hooper (admitted *pro hac vice*)
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Email: gayda@sewkis.com
          lotempio@sewkis.com
          hooper@sewkis.com

*Counsel to the Official Committee of Unsecured Creditors*

2

17923835/1