**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| HUDSON 1701/1706, LLC, *et al.*,[1] | Case No. 25-11853 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 486** |

**CERTIFICATE OF NO OBJECTION REGARDING SECOND INTERIM
APPLICATION OF SEWARD & KISSEL LLP, COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM JANUARY 1, 2026 THROUGH MARCH 31, 2026 [DOCKET NO. 486]**

The undersigned counsel hereby certifies as follows:

On May 18, 2026, Seward & Kissel LLP ("S&K"), counsel to the Official Committee of Unsecured Creditors (the "Committee"), appointed in the above-captioned cases, filed the *Second Interim Application of Seward & Kissel LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period From January 1, 2026 through March 31, 2026* [Docket No. 486] (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

The deadline to object to the Application was June 8, 2026, at 4:00 p.m. (ET).

The undersigned further certifies that after reviewing the Court's docket in this case, no formal answer, objection, or other responsive pleading to the Application appears thereon.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

17960946/1

Given the lack of responses or objections to the approval of the Application for compensation of services rendered in the sum of $453,159.08[2] and reimbursement of expenses in the amount of $6,492.00.

Dated: June 12, 2026
Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Eric J. Monzo*
Eric J. Monzo (DE Bar No. 5214)
Siena B. Cerra (DE Bar No. 7290)
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail:  emonzo@morrisjames.com
             scerra@morrisjames.com

-and-

**SEWARD & KISSEL LLP**
Robert J. Gayda (admitted *pro hac vice*)
Thomas Ross Hooper (admitted *pro hac vice*)
Catherine V. LoTempio (admitted *pro hac vice*)

One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Email: gayda@sewkis.com
          hooper@sewkis.com
          lotempio@sewkis.com

*Counsel to the Official Committee of Unsecured Creditors*

---

[2] This amount is reduced in the amount of $116,458.32 (the "Holdback Amount"), currently in abeyance, while discussions continue from informal comments received from Parkview Financial REIT, LP. *See* Certification of Counsel Regarding Fourth Monthly Application of Seward & Kissel LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2026 through March 31, 2026 [Docket No. 526]. Release of the Holdback Amount shall be subject to the agreement of the parties or further order of the Court.