**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Hudson 1701/1706, LLC, *et al.*,[1] | Case No. 25-11853 (KBO)<br>(Jointly Administered) |
| Debtors. | |

**NOTICE OF *AMENDED*[2]AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON JUNE 17, 2026, AT 10:30 A.M. (EASTERN TIME)**

> **This proceeding will be conducted remotely via Zoom.**
>
> **Please refer to Judge Owens's Chambers Procedures**
> **(https://www.deb.uscourts.gov/content/judge-karen-b-owens ) and the Court's website**
> **(http://www.deb.uscourts.gov/ecourt-appearances ) for information on the method of allowed**
> **participation (video or audio), Judge Owens's expectations of remote participants, and the**
> **advance registration requirements.**
>
> **Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing**
> **unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

## I.   RESOLVED MATTERS

1.   Debtors' Second Motion for Entry of an Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods Within Which the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 493; Filed May 20, 2026].

Response Deadline: June 3, 2026, at 4:00 p.m. (ET)

Responses Received:

i.   Informal comments received from the Official Committee of Unsecured Creditors.

Related Pleadings:

A.   Certification of Counsel Regarding Debtors' Second Motion for Entry of an Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190).  The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2]  **Amended Items Appear in Bold.**

the Exclusive Periods Within Which the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 540; Filed June 11, 2026].

B. Order (I) Fixing Deadline for Filing Requests for Allowance of Administrative Expense Claims Arising on or Before June 30, 2026; and (II) Designating Form and Manner of Notice Thereof [Docket No. 544; Entered June 12, 2026].

Status:  The order has been entered; no hearing is necessary.

2. Debtors' Motion for Order (I) Fixing Deadline for Filing Requests for Allowance of Administrative Expense Claims Arising on or Before June 30, 2026; and (II) Designating Form and Manner of Notice Thereof [Docket No. 530; Filed June 3, 2026].

Response Deadline:  June 10, 2026, at 4:00 p.m. (ET)

Responses Received:  None.

Related Documents:

A. Certificate of No Objection Regarding Debtors' Motion for Order (I) Fixing Deadline for Filing Requests For Allowance of Administrative Expense Claims Arising on or Before June 30, 2026; and (II) Designating Form and Manner of Notice Thereof  [Docket No. 541; Filed June 11, 2026].

B. Order (I) Fixing Deadline for Filing Requests for Allowance of Administrative Expense Claims Arising on or Before June 30, 2026; and (II) Designating Form and Manner of Notice Thereof [Docket No. 544; Filed June 12, 2026].

Status:  The order has been entered; no hearing is necessary.

## II.  ADJOURNED MATTER

3. Motion for Entry of an Order Authorizing Debtors to Assume Fitness International, LLC Retail Lease [Docket No. 265; Filed January 16, 2026].

Response Deadline: February 5, 2026, at 4:00 p.m. (ET)

Responses Received: None.

Related Pleadings: None.

Status:  This matter is adjourned until the next omnibus hearing date.

### III. MATTERS UNDER CERTIFICATION

4.  Interim Fee Applications

    Responses Received:

    i.  Seward & Kissel LLP, counsel to the Official Committee of Unsecured Creditors received informal comments from Parkview Financial REIT, LP.

    Related Documents:

    A.  Certification of Counsel Regarding Fourth Monthly Application of Seward & Kissel LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the period March 1, 2026 to March 31, 2026 [Docket No. 526; Filed June 2, 2026].

    B.  Certificate of No Objection Regarding Second Interim Application of Seward & Kissel LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period From January 1, 2026 through March 31, 2026 [Docket No. 545; Filed June 12, 2026].

    C.  Certification of Counsel Regarding Interim Fee Applications of Professionals [Docket No. 547; Filed June 15, 2026].

    D.  **Omnibus Order Granting Interim Fee Applications [Docket No. 549; Entered June 15, 2026]**

    **Status:   The order has been entered; no hearing is necessary.**

### IV.   MATTER GOING FORWARD AS STATUS CONFERENCE

5.  Debtors' Motion for an Order Determining Amount of Prospective Post-Petition Monthly Rent Due as an Administrative Expense Claim [Docket No. 524; Filed June 2, 2026].

    Response Deadline: June 16, 2026, at 4:00 p.m. (ET)

    Responses Received:

    A.  **356W58 Ground Lessor LLC's Objection to Debtors' Motion for an Order Determining Amount of Prospective Post-Petition Monthly Rent Due as an Administrative Expense Claim [Docket No. 553; Filed June 16, 2026]**.

    Related Documents:  None.

Status:   This matter will go forward as a status conference.

Dated: June 17, 2026
          Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Aaron J. Bach (No. 7364)
Alison R. Maser (No. 7430)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email:  chipman@chipmanbrown.com
          olivere@chipmanbrown.com
          bach@chipmanbrown.com
          maser@chipmanbrown.com
-and-

**BOIES SCHILLER & FLEXNER LLP**
Robert D. Gordon, Esq. (admitted *pro hac vice*)
Michael M. Fay. Esq. (admired *pro hac vice*)
Jenny H. Kim, Esq. (admitted *pro hac vice)*
Jeffrey Waldron, Esq. (admitted *pro hac vice*)
Katherine Zhang, Esq. (admitted *pro hac vice*)
55 Hudson Yards, 20th Floor,
New York, New York 10001
Telephone: (212) 446-2300
Email: rgordon@bsfllp.com
          mfay@bsfllp.com
          jkim@bsfllp.com
          jwaldron@bsfllp.com
          kzhang@bsfllp.com

*Counsel to the Debtors and Debtors in Possession*