# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Hudson 1701/1706, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11853 (KBO)<br><br>(Jointly Administered)<br><br>**Hearing Date: September 9, 2026, at 9:30 a.m. (ET**<br>**Objection Deadline: June 16, 2026, at 4:00 p.m. (ET)** |

## NOTICE OF HEARING ON DEBTORS' MOTION FOR AN ORDER DETERMINING OF AMOUNT OF PROSPECTIVE POST-PETITION MONTHLY RENT DUE AS AN ADMINISTRATIVE EXPENSE CLAIM [D.I. 524]

**PLEASE TAKE NOTICE** that on June 2, 2026, the above-captioned debtors and debtors-in-possession (the "**Debtors**") filed the *Debtors' Motion for an Order Determining Amount of Prospective Post-Petition Monthly Rent Due as an Administrative Expense Claim* (the "**Motion**") [D.I. 524] with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). You were previously served with a copy of the Motion.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion, were to be filed on or before June 16, 2026, at 4:00 p.m. (Eastern Time) (the "**Objection Deadline**") with the Court, 824 North Market Street, Third Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that on June 16, 2026, the 356W58 Ground Lessor LLC (the "**Lessor**") filed its Objection to the Motion [D.I. 553]

**PLEASE TAKE FURTHER NOTICE** that a status conference with respect to the Motion was held on June 17, 2026, at 10:30 a.m. (ET), (the "**Status Conference**") before the Honorable Karen B. Owens in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Sixth Floor, Court Room 3, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that after the Status Conference, counsel for the Lessor and the Debtors conferred with the Court and a hearing on the Motion is scheduled for **September 9, 2026, at 9:30 a.m. (ET)**, before the Honorable Karen B. Owens in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Sixth Floor, Court Room 3, Wilmington, Delaware 19801.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

Dated: July 7, 2026
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Aaron J. Bach (No. 7364)
Alison R. Maser (No. 7430)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email: chipman@chipmanbrown.com
olivere@chipmanbrown.com
bach@chipmanbrown.com
maser@chipmanbrown.com

-and-

**BOIES SCHILLER FLEXNER LLP**
Robert D. Gordon (admitted *pro hac vice*)
Michael M. Fay (admitted *pro hac vice*)
Jenny H. Kim (admitted *pro hac vice*)
Jeffrey Waldron (admitted *pro hac vice*)
Katherin Zhang (admitted *pro hac vice*)
55 Hudson Yards
New York, New York 10001
Telephone: (212) 446-2300
Email: rgordon@bsfllp.com
mfay@bsfllp.com
jkim@bsfllp.com
jwaldron@bsfllp.com
kzhang@bsfllp.com

*Counsel to the Debtors and Debtors in Possession*