**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Hudson 1701/1706, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11853 (KBO)<br><br>(Jointly Administered)<br><br>Re: Docket No. 524 |

**CERTIFICATION OF COUNSEL REGARDING**
**STIPULATED PRETRIAL SCHEDULE**

1. The undersigned hereby certifies that the above-captioned debtors and debtors-in-possession (the "**Debtors**") and 356W58 Ground Lessor LLC ("**Ground Lessor**") have entered into a stipulation (the "**Stipulation**") that, subject to approval of the Court, agrees on a schedule with regard to the *Debtors' Motion for an Order Determining Amount of Prospective Post-Petition Monthly Rent Due as an Administrative Expense Claim* [Docket No. 524] (the "**Rent Determination Motion**").

2. A copy of the Stipulation is attached as Exhibit A to the proposed order annexed hereto as Exhibit 1 (the "**Proposed Order**").

WHEREFORE, the Debtors and Ground Lessor respectfully request that the Court enter the Proposed Order at its earliest convenience.

*[Signature Page to Follow]*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

Dated: July 31, 2026
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Aaron J. Bach (No. 7364)
Alison R. Maser (No. 7430)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email: chipman@chipmanbrown.com
olivere@chipmanbrown.com
bach@chipmanbrown.com
maser@chipmanbrown.com

*Counsel to the Debtors and Debtors in Possession*