# EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Hudson 1701/1706, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11853 (KBO)<br><br>(Jointly Administered)<br><br>Re: Docket No. __ |

**ORDER APPROVING STIPULATED PRETRIAL SCHEDULE**

Upon the Certification of Counsel filed by the Debtors, and the Stipulation attached hereto as Exhibit A (the "**Stipulation**") regarding *Debtors' Motion for an Order Determining Amount of Prospective Post-Petition Monthly Rent Due as an Administrative Expense Claim* [Docket No. 524] (the "**Rent Determination Motion**"); and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is hereby APPROVED as set forth herein.

2. The pretrial schedule for the Rent Determination Motion shall be as follows:

**SCHEDULE**

| | |
|---|---|
| Deadline for Debtors to Serve Expert Report | July 27, 2026 |
| Deadline for Production of Documents by the Parties | July 31, 2026 |
| Deadline for Landlord to Serve Rebuttal Expert Report (if any) | August 14, 2026 |
| Deadline for Debtors to Serve Reply Expert Report (if any) | August 24, 2026 |
| Expert and Fact Depositions | August 26 - 28, 2026 |
| Deadline for Motions in Limine (if any) | September 2, 2026 |
| Deadline for Oppositions to Motions in Limine (if any) | September 8, 2026 |
| Evidentiary Hearing | September 9, 2026 |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

3. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# **EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>HUDSON 1701/1706, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case Nos. 25-11853(KBO)<br><br>(Jointly Administered) |

**STIPULATED PRETRIAL SCHEDULE RE: DEBTORS' MOTION TO DETERMINE MONTHLY RENT [DOCKET NO. 524]**

The above-captioned debtors and debtors-in-possession (the "**Debtors**") and 356W58 Ground Lessor LLC ("**Ground Lessor**") (collectively, the "**Parties**") hereby stipulate and agree that the pretrial schedule set forth herein shall govern with regard to the *Debtors' Motion for an Order Determining Amount of Prospective Post-Petition Monthly Rent Due as an Administrative Expense Claim* [Docket No. 524], absent further Order of the Court or the agreement of the Parties:

**SCHEDULE**

| | |
|---|---|
| Deadline for Debtors to Serve Expert Report | July 27, 2026 |
| Deadline for Production of Documents by the Parties | July 31, 2026 |
| Deadline for Landlord to Serve Rebuttal Expert Report (if any) | August 14, 2026 |
| Deadline for Debtors to Serve Reply Expert Report (if any) | August 24, 2026 |
| Expert and Fact Depositions | August 26 - 28, 2026 |
| Deadline for Motions in Limine (if any) | September 2, 2026 |
| Deadline for Oppositions to Motions in Limine (if any) | September 8, 2026 |
| Evidentiary Hearing | September 9, 2026 |

Except as specifically set forth herein, all rights, claims and defenses of the Parties are hereby fully preserved.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

**IT IS SO STIPULATED.**

Dated: July 31, 2026

Respectfully submitted,

LANDIS RATH & COBB LLP

*/s/ Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Katherine S. Dute (No. 6788)
Soumya P. Venkateswaran (No. 7278)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
mcguire@lrclaw.com
dute@lrclaw.com
venkateswaran@lrclaw.com

-and-

ADLER & STACHENFELD LLP
Kirk L. Brett (admitted *pro hac vice*)
Patrick O'Connor (admitted *pro hac vice*)
555 Madison Avenue, 6th floor
New York, New York 10022
Telephone: (212)883-1700
Facsimile: (212)883-8883
Email: kbrett@adstach.com
poconnor@adstach.com

*Counsel for 356W58 Ground Lessor LLC*

CHIPMAN BROWN CICERO & COLE, LLP

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Aaron J. Bach (No. 7364)
Alison R. Maser (No. 7430)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email: chipman@chipmanbrown.com
olivere@chipmanbrown.com
bach@chipmanbrown.com
maser@chipmanbrown.com

-and-

BOIES SCHILLER FLEXNER LLP
Robert D. Gordon (admitted *pro hac vice*)
Michael M. Fay (admitted *pro hac vice*)
Jenny H. Kim (admitted *pro hac vice*)
Sabina Mariella (admitted *pro hac vice*)
Jeffrey Waldron (admitted *pro hac vice*
Katherine Zhang (admitted *pro hac vice*)
55 Hudson Yards
New York, New York 10001
Telephone: (212) 446-2300
Email: rgordon@bsfllp.com
mfay@bsfllp.com

*Counsel for Debtors and Debtors in Possession*