**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Hudson 1701/1706, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11853 (KBO)<br><br>(Jointly Administered)<br><br>Re: Docket No. 614 |

**ORDER APPROVING STIPULATED PRETRIAL SCHEDULE**

Upon the Certification of Counsel filed by the Debtors, and the Stipulation attached hereto as Exhibit A (the "**Stipulation**") regarding *Debtors' Motion for an Order Determining Amount of Prospective Post-Petition Monthly Rent Due as an Administrative Expense Claim* [Docket No. 524] (the "**Rent Determination Motion**"); and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is hereby APPROVED as set forth herein.

2. The pretrial schedule for the Rent Determination Motion shall be as follows:

**SCHEDULE**

| | |
|---|---|
| Deadline for Debtors to Serve Expert Report | July 27, 2026 |
| Deadline for Production of Documents by the Parties | July 31, 2026 |
| Deadline for Landlord to Serve Rebuttal Expert Report (if any) | August 14, 2026 |
| Deadline for Debtors to Serve Reply Expert Report (if any) | August 24, 2026 |
| Expert and Fact Depositions | August 26 - 28, 2026 |
| Deadline for Motions in Limine (if any) | September 2, 2026 |
| Deadline for Oppositions to Motions in Limine (if any) | September 8, 2026 |
| Evidentiary Hearing | September 9, 2026 |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

3. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: August 3rd, 2026**
**Wilmington, Delaware**

**KAREN B. OWENS**
**CHIEF JUDGE**