**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Hudson 1701/1706, LLC, *et al.*,[1] | Case No. 25-11853 (KBO) |
| | (Jointly Administered) |
| Debtors. | **Related Docket No. 596** |

**ORDER, PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE,
FURTHER EXTENDING THE EXCLUSIVE PERIODS WITHIN WHICH THE
DEBTORS MAY FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES
THEREOF**

Upon consideration of the motion (the "**Motion**")[2] of the Debtors for entry of an order, pursuant to section 1121(d) of the Bankruptcy code, Bankruptcy Rule 9006, and Local Rule 9006-2, extending the Debtors' Exclusive Periods to file a chapter 11 plan and solicit acceptances thereof; and upon consideration of all pleadings related thereto; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and the Court having jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated as of February 29, 2012, and that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that venue of this matter is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it further appearing that the relief requested in the Motion and provided for herein is in the best interest of the Debtors, their creditors, their estates, and all other parties in interest; and sufficient cause appearing therefor;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190).  The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2]   All capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Motion.

**IT IS HEREBY ORDERED THAT:**

1.  The Motion is GRANTED as set forth herein.

2.  The Debtors' Exclusive Filing Period is hereby extended by seventy (70) days, through and including September 28, 2026.

3.  The Debtors' Exclusive Solicitation Period is hereby extended by seventy (70) days, through and including November 27, 2026.

4.  The entry of this order shall be without prejudice to the rights of the Debtors and their estates to seek further extensions of the Exclusive Periods or to seek other appropriate relief and the rights of any party in interest to oppose such relief or to seek to shorten or terminate the Exclusive Periods.

5.  The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

6.  The Court shall retain jurisdiction with respect to any matters, claims, rights, or disputes arising from or related to this Order.

Dated: August 5th, 2026
Wilmington, Delaware

KAREN B. OWENS
CHIEF JUDGE

2