**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Hudson 1701/1706, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11853 (KBO)<br>(Jointly Administered) |
| HUDSON 1701/1706, LLC, a Delaware limited liability company; and HUDSON 1702, LLC, a Delaware limited liability company,<br>Plaintiff,<br>v.<br><br>356W58 Ground Lessor LLC, a Delaware limited liability company,<br><br>Defendant. | Adv. Pro. No. 25-52471 (KBO) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON SEPTEMBER 9, 2026, AT 9:30 A.M. (EASTERN TIME)**

**THIS PROCEEDING WILL BE CONDUCTED IN-PERSON.**

**ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS PERMITTED TO APPEAR REMOTELY VIA ZOOM. PLEASE REFER TO JUDGE OWENS'S CHAMBERS PROCEDURES (HTTPS://WWW.DEB.USCOURTS.GOV/CONTENT/JUDGE-KAREN-B-OWENS) AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE OWENS'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS.**

**REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURTAPPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

# I. MATTER GOING FORWARD

1. Debtors' Motion for an Order Determining Amount of Prospective Post-Petition Monthly Rent Due as an Administrative Expense Claim [Docket No. 524; Filed on June 2, 2026]

Response Deadline: June 16, 2026, at 4:00 p.m. (ET)

Responses Received:

A. 356W58 Ground Lessor LLC's Objection to Debtors' Motion for an Order Determining Amount of Prospective Post-Petition Monthly Rent Due as an Administrative Expense Claim [Docket No 553; Filed on June 16, 2026]

Related Documents:

A. Notice of Hearing on Debtors' Motion for an Order Determining Amount of Prospective Post-Petition Monthly Rent Due as an Administrative Expense Claim [Docket No. 576; Filed on July 7, 2026]

B. Certification of Counsel Regarding Stipulated Pretrial Schedule [D.I. 614; Filed on July 31, 2026]

C. Order Approving Stipulated Pretrial Schedule [D.I. 616; Entered on August 3, 2026].

D. The Debtors' Supplemental Memorandum in Support of Their Motion for an Order Determining Amount of Prospective Post-Petition Monthly Rent Due as an Administrative Expense Claim [Docket No. 661; Filed on September 4, 2026]

E. 356W58 Ground Lessor LLC's Rent Motion Pre-Hearing Brief [Docket No. 662; Filed on September 4, 2026]

F. [SEALED] Declaration in Support (Declaration of Matthew B. McGuire in Support of 356W58 Ground Lessor LLC's Rent Motion Pre-Hearing Brief [Docket No. 663; Filed on September 4, 2026]

Status: This matter will go forward.

## II. ADVERSARY MATTER GOING FORWARD

2. *Hudson 1701/1706, LLC, et al., v. 356W58 Ground Lessor LLC; Adv. Pro. No. 25-52471 (KBO)*

A. Amended Complaint [Adv. Docket No. 91; Filed on June 10, 2026].

B. Certificate of Service regarding Amended Complaint [Adv. Docket No 92; Filed on June 17, 2026]

C. Motion to Dismiss Adversary Proceeding Filed by 356W58 Ground Lessor LLC [Adv. Docket No. 93; Filed on July 9, 2026]

D. 356W58 Ground Lessor LLC's Memorandum of Law in Support of Its Motion to Dismiss the Amended Complaint [Adv. Docket No. 94; Filed on July 9, 2026]

E. Declaration of Matthew B. McGuire in Support of 356W58 Ground Lessor LLC's Motion to Dismiss the Amended Complaint [Adv. Docket No. 95; Filed on July 9, 2026]

F. The Debtors' Opposition to the Defendant's Motion to Dismiss the Amended Complaint [Adv. Docket No. 97; Filed on July 30, 2026]

G. Certification of Counsel for Approval of Proposed Scheduling Order [Adv. Docket No. 98; Filed on July 31, 2026]

H. Order Approving Stipulated Schedule Re: Motion to Dismiss [Adv. Docket No. 99; Entered on August 3, 2026]

I. Notice of Filing Redline of Amended Complaint [Adv. Docket No. 101; Filed on August 11, 2026]

J. 356W58 Ground Lessor LLC's Reply Memorandum of Law in Further Support of Its Motion to Dismiss the Amended Complaint [Adv. Docket No. 102; Filed on August 13, 2026]

K. 356W58 Ground Lessor LLC's Notice of Completion of Briefing [Adv. Docket No. 103; Filed on September 3, 2026]

L. Notice of Hearing of 356W58 Ground Lessor's Motion to Dismiss the Amended Complaint [Adv. Docket No. 104; Filed September 3, 2026]

Status: Oral argument on 356W58 Ground Lessor LLC's Motion to Dismiss the Amended Complaint will go forward.

Dated: September 4, 2026
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*<u>/s/ William E. Chipman, Jr.</u>*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Aaron J. Bach (No. 7364)
Alison R. Maser (No. 7430)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email: chipman@chipmanbrown.com
olivere@chipmanbrown.com
bach@chipmanbrown.com
maser@chipmanbrown.com

-and-

**BOIES SCHILLER & FLEXNER LLP**
Robert D. Gordon, Esq. (admitted *pro hac vice*)
Michael M. Fay. Esq. (admired *pro hac vice*)
Jenny H. Kim, Esq. (admitted *pro hac vice)*
Jeffrey Waldron, Esq. (admitted *pro hac vice*)
Katherine Zhang, Esq. (admitted *pro hac vice*)
55 Hudson Yards, 20th Floor,
New York, New York 10001
Telephone: (212) 446-2300
Email: rgordon@bsfllp.com
mfay@bsfllp.com
jkim@bsfllp.com
jwaldron@bsfllp.com
kzhang@bsfllp.com

*Counsel to the Debtors and Debtors in Possession*