**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Hudson 1701/1706, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11853 (KBO)<br><br>(Jointly Administered)<br><br>**Related to Docket No. 660** |

**ORDER GRANTING MOTION TO SHORTEN TIME FOR NOTICE AND RESPONSE TO THE DEBTORS' MOTION FOR AUTHORITY TO ENTER INTO PRECONSTRUCTION SERVICES AGREEMENT**

Upon the motion (the "**Motion to Shorten**")[2] of the above-captioned Debtors, seeking the entry of an order pursuant to Bankruptcy Code sections 105(a) and 363(b), Bankruptcy Rules 2002 and 9006(c)(1), and Local Rule 9006-1(e), among other things, shortening time for notice and responses to and scheduling a hearing on the *Debtors' Motion for Authority to Enter into Preconstruction Services Agreement* (the "**Services Motion**"); and the Court having determined that the relief requested in the Motion to Shorten is appropriate, and upon the record herein, and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED as set forth herein;

2. A hearing on the relief requested in the Services Motion shall be held on September 15, 2026, at 10:30 a.m. (prevailing Eastern Time).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion to Shorten.

3. Any objection or response to the Debtors' request for relief in the Services Motion shall be filed and served so as to be received by the Debtors no later than September 14, 2026, at 4:00 p.m. (ET).

4. The Court shall retain jurisdiction to hear and determine all disputes arising out of or related to this Order.

**Dated: September 4th, 2026**
**Wilmington, Delaware**

**KAREN B. OWENS**
**CHIEF JUDGE**



4909-4334-3052, v. 1