# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Hudson 1701/1706 LLC, | Case No. 25-11853 (KBO) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: ___** |

**ORDER GRANTING 356W58 GROUND LESSOR LLC'S MOTION TO FILE UNDER SEAL DECLARATION OF MATTHEW B. MCGUIRE IN SUPPORT OF 356W58 GROUND LESSOR LLC'S RENT MOTION PRE-HEARING BRIEF**

Upon *356W58 Ground Lessor LLC's Motion to File Under Seal Declaration of Matthew B. McGuire in Support of 356W58 Ground Lessor LLC's Rent Motion Pre-Hearing Brief* (the "Motion");[2] and the Court having jurisdiction over this matter; and it appearing that sufficient notice of the Motion has been given under the circumstances; and it appearing that the relief requested by the Motion is necessary and appropriate; and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Motion is **GRANTED**.

2. Pursuant to Bankruptcy Code Section 107(b), Bankruptcy Rule 9018, Local Rule 9018-1, Landlord is authorized to file the Confidential Information under seal.

3. The Court shall retain jurisdiction with respect to all matters arising from or related to implementation or interpretation of this Order.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' headquarters and the mailing address for the Debtors is 11440 San Vicente Boulevard, 2nd Floor, Los Angeles, CA 90045.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.