**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Hudson 1701/1706 LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-11853 (KBO)<br><br>(Jointly Administered) |

**DECLARATION OF MATTHEW B. MCGUIRE IN SUPPORT OF**
**356W58 GROUND LESSOR LLC'S RENT MOTION PRE-HEARING BRIEF**

I, Matthew B. McGuire, hereby declare the following to be true and correct to the best of my knowledge, information and belief:

1. I am a member in good standing of the Bar of the State of Delaware and have been admitted to practice before this Court. I am a partner at Landis Rath & Cobb LLP, which represents 356W58 Ground Lessor LLC ("Landlord") in the above-captioned action. I am familiar with the facts and circumstances set forth herein.

2. I submit this declaration in support of *356W58 Ground Lessor LLC's Rent Motion Pre-Hearing Brief*, filed concurrently herewith.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Expert Report of Greg Eidson, dated July 27, 2026.

4. Attached hereto as **Exhibit B** is a true and correct copy of the Expert Rebuttal Report of Daniel Mizukovski, dated August 14, 2026.

5. Attached hereto as **Exhibit C** is a true and correct copy of the Expert Rebuttal Report of Greg Eidson, dated August 24, 2026.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' headquarters and the mailing address for the Debtors is 11440 San Vicente Boulevard, 2nd Floor, Los Angeles, CA 90045.

6. Attached hereto as **Exhibit D** is a true and correct copy of the Greg Eidson Deposition Transcript, dated September 1, 2026.

7. Attached hereto as **Exhibit E** is a true and correct copy of the Daniel Mizukovski Deposition Transcript, dated September 2, 2026.

I declare under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 4th day of September, 2026.

*/s/ Matthew B. McGuire*
Matthew B. McGuire (No. 4366)