**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Hudson 1701/1706 LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-11853 (KBO)<br><br>(Jointly Administered) |

**356W58 GROUND LESSOR LLC'S WITNESS AND EXHIBIT LIST**
**FOR HEARING ON SEPTEMBER 9, 2026 AT 9:30 A.M. (ET)**

**PLEASE TAKE NOTICE** that 356W58 Ground Lessor LLC ("Landlord") hereby provides the following information regarding the witnesses that it intends to present and the list of the potential exhibits that it may seek to introduce (the "Witness & Exhibit List"), at the hearing scheduled for September 9, 2026 at 9:30 a.m. (ET) (the "Hearing") regarding the *Debtors' Motion for an Order Determining Amount of Prospective Post-Petition Monthly Rent Due as an Administrative Expense Claim* [D.I. 524] (the "Rent Motion").

**LANDLORD'S WITNESS INFORMATION**

1. Name and title of witness: Daniel Mizukovski, Senior Partner at Wells Hill Partners.

   Scope of Testimony: Mr. Mizukovski may testify regarding (i) the matters set forth in the Expert Rebuttal Report of Daniel Mizukovski [D.I. 669-2] and (ii) related matters in connection with the Rent Motion.

**EXHIBITS**

In connection with the Hearing, the Landlord may seek to use any of the following documents:

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' headquarters and the mailing address for the Debtors is 11440 San Vicente Boulevard, 2nd Floor, Los Angeles, CA 90045.

| Number | Description |
|---|---|
| LL-1 | [REDACTED] Declaration of Matthew B. McGuire in Support of 356W58 Ground Lessor LLC's Rent Motion Pre-Hearing Brief [D.I. 669] and exhibits thereto |
| LL-2 | Appraisal Report dated November 7, 2025 prepared by National Valuation Consultants, Inc. (356W58GROUNDLESSOR_00053099-3285) |
| LL-3 | CSC Pro-forma and Analysis dated 8/12/2024 (356W58GROUNDLESSOR_00053454) |

**RESERVATION OF RIGHTS**

The Landlord reserves all rights to: (i) amend and supplement this Witness and Exhibit List at any time at or prior to the Hearing; (ii) use additional exhibits for purposes of rebuttal or impeachment and to supplement the foregoing exhibit list as appropriate; (iii) rely upon and use as evidence (a) any exhibits included on the exhibit lists of any other party in interest and (b) any pleading, hearing transcript, order, or other document filed with the Court in these Chapter 11 Cases; (iv) cross examine any and all witnesses proffered at the Hearing; and (v) call any rebuttal witnesses as the Landlord may deem necessary at the Hearing.

Dated: September 8, 2026
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Soumya P. Venkateswaran*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Katherine S. Dute (No. 6788)
Soumya P. Venkateswaran (No. 7278)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
mcguire@lrclaw.com
dute@lrclaw.com
venkateswaran@lrclaw.com

– and –

**ADLER & STACHENFELD LLP**
Kirk L. Brett (admitted *pro hac vice*)
Patrick O'Connor (admitted *pro hac vice*)
555 Madison Avenue, 6th floor
New York, New York 10022
Telephone: (212)883-1700
Facsimile: (212)883-8883
Email: kbrett@adstach.com
poconnor@adstach.com

*Counsel to 356W58 Ground Lessor LLC*