**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Hudson 1701/1706, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11853 (KBO)<br><br>(Jointly Administered) |

**WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR**
**SEPTEMBER 9, 2026, AT 9:30 A.M. (ET)**

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), hereby file their Witness and Exhibit List for Hearing scheduled for September 9, 2026, at 9:30 a.m. (Eastern Time) (the "**Hearing**") in the above-captioned chapter 11 bankruptcy cases (the "**Chapter 11 Cases**") as follows:

**WITNESSES**

The Debtors hereby designate the following persons as witnesses who may be called at the Hearing:

| | WITNESSES | SCOPE OF TESTIMONY |
|---|---|---|
| ***In Re: Hudson 1701/1706, LLC, et al.; Case No. 25-11853 (KBO)*** | | |
| 1. | Greg Eidson, Managing Director at GlassRatner Advisory & Capital Group LLC. | Mr. Eidson may testify to the matters outlined in his July 27, 2026 Expert Report and August 24, 2026 Expert Rebuttal Report. |
| 2. | Any witness necessary to authenticate a document | |
| 3. | Any witness disclosed and/or called by another party | |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

| | WITNESSES | SCOPE OF TESTIMONY |
|---|---|---|
| 4. | Any impeachment or rebuttal witness | |

**EXHIBITS**

The Debtors hereby designate the following exhibits below that may be used at the Hearing:

| EXHIBIT NO. | DESCRIPTION | DOCKET NO./BATES (IF AVAILABLE) |
|---|---|---|
| ***In Re: Hudson 1701/1706, LLC, et al.; Case No. 25-11853 (KBO)*** | | |
| 1. | Ground Lease between 356W58 Ground Lessor LLC and the Debtors, dated May 4, 2022 | Docket No. 524-2 |
| 2. | Closing Agreement between CSC Hudson, LLC, Hudson 1702, LLC, Hudson 1701/1706, LLC, and 356W58 Ground Lessor LLC, dated May 3, 2022 | Docket No. 396-2 |
| 3. | BBG Appraisal Report, March 25, 2022. | PV-MSP-0009770 |
| 4. | Any document or pleading filed in the above-captioned Chapter 11 Cases | |
| 5. | Any exhibit necessary for impeachment and/or rebuttal purposes | |
| 6. | Any exhibit identified or offered by any other party, including but not limited to:<br><br>• Declaration of Matthew B. McGuire in Support of 356W58 Ground lessor LLC's Rent Motion Pre-Hearing Brief [D.E. 669] and exhibits thereto;<br><br>• Appraisal Report dated November 7, 2025 prepared by National Valuation Consultants, Inc. (356W58GROUNDLESSOR_00053099-3285); | |

| EXHIBIT No. | DESCRIPTION | DOCKET NO./BATES (IF AVAILABLE) |
| --- | --- | --- |
| | • CSC Pro-forma and Analysis dated 8/12/2024 (356W58GROUNDLESSOR_00053454) | |

**RESERVATION OF RIGHTS**

The Debtors reserve the right to call or to introduce one or more, or none, of the witnesses listed above, to use any document or other evidence in rebuttal, and further reserve the right to supplement or amend this list prior to the Hearing.

Dated: September 8, 2026
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Aaron J. Bach (No. 7364)
Alison R. Maser (No. 7430)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email: chipman@chipmanbrown.com
olivere@chipmanbrown.com
bach@chipmanbrown.com
maser@chipmanbrown.com

*Counsel for Debtors and Debtors in Possession*