# SIGN – IN SHEET

CASE NAME: Hudson 1701/1706, LLC COURTROOM: 3

CASE NO.: 25-11853-KBO DATE: September 9, 2026 at 9:30 AM

**PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Simonds | Hogan Lovells Cadwalader | Parkview Financial REIT, LP |
| Mary Caloway | Pachulski Stang Ziehl Jones | " " |
| Catherine Lotempio | Seward and Kissel | Official Committee |
| Samantha Rodriguez | Morris James | ↓ |
| Mike Busenkell | Gellert Seitz Busenkell Brown | Western Alliance Bank |
| Patrick O'Connor | Adler+Stachenfeld LLP | 356 W58 Ground Lessor LLC |
| [illegible] | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**CASE NAME:** ***Hudson 1701/1706, LLC, et al.,***
**CASE NO: 25-11853 (KBO)**

**SIGN-IN SHEET**

**COURTROOM LOCATION: 6th Floor #3**
**DATE: September 9, 2026 at 9:30 am (ET)**

| **Name** | **Law Firm** | **Client Representing** |
|---|---|---|
| Kirk L. Brett | Adler Stachenfeld LLP | 356W58 Ground Lessor LLC |
| Patrick O'Connor | Adler Stachenfeld LLP | 356W58 Ground Lessor LLC |
| Matthew B. McGuire | Landis Rath & Cobb LLP | 356W58 Ground Lessor LLC |
| Katherine S. Dute | Landis Rath & Cobb LLP | 356W58 Ground Lessor LLC |
| Soumya P. Venkateswaran | Landis Rath & Cobb LLP | 356W58 Ground Lessor LLC |
| | | |
| | | |
| | | |
| | | |
| | | |

