**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Hudson 1701/1706, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11853 (KBO)<br><br>(Jointly Administered)<br><br>**Objection Deadline: October 1, 2026 at 4:00 p.m. (ET)** |

**NOTICE OF EIGHTH MONTHLY APPLICATION OF BOIES SCHILLER FLEXNER LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM AUGUST 1, 2026 THROUGH AUGUST 31, 2026**

**PLEASE TAKE NOTICE** that on September 10, 2026, the above-captioned debtors and debtors in possession (the "**Debtors**") filed the *Eighth Monthly Application of Boies Schiller Flexner LLP, for Allowance of Compensation and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from August 1, 2026 Through August 31, 2026* (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Application, must be filed on or before **October 1, 2026, at 4:00 p.m. (*prevailing* Eastern Time)** (the "**Objection Deadline**") with the Court, 824 North Market Street, Third Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must serve a copy of the response on the following parties so as to be received on or before the Objection Deadline:

(a) Co-Counsel to the Debtors, (i) *Chipman Brown Cicero & Cole LLP*, 1313 North Market Street, Suite 5400 Wilmington, Delaware 19801 (Attn: William E. Chipman, Jr., Esquire, chipman@chipmanbrown.com and Mark D. Olivere, Esquire, olivere@chipmanbrown.com); and (ii) *Boies Schiller Flexner LLP*, 55 Hudson Yards, New York, New York 10001 (Attn: Robert D. Gordon, Esquire rgordon@bsfflp.com and Michael M. Fay, Esquire, mfay@bsfllp.com);

(b) COUNSEL TO THE DIP LENDER AND PRE-PETITION LENDER, *Hogan Lovells US LLP*, (i) 1999 Avenue of the Stars, Suite 1400, Los Angeles, California 90067 (Attn: Richard Wynne, Esquire and David P. Simonds, Esquire; richard.wynne@hoganlovells.com and david.simonds@hoganlovells.com ); and (ii) 390 Madison Avenue, New York, New York, 10017 (Attn.: Christopher Bryant, Esquire; chris.bryant@hoganlovells.com);

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

(c) COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, (i) *Morris James LLP,* 3205 Avenue North Blvd., Suite 100, Wilmington, Delaware 19803 (Attn: Eric J. Monzo, Esquire, emonzo@morrisjames.com); and (ii) *Seward & Kissel LLP,* One Battery Park Plaza, New York, NY 10004, (Attn: Robert J. Gayda, Esquire, gayda@sewkis.com); and

(d) OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE, J. Caleb Boggs Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Linda Casey, Esquire, linda.casey@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Interim Compensation Order, if no objection to the Application is timely filed, served, and received by the Objection Deadline, BSF may file a certificate of no objection (a "**CNO**") with the Court with respect to the fees and expenses requested in the Application. Upon filing of a CNO, the Debtors will be authorized and directed to pay BSF, without need for further order of the Court, an amount equal to the lesser of (i) eighty percent (80%) of the fees and one hundred percent (100%) of expenses requested in the Application or (ii) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application that are not subject to an objection.

[*Signature Page to Follow*]

Dated: September 10, 2026
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*

William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Aaron J. Bach (No. 7364)
Alison R. Maser (No. 7430)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email: chipman@chipmanbrown.com
olivere@chipmanbrown.com
bach@chipmanbrown.com
maser@chipmanbrown.com

-and-

**BOIES SCHILLER FLEXNER LLP**
Robert D. Gordon (admitted *pro hac vice*)
Michael M. Fay (admitted *pro hac vice*)
Jenny H. Kim (admitted *pro hac vice*)
55 Hudson Yards
New York, New York 10001
Telephone: (212) 446-2300
Email: rgordon@bsfllp.com
mfay@bsfllp.com
jkim@bsfllp.com

*Counsel for Debtors and Debtors in Possession*