**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Hudson 1701/1706, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11853 (KBO)<br>(Jointly Administered) |
| FIRST AMERICAN TITLE INSURANCE COMPANY, solely as Escrow Agent and not in its individual capacity,<br><br>Plaintiff,<br>v.<br><br>HUDSON 1701/1706, LLC, HUDSON 1702, LLC, ALBERTO SMEKE SABA, SALOMON SMEKE SABA, CSC HUDSON LLC and PARKVIEW FINANCIAL REIT, LP,<br><br>Defendants. | Adv. Proc. No. 25-52468 (KBO) |

**NOTICE OF *SECOND AMENDED* [2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 15, 2026 AT 10:30 A.M. (EASTERN TIME)**

**THIS HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT AS NO MATTERS ARE GOING FORWARD.**

## I. ADJOURNED MATTER

1. Motion for Entry of an Order Authorizing Debtors to Assume Fitness International, LLC Retail Lease [Docket No. 265; Filed January 16, 2026].

   Response Deadline: February 5, 2026, at 4:00 p.m. (ET)

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] **Amended items appear in bold.**

Responses Received: None.

Related Pleadings: None.

Status: This matter is adjourned until a date to be determined.

## II. RESOLVED MATTERS

2. Debtors' Third Motion for Entry of an Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods Within Which the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 596; Filed July 20, 2026]

   Response Deadline: August 3, 2026, at 4:00 p.m. (ET)

   Responses Received: None.

   Related Documents:

   A. Certificate of No Objection Regarding Debtors' Third Motion for Entry of an Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods Within Which the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 618; Filed August 4, 2026]

   B. Order Further Extending the Exclusive Periods Within Which the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 620; Entered August 6, 2026].

   Status: An order has been entered. A hearing is no longer necessary.

## III. RESOLVED MATTER (MAIN AND ADVERSARY)

*First American Title Insurance Company v. Hudson 1701/1706 LLC, et al.,*
*Adv. Proc. No. 25-52468 (KBO)*

3. Debtors' Motion for an Order Approving Settlement Agreement Pursuant to Bankruptcy Rule 9019 [Docket No. 595; Adv. D.I. 86; Filed July 17, 2026].

   Response Deadline: July 31, 2026, at 4:00 p.m. (ET)

   Responses Received: None.

   Related Documents:

   A. Certificate of No Objection Regarding Debtors' Motion for an Order Approving Settlement Agreement Pursuant to Bankruptcy Rule 9019 [Docket No. 617; Adv. D.I. 87; Filed August 3, 2026].

B. Certification of Counsel Debtors' Motion for an Order Approving Settlement Agreement Pursuant to Bankruptcy Rule [Docket No. 622; Adv. D.I. 88; Filed August 6, 2026]

C. Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement by and Among Debtors, Parkview Financial REIT LP and Alberto Smeke Saba, Salomon Smeke Saba and CSC Hudson LLC [Docket No. 624; Adv. D.I. 89; Entered August 7, 2026]

Status: An order has been entered. A hearing is no longer necessary. Adversary Case No. 25-52468 (KBO) was closed on August 26, 2026.

## IV. MATTER UNDER CERTIFICATION

4. Interim Fee Applications as listed on the attached Exhibit A.

Responses Received: None.

Related Documents:

A. Certification of Counsel Regarding Interim Fee Applications of Professionals [Docket No. 654; Filed August 26, 2026]

B. Omnibus Order Granting Interim Fee Applications [Docket No. 684; Entered September 11, 2026]

Status: An Order has been entered. A hearing is no longer necessary.

## V. MATTER GOING FORWARD

5. Debtors' Motion Pursuant to 11 U.S.C. § 363 (b) for Authority to Enter into Preconstruction Service Agreement [Docket No. 659; Filed September 3, 2026]

Response Deadline: September 14, 2026, at 4:00 p.m. (ET)

**Responses Received: None.**

Related Documents:

A. Motion to Shorten Time for Notice and Response to Debtors' Motion for Authority to Enter into Preconstruction Services Agreement Pursuant to 11 U.S.C. § 363 (b) [Docket No. 660; Filed September 3, 2026]

B. Order Granting Motion to Shorten Time for Notice and Response to the Debtors' Motion for Authority to Enter into Preconstruction Services Agreement [Docket No. 665; Entered September 4, 2026]

C. Notice of Hearing Regarding Debtors' Motion Pursuant to 11 U.S.C. § 363(b) for Authority to Enter into Preconstruction Services Agreement [Docket No. 666; Filed September 4, 2026]

D. Declaration of Harold Fetner in Support of Debtors' Motion Pursuant to 11 U.S.C. § 363 (b) for Authority to Enter into Preconstruction Service Agreement [Docket No. 686; Filed September 14, 2026]

**E. Certificate of No Objection Regarding the Debtors' Motion Pursuant to 11 U.S.C. § 363(b) for Authority to Enter into Preconstruction Services Agreement [Docket No. 692; Filed September 15, 2026].**

**Status: A certification of no objection has been filed with the Court. A hearing is no longer necessary.**

[*Signature Page to Follow*]

Dated: September 15, 2026
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Aaron J. Bach (No. 7364)
Alison R. Maser (No. 7430)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email: chipman@chipmanbrown.com
olivere@chipmanbrown.com
bach@chipmanbrown.com
maser@chipmanbrown.com
-and-

**BOIES SCHILLER & FLEXNER LLP**
Robert D. Gordon, Esq. (admitted *pro hac vice*)
Michael M. Fay. Esq. (admitted *pro hac vice*)
Jenny H. Kim, Esq. (admitted *pro hac vice)*
Jeffrey Waldron, Esq. (admitted *pro hac vice*)
Katherine Zhang, Esq. (admitted *pro hac vice*)
55 Hudson Yards, 20th Floor,
New York, New York 10001
Telephone: (212) 446-2300
Email: rgordon@bsfllp.com
mfay@bsfllp.com
jkim@bsfllp.com
jwaldron@bsfllp.com
kzhang@bsfllp.com

*Counsel to the Debtors and Debtors in Possession*