**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| HUDSON 1701/1706, LLC, ET AL., [1] | Case No. 25-11853 (KBO) |
| Debtors. | (Jointly Administered) |

**NOTICE OF INCREASE IN HOURLY RATES FOR FTI CONSULTING, INC.**

1. On December 12, 2025, the Court entered an *Order Authorizing Debtors to Retain FTI Consulting, Inc. as Financial Advisor for the Debtors and Designating Alan Tantleff and Andrew Hinkelman as Co-Chief Restructuring Officers for the Debtors Effective as of the Petition Date, and Approving the Engagement Agreement Related Thereto* [Docket No. 149] (the **"Retention Order"**).

2. Consistent with FTI's normal and customary billing practices, the hourly rates charged by FTI are subject to periodic adjustment. As such, this notice shall constitute that, effective as of October 1, 2026, the hourly rates of the FTI professionals anticipated to be assigned to this case will be as follows:

| | | |
|---|---|---|
| a. | Senior Managing Directors: | $1,345 to $1,645 |
| b. | Directors, Senior Directors, Managing Directors: | $995 to $1,265 |
| c. | Consultants, Senior Consultants: | $550 to $900 |
| d. | Administrative, Paraprofessionals: | $195 to $395 |

3. As set forth in the Application, these rates are, and will continue to be, based on

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

FTI's standard and customary billing arrangements. These rates continue to be subject to periodic adjustment.

Dated: September 24, 2026

By: */s/ Alan Tantleff*
Alan Tantleff
Senior Managing Director
FTI Consulting, Inc.
1166 Avenue of the Americas
New York, NY 10036

*Financial Advisor for the*
*Official Committee of Unsecured Creditors*