**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Hudson 1701/1706, LLC, *et al.*,[1]<br><br><br>Debtors. | Chapter 11<br><br>Case No. 25-11853 (KBO)<br><br>(Jointly Administered)<br><br>Related Docket Nos. 56, 82, 255,436, and 753 |

**ORDER APPROVING STIPULATION TO**
**<u>EXTEND APPROVED DIP BUDGET UNDER FINAL DIP ORDER</u>**

Upon consideration of the *Certification of Counsel* and the *Stipulation to Extend Approved DIP Budget Under Final DIP Order* (the "**Stipulation**") attached as **<u>Exhibit 1</u>** to this Order; and the Court having found that the relief provided herein is appropriate under the circumstances; and after good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is hereby authorized and approved.

2. The terms and conditions to the Stipulation shall become effective upon entry of this Order.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

4. This Court retains jurisdiction with respect to all matters arising from or relating to the interpretation, implementation, and enforcement of this Order and the Stipulation.

**Dated: November 13th, 2026**
**Wilmington, Delaware**

**KAREN B. OWENS**
**CHIEF JUDGE**