# **EXHIBIT 1**

## Stipulation

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Hudson 1701/1706, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11853 (KBO)<br><br>(Jointly Administered)<br><br>Related to Docket Nos. 56, 82, 255, and 436 |

**STIPULATION TO**
**EXTEND APPROVED DIP BUDGET UNDER FINAL DIP ORDER**

This stipulation (the "**Stipulation**") is entered into by and among: (i) Hudson 1701/1706, LLC and Hudson 1702, LLC (the "**Debtors**") and (ii) Parkview Financial REIT, LP, the Debtors' debtor-in-possession lender (the "**DIP Lender**") (each a "**Party**" and collectively the "**Parties**").

WHEREAS, on October 22, 2025 (the "**Petition Date**"), each of the Debtors commenced a voluntary case by filing a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), thereby commencing the above-referenced bankruptcy cases (collectively, the "**Chapter 11 Cases**");

WHEREAS, on November 12, 2025, the Debtors filed the *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral; (II) Granting Adequate Protection to Prepetition Lender; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing and (V) Granting Related Relief* [Docket No. 56] (the "**Motion**").

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

WHEREAS, the Court granted interim relief [D.I. 82] and final relief [D.I. 255] (the "**Final DIP Order**"), authorizing, among other things, the Debtors to obtain debtor-in-possession financing (the "**DIP Loans**"), permitting the use of cash collateral ("**Cash Collateral**"), in each case, in accordance with the approved budget and granting liens and administrative expense claims to the DIP Lender.

WHEREAS, pursuant to the DIP financing term sheet (as modified by the Final DIP Order, the "**DIP Term Sheet**") and the Final DIP Order, the DIP Lender agreed to provide the Debtors with a $32,762,104 (the "**DIP Commitment**") senior secured, priming, first-lien, superpriority multi-draw debtor-in-possession term loan credit facility (the "**DIP Facility**"), subject to the terms and conditions set forth therein, including that the DIP Loans and Cash Collateral be used in accordance with a budget approved by the DIP Lender (the "**Initial Approved Budget**"). The Initial Approved Budget expired at the end of April 2026.

WHEREAS, on April 7, 2026, the Debtors filed a motion for entry of a supplemental final debtor-in-possession financing order (the "**First Supplemental DIP Order**") requesting an increase in the DIP Commitment from $32,762,104 to $42,531,550 to allow the Debtors to borrow up to an additional $9,769,446 in DIP Loans (the "**First Supplemental DIP Funding**") and modifying and extending the approved debtor-in-possession financing budget (the "**First Amended Approved Budget**").

WHEREAS, on April 21, 2026, the Court entered the First Supplemental DIP Order [Docket No. 436] approving the First Amended Approved Budget (modified to a maximum commitment of $43,538,530) through August 31, 2026, on the same terms and conditions as set forth in the DIP Term Sheet and Final DIP Order.

WHEREAS, following entry of the First Supplemental DIP Order, the Debtors and the DIP Lender have agreed to extend the First Amended Approved Budget through December 31, 2026 on the same terms and conditions as set forth in the DIP Term Sheet and Final DIP Order (the "**Second Amended Approved Budget**"). There is no increase in the First Supplemental DIP Funding amount during the extended budget period.

## STIPULATION

Now therefore, upon the foregoing recitals, which are incorporated as though fully set forth herein, it is agreed that:

1. The Second Amended Approved Budget attached as Exhibit 1 to this Stipulation is hereby approved.

2. Nothing in this Stipulation amends, modifies, or waives, or shall be deemed to amend, modify, or waive, any other provisions of the Final DIP Order or DIP Loan Documents all which remain binding and in full force and effect.

3. The Court retains exclusive jurisdiction over all matters arising from or relating to the implementation or interpretation of this Stipulation and any order approving the Stipulation.

**SO STIPULATED AND AGREED:**

Dated: November 11, 2026
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email: chipman@chipmanbrown.com
olivere@chipmanbrown.com

-and-

**BOIES SCHILLER FLEXNER LLP**
Robert Gordon (admitted *pro hac vice*)
Michael M. Fay (admitted *pro hac vice*)
Jenny H. Kim (admitted *pro hac vice*)
55 Hudson Yards
New York, New York 10001
Telephone: (212) 446-2300
Email: rgordon@bsfllp.com
mfay@bsfllp.com
jkim@bsfllp.com

*Counsel for Debtors and Debtors in Possession*

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Email: joneill@pszjlaw.com

-and-

**HOGAN LOVELLS US LLP**
Richard L. Wynne (admitted *pro hac vice*)
David P. Simonds (admitted *pro hac vice*)
Edward McNeilly (admitted *pro hac vice)*
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (310) 785-4600
Email: richard.wynne@hoganlovells.com
david.simonds@hoganlovells.com
edward.mcneilly@hoganlovells.com

Christopher R. Bryant (admitted *pro hac vice*)
Patrick N. Petrocelli (admitted *pro hac vice*)
390 Madison Avenue
New York, New York 10017
Telephone: (212) 918-3000
Email: chris.bryant@hoganlovells.com
patrick.petrocelli@hoganlovells.com

