**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Hudson 1701/1706, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11853 (KBO)<br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON NOVEMBER 18, 2026, AT 2:00 P.M. (EASTERN TIME)**

**THIS PROCEEDING WILL BE CONDUCTED IN-PERSON.**

**ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS PERMITTED TO APPEAR REMOTELY VIA ZOOM. PLEASE REFER TO JUDGE OWENS'S CHAMBERS PROCEDURES (HTTPS://WWW.DEB.USCOURTS.GOV/CONTENT/JUDGE-KAREN-B-OWENS) AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE OWENS'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS.**

**REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURTAPPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

## I. RESOLVED MATTER

1. Debtors' Third Motion Pursuant to Federal Rule of Bankruptcy Procedure 9006(b) for an Order Further Extending the Time to File Notices of Removal of Related Proceeding [Docket No. 728; Filed on October 20, 2026]

Response Deadline: November 3, 2026, at 4:00 p.m. (ET)

Responses Received: None.

Related Pleadings:

A. Certificate of No Objection Regarding the Debtors' Third Motion Pursuant to Federal Rule of Bankruptcy Procedure 9006(b) for an Order Further

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

Extending the Time to File Notices of Removal of Related Proceedings [Docket No. 748; Filed on November 4, 2026].

B. Order Further Extending the Time for the Debtors to File Notices of Removal of Related Proceedings [Docket No. 750; Entered on November 5, 2026]

Status: The order has been entered. A hearing on this matter is no longer necessary.

## II. MATTERS GOING FORWARD

2. 356W58 Ground Lessor LLC's Motion for Protection and Subsequent Payment of Administrative Expense Claim [Docket No. 749; Filed on November 4, 2026]

Response Deadline: November 11, 2026, at 4:00 p.m. (ET)

Responses Received:

A. Debtors' Omnibus Response in Opposition to (I) 365W58 Ground Lessor LLC's Motion for an Order Compelling Debtors to Escrow Rent; and (II) 356W58 Ground Lessor LLC's Omnibus Objection to the Fee Applications of the Debtors' Professionals [Docket No. 752; Filed on November 11, 2026]

Related Pleadings:

B. 356W58 Ground Lessor LLC's Reply in Support of its (A) Motion for Protection and Subsequent Payment of Administrative Expense Claim and (B) Omnibus Objection to the Fee Applications of the Debtors' Professionals [Docket No. 758; Filed November 15, 2026]

C. Certification of Counsel Submitting Order to Extend Approved DIP Budget Under Final DIP Order [Docket No. 753; Filed on November 11, 2026]

D. Order Approving Stipulation to Extend Approved DIP Budget Under Final DIP Order [Docket No. 757; Entered on November 13, 2026]

Status: This matter will go forward.

## III. ADDITIONAL MATTER GOING FORWARD

3. 356W58 Ground Lessor LLC's Omnibus Objection to the Fee Application of the Debtors' Professionals [D.I. 745; Filed on November 2, 2026]

Response Deadline: November 6, 2026, at 4:00 p.m. (ET)

Response Received

A. Debtors' Omnibus Response in Opposition to (I) 365W58 Ground Lessor LLC's Motion for an Order Compelling Debtors to Escrow Rent; and (II) 356W58 Ground Lessor LLC's Omnibus Objection to the Fee Applications of the Debtors' Professionals [Docket No. 752; Filed on November 11, 2026]

Related Pleadings:

B. Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 152; Entered on December 10, 2025]

C. Ninth Monthly Application of Boies Schiller Flexner LLP for Allowance of Compensation and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period September 1-30, 2026 [Docket No. 720; Filed on October 12, 2026]

D. Twelfth Monthly Application of Chipman Brown Cicero & Cole, LLP, for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from September 1, 2026, Through and Including September 30, 2026 [D.I. 731; Filed on October 20, 2026]

E. 356W58 Ground Lessor LLC's Reply in Support of Its (A) Motion for Protection and Subsequent Payment of Administrative Expense Claim and (B) Omnibus Objection to the Fee Applications of the Debtors' Professionals [Docket No. 758; Filed November 15, 2026]

F. Certification of Counsel Submitting Order to Extend Approved DIP Budget Under Final DIP Order [Docket No. 753; Filed on November 11, 2026]

G. Order Approving Stipulation to Extend Approved DIP Budget Under Final DIP Order [Docket No. 757; Entered on November 13, 2026

Status: This matter will go forward.

[*Signature Page to Follow*]

Dated: November 16, 2026
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Aaron J. Bach (No. 7364)
Alison R. Maser (No. 7430)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email: chipman@chipmanbrown.com
olivere@chipmanbrown.com
bach@chipmanbrown.com
maser@chipmanbrown.com
-and-

**BOIES SCHILLER & FLEXNER LLP**
Robert D. Gordon, Esq. (admitted *pro hac vice*)
Michael M. Fay. Esq. (admitted *pro hac vice*)
Jenny H. Kim, Esq. (admitted *pro hac vice)*
Jeffrey Waldron, Esq. (admitted *pro hac vice*)
Katherine Zhang, Esq. (admitted *pro hac vice*)
55 Hudson Yards, 20th Floor,
New York, New York 10001
Telephone: (212) 446-2300
Email: rgordon@bsfllp.com
mfay@bsfllp.com
jkim@bsfllp.com
jwaldron@bsfllp.com
kzhang@bsfllp.com

*Counsel to the Debtors and Debtors in Possession*