#25004433v1

| First Name | Middle Name | Last Name | Email Address | Firm | Address 1 | Address 2 | City | State | Zip | Phone | Rep | Case Number | Short Title | Via |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Phoebe | | Bakos | phoebe@newgenerationresearch.com | BankruptcyData | 60 Brightridge Ave | | East Providence | RI | 02914-3806 | 401-343-2665 | N/A - Media | 25-11853-KBO | Hudson 1701/1706, LLC | Audio Only |
| Chris | | Bryant | chris.bryant@hoganlovells.com | | 390 Madison Avenue | | New York | NY | 10017 | 2.13E+09 | Parkview | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Frederick | | Chin | fchin@provincefirm.com | PROVINCE | 2360 Corporate Circle | Suite 340 | Henderson | NV | 89074-7707 | 7.03E+09 | UCC | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| William | E. | Chipman | chipman@chipmanbrown.com | Chipman Brown Cicero & Cole, LLP | Hercules Plaza | 1313 North Market Street | Wilmington | DE | 19801 | 302-295-0193 | Debtors | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Katherine | S. | Dute | dute@lrclaw.com | Landis Rath & Cobb LLP | 919 North Market Street | Suite 1800 | Wilmington | DE | 19801 | 302-467-4422 | 356W58 Ground Lessor LLC | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Brad | | Foster | brad.foster@fticonsulting.com | FTI Consulting | 11811 N. Tatum Blvd | Suite 3031 | Phoenix | AZ | 85028 | 8.5E+09 | Debtors | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Robert | | Gayda | gayda@sewkis.com | Seward & Kissel LLP | One Battery Park Plaza | | New York | NY | 10004 | 2.13E+09 | Official Committee of Unsecured Creditors | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Uday | | Gorrepati | uday.gorrepati@gmail.com | | 2725 Turtle Ridge Drive | | Bloomfield Township | MI | 48302 | 313-284-7244 | | 25-11853-KBO | Hudson 1701/1706, LLC | Audio Only |
| Andrew | | Hinkleman | andrew.hinkelman@fticonsulting.com | FTI Consulting | 50 California Street | Suite 1900 | San Francisco | CA | 94111 | 4.15E+09 | Debtors | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Robbin | | Itkin | robbin@robbinitkinsolutions.com | Robbin Itkin Corporate Governance Solutions | 1166 Avenue of the Americas | | New York | NY | 10036 | 3.11E+09 | Debtors | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Ted | | Jung | ted@parkviewfinancial.com | | 11440 San Vicente Blvd | 2nd FL | Los Angeles | CA | 90049 | 3.11E+09 | Parkview | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Cheryl | | Knotts | cknotts@pszjlaw.com | Pachulski Stang Ziehl & Jones LLP | 919 North Market Street | | Wilmington | DE | 19801 | 3.03E+09 | Parkview | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Abe | | Kohn | abe@parkviewfinancial.com | | 10 E 53rd Street | Suite 1401 | New York | NY | 10022 | 2.02E+09 | Parkview | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Landis Rath & Cobb LLP | | Landis Rath & Cobb LLP | ford@lrclaw.com | Landis Rath & Cobb LLP | 919 Market Street | Suite 1800 | Wilmington | DE | 19899 | 3.02E+09 | 356W58 Ground Lessor LLC | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yosefa | A | Lunzer | ylunzer@safeholdinc.com | Safehold Inc. | One Penn Plaza, Suite 5107 | | New York | NY | 10119 | 2.13E+09 | | 25-11853-KBO | Hudson 1701/1706, LLC | Audio Only |
| Michael | | Magzamen | michaelmagzamen@paulhastings.com | Paul Hastings LLP | 200 Park Avenue | | New York | NY | 10166 | 2.12E+09 | Fitness International | 25-11853-KBO | Hudson 1701/1706, LLC | Audio Only |
| Murray | | McCabe | mccabe@mspcm.com | Montgomery Street Partners / Ground Lease REIT | 2801 N Harwood Street | Suite 1200 | Dallas | TX | 75201 | 5.17E+09 | landlord | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Jillian | | McMillan | jillianmcmillan@paulhastings.com | Paul Hastings LLP | 200 Park Avenue | | New York | NY | 10166 | 2.12E+09 | Fitness International | 25-11853-KBO | Hudson 1701/1706, LLC | Audio Only |
| Trevor | | McMillin | tmcmillin17@gmail.com | | 2801 N Harwood St | | Dallas | TX | 75201 | 239-478-5671 | | 25-11853-KBO | Hudson 1701/1706, LLC | Audio Only |
| Andrew | V | Nevitt | nevitt@mspcm.com | | 2801 N Harwood St | | Dallas | TX | 75201 | 2.15E+09 | Landlord | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Max | | Nipon | nipon@mspcm.com | Montgomery Street Partners / Ground Lease REIT | 2801 N Harwood Street | Suite 1200 | Dallas | TX | 75201 | 5.17E+09 | landlord | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Robert | | Nussbaum | robertnussbaum@paulhastings.com | Paul Hastings LLP | 200 Park Avenue | | New York | NY | 10166 | 212-318-6000 | Fitness International | 25-11853-KBO | Hudson 1701/1706, LLC | Audio Only |