*Counsel to Defendant Parkview Financial REIT, LP*

# Exhibit 1

# Second Amended Approved Budget

**Hudson 1701/1706; Hudson 1702**
Budgeted Cash Flow
*($ USD)*

| Week beginning (Mon) | Budget 8/1/2026 August | Budget 9/1/2026 September | Budget 10/1/2026 October | Budget 11/1/2026 November | Budget 12/1/2026 December | BudJeted Total |
|---|---|---|---|---|---|---|
| Receipts | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Collections** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |
| ***Operating Disbursements*** | | | | | | |
| Insurance | $ 100,473 | $ 100,473 | $ 100,473 | $ 100,473 | $ 100,473 | $ 502,365 |
| Property Tax | - | - | - | - | - | $ - |
| Utilities | 75,000 | 75,000 | 75,000 | 100,000 | 100,000 | $ 425,000 |
| Elevators | 46,865 | 40,000 | 40,000 | 25,000 | 25,000 | $ 176,865 |
| Security/Fire Watch | 85,000 | 85,000 | 85,000 | 65,000 | 65,000 | $ 385,000 |
| Property Management | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | $ 250,000 |
| Operating Expenses | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | $ 37,500 |
| Legal/HPD | 6,500 | 5,000 | 5,000 | 5,000 | 5,000 | $ 26,500 |
| Ground Rent | - | - | - | - | - | $ - |
| Fire Alarm Service Contract | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | $ 375,000 |
| Local Law 11 Contractor/Architect | 50,000 | 50,000 | 25,000 | 25,000 | 25,000 | $ 175,000 |
| Repairs & Maintenance | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | $ 125,000 |
| Misc/Contingency | 30,000 | 25,000 | 25,000 | 25,000 | 25,000 | $ 130,000 |
| ***Development*** | | | | | | |
| LAF Contractor - Landlord TI | $ - | $ - | $ - | $ - | $ - | $ - |
| Dair Development | - | - | - | - | - | $ - |
| LAF TI Allowance | - | - | - | - | - | $ - |
| Development Partner - Taconic/Fetner | 130,000 | 255,000 | 115,000 | 50,000 | 50,000 | $ 600,000 |
| Preconstruction GC | - | - | - | - | - | $ - |
| Design | 15,000 | 5,000 | 5,000 | 5,000 | 5,000 | $ 35,000 |
| ***Construction*** | $ - | $ 55,000 | $ - | $ - | $ - | $ 55,000 |
| ***First Day Motions*** | | | | | | |
| Utility Assurance | $ - | $ - | $ - | $ - | $ - | $ - |
| D&O Insurance | - | - | - | - | - | $ - |
| Life Safety | - | - | - | - | - | $ - |
| Critical Vendor | - | - | - | - | - | $ - |
| **Total Operating Disbursements** | **$ 696,338** | **$ 852,973** | **$ 632,973** | **$ 557,973** | **$ 557,973** | **$ 3,298,230** |
| **Total Operating Cash Flow** | **$ 696,338** | **$ 852,973** | **$ 632,973** | **$ 557,973** | **$ 557,973** | **$ 3,298,230** |
| ***Non-Operating Activities*** | | | | | | |
| Professional Fees - Not Escrowed | $ (55,611) | $ (85,957) | $ (75,000) | $ (75,000) | $ (75,000) | (366,568) |
| US Trustee | - | (34,017) | - | - | (53,926) | (87,943) |
| DIP Funding - Operations Only | - | 912,973 | 666,990 | 912,973 | 1,169,872 | 3,662,808 |
| DIP Debt Service | - | - | - | - | - | - |
| **Total Non-Operating Activities** | **$ (55,611)** | **$ 792,999** | **$ 591,990** | **$ 837,973** | **$ 1,040,946** | **$ 3,208,297** |
| **Net Cash Flow** | **$ (751,949)** | **$ (59,974)** | **$ (40,983)** | **$ 280,000** | **$ 482,973** | **$ (89,933)** |
| Beginning Cash Balance | $ 2,430,059 | $ 1,678,110 | $ 1,558,136 | $ 1,517,153 | $ 1,797,153 | $ 2,430,059 |
| Net Cash Flow | (751,949) | (119,974) | (40,983) | 280,000 | 482,973 | $ (149,933) |
| **Month End - Ending Cash Balance** | **$ 1,678,110** | **$ 1,558,136** | **$ 1,517,153** | **$ 1,797,153** | **$ 2,280,126** | **$ 2,280,126** |
| **DIP Loan Balance** | | | | | | |
| Beginning Balance | $ 30,380,727 | $ 32,923,646 | $ 34,501,386 | $ 35,813,376 | $ 37,886,349 | $ 30,380,727 |
| DIP Draws | $ 2,542,919 | $ 1,577,740 | $ 1,311,990 | $ 2,072,973 | $ 2,529,872 | 10,035,494 |
| Repayments | - | - | - | - | - | - |
| **Month End - Ending Loan Balance** | **$ 32,923,646** | **$ 34,501,386** | **$ 35,813,376** | **$ 37,886,349** | **$ 40,416,221** | **$ 40,416,221** |
| **Professional Fee Escrow** | | | | | | |
| Beginning Escrow Balance | $ (330,967) | $ 1,695,737 | $ 1,905,410 | $ 1,821,557 | $ 2,505,557 | $ (330,967) |
| Escrow Funding | $ 2,542,919 | $ 664,767 | $ 645,000 | $ 1,160,000 | $ 1,360,000 | 6,372,686 |
| Professional Fee Payments | (516,215) | (455,094) | (728,854) | (476,000) | (888,000) | (3,064,163) |
| **Month End - Ending Escrow Balance** | **$ 1,695,737** | **$ 1,905,410** | **$ 1,821,557** | **$ 2,505,557** | **$ 2,977,557** | **$ 2,977,557** |

**Notes:**

**If the Court determines that the purported ground lessor is entitled to an administrative expense claim for any unpaid rent after May 31, 2026, the budget will be revised to reflect such amounts when due.**