| Jessica | | O'Connor | joconnor@morrisjames.com | Morris James LLP | 3205 Avenue North Blvd | Suite 100 | Wilmington | DE | 19803 | 3.03E+09 | | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| James | | O'Neill | JONeill@pszjlaw.com | Pachulski Stang Ziehl & Jones LLP | 919 North Market Street | | Wilmington | DE | 19801 | 3.02E+09 | Parkview | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Mark | D. | Olivere | olivere@chipmanbrown.com | Chipman Brown Cicero & Cole, LLP | Hercules Plaza | 1313 North Market Street | Wilmington | DE | 19801 | 302-295-0195 | Debtors | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Hiren | | Patel | hpatel@herrick.com | Herrick, Feinstein LLP | Two Park Avenue | | New York | NY | 10016 | 2.13E+09 | Taconic | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Patrick | | Petrocelli | patrick.petrocelli@hoganlovells.com | | 390 Madison Avenue | | New York | NY | 10017 | 2.13E+09 | Parkview | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Paul | | Rahimian | paul@parkviewfinancial.com | | 11440 San Vicente Blvd | 2nd FL | Los Angeles | CA | 90049 | 3.11E+09 | Parkview | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Melissa | L | Romano | mromano@potteranderson.com | | 1313 N. Market Street | 6th Floor | Wilmington | DE | 19801 | 302-984-6000 | | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Michael | | Schein | mschein@vedder.com | Vedder | 1633 Broadway, 31st Floor | | new york | NY | 10019 | 212-407 6920 | | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| David | | Simonds | david.simonds@hoganlovells.com | | 1999 Avenue of the Stars | | Los Angeles | CA | 90067 | 3.11E+09 | Parkview | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Audrey | | Smith | audrey@parkviewfinancial.com | | 11440 San Vicente Blvd | 2nd Floor | Los Angeles | CA | 90049 | 310-996-8999 | Parkview | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Steven | | Smith | ssmith@herrick.com | Herrick, Feinstein LLP | 2 Park Avenue | | New York | NY | 10016 | 2.13E+09 | Taconic | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Vince | | Sullivan | vince.sullivan@law360.com | Law360 | 111 W. 19th Street | | New York | NY | 10011 | 3.02E+09 | | 25-11853-KBO | Hudson 1701/1706, LLC | Audio Only |
| Alan | | Tantleff | alan.tantleff@fticonsulting.com | FTI Consulting | 50 California Street | Suite 1900 | San Francisco | CA | 94111 | 4.15E+09 | Debtors | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Alex | | Torio | atorio@provincefirm.com | | Province | | Las Vegas | NV | 90005 | 9.18E+09 | | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| George | | Tsapelas | gtsapelas@tacon.com | | Two Park Avenue | | New York | NY | 10016 | 2.13E+09 | Taconic | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Colleen | | Wenke | cwenke@tacon.com | | 2 Park Avenue | | New York | NY | 10016 | 2.13E+09 | Taconic | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Maria | | Whalen | whalen@chipmanbrown.com | Chipman Brown Cicero & Cole | 1313 North Market Street | Suite 5400 | Wilmington | DE | 19801 | 3.02E+09 | | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Richard | | Wynne | richard.wynne@hoganlovells.com | | 1999 Avenue of the Stars | | Los Angeles | CA | 90067 | 3.11E+09 | Parkview | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Andrew | | Zlotnick | azlotnick@tacon.com | | 2 Park Avenue | | New York | NY | 10016 | 2.13E+09 | Taconic | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| David | | Zubkis | legalteam@octus.com | | 11 E 26th St | | New York | NY | | 7.19E+09 | | 25-11853-KBO | Hudson 1701/1706, LLC | Audio Only |
| Fernando | | Bustelo | fernando.bustelo@berkeleycp.com | Berkeley Capital | 3000 Heritage Walk, Suite 301 | | Milton | GA | 30004 | 4.04E+09 | None | 25-52471-KBO | Hudson 1701/1706, LLC et al v. 356W58 Ground Lessor LLC | Video and Audio |
| William | E. | Chipman | chipman@chipmanbrown.com | Chipman Brown Cicero & Cole, LLP | Hercules Plaza | 1313 North Market Street | Wilmington | DE | 19801 | 302-295-0193 | Debtors | 25-52471-KBO | Hudson 1701/1706, LLC et al v. 356W58 Ground Lessor LLC | Video and Audio |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Brad | | Foster | brad.foster@fticonsulting.com | FTI Consulting | 11811 N. Tatum Blvd | Suite 3031 | Phoenix | AZ | | 8.5E+09 | Debtors | 25-52471-KBO | Hudson 1701/1706, LLC et al v. 356W58 Ground Lessor LLC | Video and Audio |
| Sheridan | | Hill | shill@potteranderson.com | Potter Anderson & Corroon | 1313 North Market Street, 6th Floor | P.O. Box 951 | Wilmington | DE | 19801 | 302-984-6151 | Fitness International, LLC | 25-52471-KBO | Hudson 1701/1706, LLC et al v. 356W58 Ground Lessor LLC | Video and Audio |
| Andrew | | Hinkleman | andrew.hinkelman@fticonsulting.com | FTI Consulting | 50 California Street | Suite 1900 | San Francisco | CA | | 4.15E+09 | Debtors | 25-52471-KBO | Hudson 1701/1706, LLC et al v. 356W58 Ground Lessor LLC | Video and Audio |
| Mark | D. | Olivere | olivere@chipmanbrown.com | Chipman Brown Cicero & Cole, LLP | Hercules Plaza | 1313 North Market Street | Wilmington | DE | 19801 | 302-295-0195 | Debtors | 25-52471-KBO | Hudson 1701/1706, LLC et al v. 356W58 Ground Lessor LLC | Video and Audio |
| Melissa | L | Romano | mromano@potteranderson.com | | 1313 N. Market Street | 6th Floor | Wilmington | DE | 19801 | 302-984-6000 | | 25-52471-KBO | Hudson 1701/1706, LLC et al v. 356W58 Ground Lessor LLC | Video and Audio |
| Alan | | Tantleff | alan.tantleff@fticonsulting.com | FTI Consulting | 50 California Street | Suite 1900 | San Francisco | CA | | 4.15E+09 | Debtors | 25-52471-KBO | Hudson 1701/1706, LLC et al v. 356W58 Ground Lessor LLC | Video and Audio |
| Alex | | Torio | atorio@provincefirm.com | | Province | | Las Vegas | NV | | 9.18E+09 | | 25-52471-KBO | Hudson 1701/1706, LLC et al v. 356W58 Ground Lessor LLC | Video and Audio |
| David | | Zubkis | legalteam@octus.com | | 11 E 26th St | | New York | NY | 10010 | 7.19E+09 | | 25-52471-KBO | Hudson 1701/1706, LLC et al v. 356W58 Ground Lessor LLC | Audio Only |